## CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

St. Paul Guardian Insurance Company

**Name of Insuring Company(ies)**

CK01206288          12/28/04 - 12/28/05          11/05/15

**Policy Number(s)**     **Policy Period(s)**          **Date**

Kenneth Kupec, Second Vice President
BI Document Management

## INTRODUCTION

The**StPaul**

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: CK01206228

CHICAGO - CLOSED
ATTN: CHERI RESCH
385 WASHINGTON STREET
ST PAUL MN 55102

In return for your premium, we'll provide the protection stated in this policy.

We, us, our and ours mean the **St. Paul Guardian Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your and yours mean the insured named here, which is a

CORPORATION
LB STEEL, LLC;
15700 LATHROP AVE.
HARVEY IL 60426

***INSURED NAMES CONTINUED ON BACK***

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on  12/28/04
and will continue until      12/28/05

Your former policy number is automatically replaced:  CK01206228

Your premium for the policy period shown is:      $135,943.00
However, please refer to the Premiums section of the General Rules to see how final premiums are determined.
INCLUDES UMBRELLA EXCESS PREMIUM

Our authorized representative is:
1282761
MYERS-BRIGGS AND COMPANY
300 S WACKER DR
CHICAGO IL 60606

*Jay S. Fishman*
President

Authorized Representative          Date

Secretary

Processing Date 12/27/04  16:42   001

40812 Ed. 5-88 Printed in U.S.A.                    Introduction
©St.Paul Fire and Marine Insurance Co. 1984 All Rights Reserved

TRAVELERS DOC MGMT 269272

**The St Paul**

INSURED NAMES CONTINUED:
COBURN STEEL PRODUCTS INC (DIVISION)
MZG ASSOCIATES, LLC AND
PROTECTIVE DOOR INDUSTRIES (DIVISION)

©St.Paul Fire and Marine Insurance Co., 1984 All Rights Reserved

**The St Paul**

## DISCLOSURE NOTICE
## TERRORISM RISK INSURANCE ACT OF 2002

The certified acts of terrorism premium charge shown below is for coverage under this policy for insured losses covered by the Terrorism Insurance Program established by the Terrorism Risk Insurance Act of 2002 (the Act). That Program applies to certain losses, if otherwise covered by your policy, that result from an "act of terrorism," as that term is defined in and certified under the Act (insured losses). This terrorism premium does not include any charges for the portion of insured losses covered by the Federal Government under the Act. The Federal Government shares in the payment of insured losses under the Act, and the amount of its share is 90% of such losses that exceed the applicable insurer deductible.

If $0 is shown below for the certified acts of terrorism premium charge, this policy provides such terrorism coverage for no premium charge.

The certified acts of terrorism premium charge shown below does not apply to any insuring agreement or coverage part in this policy for which you did not accept our offer, for a premium charge, of such terrorism coverage. If you did not accept our offer of such terrorism coverage, this policy contains one or more exclusions that apply to certified acts of terrorism under each such insuring agreement or coverage part.

The Act establishes a cap on our liability to pay for insured losses if the aggregate amount of insured losses under the Act exceeds $100,000,000,000 during the applicable period for all insureds and all insurers combined. In that case, we will not be liable for the payment of any amount that exceeds such aggregate amount of $100,000,000,000.

**Name of Insured:** LB STEEL, LLC;

**Policy Number:** CK01206228

**Effective Date:** 12/28/04

**Certified Acts Of Terrorism Premium Charge:**            $512.00

**Processing Date:** 12/27/04   16:42   001

D0100 Rev. 3-03 Printed in U.S.A.          -1-

## POLICY FORM LIST

The **StPaul**

Here's a list of all forms included in your
policy, on the date shown below.  These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 03-03 |
| Introduction - St. Paul Guardian Insurance Company | 40812 | 05-88 |
| Policy Form List | 40705 | 05-84 |
| NAMED INSURED | 40502 | 01-80 |
| General Rules | 40701 | 08-03 |
| Illinois Required Endorsement | 40519 | 01-04 |
| Commercial Auto Required Endorsement  Illinois | 44041 | 05-03 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| Property Protection Coverage Summary Continued - Equipment Breakdown Coverage | F0231 | 04-99 |
| St. Paul Premier Property Protection Coverage Summary | F0171 | 05-02 |
| St. Paul Premier Property Protection Scheduled Locations Coverage Summary | F0172 | 01-98 |
| St. Paul Premier Property Protection Blanket Earnings And Expense Coverage Summary | F0189 | 07-01 |
| The St. Paul Premier Property Protection Additional Benefits Coverage Summary | F0173 | 07-01 |
| The St. Paul Premier Property Protection | F0150 | 07-01 |
| Premier Property Protection Blanket Earnings And Expense Endorsement | F0151 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverage | F0327 | 10-02 |
| Temporary Rate Endorsement | 42517 | 01-86 |
| Equipment Breakdown Endorsement | F0230 | 04-99 |
| Mold Or Bacteria Exclusion With Named Perils Exception Endorsement | F0295 | 04-02 |
| Contractor's Equipment Protection Coverage Summary | I0006 | 11-95 |
| Contractor's Equipment Protection | I0005 | 11-95 |
| Transportation Protection Coverage Summary | 42682 | 05-91 |
| Transportation Protection | 42681 | 05-91 |
| Commercial General Liability Protection Coverage Summary | 47110 | 01-96 |
| Commercial General Liability Protection Estimated Premium Summary | 43492 | 04-94 |
| Commercial General Liability Protection | 47500 | 01-01 |
| Described Person or Organization-Additional Protected Persons | 43356 | 07-85 |
| Mtg Holder, Assign Holder or Receiver Endt.-Add'l Prot Pers | 43414 | 07-85 |
| Vendors Endorsement-Additional Protected Persons | 43345 | 07-85 |
| Asbestos Exclusion Endorsement | G0468 | 03-02 |
| Tobacco Exclusion Endorsement | G0572 | 10-03 |
| Change Of Limits Endorsement - General Total Limit Applies Per Premises | 43986 | 03-97 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement | G0492 | 04-02 |
| Property Damage Change And Intellectual Property Exclusion Endorsement | G0467 | 07-01 |
| Employment-Related Practices Exclusion Endorsement | 47153 | 09-01 |

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | **Processing Date** 12/27/04  16:42  001 | |

40705 Ed.5-84 Printed in U.S.A.

Form List

©St.Paul Fire and Marine Insurance Co.1995

Page  **1**

The St Paul

| | | |
|---|---|---|
| Employee Benefit Plans Administration Liability Protection -Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement - Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary - Continued | 44462 | 04-91 |
| Auto Schedule | 44463 | 04-91 |
| Auto Liability Protection | 44449 | 12-93 |
| Additional Protected Persons Endorsement For Autos You've Leased From Others | 44476 | 04-91 |
| Named Driver Exclusion Endorsement | 44301 | 10-85 |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| Uninsured And Underinsured Motorists Protection - Illinois | 44025 | 06-03 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| Crime Protection Coverage Summary | C0024 | 04-03 |
| Crime Protection - Discovery Form | C0020 | 04-03 |
| Umbrella Excess Liability Protection Coverage Summary | E0119 | 03-96 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance | 47123 | 04-91 |
| Umbrella Excess Liability Protection | 47550 | 01-01 |
| Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Exclusion Endorsement - Umbrella Excess Liability | E0224 | 11-02 |
| Property Damage Change And Intellectual Property Exclusion Endorsement - Umbrella Excess Liability | E0197 | 07-01 |
| Asbestos Exclusion Endorsement - Umbrella Excess Liability | E0199 | 03-02 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Umbrella Excess Liability | E0209 | 04-02 |
| Tobacco Exclusion Endorsement- Umbrella Excess Liability | E0236 | 10-03 |
| Control Of Property Exclusion Endorsement - Umbrella Excess Liability | 47216 | 03-96 |
| Employment-Related Practices Exclusion Endorsement - Umbrella Excess Liability | 47225 | 09-01 |
| Excess Errors And Omissions Liability Protection-Claims-MadeCoverage Summary | 47339 | 02-92 |
| Excess Errors And Omissions Liability Protection-Claims-Made | 47338 | 02-92 |

©St.Paul Fire and Marine Insurance Co.1995

TRAVELERS DOC MGMT 6 of 272

The**St Paul**

NAMED INSURED

---

THIS ENDORSEMENT CHANGES YOUR NAMED INSURED AS FOLLOWS

THE FOLLOWING ARE ADDED AS NAMED INSURED BUT ONLY WITH RESPECT TO THE
LOCATIONS INDICATED.

SOUTH HOLLAND TRUST & SAVINGS BANK AS TRUSTEE UTA DATED 06/08/76
AKA TRUST #3102
APPLIES TO 2864 E. 95TH STREET CHICAGO, IL 60617

SOUTH CHICAGO BANK AS TRUSTEE UTA DATED 01/27/1998 AKA TRUST
#11-2980
APPLIES TO 290-296 E. 156TH HARVEY, IL 60426

OTHER TERMS
ALL OTHER TERMS OF YOUR POLICY REMAIN THE SAME.

---

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 12/27/04  16:42  001 | |

40502 Ed.1-80 Printed in U.S.A.                    Customized Form
©St.Paul Fire and Marine Insurance Co. 1980 All Rights Reserved          Page     1

**GENERAL RULES**

<sub>The</sub>**StPaul**

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

| Table of Contents | Page |
|---|---|
| Special Rights And Duties Of The First Named Insured | 1 |
| Policy Period | 1 |
| Policy Changes | 1 |
| Premiums | 2 |
| Estimates. | 2 |
| Additional or return premium. | 2 |
| Your bill. | 2 |
| Our Right To Inspect And Audit | 3 |
| Cancellation | 3 |
| By the first named insured. | 3 |
| By us. | 3 |
| Return premium. | 3 |
| Fraud And Misrepresentation | 4 |
| If you commit fraud or misrepresentation. | 4 |
| If other persons or organizations commit fraud or misrepresentation. | 4 |
| Unintentional errors or omissions. | 4 |
| Assignments And Transfers | 4 |
| Lawsuits Against Us | 5 |
| If your policy provides property or other first-party protection. | 5 |
| If your policy provides liability protection. | 5 |
| Recovering Damages From A Third Party | 5 |
| Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection | 5 |
| Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection | 6 |
| How Statutory Or Regulatory Law Affects Your Policy | 6 |

**Special Rights And Duties Of The First Named Insured**

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.
- Policy Changes.
- Premiums.

**Policy Period**

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

**Policy Changes**

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and
- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

The St Paul

- noon, if coverage under your policy otherwise begins at that time;

on the effective date of the change at the address shown for you in the Introduction of your policy.

If we make any such change before your policy begins and that change still applies to a standard insurance policy form which:

- is part of your policy when your policy begins; or
- is made part of your policy after your policy's effective date;

you'll automatically receive the benefit of that broadened or extended coverage beginning at the time and on the effective date that form is, or is made, part of your policy.

We don't have to provide any written notice, or a written form that's made part of your policy, for you to receive such benefits.

We can make other changes in your policy and, with our consent, the first named insured can make changes in your policy too. But such changes can be made only with a written form that:

- is made part of your policy; and
- is signed by us or one of our authorized representatives.

**Premiums**

We compute the premium for your policy in accordance with our rules and rates which apply to your policy.

**Estimates.** All or part of your premium may be based on estimates.

If estimates are used, your policy will contain an endorsement, summary, or other form that shows:

- we used estimates; and
- when and how we'll compute your actual premium.

We'll compute your actual premium, when complete information is available, at the end of:

- the policy period;
- each one-year period that's part of the policy period, if the policy period is longer than one year; and
- any interim audit period that's shorter than one year, if an interim audit period applies during the policy period.

For each such period, we'll compute your actual premium in accordance with our rules and rates which apply to your policy and for that period.

If your actual premium is:

- more than the estimated premium you've paid, you'll owe us the difference; or
- less than the estimated premium you've paid, we'll return the difference;

except as described in the Additional or return premium section.

You must keep accurate records of the information we'll need to compute your actual premium. Your agent or broker can explain the type of records we'll need. The first named insured must mail, deliver, or otherwise give to us a copy of those records when we request them.

However, we don't have to request or use any records to compute your actual premium if we determine, in accordance with our rules and rates which apply to your policy, that your premium based on estimates is your actual premium.

**Additional or return premium.** We or your agent or broker will tell the first named insured about any additional or return premium for your policy.

However, we won't charge an additional premium, or refund a return premium, for any difference in premium of $15 or less that results from:

- your actual premium being more or less than the estimated premium you've paid; or
- any change made in your policy, including any cancellation of all or part of your policy by you or us.

But we'll refund a return premium of $15 or less for your policy if the first named insured requests that we do so. We'll apply this rule for waiving additional or return premiums separately each time your policy is changed.

In any event, your policy premium won't be less than the minimum policy premium we're allowed to charge in accordance with our rules and rates which apply to your policy.

**Your bill.** The first named insured:

- will be the one we'll bill for all premiums for your policy;
- is responsible for paying all premiums for your policy when due; and

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

**The St.Paul**

- will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:
- any other policy with us; or
- any policy with any of our affiliated insurance companies;

we may bill, under one statement, the premium for:
- your policy; and
- any or all of those other policies;

regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:
- we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
- we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
- for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

## Our Right To Inspect And Audit

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:
- make any such inspection; or
- guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;

except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

## Cancellation

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:
- must deliver to us or one of our authorized representatives; or
- must mail to us, if such delivery isn't possible;

your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:
- is responsible for receiving the cancellation notice from us for you; and
- will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:
- 10 days, if we're canceling for nonpayment of premium; or
- 30 days, if we're canceling for any other reason;

before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as

**The St.Paul**

described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

### Fraud And Misrepresentation

**If you commit fraud or misrepresentation.** If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

**If other persons or organizations commit fraud or misrepresentation.** If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the

following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

**Unintentional errors or omissions.** We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

### Assignments And Transfers

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and

The**St.Paul**

- until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

## Lawsuits Against Us

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or other first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

- us;
- the person or organization protected under your policy; and
- the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

## Recovering Damages From A Third Party

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

- are protected under your policy; and
- are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and
- cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

## Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.

2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.

4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including

---

40701 Rev. 8-03 Printed in U.S.A.      General Rules
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved      Page 5 of 6

TRAVELERS DOC MGMT 12 of 272

**TheStPaul**

the fees of the umpire, will be shared equally by you and us.

**Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection**

If your policy provides liability protection, the bankruptcy or insolvency of:

- any person or organization protected under that liability protection; or
- any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

**How Statutory Or Regulatory Law Affects Your Policy**

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

---

40701 Rev. 8-03 Printed in U.S.A.
Page 6 of 6

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

**ILLINOIS REQUIRED ENDORSEMENT**

The**StPaul**

This endorsement changes your policy to comply with, or otherwise respond to, Illinois law.

Therefore, each change made by this endorsement applies only to the extent:

- required by Illinois statutory or regulatory law; or
- specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Illinois, each change that's made to comply with Illinois statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

- a loss of or to, or that results from, property in Illinois; or
- a loss that results from your operations in, or which affect, Illinois;

and such statutory or regulatory law applies to such coverage.

## Table of Contents

| | Page |
|---|---|
| Cancellation | 1 |
| Fraud And Misrepresentation | 3 |
| Lawsuits Against Us – Property Or Other First-Party Protection | 3 |
| Property Protection – Acts Intended To Cause Loss Exclusion | 3 |
| Property Protection – Residential Real Or Personal Property | 3 |
| Liability Protection - How The Limits Of Coverage Apply If A Total Limit Is Left Blank | 4 |
| Liability Protection – Prejudgment Interest | 4 |
| Liability Protection – Punitive Or Exemplary Damages Imposed As A Result Of Misconduct | 4 |
| Liability Protection - Claims-Made – Claim Information | 5 |
| Commercial General Liability Protection – Claims-Made – Extended Reporting Period | 5 |
| Umbrella Excess Liability Protection - Claims-Made – Extended Reporting Period | 5 |
| Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date | 5 |
| Employee Benefit Plans Administration Liability Protection – Claims-Made | 5 |
| Health Care Umbrella Excess Liability Protection – Claims-Made | 5 |
| Liquor Liability Protection – Each Person Limit Of Coverage - Conformity To Illinois Law | 6 |
| Product Recall Protection – Other Insurance | 6 |
| Other Terms | 6 |

## Cancellation

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

If your policy covers grain in public grain warehouses, you or we can cancel this policy at any time by mailing to the other as well as the Director of the Illinois Department of Agriculture 60 days written notice of cancellation.

**How you can cancel.** To cancel this policy or any of its insuring agreements, you must mail the policy, or the part to be canceled, to us or any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, we can only cancel for one or more of the following reasons.

40519 Rev. 1-04 Printed in U.S.A.     Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2004 All Rights Reserved     Page 1 of 6

The **StPaul**

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud or made a material misrepresentation.

3. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

4. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that measurably increases the hazard we're insuring against.

5. *Loss of reinsurance.* We may cancel if we lose reinsurance that provided coverage to us for all or a substantial part of your risk. This loss must be certified to the director of insurance.

6. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of this state's insurance laws.

If we cancel for any of these reasons, we'll mail a notice to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end. The notice will state the reason for cancellation. The notice will also show a date cancellation is to take effect. Coverage will end on that date.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium you've paid. However, the cancellation will be effective whether or not you've been paid or offered the unused premium. If we cancel, the refund will be figured on a pro rata basis. If you cancel, the premium will be less than pro rata.

**Nonrenewal.** We may decide not to renew or continue this policy. If so, we'll mail a notice of nonrenewal to you and your agent at least 60 days before the expiration date of this policy. The notice will show the reason for nonrenewal.

But even if we don't follow this rule, your policy will end on the expiration date if:

- you don't pay the premium, or any installment that's due;
- we've agreed to renew this policy; or
- you've notified us or our agent that you don't want to renew this policy.

If we fail to send proper notice of nonrenewal, and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** Mailing the cancellation or nonrenewal notice to your, your agent's, and any mortgage holder's last address known to us will be considered proof you were notified.

If your policy includes an insuring agreement or endorsement that describes "mailing or delivering" a notice of cancellation or nonrenewal, the words "or delivering" are deleted.

**Special rule for certain real estate.** If your policy covers real property that's not residential property occupied by not more than four families and has been in effect for one-year or is a renewal policy, we can cancel for any of the following reasons after giving at least 10 days notice of cancellation:

- failure to make required repairs 60 consecutive days or more after a fire loss has been adjusted with you. But this doesn't apply if a delay is caused by a labor dispute or weather conditions;

- if you leave a building unoccupied for 60 consecutive days. But this doesn't apply to buildings which are only occupied on a seasonal basis, or buildings that are under repair, construction, or reconstruction, and have been properly secured against unauthorized entry;

- if your building has been declared unsafe. Or if there's been an order to vacate the building, or an order for the building's demolition; or

- if your building has not had heat, light, water or sewer service for 30 or more consecutive days.

**Special rule for certain residential property.** If your policy covers residential property occupied by not more than four families and has been in effect for at least 60 days, we can only cancel or refuse to renew your policy for any of the following reasons:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

- You hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance; or
- What we cover has measurably increased in hazard since we first agreed to write your policy.

If we cancel or refuse to renew for this reason, we'll send notice of cancellation or nonrenewal to you 60 days before coverage will end.

But this provision doesn't apply to glass coverage.

### Fraud And Misrepresentation

The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; or
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules. However, this change doesn't apply to certain residential real or personal property for which the Fraud and misrepresentation section of the Property Protection – Residential Real Or Personal Property section in the Illinois Required Endorsement (40519) applies.

We can consider your policy to be void for you and all other persons and organizations protected under your policy if, before or after a loss, you or any such person or organization:

- intentionally conceals or misrepresents any material fact or circumstance;
- engages in fraudulent conduct; or
- makes a false statement;

about any matter concerning:

- the coverage provided by your policy; or
- any fact or circumstance material to the investigation of any loss under your policy.

### Lawsuits Against Us – Property Or Other First-Party Protection

The following is added to the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules and changes that section as described.

The two-year period in which a suit to recover on a loss must begin is lengthened by the number of days between the date you give us proof of loss and the date we deny coverage for the loss.

### Property Protection – Acts Intended To Cause Loss Exclusion

If your policy includes property or inland marine protection, the following is added to the Exclusions - Losses We Won't Cover section.

**Acts intended to cause loss.** We won't cover loss or damage caused by any act committed:

- by or at the direction of you or any protected person; and
- with the intent to cause a loss.

However, we won't use this exclusion to deny payment to an innocent protected person who did not cooperate in or contribute to the creation of the loss if:

- the loss was caused by a pattern of criminal domestic violence; and
- the perpetrator of the loss is criminally prosecuted for the act causing the loss.

But we won't pay more than the innocent protected person's financial interest in the covered property, less any payments we first make to a mortgagee or other party with a legal secured interest in the covered property.

### Property Protection – Residential Real Or Personal Property

If your policy provides property protection that covers:

- real property used primarily for residential purposes up to and including four-family dwellings; or
- household or personal property that is usually used in the scope of occupancy for residential purposes;

the following changes apply only for that property protection.

**Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First–Party Protection.** The following is added to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section of the General Rules and changes that section as described:

---

40519 Rev. 1-04 Printed in U.S.A.    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2004 All Rights Reserved    Page 3 of 6

TRAVELERS DOC MGMT 16 of 272

**The St.Paul**

The Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section applies only if:

- both you and we agree to a request for an appraisal; and
- the appraisal is carried out in accordance with the American Arbitration Rules and Uniform Arbitration Act.

No demand can be made for an appraisal. The request must be agreed to by you and by us.

We'll pay all fees of the appraisers, and the other costs of the appraisal, including the fees of the umpire, if:

- you requested the appraisal; and
- the covered loss amount determined by your appraiser was agreed to in full by our appraiser or by the umpire.

**Fraud and misrepresentation.** The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; and
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules.

We can consider your property protection to be void for you and all other persons and organizations protected under your policy if:

1. your policy has been in effect for less than one year or one policy term, whichever period is shorter; and

2. in the process leading us to issue your policy, you or any such person or organization commits fraud, or conceals or misrepresents a fact, that is in your policy, or the written application for your policy, and:

   - was made with the intent to deceive us; or
   - materially affected the hazard we assumed or our decision to provide that property protection.

Also, we can consider your property protection to be void for you and all other persons and organizations protected under your policy if, at any time after your policy is issued, you or any such person or organization commits fraud, or conceals or misrepresents a fact, concerning:

- that property protection;

- a loss under that protection;
- the covered property under that protection;
- your interest in that covered property.

In addition, we can cancel your policy as provided under the Cancellation section of the Illinois Required Endorsement (40519) if you or your agent or broker commit fraud or make a material misrepresentation.

**Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank**

If your policy includes a liability insuring agreement that includes a How the total limits apply if a total limit is left blank section, the following is added to that section.

If the amount for a total limit is left blank in the Coverage Summary, we'll consider the limit shown on the application for this insurance to be that total limit. However, if no limit is shown on the application, we'll consider the total limit to be the amount described in this section.

**Liability Protection – Prejudgment Interest**

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay prejudgment interest that accumulates after the date of our offer.

**Liability Protection – Punitive Or Exemplary Damages Imposed As A Result Of Misconduct**

The following is added to the definition of damages if:

- your policy includes liability protection that contains a definition of damages; and
- the definition of damages includes punitive or exemplary damages imposed by law if such damages are insurable under the law that applies.

In addition, we won't consider damages to include punitive or exemplary damages

The **St.Paul**

imposed as a result of the misconduct of any protected person.

## Liability Protection – Claims–Made – Claim Information

The following is added to the General Rules if your policy includes a claims-made liability insuring agreement which contains a Loss Information section.

We'll provide the first named insured the following information for any claims-made insuring agreement which contains a Loss Information section, and any such preceding claims-made insuring agreement, we have issued to you during the previous three years:

- The date and description of the event on closed claims including the amount of payment, if any.
- The date and description of the event on open claims including the amount of payments and reserves, if any. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.
- The date and description of each event you reported to us for which no amounts have been paid or reserved.

If we cancel or elect not to renew any such claims-made insuring agreements, we'll provide this information at the same time that we send the notice of cancellation or nonrenewal. Otherwise, we will provide this information only if we receive a request from the first named insured. If we do, we'll provide this information within 30 days of receipt of the request.

We collect this information for our own business purposes. We do so as carefully and accurately as we can. In giving this information to the first named insured, we don't make any promises or warranties to anyone that this information has no errors. Any cancellation or nonrenewal will take effect even if we accidentally provide incorrect information.

## Commercial General Liability Protection – Claims–Made – Extended Reporting Period

If your policy includes Commercial General Liability Protection - Claims-made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

## Umbrella Excess Liability Protection – Claims–Made – Extended Reporting Period

If your policy includes Umbrella Excess Liability Protection - Claims-Made, the following is added to the Extended Reporting Period section of your agreement.

We'll figure the additional premium for the Extended Reporting Period Endorsement according to our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement.

## Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims– Made – Important Note – Retroactive Date

If your policy includes Commercial General Liability Protection or Umbrella Excess Liability Protection with a Coverage Summary that contains an Important Note - Retroactive Date section, the following change applies.

The paragraph which says, "However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy." is deleted.

## Employee Benefit Plans Administration Liability Protection – Claims–Made

If your policy includes Employee Benefit Plans Administration Liability Protection - Claims-Made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

## Health Care Umbrella Excess Liability Protection – Claims–Made

If your policy includes Health Care Umbrella Excess Liability Protection - Claims-Made, the following change is made to the

The **St.Paul**

umbrella retroactive date definition in the What This Agreement Covers section.

The sentence which reads, "If no umbrella retroactive date is shown on the Coverage Summary, we'll consider the umbrella retroactive date to be the same as the beginning date of this policy." is deleted.

### Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law

If your policy includes Liquor Liability Protection, the following is added to the Limits Of Coverage section of that insuring agreement.

In accordance with Section 235.5/6-21 of the Illinois Administrative Code, the most you may be legally required to pay as damages for:

- bodily injury;
- loss of means of support or loss of society; or
- property damage;

that happens in Illinois and results from the selling, serving, or furnishing of any alcoholic beverage is limited to the amounts allowed by that law. Those amounts may be less than the limits of coverage available under this agreement.

As a result, the Each person limit:

- will apply in accordance with the amounts allowed by Section 235.5/6-21 of the Illinois Administrative Code; and
- will be automatically increased, if necessary, to comply with any increase in those amounts while this agreement is in effect;

but only for damages otherwise covered by this agreement. The Total limit remains the same.

### Product Recall Protection – Other Insurance

If your policy includes Product Recall Protection, the following replaces the Other Insurance section.

There may be other insurance that applies to your covered expenses. If there is any valid and collectible other insurance that:

- reimburses you for covered expenses that are covered by this agreement; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary;

we'll share with the other insurance any covered expenses that are covered by this agreement. If the other insurance has similar terms and conditions, we'll pay the portion of the covered expenses that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement.

If the other insurance more specifically applies to the covered expenses, we'll pay for covered expenses that are left after such other insurance has been used up, less the deductible and participation percentage. But we won't pay more than the applicable limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer management method.

### Other Terms

All other terms of your policy remain the same.

**COMMERCIAL AUTO REQUIRED ENDORSEMENT
ILLINOIS**

TheStPaul

This endorsement changes your Commercial
Auto Insurance to comply with Illinois law.

## Cancellation

The Cancellation section of the General
Rules is replaced by the following.

**How the first named insured can cancel.** The
first named insured can cancel this policy
by delivering the policy to us or any of our
authorized agents. If this isn't possible,
notify us before the date the policy is to be
cancelled. If the first named insured
cancels the policy, you'll get a refund of
any unused premium less a charge for early
cancellation.

**How we can cancel policies in effect 60 days
or less.** If your policy has been in effect
60 days or less, we can cancel for any
reason during this period. If we do, we'll
mail a notice of cancellation to the first
named insured. If we cancel for
nonpayment of premium, we'll send at least
10 days before coverage will end. If we
cancel for any other reason, we'll send at
least 30 days before coverage will end.

**How we can cancel policies in effect more than
60 days.** If your policy has been in effect
more than 60 days, or is a continuation or
renewal policy, we can cancel only for the
following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
   cancel if we discover that in obtaining
   this policy, you or your representative
   have committed fraud or made a material
   misrepresentation.

3. *Breaking the rules of this policy.* We
   may cancel this policy if you violate any
   of this policy's rules.

4. *Increase in the risk.* We can cancel if,
   after we have issued or renewed your
   policy, a measurable increase occurs in
   the risk we're insuring against.

5. *Loss of reinsurance.* We may cancel this
   policy if the Commissioner Of Insurance
   certifies that we have lost reinsurance
   that provided coverage for all or a
   substantial part of this risk we're
   insuring.

6. *Determination by the Insurance
   Commissioner.* We may cancel this
   policy if the Commissioner Of Insurance
   determines that continuing this policy
   would put us in violation of Illinois
   insurance laws.

If we cancel for nonpayment of premium,
we'll mail an advanced written notice of
cancellation to the first named insured. If
we cancel for nonpayment of premium, we'll
send at least 10 days before coverage will
end. If we cancel for any other reason
listed, we'll mail a notice to the first named
insured at least 60 days before coverage
will end. The notice will state the reason for
cancellation. It will also show the date
cancellation is to take effect. The policy
will end on that date.

**Non-renewal.** If we decide not to renew or
continue this policy, we'll mail a notice to
you and your agent at least 60 days before
the end of the policy period. We'll also mail
a notice to any person or organization
shown on the Auto Schedule as having an
interest in covered property. If we offer to
renew or continue your policy, and you
don't accept, the policy will expire at the
end of the policy period. If we offer to
renew your policy, and you fail to pay the
required premium when due, we'll consider
this to mean that you don't accept our
offer.

**Renewal with an increase in premium or
decrease in coverage.** If we offer to renew
your policy, but increase your premium by
30% or more, or decrease your coverage,
we'll send a notice of this change at least
60 days before the renewal date. If we fail
to send 60 days notice, you'll have 60 days
from the date we offer to renew your
policy with the change before the change
takes effect.

If we fail to mail proper notice of
nonrenewal and you obtain other insurance,
this policy will end on the date the other
insurance takes effect.

## Mailing The Notice

We'll mail any notice of cancellation or non-
renewal to the first named insured's last

---

44041 Rev. 5-03 Printed in U.S.A.        Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved        Page 1 of 2

The **St Paul**

address known to us. Proof that we have mailed any notice is proof you were notified.

## Auto Liability Protection and Garage Liability Protection

If your policy includes Auto Liability Protection or Garage Liability Protection, the following changes are made to your agreement.

## Who Is Protected Under This Agreement

The Any permitted user section is replaced by the following.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if that employee or member of that employee's household owns the covered auto.
- A partner if you're a partnership, or a member of the partner's household if either owns the covered auto.
- A member if you're a limited liability company, or persons who are part of the member's household if either owns the covered auto.

## Limits Of Coverage

The following is added to the Limits Of Coverage section.

We'll apply the limit shown in the Coverage Summary to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for bodily injury to any one person caused by any one accident;
- $40,000 for bodily injury to two or more persons caused by any one accident; and
- $15,000 for property damage caused by any one accident.

This provision won't change our total limit of coverage.

## Other Insurance

If your policy includes Auto Liability Protection, the following is added to the Other Insurance section.

Liability coverage provided by this agreement for any auto you don't own is primary if:

- the auto is owned or held for sale or lease by a new or used vehicle dealership;
- the auto is driven by an insured with permission of such dealership while your auto is being repaired or evaluated.
- the limit of coverage for liability coverage under this policy is at least:
  - $100,000 for bodily injury to any one person caused by any one accident;
  - $300,000 for bodily injury to two or more persons caused by any one accident; and
  - $50,000 for property damage caused by any one accident.

If your policy includes Garage Liability Protection, the following is added to the Other Insurance section.

If you are a new or used vehicle dealership, liability coverage provided by this agreement for any auto:

- you own or hold for sale or lease; and
- that is operated by a protected person with your permission while such protected person's auto is being repaired or evaluated;

is excess over any other collectible insurance if such protected person has liability insurance providing limits of at least:

- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

## Other Terms

All other terms of your policy remain the same.

---

## WHAT TO DO IF YOU HAVE A LOSS

**The St.Paul**

This form applies if:

- your policy provides any property or other first-party protection and there's a loss that may be covered under that protection; or
- your policy provides any liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection.

Coverage under your policy may be affected by any failure to fulfill any of the duties described in this form.

However, neither this form, nor any of these duties, change or eliminate any coverage condition or requirement, or exclusion or other coverage limitation, anywhere in the rest of your policy, such as:

- a specific coverage trigger, reporting, notice, or knowledge condition or requirement; or
- an exclusion or other coverage limitation that's based, all or in part, on knowledge.

This form and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

### Table of Contents

| | Page |
|---|---|
| If Your Policy Provides Property Or Other First-Party Protection | 1 |
| If Your Policy Provides Liability Protection | 2 |
| When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |
| When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |

### If Your Policy Provides Property Or Other First-Party Protection

If your policy provides property or other first-party protection and there's a loss that may be covered under that protection, you must do all of the following in connection with that loss:

1. As soon as possible, tell us or one of our authorized representatives what happened. Include all of the following information:
   - The time, place, and specific nature of the loss.
   - The cause, or likely cause, of the loss.
   - A description of the property involved.
   - The name and address of each person known to be a witness.

   Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

   **1-800-STPAUL-1**
   **(1-800-787-2851)**

   Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

   **www.stpaul.com**

2. Promptly notify the police if a law may have been broken.

3. Do what is reasonable and necessary to protect covered property from further damage or loss. Keep a record of any expenses you incur in taking such action for our possible consideration in any settlement of the loss.

4. Separate damaged property from undamaged property, if feasible, to enable examination by us.

   At our request, make an inventory of damaged or lost property and mail, deliver, or otherwise give that inventory to us.

5. Cooperate with us in the investigation, or any settlement, of the loss.

   Allow us, whenever we reasonably require, to:
   - inspect property involved in or proving the loss;

The**StPaul**

- examine, and make copies of, your financial books and records relating to the loss; and
- take samples of property, whether damaged or undamaged, for analysis or testing.

6. Allow us to examine you, or any other person or organization protected under your policy, while:
   - under oath; and
   - not in the presence of any other person protected under your policy.

   We may do this, whenever we reasonably require, about any matter relating to:
   - your property or other first-party protection;
   - the loss; or
   - your financial books and records relating to the loss.

   All persons or organizations protected under your policy that are examined in this manner must sign a copy of their responses.

7. Within 60 days after our request, you must mail, deliver, or otherwise give to us a signed, sworn proof of loss, using a form supplied by us that provides the information we need to consider whether the loss is covered by your policy.

   Within 30 days after we reach agreement with you on what we owe for a covered loss, we'll pay that amount.

## If Your Policy Provides Liability Protection

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense, or omission, tell us or one of our authorized representatives what happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.

Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense, or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

**1-800-STPAUL-1**
**(1-800-787-2851)**

Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

**www.stpaul.com**

However, neither we nor any of our authorized representatives need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

3. As soon as possible after receiving them, mail, deliver, or otherwise give to us a copy of:
   - all written demands made; and
   - all legal documents relating to any suit brought;

   against you or any other person or organization protected under your policy.

4. Cooperate with and, when requested, assist us in:
   - securing and giving evidence;

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

TRAVELERS DOC MGMT 23 of 272

The **StPaul**

- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help us investigate or settle, or defend a person or organization protected under your policy against, a claim or suit.

5. Not assume any financial obligation or pay out any money, other than for first aid given to others at the time of an accident, without our consent.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that

accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

---

40814 Rev. 8-03 Printed in U.S.A.     **What To Do If You Have A Loss**
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved     Page 3 of 4

**The St.Paul**

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;

- member or manager if it's a limited liability company;

- trustee if it's a trust;

- shareholder if it's a professional association;

- appointed or elected official if it's a public entity or tribal government;

- director or executive officer if it's a corporation or an other organization;

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or

- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and

- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;

- member or manager if it's a limited liability company;

- trustee if it's a trust;

- shareholder if it's a professional association;

- appointed or elected official if it's a public entity or tribal government; or

- director or executive officer if it's a corporation or an other organization.

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY CONTINUED —
EQUIPMENT BREAKDOWN COVERAGE**

TheStPaul

This Coverage Summary shows the limits and
extent of your Equipment Breakdown
Coverage.

## Covered Locations

Loc. No.

| | |
|---|---|
| 1 | 15700 LATHROP, HARVEY, IL |
| 2 | 290-296 E. 156TH, HARVEY, IL |
| 3 | 310 E. 156TH HARVEY, IL |
| 4 | 2864 E 95TH STREET, CHICAGO, IL |

## Additional Coverage Limits

| Coverage | Limit |
|---|---|
| Expediting Expenses | $ 25,000 |
| Pollution Cleanup And Removal | $ 25,000 |
| Spoilage | $ 25,000 |

## Optional Coverages

☐ Business Income

☒ Blanket Earnings And Expenses

☐

## Deductible

Your deductible shown in the Property Protection Coverage Summary applicable to property
damage, business income or blanket earnings and expense applies to loss under Equipment
Breakdown Coverage unless a specific deductible is shown below.

| $ | Hours | Days | times ADV |
|---|---|---|---|

PROPERTY DAMAGE — $10,000.
BLANKET EARNINGS AND EXTRA EXPENSE — 2 TIMES ADV EXCEPT PRODUCTION MACHINES
PRODUCTION MACHINES —3 TIMES ADV

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

**The St.Paul**

## Other Conditions

```
NEWLY ACQUIRED LOCATIONS:  180 DAYS
WE WILL NOT PAY FOR ANY LOSS UNDER SERVICE INTERRUPTION OR THE SERVICE
INTERRUPTION COMPONENT OF SPOILAGE UNLESS THE INTERRUPTION EXCEEDS: 12 HOURS
```

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

## PROPERTY PROTECTION COVERAGE SUMMARY CONTINUED – EQUIPMENT BREAKDOWN COVERAGE

The**StPaul**

This Coverage Summary shows the limits and extent of your Equipment Breakdown Coverage.

### Covered Locations

Loc. No.

| | |
|---|---|
| 1 | 15700 LATHROP, HARVEY, IL |
| 2 | 290-296 E. 156TH, HARVEY, IL |
| 3 | 310 E. 156TH HARVEY, IL |

### Additional Coverage Limits

| Coverage | Limit |
|---|---|
| Expediting Expenses | $ 25,000 |
| Pollution Cleanup And Removal | $ 25,000 |
| Spoilage | $ 25,000 |

### Optional Coverages

☐ Business Income

☒ Blanket Earnings And Expenses

☐

### Deductible

Your deductible shown in the Property Protection Coverage Summary applicable to property damage, business income or blanket earnings and expense applies to loss under Equipment Breakdown Coverage unless a specific deductible is shown below.

| $ | Hours | Days | times ADV |
|---|---|---|---|

PROPERTY DAMAGE – $10,000.
BLANKET EARNINGS AND EXTRA EXPENSE – 2 TIMES ADV EXCEPT PRODUCTION MACHINES
PRODUCTION MACHINES –3 TIMES ADV

---

**Name of Insured**          **Policy Number** CKO1206228          **Effective Date** 12/28/04
LB STEEL, LLC;                                                     **Processing Date** 12/27/04  16:42  001

F0231 Ed. 4-99 Printed in U.S.A.          Coverage Summary
©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved          Page    1

**The St Paul**

## Other Conditions

```
NEWLY ACQUIRED LOCATIONS:  180 DAYS
WE WILL NOT PAY FOR ANY LOSS UNDER SERVICE INTERRUPTION OR THE SERVICE
INTERRUPTION COMPONENT OF SPOILAGE UNLESS THE INTERRUPTION EXCEEDS: 12 HOURS
```

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved
TRAVELERS DOC MGMT 29 of 272

## ST. PAUL PREMIER PROPERTY PROTECTION COVERAGE SUMMARY

The**StPaul**

This Coverage Summary shows the coverage options and other applicable terms and conditions that apply to your Premier Property Protection.

---

### Valuation Options

Buildings
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐

Business Personal Property
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐ Finished Stock – Selling Price
- ☐

---

### Coinsurance Provisions

100% Coinsurance  --  All Buildings
100% Coinsurance  --  All Business Personal Property
☒ Agreed Amount Option Applies
- ☒ All Locations
- ☐ Locations Listed
- ☒ Agreed Amount   See F0172
- ☒ Agreed Amount Expiration Date   12-28-2005

---

### Deductible Options

| | | |
|---|---|---|
| $ | ☐ | All Coverages per event |
| $ 25,000 | ☒ | All Coverages except as indicated below |
| $See F0189 | ☒ | Blanket Earnings and Expense |
| Hours | ☐ | All Coverage per event |
| Days | ☐ | All Coverage per event |
| $ | ☐ | Flood |
| $ | ☐ | Earthquake and volcanic eruption |
| $ | ☐ | Earth movement |

---

**Name of Insured**      **Policy Number** CK01206228      **Effective Date** 12/28/04

LB STEEL, LLC;                                        Processing Date 12/27/04   16:42   001

F0171 Rev. 5-02 Printed in U.S.A.                Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved      Page   1 of   4

**The St Paul**

## Reporting Provisions and Premiums

| Reporting Options | |
| --- | --- |
| ☐ Flat Annual Premium | $ |
| ☒ Non-reporting | |
| ☐ Deposit Premium | $ |
| ☐ Monthly | |
| ☐ Minimum Annual Premium | $ |
| ☐ Quarterly | |
| ☐ Annual | |

Reporting Rate per $100

## Miscellaneous Options

☐ Worldwide coverage extension - Portable Computer Hardware

☐ Worldwide coverage extension - Personal Belongings

☐ Worldwide coverage extension - Property in Transit

## Mortgagees and Loss Payees

Mortgage Holders:
      MB FINANCIAL BANK N.A.
      1200 N. ASHLAND
      CHICAGO, IL  60622
      MORTGAGEE
      Location 001-001 on F0172 Scheduled Locations Coverage Summary

Who We'll Pay For Loss:
      DELAGE LANDEN FINANCIAL SVCS
      111 OLD EAGLE SCHOOL RD
      WAYNE, PA  19087
      LOSS PAYEE
      Location 001-001 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
      CHARTER ONE BANK NA
      ITS SUCCESSORS OR ASSIGNS
      1215 SUPERIOR AVE, SU670
      CLEVELAND,, OH  44114
      MORTGAGEE
      Location 001-002 on F0172 Scheduled Locations Coverage Summary

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**THE ST. PAUL PREMIER PROPERTY PROTECTION
COVERAGE SUMMARY – CONTINUED**

The**StPaul**

This Coverage Summary shows the limits and
coverage options that apply to your Premier
Property Protection.

---

### Other / Describe

Mortgagees and Loss Payees: (continued)
Mortgage Holders:
       MB FINANCIAL BANK NA
       1200 N ASHLAND
       CHICAGO, IL  60622
       MORTGAGE
       Location 001-002 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
       MB FINANCIAL BANK N.A.
       1200 N. ASHLAND
       CHICAGO, IL  60622
       MORTGAGEE
       Location 001-003 on F0172 Scheduled Locations Coverage Summary

---

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 12/27/04  16:42   001 |

F0171 Rev. 5-02 Printed in U.S.A.        Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved    Page   3 of   4

The**St.Paul**

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**ST. PAUL PREMIER PROPERTY PROTECTION
SCHEDULED LOCATIONS COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows your
scheduled locations, covered property, and
limits of coverage that apply to your Premier
Property Protection.

---

### Scheduled Location

| Loc. No. | Address |
|---|---|
| 001 | BLANKET BUILDING AND CONTENTS |

001-001 15700 LATHROP AVENUE HARVEY, IL  60426
    BUILDING OPTIONS:
    Temporary Rate Endorsement applies.
    BUSINESS PERSONAL PROPERTY OPTIONS:
    Temporary Rate Endorsement applies.

001-002 290-296 E. 156TH HARVEY, IL  60426
    BUILDING OPTIONS:
    Temporary Rate Endorsement applies.
    BUSINESS PERSONAL PROPERTY OPTIONS:
    Temporary Rate Endorsement applies.

---

### Limits Of Coverage

| Loc. No. | Building | Business Personal Property | OTHER COVERAGES |
|---|---|---|---|
| 001 | $18,235,000 Blanket (Blkt.) Building (Bldg.) and Business Personal Property (BPP) Limit. | | |
| 001-001 | Included in Blkt. Bldg. and BPP Limit | Included in Blkt. Bldg. and BPP Limit | |
| 001-002 | Included in Blkt. Bldg. and BPP Limit | Included in Blkt. Bldg. and BPP Limit | |

---

| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

F0172 Ed. 1-98 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

Coverage Summary

The**St.Paul**

## Scheduled Location

| Loc. No. | Address |
|---|---|
| 001-003 | 310 E. 156TH STREET HARVEY, IL 60426 |

       BUILDING OPTIONS:
       Temporary Rate Endorsement applies.

## Limits Of Coverage

| Loc No. | Building | Business Personal Property | OTHER COVERAGES |
|---|---|---|---|
| 001-003 | Included in Blkt. Bldg. and BPP Limit | NIL | |

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

## ST. PAUL PREMIER PROPERTY PROTECTION
## BLANKET EARNINGS AND EXPENSE COVERAGE SUMMARY

The **StPaul**

This Coverage Summary shows the coverage options and other applicable conditions that apply to your Blanket Earnings and Expense coverage.

**Blanket Earnings And Expense Limit Of Coverage**    $    14,182,000

### Locations Covered

Loc. No.                     Address

002      BLANKET EARNINGS AND EXTRA EXPENSE

002-001 15700 LATHROP AVENUE HARVEY, IL  60426
        BLANKET EARNINGS AND EXPENSE OPTIONS:
        Temporary Rate Endorsement applies.

002-002 290-296 E. 156TH HARVEY, IL  60426

**Ordinary Payroll**    ☒  Included         ☐  Excluded

**Deductible**    $                    Hours 12              Business Days

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Contract Penalties | $25,000 |
| Inventory and Appraisals | $25,000 |
| Off Premises Utility Services | $25,000 |
| Pollution Clean-up and Removal | $25,000 |
| Property in Transit | $25,000 |
| Radioactive Contamination | $25,000 |

Additional Benefit Restrictions

**Optional Coverage – Dependent Property**

Described Locations                                    Specific Limit

| | |
|---|---|
| **Name of Insured** | **Policy Number** CK01206228    **Effective Date** 12/28/04 |
| LB STEEL, LLC; | **Processing Date** 12/27/04  16:42  001 |

F0189 Rev. 7-01 Printed in U.S.A.              Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved    Page  1 of  2

The St.Paul

**Locations Covered — Continued**

    **Loc. No.**                                                             **Address**

        BLANKET EARNINGS AND EXPENSE OPTIONS:
        Temporary Rate Endorsement applies.

002-003 310 E. 156TH HARVEY, IL 60426
        BLANKET EARNINGS AND EXPENSE OPTIONS:
        Temporary Rate Endorsement applies.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

## THE ST. PAUL PREMIER PROPERTY PROTECTION
## ADDITIONAL BENEFITS COVERAGE SUMMARY

The **St.Paul**

This Coverage Summary shows the limits that apply to the Additional Benefits section of your agreement.

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Accounts Receivable | $50,000 |
| Catastrophe Allowance | $10,000 |
| Computers | $250,000 |
| Deferred Payments | $25,000 |
| Demolition And Increased Cost Of Construction - maximum per loss (subject to a maximum per building or improvement of 10% of value) | $1,000,000 |
| Depositors Forgery | $25,000 |
| Employee Theft | $10,000 |
| Endangered Property | $10,000 |
| Extra Expense | $25,000 |
| Fine Arts | $25,000 |
| Fire Department Service Charge | $25,000 |
| Fire Protective Equipment | $25,000 |
| Inventory And Appraisals | $25,000 |
| Lost Key | $25,000 |
| Money And Securities | |
| • Inside limit | $20,000 |
| • Outside limit | $10,000 |
| Money Orders And Counterfeit Currency | $25,000 |
| Newly Acquired Property | |
| • Building limit | $1,000,000 |
| • Business Personal Property limit | $500,000 |
| Off Premises Utility Failure | $50,000 |
| Outdoor Property | $25,000 |
| Personal Belongings | $25,000 |
| Pollution Cleanup And Removal | $25,000 |
| Property In Transit | $25,000 |
| Radioactive Contamination | $25,000 |

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

F0173 Rev. 7-01 Printed in U.S.A.  Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved  Page 1 of 2

**The St.Paul**

| | | |
|---|---|---|
| Random Attack – Hacking Event Or Computer Virus | $10,000 | |
| Rewards | $25,000 | |
| Unscheduled Locations | $25,000 | |
| Valuable Records Research | $50,000 | |
| Voluntary Surrender | $25,000 | |

Additional Benefit restrictions, if any:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

**THE ST. PAUL PREMIER PROPERTY PROTECTION**

TheStPaul

We've designed this agreement to protect against a variety of property losses. There are limitations and they are explained later in this agreement.

## Table of Contents

|  | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Covered Causes Of Loss | 2 |
| Property Covered | 2 |
| Building Coverage | 2 |
| Business Personal Property Coverage | 2 |
|   Other people's property. | 2 |
|   Improvements coverage. | 3 |
|   Burglary damage to buildings. | 3 |
| Property Not Covered At All | 3 |
| | |
| **Additional Coverages** | 3 |
| Debris Removal Coverage | 3 |
| Preservation Of Property Coverage | 4 |
| Undamaged Portion Of The Building | 4 |
| | |
| **Where We'll Cover** | 4 |
| | |
| **Additional Benefits** | 4 |
| Accounts Receivable | 5 |
| Catastrophe Allowance | 5 |
| Computers | 5 |
|   World wide coverage extension. | 6 |
| Deferred Payments | 6 |
| Demolition And Increased Cost Of Construction | 6 |
| Depositors Forgery | 6 |
| Employee Theft | 7 |
| Endangered Property | 7 |
| Extra Expense | 7 |
| Fine Arts | 7 |
| Fire Department Service Charge | 7 |
| Fire Protective Equipment | 8 |
| Inventory And Appraisals | 8 |
| Lost Key | 8 |
| Money And Securities | 8 |
| Money Orders And Counterfeit Currency | 8 |
| Newly Acquired Property | 8 |
| Off Premises Utility Failure | 9 |
| Outdoor Property | 9 |
| Personal Belongings | 9 |
|   World wide coverage extension. | 9 |
| Pollution Cleanup And Removal | 9 |
| Property In Transit | 10 |
|   World wide coverage extension. | 10 |
| Radioactive Contamination | 10 |
| Random Attack - Hacking Event Or Computer Virus | 10 |
| Rewards | 11 |
| Unscheduled Locations | 11 |
| Valuable Records Research | 11 |
| Voluntary Surrender | 11 |

|  | Page |
|---|---|
| **Exclusions — Losses We Won't Cover** | 11 |
|   Acts or decisions. | 11 |
|   Boilers. | 12 |
|   Collapse. | 12 |
|   Contamination. | 12 |
|   Defects or errors. | 12 |
|   Disappearance. | 12 |
|   Dishonesty. | 12 |
|   Earth movement. | 13 |
|   Electrical damage. | 13 |
|   Flood. | 13 |
|   Governmental action. | 13 |
|   Indirect loss. | 14 |
|   Mechanical breakdown. | 14 |
|   Nuclear activity. | 14 |
|   Ordinances, regulations, or laws. | 14 |
|   Planning, design, materials, maintenance. | 14 |
|   Pollution. | 14 |
|   Random attack - hacking event or computer virus. | 15 |
|   Settling, smog. | 15 |
|   Utility failure. | 15 |
|   Voluntary surrender. | 15 |
|   War. | 15 |
|   Wear, tear, deterioration, animals. | 16 |
| | |
| **Exclusion Exceptions** | 16 |
| | |
| **Rules For Loss Adjustment** | 16 |
| How Your Property Is Valued | 16 |
|   Property insured on an actual cash value basis. | 16 |
|   Property insured on a replacement cost basis. | 16 |
|   Special rules for building ordinances or laws. | 17 |
|   Rules for valuing special property. | 17 |
|   Expenses we'll cover for waterborne shipments. | 19 |
| Deductible | 19 |
| Coinsurance Rule | 19 |
|   What's the minimum amount? | 19 |
|   How the rule works. | 20 |
| Agreed Amount Option | 20 |
| Other Insurance | 20 |
| Adjusting Losses | 21 |
| Who We'll Pay For Loss To Business Personal Property | 21 |
| If Your Building Is Mortgaged | 21 |
|   Rights and duties of mortgageholders. | 21 |
|   Transfer of mortgageholder's right to us. | 21 |

F0150 Rev. 7-01 Printed in U.S.A.    Insuring Agreement

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved    Page 1 of 22

The**StPaul**

Cancellation notice to mortgageholder.    21
Nonrenewal notice to mortgageholder.    21

**Other Rules For This Agreement    21**
Reports And Premiums    21
   Total values at each location.    21
   Deposit premium.    22
   Minimum annual premium.    22
Insurance For Your Benefit    22
Buildings That Are Vacant    22
Construction Or Repairs    22
Unintentional Errors And Omissions    22
Preserving Your Rights    22

## What This Agreement Covers

The description of property covered, the limit of coverage, and other applicable terms and conditions are shown in the Coverage Summary.

## Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as indicated in the Exclusions – Losses We Won't Cover section.

## Property Covered

In the following sections, we explain what is included under the building and business personal property coverages. The Coverage Summary will indicate which coverages you have purchased under this policy.

## Building Coverage

We'll cover your financial interest in the covered building or structure. While at the same location, we'll also cover:

- machinery and equipment that are a permanent part of a covered building and are used to provide building services such as elevators and heating equipment.

- fixtures or yard fixtures such as lampposts and flagpoles.

- property which you own and use to service or maintain a covered building or structure or its premises.

- construction materials, supplies, and equipment that you intend to use to alter, repair, or expand a covered building. During construction, we'll cover these materials at a covered location or in the open within 1,000 feet of it. We'll also cover any temporary structures at a covered location.

## Business Personal Property Coverage

We'll cover your business personal property while:

- in or on a building described in the Coverage Summary.

- in the open or in vehicles in the open within 1,000 feet of a covered location.

*Business personal property* means things you own or have a financial interest in such as stock, furniture, fixtures, machinery, equipment, computer hardware, software, data, prototypes, supplies, patterns, dies, and other movable items and all other personal property owned by you and used in your business.

*Stock* means merchandise held in storage or for sale, raw materials and in-process or finished stock. It also includes supplies used in packing or shipping.

*Covered location* means any of the following:

- locations scheduled or described in the Coverage Summary;

- new locations as described in the newly acquired property additional benefit; or

- unscheduled locations as described in the unscheduled locations additional benefit.

Business personal property may include personal property used in your business that's leased from others when you are contractually required to insure it and its value is included in your business personal property limit of coverage.

We'll also cover business personal property sent out on consignment or approval and we'll cover business personal property you exhibit or display whether you own it or are responsible for it.

Your business personal property coverage also includes the value of materials, labor, and other services you've expended on other people's property.

**Other people's property.** We'll cover the business personal property of others that's in your care, custody, or control, to the

F0150 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

extent of your insurable interest and your legal obligation while:

- in or on a building described in the Coverage Summary; or
- in the open or in vehicles within 1,000 feet of a covered location.

This does not apply to property of yours, your officers, partners, or employees.

**Improvements coverage.** If you're a tenant at a covered location, your business personal property coverage can also apply to improvements that you make to a building.

*Improvement* means a permanent alteration or addition that can't legally be removed.

If you pay for an improvement, and none of the payment is part of your rent, we'll cover the value of your right to use the improvement.

The limit of coverage for business personal property is the most we'll pay for all loss to your business personal property and improvements. However, we won't pay for loss to your improvement if someone other than you pays to repair or replace it.

**Burglary damage to buildings.** If you are a tenant at a covered location, your business personal property coverage can also cover direct loss or damage caused by burglary or attempted burglary to that part of the building you occupy. To be covered, you must be legally responsible for the damage.

*Burglary* means the taking of property from inside your building by a person unlawfully entering or leaving the building as evidenced by marks of forcible entry or exit.

This protection is included in the limit of coverage for business personal property at the location where the damage occurs.

**Property Not Covered At All**

We won't cover the following property under this agreement:

- aircraft, satellites, and spacecraft;
- live animals, birds, and fish;
- contraband, or property in the course of illegal transportation or trade;

- watercraft including motors, equipment, and accessories while on water;
- lawns, land, land value, land restoration, and growing crops, including standing timber;
- outdoor trees, plants and shrubs, except for the coverage provided under the Additional Benefits section;
- water;
- money, lottery tickets, food stamps, securities, deeds, accounts, bills, notes, and other evidence of debt, except for the coverage provided in the Additional Benefits section;
- self-propelled land vehicles and other vehicles licensed and designed for use on public roads, such as cars, trucks, and trailers;
- property you've sold under a conditional sales agreement, trust agreement, installment payment or other deferred payment plan after it's been accepted by the customer other than as provided by the deferred payments additional benefit; or
- transmission and communication lines you own or have a financial interest in other than those held as inventory.

**Additional Coverages**

The following coverages are included when either building or business personal property coverages have been purchased and are shown in the Coverage Summary. Unless otherwise indicated, these coverages are not in addition to the limits of coverage for building or business personal property shown in the Coverage Summary.

**Debris Removal Coverage**

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing the debris of damaged covered property.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss or damage includes any deductibles you pay. If debris removal costs exceed the 25%, or if the total amount of loss paid and debris removal costs combined exceed the limit of coverage that applies, we'll also pay up to

F0150 Rev. 7-01 Printed in U.S.A.                    Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved     Page 3 of 22

**The St.Paul**

an additional $25,000 for debris removal per location in each event. For example:

*A fire causes a combined loss of $50,000 to your building and business personal property. The combined limits of coverage for the damaged building and business personal property are $100,000. Because of pollutants in the debris, the debris removal costs total $15,000. Here's how we'll determine what we'll pay for the debris removal costs.*

*Paid loss of $50,000 (which includes your deductible) x 25% = $12,500, the debris removal limit for this loss. Since the debris removal costs of $15,000 exceed the $12,500 limit, the additional $25,000 debris removal coverage will pay the remaining $2,500 debris removal cost. In this example, we would pay the full $15,000 of debris removal costs. However if the debris removal cost had been $40,000 we would only pay $12,500 + $25,000 for a total of $37,500.*

A higher additional limit may be purchased. If so, the revised limit will be shown in the Coverage Summary.

We won't pay for any undamaged property which must be removed because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

For example:

*A fire damages your building, including a section of the ceiling. The ceiling is made of tiles containing asbestos. Because of the asbestos, local law requires that you replace the ceiling completely even though only a portion of the ceiling was damaged. We'll only pay the cost to remove the tiles damaged by the fire. We won't pay to remove the undamaged remainder of the ceiling because the law requires it.*

We won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below

the surface of the ground. Limited coverage for pollution cleanup and removal is provided in the Additional Benefits section.

We'll only pay debris removal expenses that are reported to us in writing within 180 days of the date of direct physical loss or damage to covered property.

The cost of removing debris won't be included when we apply the coinsurance rule.

### Preservation Of Property Coverage

We'll pay for any direct physical loss or damage to covered property that results when you're forced to remove it from a location endangered by a covered cause of loss.

We'll cover the property while it's being moved to a safe place and while it's being returned to the covered location. But the total amount of insurance for all locations combined won't exceed the limit of coverage at the original location.

### Undamaged Portion Of The Building

If your covered building or improvements are damaged by a covered cause of loss, we'll pay for the loss in value of the undamaged portion of the covered building or improvement as the consequence of the enforcement of any ordinances or laws that:

- regulate the construction or repair of the damaged covered building or establish zoning or land use requirements at a covered location; or
- require the demolition of the undamaged parts of the covered building; and
- are in force at the time of the loss.

### Where We'll Cover

We'll cover property while in the United States, its territories and possessions, Canada, and Puerto Rico.

### Additional Benefits

All of the following additional benefits are in addition to the limits of coverage for building or business personal property. The

F0150 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 22          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

TRAVELERS OCC MEMP 49 of 272

The St Paul

limit for each additional benefit is shown in the Coverage Summary.

Unless otherwise restricted, these limits are applicable at any covered location. The limit for property in transit applies to any covered property that is away from a covered location while in the course of transportation. The limit for unscheduled locations applies to covered property while away from a covered location, but not in the course of transportation.

Although applicable at any location, the indicated limit for any of these additional benefits is also the most that we will pay for loss or damage, regardless of the number of locations involved, that results from a single event such as a tornado or a hurricane.

These additional benefits do not extend to nor create a covered loss under any time element coverage attached to this insuring agreement. Time element coverages include any of the following:

• blanket earnings and expense;

• business income and extra expense;

• extra expense;

• business income from dependent properties;

• extra expense from dependent properties; or

• valued business income.

All other terms in this agreement apply to these additional benefits except for the coinsurance rule.

### Accounts Receivable

We'll pay for the following costs that you incur due to direct physical loss or damage of your records of accounts receivable from a covered cause of loss:

• amounts your customers owe you but you can't collect because of loss or damage to your records;

• interest on any loan you have to take out because you can't collect your receivables, and need money while waiting for payment of your claim;

• extra collection costs, over and above your normal collection costs, that are made necessary because of loss or damage to your records; and

• expenses you reasonably incur to re-establish your records.

But we won't pay more than the additional benefit limit for accounts receivable shown in the Coverage Summary.

### Catastrophe Allowance

If your covered property is damaged by a covered cause of loss that is declared a catastrophe by Property Claims Services, you may extend your selected policy limits for any of the coverage(s) indicated below by the limit shown for this additional benefit in the Coverage Summary. The limit shown for this additional benefit is the maximum that may be extended in aggregate for all coverages from any single catastrophe.

You can use this additional benefit limit to supplement any of the following existing policy limits:

• building coverage;

• business personal property coverage;

• any additional benefit; or

• any combination of the above.

But we won't pay more than the additional benefit limit for catastrophe allowance shown in the Coverage Summary.

### Computers

We'll pay for direct physical loss or damage by a covered cause of loss to computer hardware, software, and data which you own, lease, or rent from others or for which you are legally responsible while in a building at a covered location.

But we won't pay more than the additional benefit limit for computers shown in the Coverage Summary.

We'll pay the actual cost of reproducing lost or accidentally erased data, software, documentation, and source materials provided you can and do actually replace or reproduce them.

*Computer hardware* means a network of machine components capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

**The St Paul**

drives, printers, video display terminals, modems, personal computers, remote terminals, and air conditioning equipment used exclusively in computer operations.

*Software* means programs that are either purchased or written on a custom basis, which are regularly used with a computer system.

*Data* means facts, concepts, or instructions converted to a form useable in computer operations.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for your owned portable computer hardware to be world wide.

*Portable computer hardware* means equipment designed to be transported, including laptop, notebook, or pen-based notebook computers.

This benefit does not apply to equipment that has been checked during flight with a commercial airlines.

**Deferred Payments**

We'll pay for direct physical loss or damage by a covered cause of loss to business personal property you've sold on an installment or other deferred payment basis after its been accepted by your customer.

But we won't pay more than the additional benefit limit for deferred payments shown in the Coverage Summary.

**Demolition And Increased Cost Of Construction**

If a covered building or improvement covered for replacement cost under this agreement is damaged by a covered cause of loss, we'll pay the costs necessary to demolish and clear the site of undamaged parts of such covered property as well as the increased costs of construction due to the enforcement of any ordinances or laws that:

- regulate the construction or repair of the damaged building or improvement or establish zoning or land use requirements at a covered location; or

- require the demolition of the undamaged parts of the building; and

- are in force at the time of the loss.

But we won't pay more than the demolition and increased cost of construction maximum per loss additional benefit limit shown in the Coverage Summary or 10% of the limit of insurance applicable to that covered building or improvement, whichever is less.

If a damaged building or improvement is covered under a blanket limit of insurance that applies to more than one building or item of property, the most we'll pay is the lesser of the demolition and increased cost of construction maximum per loss additional benefit limit shown in the Coverage Summary or 10% times the value of the damaged covered building or improvement as indicated in the statement of values or schedule.

This additional benefit does not apply to any costs due to an ordinance or law with which you were required to comply before the loss, even when the building was undamaged, and with which you did not comply.

This additional benefit does not apply to the costs associated with the enforcement of any ordinance or law which requires you or anyone else to:

- test for, monitor, cleanup;

- remove, contain, treat, detoxify, neutralize; or

- in any way respond to, or assess the effects of pollutants.

**Depositors Forgery**

We'll pay for loss resulting directly from forgery or alteration of a check, draft, promissory note or similar written promises or directions to pay money that are:

- made or drawn by you;

- drawn upon you;

- made or drawn by someone acting as your agent; or

- claims to have been so made or drawn.

We'll also pay for reasonable legal expenses that you incur and pay in defense, if you are sued on the basis of refusing to pay on any such forged or altered instrument, and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The**StPaul**

you have our written consent to defend against the suit.

But we won't pay more than the additional benefit limit for depositors forgery shown in the Coverage Summary. This is the most we'll pay for loss including defense costs in any one event regardless of how many protected persons, property owners, covered items, or financial interests are involved.

*Event* means an act or series of related acts involving one or more persons.

*Protected persons* are people and organizations protected under this additional benefit.

### Employee Theft

We'll pay for loss or damage to money, securities or other property resulting directly from theft by any of your employees. This can be money, securities or other property you own or that you're holding, whether or not you're liable for its loss. But we won't pay more than the additional benefit limit for employee theft shown in the Coverage Summary.

This protection applies only when there is evidence that the employee meant to cause you a loss. The evidence must also show that the employee intended that he or she or another person or organization would get some unearned financial benefit.

Financial benefit doesn't include salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions, or other employee benefits earned in the normal course of employment.

We won't consider any of the following to be an employee:
- agent, broker, factor, commissioner, merchant, consignee, independent contractor, or representative of the same general character; or
- director or trustee, except while performing acts or duties within the scope of the usual duties of an employee.

### Endangered Property

We'll pay for reasonable and necessary expenses you incur for the temporary protection and preservation of covered property actually damaged or threatened with imminent loss or damage from a covered cause of loss.

But we won't pay more than the additional benefit limit for endangered property shown in the Coverage Summary.

### Extra Expense

We'll pay to help you maintain normal business operations following direct loss or damage by a covered cause of loss to covered property. We'll pay extra expenses that are over and above your normal operating costs and that are directly related to your covered loss.

But we won't pay more than the additional benefit limit for extra expense shown in the Coverage Summary.

We'll cover you from the date of the damage for as long as it should reasonably take to rebuild, repair, or replace your damaged covered property regardless of when this agreement ends.

We won't pay for loss of income. Nor will we pay for repairing, replacing, or restoring covered property or necessary papers, computer software, and records under this benefit.

### Fine Arts

We'll pay for direct physical loss or damage by a covered cause of loss to your fine arts or the fine arts of others while in your care, custody, or control while in or on a building at a covered location or within 1,000 feet of it.

But we won't pay more than the additional benefit limit for fine arts shown in the Coverage Summary.

*Fine arts* mean antiques and objects of art of every nature and description.

### Fire Department Service Charge

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for fire department service charges you've agreed to

F0150 Rev. 7-01 Printed in U.S.A.          Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

**The St Paul**

pay by contract or agreement prior to loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

## Fire Protective Equipment

We'll pay the cost to refill your fire protection equipment if it accidentally discharges or discharges as intended to control a covered loss.

But we won't pay more than the additional benefit for fire protective equipment shown in the Coverage Summary.

We won't cover any loss that happens at the time of installation, repair, or recharge of the fire protective equipment.

## Inventory And Appraisals

We'll pay for the cost of any inventory and appraisal that we require from you to determine the amount of direct physical loss or damage to covered property.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary. However, this benefit does not apply to costs incurred from an agent or broker's employee or representative. In addition, this benefit does not apply to costs incurred from a public adjuster or their employee or representative.

## Lost Key

If a master key is lost or damaged by a covered cause of loss, we'll pay for:

- the actual cost of a new master and individual lock keys;
- the cost to adjust the locks to accept the new keys; or
- the cost of new locks and keys, if required, of like kind and quality including the cost of their installation.

But we won't pay more than the additional benefit for lost key shown in the Coverage Summary.

## Money And Securities

We'll pay for loss of money and securities used in your business against direct physical loss or damage from theft, disappearance, or destruction. A separate limit applies for a covered loss that occurs:

- within a covered location or within a bank or savings institution; and
- away from a covered location en route to or from a bank or savings institution or within the living quarters of someone in charge of the property.

But we won't pay more than the additional benefit limits for money and securities shown in the Coverage Summary.

We'll consider all loss in connection with an actual or attempted dishonest or criminal act to be from one event, regardless of how many people committed the act.

*Money* means currency and coins used as legal tender, travelers checks, register checks, and money orders.

*Securities* means documents representing money or property, revenue stamps, other currently used stamps, tokens, tickets, and unused postage on meters, but not money.

*Property we won't cover.* We won't cover manuscripts, records or account books.

## Money Orders And Counterfeit Currency

We'll cover your loss or damage as a result of your acceptance of a post office or express money order in good faith in exchange for merchandise, money or services. You're also covered if you accept counterfeit U.S. or Canadian paper currency in good faith during a normal business transaction.

But we won't pay more than the additional benefit limit for money orders and counterfeit currency shown in the Coverage Summary.

## Newly Acquired Property

We'll pay for direct physical loss or damage to:

- new fixtures, alterations, or additions you add to a covered building;

F0150 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

- newly acquired buildings for use in your business; and
- newly acquired business personal property. But this benefit doesn't apply to stock at any location shown in the Coverage Summary, or to business personal property at a fair or exhibition.

But we won't pay more than the additional benefit limits for newly acquired property shown in the Coverage Summary.

Insurance under this newly acquired property benefit will end when any of the following first occurs:

- this policy or this agreement is canceled or expires.
- 180 days pass after you acquire the new property or begin installation or construction.
- you report the values of the newly acquired property to us.

We will charge you additional premium from the day the building or business personal property is acquired or installation or construction begins.

**Off Premises Utility Failure**

We'll pay for direct physical loss or damage to covered property by a covered cause of loss that results from the failure of a utility service to a covered location. You must prove that the failure was a result of direct physical loss or damage to the utility service not at a covered location and from a cause of loss covered by this policy.

But we won't pay more than the additional benefit limit for off premises utility failure shown in the Coverage Summary.

*Utility services* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the covered location.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave or television services to the covered location, such as:

- communications transmission lines, including optic fiber transmission lines;

- coaxial cables; and;
- microwave radio relays, excluding satellites.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;
- transformers; and
- transmission lines, supplying electricity, steam or gas to a covered location.

**Outdoor Property**

We'll pay for direct physical loss or damage to the following at a covered location when the loss is caused by fire, lightning, explosion, vehicles, aircraft, civil disturbance, riot, or vandalism:

- outdoor trees, shrubs, plants; and
- outdoor fences.

But we won't pay more than the additional benefit limit for outdoor property shown in the Coverage Summary.

This benefit doesn't apply to trees, shrubs, or plants grown commercially.

**Personal Belongings**

We'll pay for direct physical loss or damage by a covered cause of loss to personal belongings owned by you, your officers, your partners or members, your managers, or your employees at locations scheduled or described in the Coverage Summary.

We'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance. But we won't pay more than the additional benefit limit for personal belongings shown in the Coverage Summary.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for personal belongings to be world wide.

**Pollution Cleanup And Removal**

We'll pay for the cost to cleanup and remove pollution that is in the land or water at a covered location.

**TheStPaul**

For example:

*A fire in your warehouse causes chemicals to run onto the ground and into a nearby river. You are required by law to cleanup the contaminated ground and water. We'll only pay to cleanup the contaminated land and water at your premises and only up to the limit that applies to this benefit. We won't pay anything for the cleanup of land or water away from your premises.*

We'll only pay for pollution cleanup and removal if:

- the discharge, dispersal, seepage, migration, release, or escape of the pollutants is caused by a covered cause of loss; and
- the cause of loss occurs during the policy period to covered property at a covered location.

This additional benefit does not apply to the costs to test for, monitor, or assess the existence, concentration, or effects of pollutants. But we will pay for testing which is performed in the course of extracting the pollutants from land or water.

To be covered, cleanup and removal costs must be reported to us in writing within 180 days of the date of direct physical loss or damage to covered property.

But we won't pay more than the additional benefit limit for pollution cleanup and removal shown in the Coverage Summary.

The limit shown in the Coverage Summary is the maximum we'll pay in any one annual policy period regardless of the number of losses that occur.

**Property In Transit**

We'll pay for direct physical loss or damage by a covered cause of loss to your business personal property or the property of others while in transit within the United States, its territories and possessions, Canada and Puerto Rico or between these places.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary.

This benefit doesn't apply to any property sent by electronic transmission.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for property in transit to be world wide.

**Radioactive Contamination**

We'll pay for direct physical loss or damage to covered property caused by radioactive contamination, provided that:

- radioactive contamination arises out of material at a covered location;
- radioactive material is kept at the covered location for the purpose of your operations; and
- there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction, nor any new or used nuclear fuel meant for use in such a reactor at the covered location.

But we won't pay more than the additional benefit limit for radioactive contamination shown in the Coverage summary.

*Radioactive contamination* means

- sudden and accidental radioactive contamination.
- radiation damage to covered property which results from such contamination.

**Random Attack – Hacking Event Or Computer Virus**

We'll pay for direct physical loss or damage caused by a random attack by a hacking event or computer virus.

*Random attack* means the widespread attack, by a hacking event or computer virus, directed against the computer systems, software, data, or telecommunications systems of multiple organizations or persons who are not part of you, rather than solely at your computer systems, software, data, or telecommunications systems. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

*Hacking event* means an attack which allows unauthorized access or use of a computer or telecommunications system by electronically

circumventing a security system or procedure.

*Computer virus* means a piece of code that is maliciously or fraudulently introduced into a computer or telecommunications system. Once introduced, the virus may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data or any computer application software, computer network, or computer operating system and related software.

But we won't pay more than the additional benefit limit for random attack - hacking event or computer virus shown in the Coverage Summary.

### Rewards

We'll reimburse you for any monetary reward you have offered with our prior consent for information that leads to the arrest and conviction of any individual committing or trying to commit any illegal act related to a covered cause of loss or damage to covered buildings or covered business personal property. Any such reward will be handled and administrated by the authorities with jurisdiction in the matter.

But we won't pay more than the additional benefit limit for rewards shown in the Coverage Summary. In addition, neither you, your partners, your officers, nor your employees will be eligible to receive the reward.

### Unscheduled Locations

We'll pay for direct physical loss or damage by a covered cause of loss to covered business personal property while the covered property is at any unscheduled location.

Business personal property at unscheduled locations includes but is not limited to property:

- at processors;
- off site for repair, service, or installation;
- on consignment or approval;
- on exhibit or at fairs; or
- at temporary locations.

But we won't pay more than the additional benefit limit for unscheduled locations

shown in the Coverage Summary. This benefit only covers business personal property at a fixed location; it doesn't cover business personal property while in transit.

### Valuable Records Research

We'll pay for research and other expenses necessary to reproduce, replace, or restore valuable records which have suffered direct loss or damage by a covered cause of loss while at a covered location.

But we won't pay more than the additional benefit limit for valuable records research shown in the Coverage Summary.

*Valuable records* include account books, manuscripts, abstracts, drawings, card index systems, and other printed or written documents. Valuable records also include maps, films, tapes, and other such material. But it doesn't include computer software or data.

### Voluntary Surrender

We'll pay for the direct physical loss or damage to your covered property taken from you by a theft caused by your voluntarily giving the possession of or title to covered property to someone else. But we'll cover this kind of loss only if you are the victim of some fraudulent scheme, trick, device, or false pretense.

But we won't pay more than the additional benefit limit for voluntary surrender shown in the Coverage Summary.

This coverage does not protect you against the inability or failure of a buyer to pay you for covered property as promised unless it can be shown that the buyer acted with criminal intent to steal the property from you.

### Exclusions - Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Acts or decisions.** We won't cover loss caused by or resulting from any act or decision or by the failure to act or decide, of any person, group, organization, or unit of government. If a loss not otherwise

**The St Paul**

excluded results, we'll pay for that resulting loss.

**Boilers.** We won't cover loss to a steam boiler, steam pipe, steam turbine, or steam engine when the loss is caused by or resulting from any condition or event within such equipment. Nor will we cover loss caused by or resulting from the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate, or lease.

We won't cover loss to a hot water boiler or any other equipment for heating water when the loss is caused by or results from any condition or event within such equipment other than an explosion.

If fire or explosion results, we'll pay for that resulting loss. We'll also cover loss caused by or resulting from the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fired furnace or in the flues or passages leading from the firebox chamber.

**Collapse.** We won't cover loss caused by or resulting from collapse unless due to any of the following causes of loss:

- fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, and volcanic action;
- building glass breakage, falling objects, weight of ice, snow, or sleet, water damage;
- decay that is hidden from view, unless the presence of such decay is known or should have been known to an insured prior to collapse;
- insect or vermin damage that is hidden from view, unless the presence of such damage is known or should have been known to an insured prior to collapse;
- weight of people or business personal property or other personal property;
- weight of rain which collects on a roof; or
- use of defective material or methods in construction, remodeling, or renovation if the collapse occurs before such work is completed.

*Collapse* means an abrupt falling down or caving in of a building or any part of a

building with the result that the building or part of the building cannot be occupied for its intended purpose. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

**Contamination.** We won't cover loss caused by or resulting from any kind of contamination of your covered products or covered property.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Defects or errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Disappearance.** We won't cover loss of property that is missing where:

- the only evidence of the loss is a shortage disclosed on taking inventory; or
- there is no physical evidence to show what happened to the property.

**Dishonesty.** We won't cover loss caused by or resulting from any fraudulent, dishonest, or criminal act committed by you or by a partner, member, manager, director, officer, trustee, agent or employee, including leased employee, of yours. Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

This exclusion doesn't apply to acts of destruction by your employees, including leased employees. Nor does this exclusion

The St.Paul

apply to the additional benefit for employee theft.

**Earth movement.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.
- mine subsidence, meaning subsidence of a manmade mine, whether or not mining activity has ceased.
- earth sinking (other than sinkhole collapse), rising, or shifting including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil, and the action of water under the ground surface.
- eruption, explosion, or effusion of a volcano other than volcanic action.

*Sinkhole* means underground empty spaces created by the action of water on limestone or dolomite. We'll cover loss caused by sudden sinking or collapse into a sinkhole of the earth supporting covered property.

*Volcanic action* means direct loss or damage resulting from a volcano when the loss or damage is caused by:

- airborne volcanic blast, airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to covered property.

If fire, explosion, glass breakage, theft, or volcanic action results, we'll pay for that resulting loss.

If more than one earth movement or volcanic eruption occurs within any 168 hour period, we'll consider this one event.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Electrical damage.** We won't cover loss to electrical equipment, including wiring, caused by or resulting from electrical arcing. We also won't cover loss to electronic recordings caused by or resulting from electrical or magnetic injury, disturbance or erasing.

If a fire results, we'll pay for that resulting loss.

**Flood.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- flood;
- mudslide or mudflow; or
- surface water.

*Flood* means waves, tides or tidal water, the rising of bodies of water and streams, or the overflowing or breaking of their boundaries, whether driven by wind or not.

*Surface water* means water which accumulates or flows on the surface of the ground, and is created by natural causes such as rain, melted snow, or rising springs, but which follows no defined watercourse and does not gather into or form a natural body of water.

If fire or explosion, or sprinkler leakage results, we'll pay for that resulting loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Governmental action.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- seizure or destruction of property under quarantine or customs regulation; or
- confiscation by any government or public authority.

But this exclusion won't apply to property destroyed by a civil authority in order to

---

The**StPaul**

stop the actual spread of fire. *For example, to establish a fire break.*

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Indirect loss.** We won't cover loss caused by or resulting from:

- delay;
- loss of market;
- loss of use; or
- any indirect loss.

**Mechanical breakdown.** We won't cover loss caused by or resulting from:

- mechanical breakdown or failure;
- derangement of mechanical parts; or
- rupture caused by centrifugal force.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion won't apply to the additional benefit for radioactive contamination.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Ordinances, regulations, or laws.** We won't cover loss caused directly or indirectly by the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes removal of debris. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:

- an ordinance or law that is enforced even if the covered property has not been damaged; or

- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of covered property, or the removal of the debris, following a physical loss to covered property.

This exclusion won't apply to either the additional coverage for undamaged portion of the building or the additional benefit for demolition and increased cost of construction.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Planning, design, materials, maintenance.** We won't cover loss caused by or resulting from faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;
- design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance.

All of the above apply to part or all of any property on or off of a covered location.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Pollution.** We won't cover loss that is caused by or results from pollution unless the pollution is caused by or results from any of the following covered causes of loss.

- fire;
- lightning;
- explosion;
- wind or hail;
- smoke;
- vehicles and aircraft;
- civil disturbance and riot;
- vandalism;
- sprinkler leakage;
- sinkhole collapse;
- volcanic action;
- falling objects;
- weight of snow, ice, or sleet;

- water damage; or
- collision, upset, or overturn of a transporting vehicle:
  - while at a covered location; or
  - away from a covered location when the transporting vehicle is owned, operated, rented, leased or borrowed by you.

*Pollution* means the actual, alleged, or threatened discharge, dispersal, release, leakage, seepage, migration, or escape of pollutants.

However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

*Pollutants* mean any solid, liquid, gaseous or thermal irritant, or contaminant including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste or waste pollutants.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Waste pollutants* mean those pollutants which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any other person or organization for whom you're legally responsible.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Random attack – hacking event or computer virus.** We won't cover loss caused directly or indirectly by a random attack by a hacking event or computer virus. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion doesn't apply to any specific attack nor to the additional benefit for random attack – hacking event or computer virus.

*Specific attack* means the intentional attack, by a hacking event or computer virus, directed solely at your computer system, software, data or telecommunications system. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

**Settling, smog.** We won't cover loss caused or made worse by or resulting from:

- settling, cracking, bulging, shrinking, or expansion of a pavement, foundation, wall, roof, or ceiling; or
- smog, smoke, vapor, or gas from agricultural or industrial operations.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Utility failure.** We won't cover loss or damage caused directly or indirectly by the failure of power or other utility service supplied to a covered location if the break in service occurs away from that location. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion won't apply to the additional benefit for off premises utility failure.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Voluntary surrender.** We won't cover the loss caused by or resulting from covered property that is voluntarily sold or given to someone who obtains it by trick, device, false pretense, or other fraudulent schemes.

But this exclusion won't apply to the additional benefit for voluntary surrender.

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- war (declared or undeclared);
- warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The**St.Paul**

other authority using military personnel or other agents;

- invasion or insurrection;
- rebellion, revolution, or civil war;
- seizure of power; or
- anything done to hinder or defend against these actions.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

- wear and tear;
- deterioration, mold, wet or dry rot, rust, or corrosion;
- shrinkage, evaporation, loss of weight;
- changes in flavor, color, texture, or finish;
- nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

If loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

*Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

## Exclusion Exceptions

The following exclusions in the Exclusions – Losses We Won't Cover section don't apply to the additional benefits for accounts receivable, computers, deferred payments, fine arts, property in transit, or valuable records research:

- Boilers;

- Contamination;
- Electrical damage;
- Mechanical breakdown;
- Settling, smog;
- Utility failure; and
- Wear, tear, deterioration, animals.

## Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:

- How Your Property Is Valued
- Deductible
- Coinsurance Rule
- Other Insurance

We may take over any of the damaged or destroyed property at its agreed or appraised value. We can choose to repair, rebuild or replace the property ourselves provided we give you notice within 30 days after we get your proof of loss. You agree that you won't merely abandon this property to us.

## How Your Property Is Valued

The Coverage Summary indicates whether property is insured:

- on an actual cash value basis, or
- on a replacement cost basis.

**Property insured on an actual cash value basis.** For property insured on an actual cash value basis, we'll pay the smallest of the following:

- the actual cash value of the lost or damaged property at the time of loss;
- the amount it would cost to repair or replace the property with similar kind or quality; or
- the limit of coverage that applies to the property.

**Property insured on a replacement cost basis.** For property insured on a replacement cost basis, we'll pay the cost of repairing or replacing the damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:

The**StPaul**

- the amount you actually spend in repairing the damage;
- the amount you actually spend replacing the damaged property at the time of the loss with new property of similar kind and quality to be used for the same purpose; or
- the limit of coverage that applies to the property.

If a building is rebuilt at a new location, the amount we will pay is limited to the cost which would have been incurred if the building had been rebuilt at the original location.

We won't pay on a replacement cost basis until property has actually been repaired or replaced.

*You can choose actual cash value.* If replacement cost coverage applies to lost or damaged property, you may choose to have the loss paid on an actual cash value basis if you believe it's to your advantage to do so. For example:

*The amount of insurance on the property may not be enough to comply with the coinsurance rule on a replacement cost basis; or you may decide not to rebuild.*

If you have chosen actual cash value you can still change your mind and have the loss paid on a replacement cost basis if you tell us in writing within 180 days from the time of the loss.

**Special rules for building ordinances or laws.** The following rules are applicable to the additional benefit coverage for building ordinances or laws. If the covered property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

We'll only pay for the increased costs of upgrading damaged parts of a covered building to comply with the minimum requirements of any building code in force at the time of the loss which governs the repair or replacement of the damaged covered building.

If a covered building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we

will pay for the increased cost of construction, subject to the limit of coverage, is the increased cost of construction at the same premises.

If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction, subject to the limit of coverage, is the increased cost of construction at the new premises.

We won't pay for increased construction costs:

- until the covered property is actually repaired or replaced; and
- unless the repairs or replacements are made as soon as reasonably possible, but not more than two years after the loss or damage. We may, however, give you permission in writing to extend this period beyond the two years.

If the covered property is not repaired or replaced, we won't pay more under this additional benefit than the amount you actually spend to demolish and clear the site of a covered location.

**Rules for valuing special property.** The following special rules apply for setting a value on your finished stock, improvements, accounts receivable, records, and fine arts.

*Setting a value on finished stock.* If this option is checked under the valuation options on the Coverage Summary, we'll consider the value of your finished stock to be the price at which it was sold or the price at which it would have been sold had no loss occurred. That price will be reduced by any discounts given and any expenses that haven't actually been incurred. However, this provision does not apply to any computer software or data.

*Finished stock* means your manufactured product when it's ready for packing, shipment, or sale.

*Brands and labels.* If your stock is damaged, you have two options when you don't want to sell your damaged stock under your brand or label even though the damaged stock has a salvage value:

- remove the brand or label and then relabel the stock to comply with the law; or

---

F0150 Rev. 7-01 Printed in U.S.A.                                  Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

TRAVELERS DOC MGMT 56 of 272

The **StPaul**

- label the damaged stock as salvage but, in doing so, cause no further damage to the damaged stock.

In either case, valuation will include the difference between:

- the salvage value of the damaged stock with the brand or label attached; and
- the salvage value of the damaged stock with the brand or label removed.

*Pairs and sets.* We'll pay for the consequential loss of your undamaged business personal property.

*Consequential loss* means a part or parts of your product are physically lost or damaged by a covered cause of loss causing the part or parts that are not damaged to be unmarketable as a complete product.

*Setting a value on improvements.* We explain what improvements are covered on page 2. If you're a tenant you may repair or replace a damaged improvement at your own expense. If you do so within a reasonable amount of time, we'll figure the value of the improvement at actual cash value or replacement cost, whichever is indicated in the Coverage Summary.

But if the damaged improvement isn't repaired or replaced within a reasonable amount of time, we'll figure its value differently. We'll take the original cost of the improvement and multiply that by a fraction. The fraction is obtained by dividing the amount of time left on your lease when the loss occurred by the amount of time left when the improvement was originally made.

$$\text{Original cost} \quad X \quad \frac{\text{Remainder of lease when loss occurred}}{\text{Remainder of lease when improvement made}} \quad = \quad \text{Value of Improvement}$$

For example:

*You make a $5,000 improvement on your office one year before your lease expires. Six months later it's destroyed. If you don't repair it within a reasonable time, we'll consider the improvement's value to be:*

$$\$5,000 \ X \ \frac{6 \ months}{12 \ months} = \$2,500$$

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

*Setting a value on accounts receivable.* We'll determine the amount of accounts receivable outstanding as of the time of loss by the following method:

- determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and
- adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

The following will be deducted from the total amount of accounts receivable:

- the amount of the accounts for which there is no loss;
- the amount of the accounts that you are able to re-establish or collect;
- an amount to allow for probable bad debts that you are normally unable to collect; and
- all unearned interest and service charges.

*Setting a value on software and data.* We'll consider the cost of software and data to be no more than the cost of blank materials plus the costs you incur for replacing, reproducing, transcribing, or copying them. This applies to software and data that are actually replaced or reproduced. If they are not replaced or reproduced, we'll pay only the cost of blank materials. Pre-packaged software is valued at the cost to replace and re-install.

*Setting a value on other records.* As described in the additional benefit for valuable records research, we'll pay for research and other expenses to reproduce, replace, or restore valuable records. Valuable records are defined in the Additional Benefits section.

*Setting a value on fine arts.* Fine arts are valued based on the market value at the time of loss. When the lost or damaged

article is part of a pair or set, you may choose one of the following methods of loss payment. We'll pay you:

- the market value of the entire pair or set. You'll return to us the remaining pieces; or
- the cost to repair the damaged pieces and you'll keep the undamaged pieces. If the pair or set, with the repaired pieces, has a lower value than it had prior to the loss, we'll also pay the difference. In no event will we pay more than the value the pair or set had prior to the loss; or
- the market value of the lost or damaged pieces prior to the loss when the pieces cannot be found or repaired. You'll keep the undamaged pieces. If the remaining pieces have a reduced value, we'll pay the difference between the value of the remaining pieces prior to the loss and after the loss. In no event will we pay more than the value the pair or set had prior to the loss.

We explain what we mean by fine arts in the Additional Benefits section.

*Setting a value on money and securities.* We may choose to pay for a money or securities loss in the United States dollar equivalent determined by the rate of exchange on the date you discovered the loss.

**Money.** Money losses will be determined by its face value.

**Securities.** Securities losses will be determined by their value at the close of business on the day you discovered the loss. We may, at our option:

- pay the value of such securities or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those securities; or
- pay the cost of any lost securities bond required in connection with issuing duplicates of the securities. But we'll only pay the cost of a bond with an amount of coverage that doesn't exceed the value of the securities at the close of business on the day you discovered the loss; or the limit of coverage under this agreement, whichever is less.

**Expenses we'll cover for waterborne shipments.**
For waterborne shipments you, your agents, assigns or representatives are all permitted

and obligated to pursue any action which may be necessary to:

- reduce actual or imminent loss to covered property; and
- to recover the covered property.

We agree to bear our part of the expenses you voluntarily incur to protect or recover the covered property. We'll also pay general average and salvage charges for covered waterborne shipments.

**Deductible**

Your deductible is shown in the Coverage Summary. You'll be responsible for this amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

**Coinsurance Rule**

This coinsurance rule only applies if the Coverage Summary shows a coinsurance percentage for the covered property.

If a percentage is shown, you agree to insure your property for a minimum amount. In return, we agree to reduce the premium that would otherwise apply to your property.

We won't include the value of property covered under your additional benefits or the cost of debris removal in figuring your minimum amount.

**What's the minimum amount?** The minimum amount is the actual cash value or replacement cost of your property, whichever is indicated in the Coverage Summary, multiplied by the applicable coinsurance percentage. If your insurance under this agreement includes more than one limit of coverage, we'll apply this coinsurance rule separately to the property covered under each limit. For example:

*If actual cash value is indicated, we'll use the actual cash value of all property insured under the same limit of coverage in figuring the minimum amount, as shown below:*

---

F0150 Rev. 7-01 Printed in U.S.A.        Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

| | |
|---|---|
| Actual cash value of building at time of loss (including building items) | $100,000 |
| Coinsurance percentage (80%) | X .80 |
| Minimum amount you agree to insure | $80,000 |

Replacement cost coverage may be indicated in the Coverage Summary; however, you can choose to have your loss paid on an actual cash value basis. If so, we'll consider the minimum amount to be the actual cash value of the lost or damaged property multiplied by the applicable coinsurance percentage.

Because property values change, we'll figure the minimum amount at the time a loss occurs. Therefore, it's important for you to review the amount of your insurance periodically to be sure you're complying with this agreement.

**How the rule works.** If at the time of loss your property is insured for the minimum amount or more, this coinsurance rule won't have any effect on what we'll pay up to the limit of liability shown in the Coverage Summary.

However, if your property is insured for less than the minimum amount at the time of loss, you'll have to share your loss with us. Here's how we'll determine what we'll pay and what your share will be:

First, the amount of your insured loss less the deductible will be determined. Then we'll divide the amount of insurance you had on your property by the minimum amount you should have had. We'll pay this percentage of your loss up to the applicable limit of coverage or 100% of your loss, whichever is less. The rest is your share. Here's an example of how it works:

| | |
|---|---|
| Amount of your loss | $40,500 |
| Deductible | $500 |
| Amount of your loss less the deductible | $40,000 |
| Amount of insurance you had | $60,000 |
| Minimum amount you should have had | $80,000 |

$$\frac{\$60,000}{\$80,000} = .75 \text{ or } = 75\%$$

75% of $40,000 = $30,000

75% of $40,000 = $30,000

In this example, we'll pay $30,000 of your loss. The remaining $10,000 plus the $500 deductible is your share.

From this example, you can see that it's important to keep your property insured for at least the coinsurance percentage you agreed to. Otherwise we may only pay a part of your loss.

**Agreed Amount Option**

The Coverage Summary will indicate whether or not this option applies. It will also list the locations, if any, that this option applies to, the agreed amount, and the agreed amount expiration date.

This option suspends the Coinsurance Rule for covered property to which this option applies. At the time of loss, we'll pay the percentage that the applicable limit of coverage is of the agreed amount that applies. For example:

$$\frac{Limit\ of\ coverage}{Agreed\ amount} \quad \frac{\$30,000}{\$30,000} = 100\%$$

So, if the amount of your loss is $10,000, we'll pay $10,000 less your deductible. But we won't pay more than the limit of coverage that applies.

**Agreed amount expiration date.** This Agreed Amount Option expires on the date shown in the Coverage Summary. At that time, we'll automatically reinstate the Coinsurance Rule.

**Other Insurance**

Insurance under a separate policy may apply to your covered loss. If the separate policy is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the separate policy

F0150 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

more specifically insures the property, we'll pay the amount of your covered loss left after the separate policy has been used up, less the deductible. But we won't pay more than the limit of coverage under this agreement. Excess coverage under this agreement will not apply to the deductible amount of more specific insurance.

### Adjusting Losses

If there's a covered loss to your property we will adjust the loss with you. If there's a covered loss to someone else's property, we'll adjust the loss with you for the owner's account. We can choose to settle directly with the owner. If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

### Who We'll Pay For Loss To Business Personal Property

If the Coverage Summary identifies a person or organization to receive payments for loss to business personal property or personal property covered under building items, we'll adjust the loss with you. However, payment will be made to you and the person or organization named, based on the financial interest each has in the covered property.

### If Your Building Is Mortgaged

If the Coverage Summary identifies a mortgageholder, this section applies. We'll consider trustees to have the same rights and duties as mortgageholders.

**Rights and duties of mortgageholders.** We'll make payments for losses to you and any mortgageholder based on the interest each has in the building.

The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

If we deny your claim because of your acts or because you haven't complied with the terms of this agreement, the mortgageholder will still have the right to receive loss payments if the mortgageholder:

- pays any premium when due at our request when you fail to do so;
- submits a signed, sworn proof of loss when you fail to do so; and

- notifies us when aware of any change in ownership, occupancy or risk.

The same rules and conditions that apply to you will then apply to the mortgageholder.

**Transfer of mortgageholder's right to us.** If we pay your mortgageholder for loss or damage and deny payments to you because of your acts or because you haven't complied with the terms of this agreement, the mortgageholder's rights to recover that amount from you will then belong to us to the extent of the amount we pay. But that won't affect your mortgageholder's rights to recover the remaining amount of the mortgage debt from you.

We also have the right to pay off the mortgage debt. If we do, we'll take over the mortgageholder's right to be repaid by you.

**Cancellation notice to mortgageholder.** If we cancel this agreement, we'll mail or deliver a cancellation notice to your mortgageholder at least 30 days before coverage ends - 10 days if we cancel for non-payment of premium.

**Nonrenewal notice to mortgageholder.** If we elect not to renew this policy, we'll mail or deliver a nonrenewal notice to your mortgageholder at least 10 days before the expiration date of the policy.

### Other Rules For This Agreement

### Reports And Premiums

If the Coverage Summary indicates your policy is written on a reporting basis, you agree to make reports to us in writing within 30 days after the end of each reporting period as indicated in the Coverage Summary. You'll let us know the total values of all property covered under this agreement as of the last business day of the reporting period.

Even if the amount is more than your limit of liability for the location, you'll report the full value of the property.

**Total values at each location.** Once each year, you agree to report to us the total value of covered property at each location covered by this policy as of the date you show on

---

F0150 Rev. 7-01 Printed in U.S.A.                    Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The**StPaul**

the report. Show the values in transit separately unless otherwise included in your report.

**Deposit premium.** Your deposit premium, if any, is shown in the Coverage Summary and is due and payable the effective date of this policy. All reports will apply against this deposit, once the deposit is used up, your premium due for the following reporting periods are due and payable within 30 days of the end of the period.

**Minimum annual premium.** Your minimum annual premium is shown in the Coverage Summary. If the total earned premium for each 12 months period ending on the anniversary date is less than your minimum annual premium, you'll pay us the difference.

If your policy is canceled before an anniversary date, we'll figure your minimum premium to be that portion of the minimum annual premium that was earned during the portion of the 12 month period your policy was in effect. If the total premium you've paid for that period is less than this minimum, you'll pay us the difference.

**Insurance For Your Benefit**

This insurance is for your benefit. No third party having temporary possession of your property, such as a transportation company, can benefit directly or indirectly from it.

**Buildings That Are Vacant**

A covered building is vacant when it does not contain enough business personal property to conduct customary operations. We won't consider buildings under construction to be vacant. If a covered building is vacant, we'll reduce our payment for covered losses by 15% for a loss that occurs after the first 60 consecutive days of vacancy. You may buy an endorsement which extends the period your covered building may be vacant. If you do, the 15% penalty does not apply during that period.

After 60 consecutive days of vacancy, we will not pay for loss or damage due to the following, even if they're covered causes of loss:

• vandalism;

• sprinkler leakage, unless the system has been protected against freezing;

• building glass breakage;

• water damage;

• theft; or

• attempted theft.

**Construction Or Repairs**

You may make additions, alterations or repairs to covered property without notifying us beforehand.

**Unintentional Errors And Omissions**

Unintentional errors and omissions including:

• improper description of a covered location;

• incorrect reporting of values; or

• failure to report a location

won't affect your rights under this policy, provided you notify us after you discover such an error or omission.

We retain the right to collect any additional or retroactive premium due to any unintentional error or omission.

**Preserving Your Rights**

The following replaces the Recovering Damages From A Third Party section in the General Rules.

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss.

Before a loss occurs, you can give anyone a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses. But after a loss you can release only:

• your tenant;

• another person covered under this policy; or

• any firm or organization that you own or control or that owns or controls you.

**PREMIER PROPERTY PROTECTION BLANKET EARNINGS AND EXPENSE ENDORSEMENT**

The **StPaul**

This endorsement changes your Premier Property Protection.

| Table of Contents | Page |
|---|---|
| How Coverage Is Changed | 1 |
| Blanket Earnings And Expense Coverage | 1 |
| Optional ordinary payroll exclusion. | 2 |
| Additional Coverages | 2 |
| Alterations and new buildings. | 2 |
| Dependent properties. | 3 |
| Interruption by civil authority. | 3 |
| Ingress/egress. | 3 |
| Newly acquired property. | 3 |
| Additional Benefits | 3 |
| Contract penalties. | 3 |
| Inventory and appraisals. | 4 |
| Off premises utility services. | 4 |
| Pollution cleanup and removal. | 4 |
| Property in transit. | 4 |
| Radioactive contamination. | 4 |
| Optional Coverage | 4 |
| Dependent property. | 4 |
| Exclusions – Losses We Won't Cover | 5 |
| Cancellation of contracts. | 5 |
| Damage to finished stock. | 5 |
| Denial of services. | 5 |
| Direct loss. | 5 |
| Other indirect loss. | 5 |
| Repair. | 5 |
| Satellites and their component parts. | 5 |
| Strike. | 5 |
| Rules For Earnings And Extra Expense | 6 |
| Loss Adjustment | 6 |
| Loss Determination | 6 |
| Earnings. | 6 |
| Extra expense. | 6 |
| Your Responsibility For Resuming Operations | 6 |
| Limit Of Coverage | 6 |
| Deductible | 6 |
| Coinsurance Rule Exception | 7 |
| Other Terms | 7 |

## How Coverage Is Changed

This endorsement adds earnings and extra expense coverage to your Premier Property Protection. The locations that this endorsement applies to and the limits of coverage are shown in the Coverage Summary. Unless otherwise restricted, coverage under this endorsement also applies to unscheduled locations up to the limit shown in the Coverage Summary.

## Blanket Earnings And Expense Coverage

We'll pay your actual loss of earnings and extra expenses that result from the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to property at a covered location. The loss or damage must occur while this endorsement is in effect and must be due to a covered cause of loss.

*Earnings* means the net income, which is the net profit or loss before income taxes, that would have been earned or incurred and continuing normal operating expenses that are incurred. This includes payroll. For example,

*If your business is operating at a profit, the net profit that would have been earned will be added to continuing expenses. However, if your business is not operating at a profit, the net loss that would have been incurred will be subtracted from continuing expenses.*

Earnings also includes the net income attributable to royalties, prototypes, project research, and development documentation.

*Prototype* means the first or original model of a new type of design.

*Project research and development documentation* means written, printed, or otherwise inscribed documents, plans and records directly associated with your research and development operations.

*Suspension* means:

- the slowdown or cessation of your business activities; or

**The St.Paul**

- that part or all of the covered location is rendered untenantable.

**Optional ordinary payroll exclusion.** If this option is indicated in the Coverage Summary, we won't cover ordinary payroll expenses.

*Ordinary payroll expenses* mean payroll expenses for all your employees except:

- officers;
- executives;
- department managers; and
- employees under contract.

It includes expenses from:

- payroll;
- employee benefits, if directly related to payroll;
- FICA payments;
- union dues; and
- workers compensation premiums.

*Extra expenses* means the necessary expenses you incur during the period of restoration that you wouldn't have incurred if there had been no direct physical loss or damage to property caused by a covered cause of loss.

Extra expenses includes the necessary expenses you incur to replace or repair prototypes and project research and development documentation.

*Period of restoration* means the length of time that:

- begins with the date of direct physical loss or damage due to a covered cause of loss at the covered location; and
- ends on the earliest of the following:
  - the date you could restore your operations, with reasonable speed, to the level which would generate the earnings amount that would have existed if no direct physical loss or damage occurred; or
  - not more than 365 consecutive days after it should reasonably take to restore your operations, if you are unable to reach the level of earnings amount that would have existed if no direct physical loss or damage occurred.

The period of restoration includes any increased amount of time needed to repair or rebuild the property to comply with the minimum standards of any ordinance or law in force at the time of the loss which governs the use, construction, repair, or demolition of any property. However, it doesn't include any increased amount of time needed due to the enforcement of any ordinance, regulation, or law:

- requiring you or others to:
  - test for, monitor, clean up, remove;
  - contain, treat, detoxify, neutralize; or
  - in any way respond to, or assess the effects of pollutants as defined in the Property Protection.

The expiration date of this policy won't end the period of restoration.

*Operations* means the kind of business activities that occur at the covered location.

**Additional Coverages**

The following coverages are included. The limits indicated for these coverages are not in addition to the limits of coverage for blanket earnings and expenses shown in the Coverage Summary.

**Alterations and new buildings.** We'll pay for your actual loss of earnings and extra expenses due to direct physical loss or damage from a covered cause of loss to alterations, additions, or new construction. This includes direct physical damage to materials and equipment used in construction or intended for use by occupants when work is completed. The material or equipment must be on or within 1000' of a covered location.

If the damage to the construction, materials or equipment delays the start of your business operations, we'll figure your loss from the day operations would have started had no loss occurred. For example:

*You have a successful manufacturing plant and plan to move into an addition on May 1. In March, a fire damages the addition while it's being built and the move into the addition is delayed until June 1. We'll cover your loss of earnings and necessary extra expense for the month of May.*

**Dependent properties.** You may have a necessary business suspension due to direct physical loss or damage to dependent properties anywhere in the world. If the suspension is due to a covered cause of loss, we'll pay for your actual loss of earnings and extra expenses up to 10% of your blanket earnings and expense coverage limit, but not more than $250,000 in any one policy year.

*Dependent property* means a business, other than those indicated under Off Premises Utility Services, you don't own or operate but depend on to:

- provide goods or services which you need for your operations;
- purchase your goods or services;
- manufacture your products for delivery to your customers under contract of sale; or
- attract customers to the location of your business.

**Interruption by civil authority.** We'll pay your actual loss of earnings and extra expense when a civil authority, like a fire department, denies access to the covered location. This denial of access must result from direct physical loss or damage to property, other than at the covered location, caused by or resulting from a covered cause of loss.

The coverage for loss of earnings will begin after any applicable deductible and the coverage for extra expense will begin immediately following denied access. Coverage will apply for a period up to 30 consecutive days while access is denied.

**Ingress/egress.** We'll pay your actual loss of earnings and extra expenses that result from the necessary suspension of your operations due to the loss of ingress to or egress from a covered location. The loss must be caused by direct physical loss or damage to property at a location other than a covered location. The loss or damage must occur while this policy is in effect and must be due to a covered cause of loss.

We'll pay for loss up to 30 consecutive days from the date a covered location is no longer accessible. The loss or damage to property at a location other than a covered location must occur within a 15 mile radius of a covered location.

**Newly acquired property.** We'll pay for your actual loss of earnings and extra expense due to direct physical loss or damage by a covered cause of loss to newly acquired buildings or newly acquired business personal property. We'll pay up to 10% of your blanket earnings and expense coverage limit, but not more than $250,000 at any one location.

This benefit ends at the earliest of the following:

- when this policy expires;
- 180 days after you acquire the property; or
- when you tell us whether you want this coverage to apply to that location.

Additional premium will be due from the day the property is acquired.

**Additional Benefits**

All of the following additional benefits are in addition to the limits of coverage for blanket earnings and expenses shown in the Coverage Summary. The limit for each additional benefit is shown in the Coverage Summary.

Unless otherwise restricted, these limits are applicable at any location described in the Coverage Summary or at any location covered under this agreement. The limit for property in transit is applicable to business personal property that is away from a covered location.

Although applicable at any location, the indicated limit for any of these additional benefits is also the most that we will pay for loss or damage, regardless of the number of locations involved, that results from a single event such as a tornado or a hurricane.

All other terms in this endorsement and the Premier Property Protection apply to these additional benefits.

**Contract penalties.** We'll reimburse you for contract penalties you are required to pay your customers as a result of a penalty clause in your contracts for failure to deliver your products according to contract terms. The penalties must solely result

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

from direct physical loss or damage by a covered cause of loss to covered property.

But we won't pay more than the additional benefit limit for contract penalties shown in the Coverage Summary.

**Inventory and appraisals.** We'll pay for reasonable costs and fees incurred by you for documentation that we require to certify your expenses, profit, or loss.

However, this benefit does not apply to costs incurred from an agent or broker's employee or representative. In addition, this benefit does not apply to costs incurred from a public adjuster.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary.

**Off premises utility services.** We'll pay for your actual loss of earnings and extra expense that you incur due to direct physical loss or damage by a covered cause of loss to property not on your premises that supplies you with water, communications or power supply services. We'll only pay for loss that occurs after the first 12 hours following the direct physical loss or damage to the off premises property described below.

But we won't pay more than the additional benefit limit for off premises utility services shown in the Coverage Summary.

*Water supply services* means pumping stations and water mains supplying water to the covered location.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave, or television services to the covered location, such as:

- communication transmission lines, including optic fiber transmission lines, but not their overhead communications lines;
- coaxial cables; and
- microwave radio relays, excluding satellites.

*Power supply services* means utility generating plants, switching stations,

substations, transformers and transmission lines, but not overhead transmission lines, supplying electricity, steam, or gas to the covered location.

**Pollution cleanup and removal.** We'll pay for your actual loss of earnings and extra expense incurred during the additional period of restoration resulting from a pollution loss covered under the Pollution cleanup and removal additional benefit of your Premier Property Protection.

But we won't pay more than the additional benefit limit for pollution cleanup and removal shown in the Coverage Summary.

**Property in transit.** We'll pay for the actual loss of earnings and extra expense to your operations caused by direct physical loss or damage to covered business personal property in transit. The loss must occur while this endorsement is in effect and must be due to a covered cause of loss. This additional coverage doesn't apply when you're acting as a carrier for hire.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary.

**Radioactive contamination.** We'll pay for your actual loss of earnings and extra expense that you incur due to direct physical loss or damage to covered property by radioactive contamination, provided that:

- radioactive contamination arises out of material at a covered location;
- radioactive material is kept at the covered location for the purpose of your operations; and
- there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction, nor any new or used nuclear fuel meant for use in such a reactor at the covered location.

But we won't pay more than the additional benefit limit for radioactive contamination shown in the Coverage Summary.

**Optional Coverage**

**Dependent property.** If this option is selected in the Coverage Summary, your dependent properties additional coverage limit is changed for specifically identified locations.

The**StPaul**

The new limit and the specifically identified locations are listed in the Optional Coverage section of the Coverage Summary.

**Exclusions – Losses We Won't Cover**

All of the exclusions in your Premier Property Protection apply to this endorsement except:

- the exclusions for Electrical damage and Mechanical breakdown do not apply to any computer coverage.
- the Utility failure exclusion doesn't apply to the additional benefit for off premises utility services.

The following additional exclusions apply to this Premier Property Protection Blanket Earnings And Expense Endorsement.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order.

However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

This exclusion won't apply to the additional benefit for contract penalties.

**Damage to finished stock.** We won't cover any loss of earnings or extra expense caused by or resulting from damage to finished stock. Nor will we cover loss caused by or resulting from the time necessary to reproduce the damaged finished stock. But we will pay for any out of the ordinary expenses you have in replacing finished stock you use to reduce your covered loss. This exclusion doesn't apply to extra expense.

*Finished stock* is your manufactured product when it's ready for packing, shipment or sale. This doesn't include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this endorsement.

**Denial of services.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means an intentional specific or random attack on your computer system or telecommunications system for the purposes of nuisance, sabotage, or malicious tampering which has the effect of:

- depleting system resources available through the Internet to authorized external users of your computer system or telecommunications system; or
- impeding Internet access of authorized external users to your computer system or telecommunications system.

**Direct loss.** We won't cover any direct physical loss or damage to property.

**Other indirect loss.** We won't cover loss caused by or resulting from any indirect loss other than loss of earnings and extra expense.

**Repair.** We won't cover the cost of repairing or replacing damaged property, including the cost of research necessary to replace or restore abstracts, account books, card index systems, data processing, recording or storage media and other records. But we will pay any expense you incur over the normal cost of such repair or replacement if it's necessary to reduce your total extra expenses due to a covered loss.

This extra expense for repair or replacement may not be more than the amount by which it reduces your total extra expense loss.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing or replacing damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

F0151 Rev. 7-01 Printed in U.S.A.                    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 5 of 7

The new limit and the specifically identified locations are listed in the Optional Coverage section of the Coverage Summary.

### Exclusions − Losses We Won't Cover

All of the exclusions in your Premier Property Protection apply to this endorsement except:

- the exclusions for Electrical damage and Mechanical breakdown do not apply to any computer coverage.
- the Utility failure exclusion doesn't apply to the additional benefit for off premises utility services.

The following additional exclusions apply to this Premier Property Protection Blanket Earnings And Expense Endorsement.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order.

However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

This exclusion won't apply to the additional benefit for contract penalties.

**Damage to finished stock.** We won't cover any loss of earnings or extra expense caused by or resulting from damage to finished stock. Nor will we cover loss caused by or resulting from the time necessary to reproduce the damaged finished stock. But we will pay for any out of the ordinary expenses you have in replacing finished stock you use to reduce your covered loss. This exclusion doesn't apply to extra expense.

*Finished stock* is your manufactured product when it's ready for packing, shipment or sale. This doesn't include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this endorsement.

**Denial of services.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means an intentional specific or random attack on your computer system or telecommunications system for the purposes of nuisance, sabotage, or malicious tampering which has the effect of:

- depleting system resources available through the Internet to authorized external users of your computer system or telecommunications system; or
- impeding Internet access of authorized external users to your computer system or telecommunications system.

**Direct loss.** We won't cover any direct physical loss or damage to property.

**Other indirect loss.** We won't cover loss caused by or resulting from any indirect loss other than loss of earnings and extra expense.

**Repair.** We won't cover the cost of repairing or replacing damaged property, including the cost of research necessary to replace or restore abstracts, account books, card index systems, data processing, recording or storage media and other records. But we will pay any expense you incur over the normal cost of such repair or replacement if it's necessary to reduce your total extra expenses due to a covered loss.

This extra expense for repair or replacement may not be more than the amount by which it reduces your total extra expense loss.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing or replacing damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

The **St.Paul**

*You've ordered materials to repair your building and you can't obtain them because there's a strike at the manufacturer's plant. This prevents you from resuming business and increases your loss of earnings and extra expense. We'll cover this increase in your loss.*

## Rules For Earnings And Extra Expense Loss Adjustment

When an earnings or extra expense loss occurs, we'll consider the following in determining what we'll pay under this endorsement:

- Loss Determination
- Your Responsibility For Resuming Operations
- Limits Of Coverage
- Deductible

## Loss Determination

**Earnings.** Your amount of earnings loss will be determined based on:

- the net income of your business before the direct physical loss or damage occurred;
- the probable net income if loss or damage had not occurred, but not including any net income that would likely have been earned as a result of an increase in volume of business due to favorable business conditions caused by the impact of the covered cause of loss on customers or on other businesses;
- the operating expenses, including payroll expenses, necessary to resume operations with the same quality of service that existed just before the direct physical loss or damage; and
- other sources of information on your business such as: your financial records and accounting procedures, bills, invoices, and other vouchers and deeds, liens, or contracts.

**Extra expense.** We'll cover extra expense for operating when these expenses are over and above what it would normally cost to conduct your business, had no damage occurred. We'll deduct the salvage value that remains of any property bought for temporary use which you decide to keep after resuming operations.

We'll also cover all necessary expenses that reduce the loss that otherwise would have been incurred.

## Your Responsibility For Resuming Operations

If you can reduce your loss, by resuming operations at the covered location or elsewhere:

- by using damaged or undamaged property including merchandise or stock; or
- by using any other source materials or outlets for your products, you agree to do so.

*Earnings loss.* We'll reduce the amount of your earnings loss to the extent you can resume operations in whole or in part:

- by using damaged or undamaged property including merchandise or stock; or
- by using any other source materials or outlets for your products.

*Extra expense loss.* We'll reduce the amount of your extra expense loss to the extent you can return operations to normal and discontinue extra expenses.

## Limit Of Coverage

The most we'll pay for loss in any one event is the limit shown in the Coverage Summary.

## Deductible

Your deductible is shown in the Coverage Summary as either a dollar amount or a time limit. The time limit is shown in business days or hours.

*Business day* means a day, ending at midnight, that you are normally open for business. The first business day or hour begins at the time of loss. The day ends at midnight. However, if the loss occurs after

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
TRAVELERS DOC MGMT 67 of 272

The St Paul

the business has closed for the day, we'll consider the first day or hour to be the next day or hour on which you would normally be open for business.

You'll be responsible for this dollar amount or time limit deductible in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

If more than one deductible applies to a loss, the highest deductible amount will be applied to that loss.

**Coinsurance Rule Exception**

The Coinsurance Rule in your Premier Property Protection doesn't apply to your Blanket Earnings And Expense Endorsement.

**Other Terms**

All other terms of your policy remain the same.

F0151 Rev. 7-01 Printed in U.S.A.          Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 7 of 7

TRAVELERS DOC MGMT 68 of 272

**MOLD OR BACTERIA EXCLUSION ENDORSEMENT WITH FIRE AND LIGHTNING EXCEPTION AND LIMITED ADDITIONAL COVERAGE**

The**StPaul**

This endorsement changes your Property Protection insuring agreement. This endorsement applies to all locations unless otherwise specified in the Coverage Summary.

**How Coverage Is Changed**

There are four changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration, animals exclusion is replaced by the following.

   **Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

   - wear and tear;
   - deterioration, rust, or any other corrosion;
   - shrinkage, evaporation, loss of weight;
   - changes in flavor, color, texture, or finish;
   - nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or
   - the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

   If a loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

   *Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

2. The following is added to the Exclusions – Losses We Won't Cover section.

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by or results from fire or lightning.

   But this exclusion does not apply to the additional coverage for mold or other fungi, wet or dry rot, or bacteria.

   This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

   *Mold or other fungi* means:
   - any type or form of mold or mildew;
   - any other type or form of fungus; or
   - any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

   *Bacteria* means:
   - any type or form of bacterium; or
   - any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following additional coverage is added to your insuring agreement.

   **Mold or Other Fungi, Wet or Dry Rot, or Bacteria**

   We'll pay up to $25,000 per loss event for loss or damage caused by or resulting from mold or other fungi, wet or dry rot, or bacteria if such mold or other fungi, wet or dry rot, or bacteria

TRAVELERS DOC MGMT 69 of 272

**TheSt Paul**

results from any of the following covered causes of loss:

- explosion;
- wind or hail;
- smoke;
- vehicles and aircraft;
- civil disturbance and riot;
- vandalism;
- sprinkler leakage;
- sinkhole collapse;
- volcanic action;
- falling objects;
- weight of snow, ice or sleet; or
- water damage.

If your policy includes coverage for flood, earthquake, or earth movement it will also be considered a covered cause of loss for mold or other fungi, wet or dry rot, or bacteria.

This $25,000 is the most we'll pay regardless of the number or type of coverages that may apply, the number of locations to which this additional coverage applies, or regardless of the number or type of mold or other fungi, wet or dry rot, or bacteria that caused the loss or damage. When this agreement and any other insuring agreement or endorsement written by us apply to the same mold or other fungi, wet or dry rot, or bacteria loss, $25,000 is the most we'll pay on a combined total basis for all such loss. This amount is not in addition to the limits of coverage for any building, business or personal property, flood, earthquake or earth movement, or time element coverage shown in the Coverage Summary.

Time element coverage includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- business income from dependent properties; or
- valued business income.

A higher additional limit may be purchased. If so, the revised limit for mold or other fungi, wet or dry rot, or bacteria will be shown in the Coverage Summary.

We won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

4. The following is added to the Exclusions – Losses We Won't Cover section.

   **Seepage or leakage.** We won't cover mold or other fungi, wet or dry rot, or bacteria loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**TEMPORARY RATE ENDORSEMENT**

The**StPaul**

This endorsement changes your Property
Protection.

---

**How Your Coverage Is Changed**

This endorsement allows us to adjust the
premium after we receive the final rates from
the rating bureau.  The premium will be
adjusted from the effective date of coverage.

**Other Terms**

All other terms of your policy remain the same.

---

42517 Ed.1-86 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1985

Endorsement

Page 1 of 1

**EQUIPMENT BREAKDOWN ENDORSEMENT**

The**StPaul**

This endorsement changes your Property Protection.

---

### How Coverage Is Changed

This endorsement adds Equipment Breakdown Coverage to your Property Protection. The locations covered, applicable limits, deductibles, and other applicable terms and conditions are shown in the Property Protection Coverage Summary and the Equipment Breakdown Coverage Summary. This change broadens coverage.

### Equipment Breakdown Coverage

We'll cover direct physical loss or damage that results from an accident to covered equipment.

*Accident* means direct physical loss or damage that results from:

- mechanical breakdown or failure;
- derangement of mechanical parts;
- rupture caused by centrifugal force;
- loss to electrical equipment, including wiring, caused by electrical arcing;
- loss to a steam boiler, steam pipe, steam turbine or steam engine when the loss is caused by any condition or event within such equipment;
- loss caused by the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate or lease; or
- loss to a hot water boiler or any other equipment for heating water when the loss is caused by any condition or event within such equipment.

*Covered equipment* is that portion of your covered property which:

- is built to operate under vacuum or pressure, other than weight of contents; or
- generates, transmits or utilizes energy.

But we won't consider any of the following to be covered equipment:

- a structure, foundation, cabinet, compartment or air supported structure or building;
- insulating or refractory material;
- vehicles, including self-propelled vehicles;
- excavation or construction equipment;
- sewer piping, underground vessels or piping, any piping forming a part of a sprinkler system;
- water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system; or
- equipment manufactured by you for sale.

### Additional Coverages

The following additional coverages also apply to loss caused by or resulting from an accident to covered equipment.

The limit for each additional coverage is shown in the Equipment Breakdown Coverage Summary.

The limits for these additional coverages are not in addition to the limits of coverage for building or business personal property shown in the Property Protection Coverage Summary.

### Expediting Expenses

If covered property is damaged or destroyed by an accident, we'll pay for reasonable extra cost to:

- make temporary repairs; and
- expedite permanent repairs or replacement.

But we won't pay more than the limit for expediting expenses shown in the Equipment Breakdown Coverage Summary.

---

**The St.Paul**

## Pollution Cleanup and Removal

We'll pay for additional expenses you incur for:

- cleanup;
- repair or replacement; or
- disposal

of covered property which is damaged, contaminated or polluted by pollutants as defined in your Property Protection. This limitation also applies to damage, contamination or pollution caused by a refrigerant.

But we won't pay more than the limit for pollution cleanup and removal shown in the Equipment Breakdown Coverage Summary.

## Spoilage

We'll also pay for direct physical loss or damage caused by spoilage of perishable goods resulting from:

- accident to covered equipment;
- power outage;
- breakdown; or
- refrigerant contamination.

*Perishable goods* means business personal property maintained under controlled conditions for its preservation which is susceptible to loss or damage if controlled conditions change.

*Power outage* means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

*Breakdown* means the change in temperature or humidity resulting from mechanical breakdown or failure of temperature or humidity control apparatus or equipment.

We won't pay for loss caused directly or indirectly by any of the following:

- disconnection of any refrigerating, cooling or humidity control system from the source of power;
- deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

- inability of an electrical utility company or other power source to provide power due to lack of fuel or governmental order;
- inability of a power source at the covered location to provide power due to lack of generating capacity to meet demand;
- breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit; or
- failure to use all reasonable means to protect perishable goods from damage following an accident.

But we won't pay more than the limit for spoilage shown in the Equipment Breakdown Coverage Summary.

## Optional Coverages

## Business Income Or Blanket Earnings And Expenses

If this optional coverage is checked on the Equipment Breakdown Coverage Summary, we'll extend your business income, blanket earnings and expenses or other identified time element coverage form to cover your indirect loss and expense resulting from the necessary interruption of your business caused by an accident to covered equipment.

This includes indirect loss and expense resulting from the failure of a utility service not on the described premises due to an accident.

*Utility service* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the described premises.

*Communication supply services* means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

*Power supply services* means:

The**StPaul**

- utility generating plants;
- switching stations;
- substations;
- transformers; and
- transmission lines supplying electricity, steam, or gas to the described premises.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Electronic recordings.** We won't cover loss to electronic recordings caused by electrical or magnetic injury, disturbance or erasing.

**Media.** We won't cover loss resulting from any defect, virus, loss of data, or other situation within electronic media and records. But if loss or damage from an accident results, we'll pay for that resulting loss.

**Property exclusions.** All of the exclusions in your Property Protection, Business Income, Blanket Earnings And Expenses or other identified time element coverage forms apply to the Equipment Breakdown Coverage provided by this endorsement except:

- Boilers;
- Electrical damage;
- Electrical equipment; and
- Mechanical breakdown.

## Rules For Loss Adjustment

**Deductible.** If a deductible is shown in the Equipment Breakdown Coverage Summary, the following applies.

Your deductible is shown in the Equipment Breakdown Coverage Summary. You'll be responsible for this amount of loss in each accident. We'll pay the rest of your covered loss up to the limits of coverage that apply. If deductibles vary by type of covered equipment and more than one type of equipment is involved in any one accident, the highest deductible will apply.

If a time deductible is shown in the Equipment Breakdown Coverage Summary, you'll be responsible for any loss occurring during the specified number of hours or days immediately following the accident. If a time deductible is expressed in days, each day means twenty-four consecutive hours.

If a deductible is expressed as a number of times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the business income or earnings (as defined in your business income, blanket earnings and expenses or other identified time element coverage form) that would have been earned during the period of restoration if no accident had occurred divided by the number of working days in that period. We will not make a reduction for the business income or earnings not earned, or in the number of working days, because of the accident or any other scheduled or unscheduled shutdowns during the period of restoration The ADV applies to all locations included in the valuation of the loss. The number indicated in the Equipment Breakdown Coverage Summary will be multiplied by the ADV as determined above. The result will be the applicable deductible.

If an initial accident causes other accidents, all will be considered one accident. All accidents that are the result of the same event will be considered one accident.

If covered electrical equipment requires drying out as a result of a flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind, we'll pay for the direct expenses of such drying out.

## Other Rules

**Suspension.** When any covered equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an accident to that covered equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Coverage Summary, or the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you'll get a pro-rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**The St.Paul**

**Jurisdictional inspections.** If any covered property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

TRAVELERS DOC MGMT 75 of 272

## MOLD OR BACTERIA EXCLUSION WITH NAMED PERILS EXCEPTION ENDORSEMENT

The St Paul

This endorsement changes your Property Protection insuring agreement. This endorsement applies to all locations unless otherwise specified in the Coverage Summary.

### How Coverage Is Changed

There are three changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration, animals exclusion is replaced by the following.

   **Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

   - wear and tear;
   - deterioration, rust, or any other corrosion;
   - shrinkage, evaporation, loss of weight;
   - changes in flavor, color, texture, or finish;
   - nesting or infestation, or discharge or release or waste products or secretions, by insects, birds, rodents, or other animals; or
   - the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

   If a loss from fire, smoke lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

   *Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

2. The following is added to the Exclusions - Losses We Won't Cover section.

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by or results from any of the following covered causes of loss:

   - fire;
   - lightning;
   - explosion;
   - wind or hail;
   - smoke;
   - vehicles and aircraft;
   - civil disturbance and riot;
   - vandalism;
   - sprinkler leakage;
   - sinkhole collapse;
   - volcanic action;
   - falling objects;
   - weight of snow, ice or sleet; or
   - water damage.

   If your policy includes coverage for flood, earthquake, or earth movement it will also be considered a covered cause of loss for mold or other fungi, wet or dry rot, or bacteria. But the most we'll pay for such loss is the limit of coverage shown in the Coverage Summary for flood, earthquake, or earth movement.

   However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

   - test for, monitor, clean up, remove;
   - contain, treat, detoxify, neutralize; or

**The St Paul**

- in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following is added to the Exclusions - Losses We Won't Cover section.

   **Seepage or leakage.** We won't cover mold or other fungi, wet or dry rot, or bacteria loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

**Other Terms**

All other terms of your policy remain the same.

## CONTRACTOR'S EQUIPMENT PROTECTION COVERAGE SUMMARY

The **St Paul**

This Coverage Summary shows the limit and extent of your Contractor's Equipment Protection.

---

**Coverage Summary**          ☒ *indicates applicable.*

---

**Scheduled equipment**                                          **Limit of coverage**

☐ See schedule attached          ☐ Schedule on file          $

Unscheduled equipment you own or have in your care that is used in your business, but no more than $
for any one item.                                                $

Unscheduled equipment leased or rented from others that is used in your business, but no more than $ 10,000.
for any one item.                                                $ 30,000.

Catastrophe limit                                                $

---

**Your Rates**

Scheduled Equipment                              per $100 of value

Unscheduled Equipment you own                    per $100 of value

Unscheduled Equipment you lease or rent from others   per $100 of rental fees

Deposit and minimum annual premium               (included in premium on Introduction page)

---

**Your Deductible**

$ 1,000.    ☐ All Coverages          ☐ All Coverages Except As Indicated Below
$
$
$

---

**Increased Additional Benefits Coverage**

☐ Employee Tools      increased to:     $          any one employee
                                        $          maximum any one loss

☐ Rental Expenses     increased to:     $          any one day
                                        $          maximum any one loss

LOSS PAYEES
RSC 300 W. CHICAGO AVE EAST CHICAGO, IN 46312
& HERTZ EQUIPMENT RENTAL CORP P.O. BOX 26390 OKLAHOMA CITY, OK 73126-0390

---

| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

---

**CONTRACTOR'S EQUIPMENT PROTECTION**

The**StPaul**

We've designed this agreement to protect against a variety of losses. Of course, there are limitations and they are explained later in this agreement.

**Table of Contents**

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Property Covered** | 1 |
| Scheduled Equipment | 1 |
| Unscheduled Equipment | 1 |
| Unscheduled Equipment Leased Or Rented From Others | 1 |
| Property With Limited Coverage | 2 |
| Property Not Covered | 2 |
| **Additional Benefits** | 2 |
| Newly Acquired Equipment | 2 |
| Debris Removal | 2 |
| Pollution Clean-up and Removal | 2 |
| Rental Expenses | 3 |
| Employees Tools Coverage | 3 |
| Optional Equipment On Water Coverage | 3 |
| **Where We Cover** | 3 |
| **Exclusions – Losses We Won't Cover** | 3 |
| **Rules For Loss Adjustment** | 4 |
| Limits Of Coverage | 4 |
| **How Your Property Is Valued** | 4 |
| Deductible | 4 |
| Other Insurance | 4 |
| **Other Rules For This Agreement** | 5 |
| Reports and Premiums | 5 |
| Preserving Your Rights | 5 |
| Expenses For Reducing Loss | 5 |
| Insurance For Your Benefit | 5 |

**What This Agreement Covers**

This agreement protects against risks of direct physical loss or damage to contractor's equipment, including spare parts and accessories, that you own or for which you are legally responsible. If limits are shown in the Coverage Summary, we'll cover unscheduled equipment leased or rented from others. There are some limitations to your coverage which will be explained in this agreement. To be covered, the property must either be scheduled, or it must be included under "Unscheduled equipment used in your business." Loss or damage to the equipment must occur while this agreement is in effect.

**Property Covered**

**Scheduled Equipment**

When the scheduled equipment box is checked in the Coverage Summary, we'll cover only that equipment listed on the schedule provided to us. The limit of coverage on any one item will not exceed the amount shown for that item on the schedule.

**Unscheduled Equipment**

If a limit is shown in the Coverage Summary, we'll cover unscheduled equipment you own or for which you are legally responsible.

**Unscheduled Equipment Leased Or Rented From Others**

If shown in the Coverage Summary, we'll cover unscheduled equipment in your care that's been leased or rented from others. If you have sche-

---

I0005 Ed.11-95 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

The **St Paul**

duled any leased or rented equipment, this section does not apply to that equipment.

## Property With Limited Coverage

The following property is covered only to the extent explained below.

*Pairs and sets.* One or more parts of a pair or set may be lost or damaged. If this happens, we'll consider the importance of the lost or damaged part to the set in determining the amount we'll pay. We'll be fair and reasonable, but we won't pay for the whole set.

*Items with several parts.* If a part of an item made up of several parts is lost or damaged, we'll pay only for that part.

## Property Not Covered

We won't cover the following property under this agreement.
- Automobiles or similar vehicles.
- Marine equipment designed to be used on rivers, lakes or harbors.
- Any underground property.
- Accounts, money, securities, evidences of debt, deeds, or other valuable papers. Nor will we cover jewelry, precious stones or similar valuables.
- Plans, blueprints, designs or specifications.

## Additional Benefits

The following benefits are in addition to the limits of coverage shown in the Coverage Summary. All of the other terms in this agreement apply to these Additional Benefits.

## Newly Acquired Equipment

We'll pay up to $250,000 for newly acquired equipment for up to 60 days.

Insurance under this newly acquired property benefit will end when any of the following first occurs:

- This policy or this agreement is cancelled or expires.
- 60 days expire after you acquire the new equipment.
- You report the values of the newly acquired property to us.

We will charge you additional premium from the day the equipment is acquired.

## Debris Removal

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing debris of damaged insured property.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss includes any deductibles you pay.

But we won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below the surface of the ground. Limited coverage for pollution clean-up and removal is provided elsewhere in this form.

We'll only pay debris removal expenses that are reported to us within 180 days of the earlier of:
- the date of direct physical loss or damage; or
- the end of the policy period.

## Pollution Clean-up and Removal

We'll pay up to $10,000 for the cost to clean up and remove pollution that is in the land or water as a result of covered loss or damage to covered property.

We'll only pay for pollution clean up and removal if:
- the discharge, dispersal, seepage, migration, release, or escape of the pollutants is due to a covered cause of loss that occurs during the policy period to covered property.

To be covered, clean up and removal costs must be incurred and reported to us within 180 days of the earlier of:
- the date of direct physical loss or damage; or
- the end of the policy period.

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

The St.Paul

The $10,000 that we'll pay is the maximum in any one annual policy period regardless of the number of events that occur. This limit is not subject to the deductible shown in the Coverage Summary.

## Rental Expenses

We'll pay up to $1,000 a day subject to a maximum of $10,000 for any one loss for necessary rental expenses you incur to continue, as nearly as possible, your normal business operations after covered equipment is damaged or destroyed by a covered cause of loss.

*Normal business operations* means the state that would have existed had no damage occurred.

We'll pay such rental expenses for the time it would reasonably take to repair or replace the damaged equipment beginning from 72 consecutive hours after the loss has occurred until the limit of coverage is exhausted, or the damaged equipment is repaired or replaced, whichever occurs first. The damage or destruction must take place while this agreement is in effect. This period is not limited by the expiration date of this agreement, however, you agree to resume normal operations as soon as possible. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Employees Tools Coverage

We'll cover loss or damage to your employees' tools at a location you own or occupy or at your jobsite for up to $1,000 per employee and a maximum of $5,000 in any one loss. A $250 deductible applies to this additional benefit. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Optional Equipment On Water Coverage

If indicated in the Coverage Summary, we'll cover loss to covered equipment while it's on water, subject to the limit of coverage indicated in the Coverage Summary, unless excluded elsewhere in this form.

## Where We Cover

We'll cover losses that occur in the United States and Canada. We'll also cover losses that occur in transit between these places.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Wear – deterioration – climate.** We won't cover loss resulting from any of the following causes:

- Wear and tear.
- Gradual deterioration.
- Corrosion or rust.
- Dampness, dryness, cold, or heat.

**Inherent nature.** We won't cover loss resulting from the inherent nature of the property. By inherent nature we mean a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

**Mechanical breakdown.** We won't cover loss caused by mechanical breakdown. If fire results, we'll pay for losses caused directly by the fire itself.

**Electrical breakdown.** We won't cover loss to electrical equipment, including wiring, caused by electricity other than lightning. But if a fire or explosion results, we'll pay for that resulting loss.

**Disappearance – inventory loss.** We won't cover property that just disappears or that you find missing when you take inventory.

**Equipment on water.** We won't cover loss, except by fire, to covered property while it's on water.

But this exclusion won't apply if the Coverage Summary shows that the Optional Equipment On Water Coverage extension applies.

The **St.Paul**

**Dishonesty.** We won't cover losses resulting from any dishonest or criminal act committed by you, your employees, your agents, or by anyone who has an interest in covered property. Nor will we cover dishonest acts by anyone else you've entrusted the property to other than a hired transportation carrier.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation, or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss or damage caused by:
•war (declared or undeclared);
•invasion or insurrection;
•rebellion, revolution, or civil war;
•seizure of power; or anything done to hinder or defend against these actions.

We won't cover seizure or destruction of your property under quarantine or Customs regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

**Rules For Loss Adjustment**

When a loss occurs, we'll consider the following factors in determining what we'll pay:

•your limits of coverage;
•your deductible; and
•other insurance.

The following sections explain how these factors affect the actual amount we'll pay.

**Limits Of Coverage**

The most we'll pay for a covered loss is the applicable limit of coverage shown in the Coverage Summary. For scheduled equipment coverage, the most we'll pay for any one item is the limit of coverage that is shown on the schedule for that item. For unscheduled equipment you own or rent or lease from others, the most we'll pay is the limits of coverage shown in the Coverage Summary.

**Catastrophe limit.** The catastrophe limit shown in the Coverage Summary is the most we'll pay for all losses from any one event no matter how many protected persons, property owners, or financial interests or types of covered property are involved. This limit applies to all losses, expenses, and salvage charges combined.

**How Your Property Is Valued**

We'll pay either the cost of repairing or replacing the property with similar kind or quality or the actual cash value of the property at the time of the loss, whichever is less.

*Actual cash value* means the cost of repairing or replacing damaged property including deduction for depreciation.

**Deductible**

Your deductible is shown in the Coverage Summary. You'll be responsible for this amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

If you have chosen different deductibles for different covered items and a loss occurs that involves these different items, you'll be responsible for the largest of the deductibles for those items.

**Other Insurance**

Other insurance may be available to cover a loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less your deductible. But we won't pay more than the applicable limits of your coverage under this agreement.

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

TRAVELERS DOC MGMT 82 of 272

The St.Paul

## Other Rules For This Agreement

### Reports and Premiums

The Optional Coverage Summary may show that the premium for this agreement is subject to quarterly or annual reporting. If so, the following rules apply:

**Quarterly reporting.** You must report to us the total value of your owned equipment each quarter.

The Optional Coverage Summary will show what your rate is for each $100 of reported value. Your deposit premium is shown in the Optional Coverages Summary. Each quarterly premium will be subtracted from your deposit premium, until your deposit premium is exhausted. Once the deposit premium is exhausted, you'll pay the quarterly premium with each report.

Each year, when this agreement ends, we'll figure the premium we've actually earned based on the values you've shown on your reports during the time this agreement was in effect. We'll figure the total amount you've paid by adding the deposit premium to any quarterly payments you paid. If the final premium is more than you paid, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

**Annual reporting.** You must submit a schedule of property covered as of the inception date of this policy and within thirty (30) days following each anniversary date of this policy. In the event of cancellation, you'll submit a schedule as of the cancellation date. All items with insured values of $1,000 or more will be separately listed showing the amount of insurance for each item. All insured items valued under $1,000 will be totaled and included as one item, described as Miscellaneous Covered Property.

The Optional Coverage Summary will show what your rate will be for each $100 of value. Your deposit premium is shown in the Optional Coverages Summary. Each year, and when this agreement ends, we'll figure the premium we've actually earned by multiplying the rate shown in the Optional Coverage Summary by the average value of the schedules you have reported at the inception of the current policy term and at the end of the current policy term. If the final premium is more than you paid, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

### Preserving Your Rights

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

### Expenses For Reducing Loss

When a covered loss occurs, you must do everything possible to protect property from further damage. Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit them.

### Insurance For Your Benefit

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

---

**TRANSPORTATION PROTECTION COVERAGE SUMMARY**          The**StPaul**

This Coverage Summary shows the limits and
extent of your Transportation Protection.          ☒ *indicates applicable*

| **Agreement That Applies** | ☒ Transportation Protection ☐ Protection For Named Causes Of Loss |
|---|---|

| **Optional Coverage** | ☒ Theft Coverage          ☐ Loading and Unloading Coverage |
|---|---|
| | ☐ Refrigeration Mechanical Breakdown Coverage |

**Kinds Of Goods Being Shipped:**  FABRICATED STELL DOORS

| **Modes Of Transportation Covered** | **Limits Of Coverage** | |
|---|---|---|
| | (Any one conveyance) | (Any one event) |
| ☐ Owned Vehicles | $ | $ |
| ☒ Common Carrier | $ 75,000 | $ 75,000 |
| ☐ Contract Carrier | $ | $ |
| ☐ Rail | $ | $ |
| ☐ Air Carrier | $ | $ |
| ☐ | $ | $ |
| ☐ | $ | $ |

**Deductible $ 5,000**

**Reporting Rates And Premiums**

Estimated Annual Shipments          $

☐ Monthly Reporting

☐ Annual Reporting          Rate per $100.00 of value shipped

☐ Deposit Premium          $

   Minimum Annual Premium          $

☐ Flat Annual Premium          $ INCLUDED

---

| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | **Processing Date** 12/27/04   16:42   001 | |

## TRANSPORTATION PROTECTION

The **St.Paul**

We've designed this agreement to protect you against loss or damage to goods while being transported from one place to another. Of course, there are some limitations which are described in this agreement.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Property Covered | 1 |
| Property Not Covered At All | 1 |
| Coverage Extensions | 1 |
| Optional Coverages | 1 |
| Where We Cover | 2 |
| Exclusions - Losses We Won't Cover | 2 |
| Rules For Loss Adjustment | 3 |
| Other Rules For This Agreement | 4 |

### What This Agreement Covers

We'll protect covered property while in transit against the risks of direct physical loss or damage unless excluded in the Exclusions - Losses We Won't Cover section.

The Coverage Summary will show the kinds of goods generally being shipped, modes of transportation covered and the limits of coverage that apply.

### Property Covered

We'll cover property you own or property of others held by you in trust, on consignment or property you've sold to others, but haven't delivered.

But we'll only cover such property while in or on vehicles operated by you or your employees or in the custody of the types of carriers indicated in the Coverage Summary.

We'll also cover such property when on wharves, piers, depots, loading docks or platforms when it's in the custody of a carrier awaiting transportation. But we won't cover such property when it's on your own premises or any other location you lease, rent, or use for storage, sales or exhibitions.

### Property Not Covered At All

We won't cover the following property under this agreement:
- money;
- securities;
- deeds;
- accounts;
- bills;
- other evidences of debt;
- jewelry and precious stones.

### Coverage Extensions

**Debris removal expense.** We'll pay up to $5,000 in any one loss to cover your expenses to remove debris of covered property caused by or resulting from a covered loss that occurs during the policy period. This debris removal expense limit is in addition to the Limit of Coverage that applies.

**Salvage expense.** We'll pay reasonable expenses that are necessarily incurred for the purpose of reducing any loss or damage from a covered cause of loss under this agreement, not exceeding however, the amount by which loss under this policy is reduced.

**Earned freight.** We'll pay your earned freight charges not collected from others because of a covered loss. This is in addition to any sums you may otherwise be held liable; however, not exceeding the Limit of Coverage. The inclusion of freight charges in any payment made to a shipper, consignee, or other party making such claim will relieve us of any liability to pay such earned freight charges to you.

### Optional Coverages

The Coverage Summary will show which of the following optional coverages apply:
- Theft;
- Loading And Unloading; or
- Refrigeration Mechanical Breakdown.

The St.Paul

**Optional theft coverage.** We'll cover loss from theft of an entire shipping package. But this doesn't include loss from pilferage.

**Optional loading and unloading coverage.** We'll cover loss or damage caused by the loading or unloading of covered property.

*Loading or unloading* means the operations necessary to place or remove the covered property on or from a vehicle used for transportation.

**Optional refrigeration mechanical breakdown coverage.** We'll cover loss or damage caused or made worse by mechanical breakdown of refrigeration equipment on any vehicle you operate. But we won't cover loss or damage if the mechanical breakdown is caused by:
• failure to provide adequate fuel supply;
• failure to maintain refrigerant or crankcase oil level within the manufacturer's specified limits; or
• gradual leakage or refrigerant.

**Where We Cover**

We'll cover loss that occurs within the continental United States Of America, Alaska or Canada.

**Exclusions – Losses We Won't Cover**

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or any sequence to the loss:
• war (declared or undeclared);
• warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;
• invasion or insurrection;
• rebellion, revolution or civil war;
• seizure of power; or
• anything done to hinder or defend against these actions.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation or radioactive contamination.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But if loss or damage by fire results, we'll pay for that resulting loss or damage, if it would otherwise be covered under this agreement.

**Government action.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:
• seizure or destruction of property under quarantine or customs regulation; or
• confiscation by any government or public authority.

**Delay – loss of market.** We won't cover loss caused by delay, loss of market, loss of use or any indirect loss.

**Dishonesty.** We won't cover loss caused by any fraudulent, dishonest or criminal act committed by:
• you or by a partner, director, officer, trustee, agent or employees of yours;
• anyone else with an interest in the property or their employees; or
• anyone else to whom the property is entrusted except carriers for hire.

But this exclusion won't apply to acts of destruction by an employee of yours other than theft.

**Disappearance – inventory loss.** We won't cover loss of property that just disappears or that you find missing when you take inventory.

**Illegal transportation or trade.** We won't cover loss caused directly or indirectly by illegal transportation or trade. Such loss is excluded regardless of any other cause or event that contributes concurrently or any sequence to the loss.

**Voluntary surrender.** We won't cover the loss if covered property is voluntarily sold or given to someone who obtains it by trick, false pretense or other fraudulent schemes.

**Theft.** We won't cover loss from theft. But this exclusion won't apply if the Coverage Summary shows that Optional theft coverage applies.

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

The **St Paul**

**Loading and unloading.** We won't cover loss caused during the loading or unloading of covered property. But this exclusion won't apply if the Coverage Summary shows that Optional loading and unloading coverage applies.

**Refrigeration mechanical breakdown.** We won't cover loss to property caused or made worse by mechanical breakdown of any refrigeration equipment on any vehicle you operate. But if a loss not otherwise excluded results from this breakdown, we'll pay for the resulting loss, if it would otherwise be covered under this agreement. But this exclusion won't apply if the Coverage Summary shows that Optional refrigeration mechanical breakdown coverage applies.

**Civil disturbance and riot.** We won't cover loss or damage caused by civil disturbance or riot. This includes riot during a strike and losses due to looting at the time and place of a riot.

**Dampness and wetness.** We won't cover loss caused by wetness or dampness. This includes property that has been spotted, molded, rusted, discolored or made sour. But this exclusion doesn't apply to the dampness or wetness that was the result of a covered cause of loss.

**Leakage or breakage.** We won't cover leakage, breakage, marring or scratching of covered property, unless such damage is the direct result of a covered cause of loss.

**Inherent nature.** We won't cover loss caused by the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

**Mail shipments.** We won't cover loss or damage to shipments by mail.

**Refused shipments.** We won't cover loss or damage to shipments that have been refused or returned by the receiver.

**Toxic or hazardous substances, contaminants or pollutants.** We won't cover loss caused directly or indirectly by the release, discharge or dispersal of toxic or hazardous substances,

contaminants or pollutants. We won't cover the cost of removal, disposal, decontamination or replacement of covered property which has been contaminated by toxic or hazardous substances, contaminants or pollutants and by law or civil authority must be restored, disposed of or decontaminated. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Rules For Loss Adjustment**

When a loss occurs, we'll consider the following factors in determining what we'll pay:

**What we'll pay.** We'll pay the smallest of the following when figuring your loss:
•The amount it would cost to repair or replace the property with similar kind and quality; or
•The actual cash value of the lost or damaged property at the time of the loss.

But we'll never pay more than the limit of coverage that applies.

**Protecting the cargo.** When there's a loss covered by this agreement, you must do all you can to preserve and protect the cargo from further damage. If you fail to do this, we won't cover your loss.

Keep a record of all your expenses. We'll pay our proportionate share of any reasonable and necessary expenses you incur to reduce the loss or in protecting the covered cargo from further damage, up to the limit of your coverage. We will not pay any expenses incurred to protect the transporting conveyance.

**Rules for special property.**

*Pairs and sets.* One or more parts of a pair or set of goods may be lost or damaged. If so, we'll consider the importance of the lost or damaged part to the set in figuring what we'll pay. We'll be fair and reasonable, but we won't pay for the whole set.

*Machinery.* If part of a machine or other item made up of several parts is lost or damaged, we'll only pay for the lost or damaged part.

The **St.Paul**

*Labels.* If only the labels on your goods are damaged, we'll pay for new labels and the cost of putting them on.

*Live animals.* We'll only cover live animals if the animals die during transit, and the death is caused directly by fire, lightning, windstorm, collision or the overturn of the vehicle the animals are being transported in. If we do cover any loss involving animals, we will be entitled to any salvage right involving the animals.

**Limit of coverage.** The Limit of Coverage is shown in the Coverage Summary. This limit is the most we'll pay for all loss or damage to covered property no matter how many protected person, property owners, or financial interests are involved.

**Deductible.** A deductible amount may be shown in the Coverage Summary. If so, you'll be responsible for that amount for each loss. We'll pay the rest of your covered loss, up to the limit of coverage.

**Other insurance.** Other insurance may be available to cover your loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less the deductible. But we won't pay more than the applicable limit of coverage under this agreement.

**When we'll pay for loss.** We'll pay any covered loss no later than 30 days after:
•we reach an agreement with ;you;
•a final judgment is entered; or
•an appraisal award is filed.

**Other Rules For This Agreement**

**Reports and premiums.** The Coverage Summary may show that the premium for this agreement is subject to monthly or annual reporting. If so, the following reporting rules apply:

You must report to us each month, or annual if that option was chosen, the actual value of shipments you make. That figure is what your actual premium will be determined from at the end of the policy year.

The Coverage Summary will show what your rate will be for each $100 of reported value. Your deposit premium is shown in the Coverage Summary. In addition to the deposit premium shown in the Coverage Summary, you'll pay a monthly premium if the monthly option was chosen. This monthly premium will be determined by multiplying the rate per $100 shown in the Coverage Summary by the monthly value you reported.

Each monthly report, along with the premium that is due, must be received by us no later than 30 days from the last date of the reporting period.

Each year and when this agreement ends, we'll figure the premium we've actually earned based on the values you've shown on your monthly or annual reports as shipped during the time this agreement was in effect. We'll figure the total amount you paid by adding the deposit premium to any monthly payments you paid. If the final premium is more than you've paid, you'll owe us the difference. If it's less, we'll return the difference. But your premium will never be less than the Minimum Annual Premium shown in the Coverage Summary.

**Shipments in progress.** If your policy is cancelled, and a shipment of goods covered by this agreement is in progress at the time of cancellation, that shipment will still be covered.

**Preserving your rights.** You must do all that you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's responsibility for losses. But you can't agree to release a carrier from common law or statutory liability.

**Abandoned property.** You can't abandon property to us at any time.

**Recoveries.** Any recovery or salvage you receive after we've reimbursed you for loss will belong to us. But only for it's value up to the amount we've paid you. The rest is yours.

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

**COMMERCIAL GENERAL LIABILITY PROTECTION**
**COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage that apply to your Commercial
General Liability Protection. It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| **General total limit.** | $ | 2,000,000 |
| **Products and completed work total limit.** | $ | 2,000,000 |
| **Personal injury each person limit.** | $ | 1,000,000 |
| **Advertising injury each person limit.** | $ | 1,000,000 |
| **Each event limit.** | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 10,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply
are named in this table. The required information follows the name of each such endorsement.
Other endorsements may apply too. If so, they're listed on the Policy Forms List.

Vendor's Endorsement - Additional Protected Persons

  Vendor of Your Products:
    PER VENDORS ON FILE WITH THE COMPANY
  Description of Products:
    PRODUCTS OF THE INSURED

Described Person or Organization Endorsement - Addl Prot Persons
  Person or Organization
    BLANKET ADDITIONAL INSURED BY WRITTEN SALES CONTRACT PER CERTIFICATE(S) ON
    FILE WITH THE COMPANY.

Mortgage Holder, Assignment Holder or Receiver Endorsement - Addl Prot Persons
  Mortgage Holder, Assignment Holder or Receiver
    Bank One
    120 S. LaSalle St
    Chicago, IL 60603

  Description of Premises
    Mortgagee

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | **Processing Date** 12/27/04 16:42 001 | |

47110 Rev. 1-96 Printed in U.S.A.

Coverage Summary

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Page 1