# COMMERCIAL GENERAL LIABILITY PROTECTION
## ESTIMATED PREMIUM SUMMARY

The **St.Paul**

This summary applies to your Commercial General Liability Protection.

## What This Summary Does

All or part of your Commercial General Liability Protection premium is estimated. It's based on estimated exposure. This summary shows when and how we'll figure your actual premium.

*Exposure* means the amount of premium basis developed for each rating classification shown in the Estimated Premium Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request them or make a physical audit.

**How we'll figure your actual premium at the end of the policy year.** We'll multiply your actual exposure by the rates shown in the Estimated

Premium Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the total of the highest minimum premium for each coverage that's subject to a rating classification with a minimum premium and an actual exposure for the policy year. We'll figure the total by using only the highest minimum premium that applies to each such coverage.

**How we'll figure your actual premium during the policy year.** If an interim audit period is shown, we'll multiply your actual exposure by the rates shown in the Estimated Premium Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

## Other Terms

All other terms of your policy remain the same.

Interim audit period: Annually

| Estimated Premium Table | Annual Estimated Exposure | Final Rate | Annual Minimum Premium |
|---|---|---|---|
| From: 12-28-04 To 12-28-05<br>Class Code: 56912-001 PREMISES/OPERATIONS<br>METAL GOODS MFG. – STAMPING – NOT SIGNS<br>Premium basis: GROSS SALES<br>The rate applies per: 1,000<br>STATE: IL Territory: 007 | 35,000,000 | .464 | $111.00 |
| From: 12-28-04 To 12-28-05<br>Class Code: 56912-001 PREMISES/OPERATIONS<br>METAL GOODS MFG. – STAMPING – NOT SIGNS<br>Premium basis: GROSS SALES<br>The rate applies per: 1,000<br>STATE: IL Territory: 007<br>Terrorism Risk Insurance Act | 35,000,000 | .009 | $114.00 |

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 12/27/04 16:42 001 |

**The St.Paul**

```
From:  12-28-04  To  12-28-05
Class Code:   56912-001  PRODUCTS
METAL GOODS MFG. - STAMPING - NOT SIGNS        35,000,000        .488        $146.00
Premium basis:  GROSS SALES
The rate applies per:          1,000
STATE: IL                007
```

```
From:  12-28-04  To  12-28-05                        Terrorism Risk Insurance Act
Class Code:   56912-001  PRODUCTS
METAL GOODS MFG. - STAMPING - NOT SIGNS        35,000,000        .009        $150.00
Premium basis:  GROSS SALES
The rate applies per:          1,000
STATE: IL                007
```

```
From:  12-28-04  To  12-28-05
VENDOR
PER VENDORS ON FILE WITH THE COMPANY
PRODUCTS OF THE INSURED                          35,000,000        .073

Premium basis:  GROSS SALES
The rate applies per:          1,000
```

©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

**COMMERCIAL GENERAL LIABILITY PROTECTION**

The**StPaul**

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Table of Contents**     **Page**

**What This Agreement Covers**    1
    Bodily injury and property damage liability.    1
    Personal injury liability.    3
    Advertising injury liability.    4
    Medical expenses.    4
    Right and duty to defend a protected person.    4
    Additional payments.    5
    Right to appeal a judgment against a protected person.    6

**When This Agreement Covers**    6
    Bodily injury and property damage liability.    6
    Personal injury liability.    6
    Advertising injury liability.    6
    Medical expenses.    6

**Where This Agreement Covers**    6

**Who Is Protected Under This Agreement**    7
    Individual.    7
    Partnership or joint venture.    7
    Limited liability company.    7
    Corporation or other organization.    7
    Employees and volunteer workers.    7
    Real estate managers.    8
    Landlords.    9
    Equipment lessors.    9
    Operators of registered mobile equipment.    9
    Newly acquired or formed organizations.    9
    Separation of protected persons.    9

**Limits Of Coverage**    9
    General total limit.    10
    Products and completed work total limit.    10
    Personal injury each person limit.    11
    Advertising injury each person limit.    11
    Each event limit.    12
    How the limits of coverage apply if a total limit is left blank.    12

**Exclusions – What This Agreement Won't Cover**    12

Advertising, broadcasting, or publishing business.    12
Aircraft.    12
Auto.    13
Breach of contract.    14
Contract liability.    14
Control of property.    16
Damage to your products or completed work.    17
Deliberately breaking the law.    17
Employers liability.    17
Expected or intended bodily injury or property damage.    18
False material.    18
Impaired property.    18
Intellectual property.    18
Liquor liability.    19
Material previously made known or used.    19
Medical expenses of certain persons.    19
Mobile equipment.    20
Nuclear energy liability.    20
Pollution injury or damage.    22
Pollution work loss, cost, or expense.    24
Poor quality or performance.    25
Product recall.    25
Unnamed partnership, joint venture, or limited liability company.    25
Watercraft.    25
Workers compensation and other benefits laws.    26
Wrong price description.    26

**Other Insurance**    26
    Primary or excess other insurance.    26
    When this agreement is excess insurance.    26
    Methods of sharing.    27

**What This Agreement Covers**

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

TRAVELERS DOC MGMT 92 of 272

The **St.Paul**

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.

- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and

- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and

- undamaged tangible property to happen at the time of the event that caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.

- You or any described individual protected person receiving a claim or suit for all or part of that property damage.

- Any described individual protected person witnessing or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;

- executive officer and other organization in the Corporation or other organization section; and

- employee in the Employees and volunteer workers section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to

pay as damages for covered personal injury that:

- results from your business activities; and

- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.

- Malicious prosecution.

- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

- Libel, or slander, in or with covered material.

- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.

- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**The St.Paul**

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or
- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and

- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

We explain the term health care professional services in the Employees and volunteer workers section.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 95 of 272

**The St.Paul**

protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**The St.Paul**

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within three years of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events that happen, or offenses that are committed, there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

---

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are

protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

**The St.Paul**

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 99 of 272

The**StPaul**

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of that premises while you rent or lease it.

However, no landlord, lessor, manager, or owner is a protected person for injury or damage that results from any of the following work while being done by or for such landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no valid and collectible other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- controlled by in the Employees and volunteer workers section;
- mobile equipment in the Mobile equipment exclusion; and
- other insurance in the Other Insurance section.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information

TRAVELERS DOC MGMT 100 of 272

**The St.Paul**

contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that result from all events that happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year*

*period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 101 of 272

The **StPaul**

- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.

- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

---

The **St.Paul**

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

### Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 103 of 272

- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

**The St.Paul**

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for that injury or damage;
- that claim or suit is for injury or damage for which you have assumed the liability of the indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and the indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 105 of 272

**The St.Paul**

coverage. Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of that indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**Covered contract** means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization

for property damage to a premises that you rent, lease, or borrow from others;

- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

---

TRAVELERS DOC MGMT 106 of 272

**The St.Paul**

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- You and the indemnitee must ask us to conduct and control the defense of that indemnitee against the claim or suit under this agreement.

- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.

- You and the indemnitee must each agree in writing that we can assign the same counsel to defend them.

- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.

- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.

- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.

- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.

- The indemnitee must give notice of the claim or suit to any other insurer that provides coverage which applies to the claim or suit and is available to that indemnitee.

- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to that indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and

- necessary litigation expenses incurred by that indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, that indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;

- war in the Medical expenses of certain persons exclusion; and

- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.

- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 107 of 272

The **St.Paul**

completed work and were never occupied, rented, or held for rental by you.

- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage; and

- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others.

For example:

*You construct a building as a general contractor. Some of the work is done by you while the rest is done for you by subcontractors. The building is accepted by the owner. If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion. However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the*

---

The **St.Paul**

*tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and

- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from

any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages. For example:

*You manufacture office equipment. Each year you host an awards banquet with an open bar for your sales representatives. After this year's banquet an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident,*

*we won't apply the Liquor liability exclusion because you're not in the business of serving liquor.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than your volunteer workers;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

---

TRAVELERS DOC MGMT 110 of 272

**The St.Paul**

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 111 of 272

The **St.Paul**

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation

The **St.Paul**

device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for

---

47500 Rev. 1-01 Printed in U.S.A.
Page 22 of 27  ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 113 of 272

The **St.Paul**

the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

**Protected person's work site** means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

**Waste pollutant** means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

**Building heating equipment fumes, smoke, soot, or vapors** means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

**Contractor or service work materials fumes, gases, or vapors** means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

**Hostile fire heat, fumes, or smoke** means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

**Hostile fire** means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

**Mobile equipment operating fluids** means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and

The **St.Paul**

• escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

• your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or

• your products, or your completed work, that is or was a waste pollutant; or

• your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

• mobile equipment in the Mobile equipment exclusion;

• pollution work in the Pollution work loss, cost, or expense exclusion;

• premises damage in the Each event limit section; and

• your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense**. We won't cover any loss, cost, or expense that results from:

• any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or

• any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

• request, demand, order, or statutory or regulatory requirement; or

• claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its*

*warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

• *the additional cost to properly dispose of any contaminated concrete; or*

• *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

• the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or

• the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess*

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The **StPaul**

*the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability

company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you rent or lease from others, or own;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**The St.Paul**

## Workers compensation and other benefits laws.
We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

### Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, the following applies in connection with that other insurance:

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance.** When there is primary other insurance, we'll share with that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- protection for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that:

- results from the maintenance, use, operation, or loading or unloading of any aircraft, auto, or watercraft; and
- isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the term your work in the Products and completed work total limit section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of that protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

---

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit under this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result is Policy B's limit is used up, the balance due on the judgment is $700,000, $400,000 remains of this agreement's limit, and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit under this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy*

*after the initial $100,000 payment. The result is Policy C's limit is used up, the balance due on the judgment is now $300,000, and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit under this agreement is paid. The result is this agreement's limit is used up and the balance due on the judgment is now $100,000, which you must pay. The total paid under each policy is $500,000 this agreement, $100,000 Policy B, and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit under this agreement is $300,000. Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

**DESCRIBED PERSON OR ORGANIZATION ENDORSEMENT –
ADDITIONAL PROTECTED PERSONS**

The **StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Who Is Protected
Under This Agreement section. This change
adds certain protected persons and limits their
protection.

**Described person or organization.** The person or
organization shown in the Coverage Summary
as a described person or organization is a
protected person. But only for covered injury
or damage that results from;
•premises you own, rent or lease; or
•your work.

We explain what we mean by your work in the
Products and completed work total limit
section.

**Other Terms**

All other terms of your policy remain the same.

---

43356 Ed.7-85 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1985

Endorsement

Page 1 of 1

**MORTGAGE HOLDER, ASSIGNMENT HOLDER, OR RECEIVER ENDORSEMENT — ADDITIONAL PROTECTED PERSONS**

The**StPaul**

This endorsement changes your Commercial General Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

**Mortgage holder, assignment holder, or receiver.**
The person or organization shown in the Coverage Summary as a mortgage holder, assignment holder, or receiver is a protected person. But only for covered injury or damage that results from your ownership, maintenance or use of the premises described in the Coverage Summary.

However, the mortgage holder, assignment holder, or receiver isn't a protected person for injury or damage that results from:
●structural changes;
●new construction; or
●demolition work;
done by or for them.

**Other Terms**

All other terms of your policy remain the same.

---

43414 Ed.7-85 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1985

Endorsement

Page 1 of 1

TRAVELERS DOC MGMT 120 of 272

**VENDOR'S ENDORSEMENT — ADDITIONAL PROTECTED PERSONS**                    The **StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

There are two changes which are explained
below.

**1.** The following is added to the Who Is
Protected Under This Agreement section. This
change adds certain protected persons and
limits their protection.

**Vendors of your products.** The person or organization shown in the Coverage Summary as a
vendor of your products is a protected person.
But only for covered bodily injury or property
damage that results from your products
described in the Coverage Summary which are
sold or distributed in the usual course of their
business.

However, no vendor from whom you've
acquired your products is a protected person.

We explain what we mean by your products in
the Products and completed work total limit
section.

**2.** The following are added to the Exclusions -
What This Agreement Won't Cover section. This
change excludes coverage. But we'll apply it
only to the coverage for the vendors shown in
the Coverage Summary.

*Protected vendor* means the vendor shown in
the Coverage Summary.

*Described products* mean your products
described in the Coverage Summary.

**Contract liability.** We won't cover the protected
vendor's liability for bodily injury or property
damage assumed under any contract or agreement.

But we won't apply this exclusion to liability for
bodily injury or property damage the protected
vendor would have without the contract or
agreement.

**Unauthorized warranties.** We won't cover the
protected vendor's liability for bodily injury or
property damage that results from any express
warranty which you haven't authorized.

**Change in condition.** We won't cover bodily
injury or property damage that results from any
physical or chemical change made intentionally
by the protected vendor in the described
products.

**Repackaging.** We won't cover bodily injury or
property damage that results from the repackaging of the described products.

But we won't apply this exclusion when the
products are unpacked for inspection, demonstration or testing, or the replacement of parts
ordered by the manufacturer, and later repackaged in their orginal containers.

**Servicing.** We won't cover bodily injury or
property damage that results from any failure
of the protected vendor to do normal or agreed
upon servicing of the described products.
Servicing includes inspections, adjustments or
tests.

**Demonstration.** We won't cover bodily injury or
property damage that results from the demonstration, installation, servicing or repair of the
described products done away from the
protected vendor's premises.

**Relabeling.** We won't cover bodily injury or
property damage that results from the
described products which the protected vendor
has:
• labeled or relabeled; or
• used as a container, part or ingredient for or in
anything else.

**Other Terms**

All other terms of your policy remain the same.

---

43345 Ed.7-85 Printed in U.S.A.                              Endorsement
©St.Paul Fire and Marine Insurance Co.1985
                                                            Page 1 of 1

**ASBESTOS EXCLUSION ENDORSEMENT**

The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Asbestos.**  We won't cover injury or damage
or medical expenses that result from any
actual, alleged, or threatened:

- absorption, ingestion, or inhalation of
  asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of any
  other solid, liquid, gaseous, or thermal
  irritant or contaminant, including smoke,
  vapors, soot, fumes, acids, alkalis,
  chemicals, and waste, in any form by any
  person; or
- existence of any such other irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described in
the first paragraph of this exclusion.

We also won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  asbestos in any form; or
- respond to, or assess, in any way the
  effects of asbestos in any form.

Because asbestos, and any such other
irritants or contaminants, are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion made
  part of this agreement.

We explain the terms pollutant and waste in
the Pollution injury or damage exclusion.

## Other Terms

All other terms of your policy remain the
same.

---

G0468 Ed. 3-02 Printed in U.S.A.                    Endorsement
⊕St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved          Page 1 of 1

**TOBACCO EXCLUSION ENDORSEMENT**

The **St.Paul**

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Tobacco.** We won't cover injury or damage or medical expenses that result from any:

- manufacture, sale, handling, distribution, or advertising of tobacco or tobacco products in any form; or
- actual, alleged, or threatened absorption, consumption, ingestion, inhalation, or use of, or exposure to, tobacco or tobacco products in any form.

Nor will we cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize tobacco or tobacco products in any form; or
- respond to, or assess, in any way the effects of tobacco or tobacco products in any form.

*Tobacco or tobacco products* means any:

- raw or cured tobacco;
- cigarettes;
- cigars;
- pipe tobacco; or
- snuff, chewing tobacco, or smokeless tobacco.

Tobacco or tobacco products includes:

- any material, substance, ingredient, or element on, in, or part of any tobacco or tobacco products;
- any other good or product that contains any tobacco or tobacco products;
- any filter, paper, tip, wrapper, or other part of any tobacco or tobacco products;
- any pipe or other device used to absorb, consume, ingest, or inhale any tobacco or tobacco products;
- any smoke, vapors, soot, fumes, or other substance that results from any tobacco or tobacco products;
- any warranty provided with or for any tobacco or tobacco products;
- any statement made, or that should have been made, about the durability, fitness, handling, performance, quality, safety, or use of any tobacco or tobacco products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for any tobacco or tobacco products.

## Other Terms

All other terms of your policy remain the same.

TRAVELERS DOC MGMT 123 of 272

**CHANGE OF LIMITS ENDORSEMENT – GENERAL TOTAL LIMIT APPLIES PER PREMISES**

The**StPaul**

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the General total limit section. This change broadens coverage.

We'll apply the general total limit separately to:

- the combined total of all covered bodily injury, property damage, and medical expenses that result from each of your premises;
- the combined total of all covered bodily injury, property damage, and medical expenses that result from the remainder of your business, other than your products or completed work, which isn't conducted at, on, or in, or in connection with, any of your premises; and
- the combined total of all covered personal injury and advertising injury that's caused by all personal injury offenses and advertising injury offenses committed in a policy year, regardless of the number of your premises.

We'll consider all of your premises that:

- share a common boundary; or
- are divided only by a street, roadway, waterway, or railroad right-of-way;

to be one premises when applying the coverage provided by this endorsement.

*Your premises* means any premises, site, or location that you own or rent or lease from others.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

## Other Terms

All other terms of your policy remain the same.

TRAVELERS DOC MGMT 124 of 272

**MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT**                    The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

### How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't
cover injury or damage or medical
expenses that result from any actual,
alleged, or threatened:

- absorption, ingestion, or inhalation of
  mold or other fungi, or bacteria, in any
  form by any person; or

- existence of mold or other fungi, or
  bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury, property damage, or
  medical expenses that result from mold
  or other fungi, or bacteria, which are, or
  are on, in, or part of, any good or
  product that's intended to be consumed
  as a food, beverage, or medicine;

- bodily injury or medical expenses that
  result from bacteria which are directly
  transmitted solely by or from another
  person to the person sustaining the
  bodily injury; or

- bodily injury or medical expenses that
  result from a bacterial infection which
  develops in connection with physical
  harm to the person sustaining the bodily
  injury, if such physical harm isn't
  excluded by this exclusion part, or any
  other part of this exclusion, and a claim
  or suit is made or brought against the
  protected person for such physical harm.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  any other solid, liquid, gaseous, or
  thermal irritant or contaminant, including
  smoke, vapors, soot, fumes, acids,
  alkalis, chemicals, and waste, in any
  form by any person; or

- existence of any such irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described as
excluded in the first paragraph of this
exclusion.

Also, we won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  mold or other fungi, or bacteria, in any
  form; or

- respond to, or assess, in any way the
  effects of mold or other fungi, or
  bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, and any such other
irritants or contaminants are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution injury or damage exclusion.

- Pollution work loss, cost, or expense
  exclusion.

- Any other pollution-related exclusion
  made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;

- any other type or form of fungus; or

- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or

- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such bacterium.

---

G0492 Ed. 4-02 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved                    Page 1 of 2

**The St.Paul**

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Other Terms**

All other terms of your policy remain the same.

TRAVELERS DOC MGMT 126 of 272

**PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY
EXCLUSION ENDORSEMENT**

The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

There are two changes which are explained
below.

1. The following is added to the Bodily
   injury and property damage liability
   section of the What This Agreement
   Covers section. This change limits or
   excludes coverage anywhere our coverage
   intent would be interpreted more broadly
   than what's intended by the revised
   wording under the law that applies.
   Elsewhere, this change doesn't change
   coverage.

   *Tangible property* doesn't include data.

2. The following is added to the Intellectual
   property exclusion as the second
   paragraph of that exclusion. This change
   excludes coverage.

   Nor will we cover any other injury or
   damage that's alleged in any claim or
   suit which also alleges any such
   infringement or violation.

**Other Terms**

All other terms of your policy remain the
same.

---

G0467 Ed. 7-01 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 1 of 1

**EMPLOYMENT−RELATED PRACTICES EXCLUSION ENDORSEMENT**     The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

## How Coverage Is Changed

The following is added to the Exclusions −
What This Agreement Won't Cover section.
This change excludes coverage.

**Employment−related practices.** We won't cover
personal injury to any protected person's
employee, prospective or former employee,
leased temporary worker, or independent
contractor that results from any
employment-related practices.  For example:

*You terminate an employee for falsifying
business travel expenses.  You explain the
reason for the termination of that employee
to one of your customers.  If your former
employee later sues you for slander, we
won't protect you.*

Nor will we cover personal injury to the
spouse or any child, parent, brother, or
sister of that employee, worker, or
independent contractor that results from
such personal injury to that employee,
worker, or independent contractor.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:
- such personal injury to that employee,
  worker, or independent contractor; or
- personal injury to the spouse or any child,
  parent, brother, or sister of that employee,
  worker, or independent contractor that

results from such personal injury to that
employee, worker, or independent
contractor.

*Independent contractor* means any person
who is not your employee, but who
performs duties related to the conduct of
your business in the course of that person's
independent employment in accordance with
a contract between you and that person for
specified services.

*Employment−related practices* means:
- refusal to employ that person;
- termination of that person's employment;
  or
- other employment-related act, omission,
  policy, or practice, committed upon or
  applied to that person, such as coercion,
  libel or slander, demotion, discipline,
  discrimination, evaluation, harassment,
  humiliation, or reassignment of or against
  that person, or violation of that person's
  right of privacy.

We explain the terms employee and leased
temporary worker in the Employees and
volunteer workers section.

## Other Terms

All other terms of your policy remain the
same.

---

47153 Rev. 9-01 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 1 of 1

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS–MADE COVERAGE SUMMARY**

TheStPaul

This Coverage Summary shows the limits of coverage, deductible, and extended reporting period endorsement premium that apply to your Employee Benefit Plans Administration Liability Protection – Claims–Made.

## Limits Of Coverage

Each wrongful act          $1,000,000

Total limit                $3,000,000

## Deductible

Each wrongful act          $1,000

## Extended Reporting Period Endorsement Premium

$676.00

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 12/27/04  16:42  001 |

43532 Rev. 1-96 Printed in U.S.A.          Coverage Summary
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved          Page 1 of 1

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS-MADE**

The **StPaul**

This insuring agreement provides liability protection for your business for the administration of your employee benefit plans. There are, of course, limitations and exclusions that apply to this protection. As a result, you should read this agreement carefully to determine the extent of coverage provided to all protected persons.

**Important note.** This is a claims-made insuring agreement. Claims or suits must be reported during the policy period, or a reporting period if one applies, to be covered. Please read this agreement carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits of Coverage sections.

| Table of Contents | Page |
|---|---|

**What This Agreement Covers** 1
Employee benefit plans administration liability. 1
Right and duty to defend. 2
Additional payments. 2
Right to appeal a judgment. 3

**When This Agreement Covers** 3
During this agreement or the limited reporting period.
When we consider a claim or suit to be first made or brought. 3
When the limited reporting period will apply. 3
How the limited reporting period applies. 3
When and how an extended reporting period can be added. 3
How the extended reporting period applies. 4
How we'll figure the additional premium for the extended reporting period. 4

**Where This Agreement Covers** 4

**Who Is Protected Under This Agreement** 4
Individual. 4
Partnership or joint venture. 4
Limited liability company. 4
Corporation or other organization. 5
Employees. 5
Newly acquired or formed organizations. 5
Separation of protected persons. 5

**Limits Of Coverage** 5
Each wrongful act limit. 5
Total limit. 6
How the limits of coverage apply to an extension of the policy period. 6
How the limits of coverage apply to the limited and extended reporting periods. 6
How the limits of coverage apply if the total limit is left blank. 6

**Deductible** 6
Each wrongful act deductible. 6

**Exclusions—What This Agreement Won't Cover** 6
Bodily injury. 6
Contract liability. 6
Dishonest acts. 6
Employment-related practices. 7
Failure to comply with law. 7
Failure to pay benefits. 7
Fines or penalties. 7
Investment of funds. 7
Investment performance. 7
Known wrongful acts. 7
Participation, investment, or legal advice. 7
Personal injury. 7
Property damage. 7
Termination of plan. 8
Unnamed partnership, joint venture, or limited liability company. 8

**Other Insurance** 8
Other primary insurance. 8
Excess insurance. 8

## What This Agreement Covers

**Employee benefit plans administration liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the administration of your employee benefit plans; and

- is caused by a wrongful act committed before the ending date of this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

The **St.Paul**

*Administration* means only the following administrative functions:

- Explaining or interpreting an employee benefit plan.
- Calculating or communicating benefits and costs for an employee benefit plan.
- Enrolling participants, or terminating participation, in an employee benefit plan.
- Estimating or projecting future employee benefit plan values.
- Handling or processing of employee benefit plan records.

*Employee benefit plans* means only the following employee benefit plans:

- Educational tuition reimbursement plans.
- Employee stock subscription plans.
- Group plans for life, health, dental, disability, automobile, homeowners, or legal expense insurance.
- Individual Retirement Account (IRA) plans.
- Pension and profit sharing plans.
- Salary Reduction plans under Internal Revenue Code 401(k), including any amendments.
- Savings plans.
- Social security system benefits.
- Travel and vacation plans.
- Workers Compensation and unemployment insurance benefits.

*Wrongful act* means any negligent act, error, or omission.

**Right and duty to defend.** We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right and duty even if any of the allegations of such claim or suit is groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim, suit, or wrongful act to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of

coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

TRAVELERS DOC MGMT 131 of 272

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment.** We'll have the right to appeal a judgment awarded in a suit for loss covered by this agreement if:

• we defend a protected person against the suit; and

• the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**During this agreement or the limited reporting period.** We'll apply this agreement to claims or suits for covered loss only when they're first made or brought:

• while this agreement is in effect; or

• during the limited reporting period if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered loss to be first made or

brought on the earliest of the following dates:

• The date that we or any protected person first receives written notice of such claim or suit.

• The date that we first receive a notice of a wrongful act from any protected person.

However, we won't accept such a notice unless it also describes what loss may result from the wrongful act.

We'll also consider all claims and suits for covered loss caused by a wrongful act, or a series of related wrongful acts, to have been made or brought on the date that the first of those claims or suits is first made or brought.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same loss.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled once it applies.

However, the limited reporting period won't apply to claims or suits if other insurance you buy:

• applies to them; or

• would have applied to them but won't because its limits of coverage have been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered loss that is first made or brought during the limited reporting period to have been made on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period with an unlimited time can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

TRAVELERS DOC MGMT 132 of 272

**The St Paul**

However, we won't issue an extended reporting period endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the endorsement won't take effect unless:

* your premium for this agreement is paid in full; and
* the additional premium for the extended reporting period is paid when due.

But once the endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means an unlimited time, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**How the extended reporting period applies.** The extended reporting period replaces the limited reporting period. Also, it doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit first made or brought during the extended reporting period to have been made or brought on the ending date of this agreement.

In addition, the extended reporting period will cause us to apply this agreement as excess insurance over certain other insurance. We explain when and how we'll do so in the Other Insurance section.

**How we'll figure the additional premium for the extended reporting period.** We'll figure the additional premium for the extended reporting period in accordance with our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement. The extended reporting period endorsement premium is shown in the Coverage Summary.

We explain what we mean by policy year in the Total limit section.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

* only in the coverage territory; and
* only for covered loss that's caused by wrongful acts committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered loss that's caused by wrongful acts committed in the rest of the world if the protected person's liability for such loss:

* is determined in a suit in the coverage territory; or
* is agreed to by us in a settlement.

*Coverage territory* means:

* the United States of America, including its territories and possessions;
* Puerto Rico;
* Canada; and
* international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

But we won't apply this Employees section to your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.

Also, we won't apply this Employees section to your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time; or
- loss that's covered under other similar insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act limit.** This is the most we'll pay for all covered loss that is caused

---

TRAVELERS DOC MGMT 134 of 272

**The St.Paul**

by any one wrongful act or series of related wrongful acts.

**Total limit.** This is the most we'll pay for the combined total of all claims and suits for covered loss that are first made or brought in a policy year.

*Policy year* means the policy period shown in the Introduction, or the period of time this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During that policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims or suits first made or brought during the limited reporting period.

However, if the extended reporting period is added, the Total limit is renewed in full.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be three times the Each wrongful act limit.

### Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:

- protected persons;

- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act deductible.** You'll be responsible for the amount of damages within this deductible for all covered loss that's caused by each wrongful act or series or related wrongful acts.

If we settle a claim or suit that's subject to this deductible, we'll pay the deductible as part of the settlement. You agree to repay us as soon as we notify you of the settlement.

### Exclusions—What This Agreement Won't Cover

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Dishonest acts.** We won't cover claims that result from dishonest, intentionally fraudulent, criminal, or malicious acts or omissions of any protected person or of anyone for whose acts the protected person is legally responsible.

But this exclusion doesn't apply to any protected person who didn't:

- personally participate in committing any such act or omission; or
- remain passive after having personal knowledge of any such act or omission.

The**StPaul**

**Employment-related practices.** We won't cover loss that is sustained by a person and results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, such as coercion, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment, directed at that person.

Nor will we cover loss sustained by the spouse or any child, parent, brother, or sister of that person if such loss results from the loss sustained by that person.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages because of such loss.

**Failure to comply with law.** We won't cover loss that results from any intentional violation of any:

- workers compensation law;
- unemployment insurance law;
- social security law;
- disability benefits law; or
- administrative interpretation of such laws.

**Failure to pay benefits.** We won't cover loss that results from any failure to pay benefits because:

- there are not sufficient funds; or
- an insurance company fails to comply with the terms of its policy.

**Fines or penalties.** We won't cover any fine or penalty assessed against any protected person.

**Investment of funds.** We won't cover loss that results from any investment or non-investment of any employee benefit plan funds.

**Investment performance.** We won't cover loss that results from any failure of an investment to perform as a protected person expected, intended, or said it would.

**Known wrongful acts.** We won't cover loss that results from any wrongful act that the protected person:

- knew about before this agreement went into effect; and
- could reasonably foresee would result in a claim or suit being made or brought while this agreement is in effect.

**Participation, investment, or legal advice.** We won't cover loss that results from the providing of or failure to provide any of the following advice to any employee or his or her dependent or beneficiary:

- Advice to participate or not to participate in an optional employee benefit plan.
- Investment advice.
- Legal advice.

**Personal injury.** We won't cover loss that results from personal injury.

*Personal injury* means injury that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that an individual occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that an individual occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.

**Property damage.** We won't cover loss that results from property damage.

*Property damage* means:

---

TRAVELERS DOC MGMT 136 of 272

The St.Paul

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

**Termination of plan.** We won't cover loss that results from the termination of any employee benefit plan.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover loss that results from the conduct of any current or past partnership, joint venture, or limited liability company that's not shown in the Introduction as a named insured.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance available to you for loss covered by this agreement, the following applies in connection with that insurance.

**Other primary insurance.** When there is other primary insurance available to you, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also applies to loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of a loss, less any deductible.*

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide coverage for claims or suits for loss that:

- is covered by this agreement; and
- is caused by a wrongful act committed before the beginning date of this agreement.

Also, if the extended reporting period applies, we'll apply this agreement as excess insurance over the part or parts of any other insurance which:

- are in effect during the extended reporting period; and
- provide coverage for claims or suits for loss covered by this agreement that are first made or brought during the extended reporting period.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**EMPLOYMENT–RELATED PRACTICES EXCLUSION ENDORSEMENT –**
**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**

The**StPaul**

This endorsement changes your Employee
Benefit Plans Administration Liability
Protection – Claims-Made.

---

## How Coverage Is Changed

The following replaces the Employment-
related practices exclusion. This change
excludes coverage.

**Employment–related practices.** We won't cover
loss to any person that results from any:

- refusal to employ that person;
- termination of that person's employment;
  or
- other employment-related policy or
  practice committed upon or applied to that
  person, such as coercion, libel or slander,
  demotion, discipline, discrimination,
  evaluation, harassment, humiliation, or
  reassignment of or against that person, or
  violation of that person's right of privacy.

Nor will we cover loss to the spouse or any
child, parent, brother, or sister of that
person that results from such loss to that
person.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such loss to that person; or
- loss to the spouse or any child, parent,
  brother, or sister of that person that
  results from such loss to that person.

## Other Terms

All other terms of your policy remain the
same.

---

TRAVELERS DOC MGMT 138 of 272

## AUTO COVERAGE SUMMARY

The**St.Paul**

This Coverage Summary shows the Limits of
Coverage that apply to your Commercial Auto
Protection. A blank section or space indicates
no coverage.

### Auto Liability Protection

**Covered Autos:**

- ☒ Any Auto
- ☐ Scheduled autos
- ☐ Other:
- ☐ Owned Commercial autos
- ☐ Hired autos
- ☐ Owned Private Passenger autos
- ☐ Non owned autos

**Limit of Coverage:**

$1,000,000        each accident

**Other:**

### Auto Medical Payments Protection
**Covered Autos:**

- ☐ Any auto
- ☐ Scheduled autos
- ☐ Other:
- ☐ Owned Commercial autos
- ☐ Owned Private Passenger autos

**Limits of Coverage   (Refer to the Auto Schedule)**

**Other:**

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

44460 Ed. 4-91 Printed in U.S.A.      Coverage Summary
©St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved                    **Page**    1

The St.Paul

**Auto Physical Damage Protection**

**Covered Autos**

☒ Scheduled autos     ☐ Owned Private Passenger autos

☐ Owned Commercial autos     ☐ Hired autos

☐ Other:

**Limits of Coverage**

*(Refer to the Auto Schedule)*

**Other:**

```
HIRED AUTO PHYSICAL DAMAGE COVERAGES:
STATE: IL COST OF HIRE:    $1,000 COVG:COMPREHENSIVE    RATE: .52 DED: 1000
                                  COVG:COLLISION         RATE: .81 DED: 1000
```

**AUTO COVERAGE SUMMARY – CONTINUED**                                    The**StPaul**

---

**Auto No Fault Protection**

**Covered Autos:** ☐ Owned Autos that are subject to State No-Fault Laws

**Limits of Coverage:**  See your Agreement and any Optional Coverage Summary.
**Other:**

---

**Other Coverage**

---

**Auto Uninsured Motorists Protection**
**Autos Covered:**
OWNED AUTOS SUBJECT TO A COMPULSORY UNINSURED MOTORIST LAW

**Uninsured Limits of Coverage:**                    **Underinsured Limits of Coverage:**
FOR THE STATE OF IL                                  FOR THE STATE OF IL
$1,000,000 PER ACCIDENT                              $1,000,000 PER ACCIDENT

---

**Name of Insured**              **Policy Number** CK01206228        **Effective Date** 12/28/04
LB STEEL, LLC;                                  **Processing Date** 12/27/04   16:42   001

---

44462 Ed.4-91 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved              Page    1

The **StPaul**

**Uninsured Limits of Coverage:**                    **Underinsured Limits of Coverage:**

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

**AUTO SCHEDULE**

The**St.Paul**

The types of coverage provided for each auto are indicated by completed spaces.   A blank space
indicates no coverage.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0001 1991 FORD L8000 | FLATBED INCL CRANE | 1FDXR82AXMVA21452 | HARVEY IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | | ☐ | $1,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0002 1993 CHEVROLET | PICK UP | 1GCDC1424PE148577 | HARVEY IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☐ Comprehensive | | ☐ | |
| ☒ Uninsured Motorists* | ☐ Collision | | ☐ | |
| ☒ No-Fault* | ☐ Specified Causes of Loss | | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0003 1994 BENSON | TRAILER | 1NUFT28Z0RMNA0092 | HARVEY IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | | ☐ | $1,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

Hired Autos Covered as Owned Auto
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**
AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND   IL 60473
(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 12/27/04   16:42   001 | |

**The St Paul**

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0004 1996 WABASH | TRAILER | 1JFA45267TL381840 HARVEY IL | |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $1,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

Hired Autos Covered as Owned Auto
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**
AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND    IL 60473
(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0005 1993 FREIGHTLNR | TRUCK/TRCT | 2FUY3ECB2PA423044 HARVEY IL | |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $1,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0006 1989 FORD L8000 | DUMP TRUCK | 1FDZU82A1KVA27693 HARVEY IL | |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $1,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

TRAVELERS DOC MGMT 144 of 272

**AUTO SCHEDULE**

The**StPaul**

The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

---

**Auto Year Make**       **Type**                **VIN/Serial**          **Location**
0007 1985 JEEP                                    1JCCF87E2FT110243 HARVEY  IL

                                                  ACV or Stated Amount  Deductible
☒ Liability *            ☐ Comprehensive          ☐
☒ Uninsured Motorists*   ☐ Collision              ☐
☐ No-Fault*              ☐ Specified Causes of Loss ☐
☐ Medical Payments       ☐ Towing                          Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**       **Type**                **VIN/Serial**          **Location**
0008 2000 FORD           F750 TRUCK               3FDXF75N1YMA22104 HARVEY  IL

                                                  ACV or Stated Amount  Deductible
☒ Liability *            ☒ Comprehensive          ☒                     $1,000
☒ Uninsured Motorists*   ☒ Collision              ☒                     $1,000
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing                          Maximum
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**       **Type**                **VIN/Serial**          **Location**
0009 1998 GMC            SIERRA PICKUP            1GDKC34FZWF034934 HARVEY  IL

                                                  ACV or Stated Amount  Deductible
☒ Liability *            ☒ Comprehensive          ☒                     $1,000
☒ Uninsured Motorists*   ☒ Collision              ☒                     $1,000
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing                          Maximum
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Name of Insured**        **Policy Number** CK01206228       **Effective Date** 12/28/04
LB STEEL, LLC;                          **Processing Date** 12/27/04  16:42  001

---

44463 Ed.4-91 Printed in U.S.A.                    Auto Schedule
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved          Page 1 of 2

The **St.Paul**

---

Auto Year Make                  Type                        VIN/Serial          Location

ACV or Stated Amount  Deductible

☐ Liability *                    ☐ Comprehensive          ☐
☐ Uninsured Motorists*          ☐ Collision              ☐
☐ No-Fault*                     ☐ Specified Causes of Loss ☐
☐ Medical Payments              ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

Auto Year Make                  Type                        VIN/Serial          Location

ACV or Stated Amount  Deductible

☐ Liability *                    ☐ Comprehensive          ☐
☐ Uninsured Motorists*          ☐ Collision              ☐
☐ No-Fault*                     ☐ Specified Causes of Loss ☐
☐ Medical Payments              ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

Auto Year Make                  Type                        VIN/Serial          Location

ACV or Stated Amount  Deductible

☐ Liability *                    ☐ Comprehensive          ☐
☐ Uninsured Motorists*          ☐ Collision              ☐
☐ No-Fault*                     ☐ Specified Causes of Loss ☐
☐ Medical Payments              ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

Page 2 of 2
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

TRAVELERS DOC MGMT 146 of 272

# AUTO LIABILITY PROTECTION

<sup></sup>The**StPaul**

This insuring agreement provides auto liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

The terms of this agreement apply to each state unless a state's Commercial Auto Required Endorsement indicates otherwise.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Pollution cost or expense. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 3 |
| Right to appeal. | 3 |
| Out of state coverage. | 3 |
| **Which Autos Are Covered** | 4 |
| Any auto | 4 |
| Owned commercial autos | 4 |
| Owned private passenger autos | 4 |
| Scheduled autos | 4 |
| Hired autos | 4 |
| Nonowned autos | 4 |
| **When This Agreement Covers** | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Corporation or other organization. | 5 |
| Any permitted user. | 5 |
| Anyone legally responsible for the actions of a protected person. | 5 |
| Separation of protected persons. | 5 |
| **Limit Of Coverage** | 5 |
| **Exclusions — What This Agreement Won't Cover** | 6 |
| Contract liability. | 6 |
| Control of property. | 6 |
| Employer's liability. | 6 |
| Injury to a fellow employee. | 7 |
| Intentional or expected bodily injury or property damage. | 7 |
| Nuclear energy liability. | 7 |
| Pollution. | 8 |
| Racing or demolition contest. | 9 |
| Specialized equipment. | 9 |
| Workers' compensation. | 9 |
| **Other Insurance** | 9 |
| Insurance provided by another insurer. | 9 |
| Insurance provided under another policy with us or any of our member insurance companies. | 10 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:
- results from the ownership, maintenance, use, loading or unloading of a covered auto; and
- is caused by an accident that happens while this agreement is in effect.

**Pollution cost or expense.** We'll pay amounts any protected person is legally required to pay as covered pollution cost or expense only if it results from an accident which also causes bodily injury or property damage covered by this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:
- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means
- physical damage to tangible property of others, including loss of use of such property; or
- loss of use of tangible property of others that isn't physically damaged.

The **St Paul**

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* includes continuous or repeated exposure to the same conditions.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:
•any permanently attached machinery or equipment; and
•any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:
•is designed for use primarily off public streets or roads;
•is kept for use only on or next to premises you own, rent or lease;
•travels on crawler treads;
•is kept primarily for the ready movement of permanently attached construction equipment; or
•doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:
•travels under its own power;
•is operated like an auto during travel on a public street or road; and
•has permanently attached specialized equipment; or
•has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:
•cherry picker or similar device used to lift workers;
•pump, generator or air compressor; or
•other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*Loading* means moving property from the place where it's accepted for transportation by a protected person until it's placed in or on a covered auto.

*Unloading* means moving property from a covered auto to the place where it's finally delivered by a protected person.

However we won't consider moving property with a mechanical device, such as a forklift or conveyor, that's not attached to a covered auto to be loading or unloading. But we won't consider a hand truck to be a mechanical device.

*Pollution cost or expense* means any cost or expense that results from:
•any request, demand or order that any protected person or others perform pollution work; or
•any claim or suit by or for any governmental authority demanding that any protected person or others perform pollution work.

*Pollution work* means:
•the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing of any pollutant; or
•the responding to, or assessing, in any way the effects of any pollutant.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered bodily injury, property damage, or pollution cost or expense made or brought against any protected person.

We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

⊙St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The St Paul

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limits of coverage.

*Claim* means a demand which seeks damages or pollution cost or expense.

*Suit* means a civil proceeding which seeks damages or pollution cost or expense. It includes:
•an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.
•any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre–judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post–judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
•pay;
•offer to pay; or
•deposit in court;
the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered bodily injury, property damage, or pollution cost or expense in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limit of coverage. However, the results of an appeal won't change the limit of coverage that applies under this agreement.

**Out of state coverage.** While a covered auto is away from the jurisdiction where it is licensed we will do the following:
•Increase the limit of coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered auto is being used if your limit of coverage is less than the minimum limit required by such law. But this increase does not apply to the limit or limits specified by any law or regulation governing motor carriers of passengers or property.
•Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered auto is being used. But we won't pay more than once for the same damages which are covered because of this extension of coverage.

The **St.Paul**

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto**  means any owned, rented, leased or borrowed auto.  It includes hired, nonowned, newly acquired, replacement and temporary substitute autos.

**Owned commercial autos**  means any auto you own that isn't of the private passenger type.  It includes any trailer or semi-trailer while attached to that auto.  It also includes:
•newly acquired autos of the same type;
•replacement autos of the same type; and
•temporary substitute autos.

**Owned private passenger autos**  means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto.  It also includes:
•newly acquired autos of the same type;
•replacement autos of the same type; and
•temporary substitute autos.

**Scheduled autos**  means any auto you own that's described in the Auto Schedule.  It includes any nonowned trailer while attached to a scheduled auto.  It also includes:
•newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
•replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
•temporary substitute autos.

**Hired autos**  means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos**  means any auto that:
•you don't own, hire, rent, lease or borrow; and
•is used in the conduct of your business.
It includes autos owned by your employees or partners or members of their households.  But only while such autos are being used in the conduct of your business.

**Newly acquired autos**  means any additional auto that you acquire while this agreement is in effect.  We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

**Replacement autos**  means any auto that replaces a covered auto.  We'll provide the same limit of coverage, and deductible, if any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

**Temporary substitute autos**  means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:
•has broken down;
•has been damaged, destroyed or stolen; or
•is being repaired or serviced.

**Private passenger type**  means ordinary private passenger cars, station wagons, pickups and vans.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements, and pollution cost or expense only in the coverage territory for covered bodily injury, property damage, or pollution cost or expense that's caused by accidents which happen in the coverage territory.

**Coverage territory**  means the United States of America, its territories and possessions, Puerto Rico and Canada.  It includes international waters or airspace while a covered auto is being transported between any of the above places.

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:
• The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
• An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
• Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
• Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:
• to each protected person named in the Introduction as if that protected person was the only one named there; and
• separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:
• protected persons;
• premiums paid;
• claims made or suits brought;

**The St.Paul**

•covered autos;
•vehicles involved in the accident; or
•persons or organizations making claims or
bringing suits.

We consider all covered bodily injury, property
damage and pollution cost or expense that
results from continuous or repeated exposure
to substantially the same conditions to be the
result of one accident.

## Exclusions — What This Agreement Won't Cover

**Contract liability.** We won't cover the protected
person's liability for bodily injury or property
damage assumed under any contract or agree-
ment.

However, we won't apply this exclusion to
liability for bodily injury or property damage
the protected person would have without the
contract or agreement. Nor will we apply this
exclusion to the protected person's liability for
bodily injury or property damage assumed
under a covered contract made before the
bodily injury or property damage happens.

*Covered contract* means any:
•lease of premises;
•sidetrack agreement;
•easement or license agreement;
•obligation to indemnify a municipality if the
obligation is required by ordinance and isn't
connected with work for the municipality;
•contract or agreement under which you
assume the tort liability of a municipality to
pay damages for covered bodily injury or prop-
erty damage that is sustained by others and
results from work for the municipality;
•other contract or agreement under which you
assume the tort liability of another to pay
damages for covered bodily injury or property
damage that's sustained by others; or
•contract or agreement which you or any of
your employees enter into for the rental or
lease of any auto.

*Tort liability* means a liability that would be
imposed by law without any contract or agree-
ment.

But we won't consider the following parts of
any contract or agreement to be a covered
contract:

*Auto with driver.* That part which has to do
with the rental, lease or loan of an auto to you
or any of your employees if the auto is rented,
leased or loaned with a driver.

*Use of a motor carrier's permit.* That part
which indemnifies any person or organization in
the business of transporting people or property
by an auto for hire for your use of a covered
auto over a route or in a territory the person or
organization is authorized by a public authority
to use or serve.

*Damage to rented or leased auto.* That part
which obligates you or any of your employees
to pay for property damage to any auto rented
or leased by you or any of your employees.

*War.* That part which indemnifies any person
or organization for bodily injury or property
damage caused by:
•declared or undeclared war, or invasion;
•warlike action by a military force or other
agents of any government, sovereign or other
authority;
•civil war, insurrection, rebellion, revolution or
seizure of power; or
•anything done to hinder or defend against
these actions.

**Control of property.** We won't cover property
damage to property owned by, transported by
or in the care, custody or control of a protected
person.

But we won't apply this exclusion to liability for
property damage assumed under a sidetrack
agreement.

**Employer's liability.** We won't cover bodily
injury to an employee arising out of his or her
employment by a protected person. Nor will
we cover bodily injury to the spouse, child,
parent, brother, or sister of that employee
which results from the bodily injury to the
employee.

We'll apply this exclusion whether the protected
person may be held liable as an employer or in
any other capacity.

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:
• bodily injury to domestic employees not entitled to workers compensation benefits; or
• liability for bodily injury assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:
• is covered by a nuclear energy liability insurance policy; or
• would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:
• any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
• any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:
• the nuclear material is located at, or at any time discharges or disperses from, any nuclear facility owned by any protected person, or operated by or for any protected person;
• the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
• the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:
• Nuclear Energy Liability Insurance Association;
• Mutual Atomic Energy Liability Underwriters;
• Nuclear Insurance Association of Canada; or
• any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:
• Source material.
• Special nuclear material.
• By-product material.

*Nuclear facility* means any:
• nuclear reactor;
• uranium isotopes separation device or equipment;
• special nuclear material device or equipment; or
• nuclear waste site.

Nuclear facility includes:
• the site on which it's located;
• all operations conducted on such site; and
• all premises used for such operations.

TRAVELERS DOC MGMT 153 of 272

**The St.Paul**

*Nuclear reactor* means any device, equipment or machine that's designed or used to:
- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:
- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:
- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:
- contains by-product material; and
- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;
- being loaded onto or unloaded from a covered auto;
- otherwise in the course of transit by or for any protected person; or
- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building, damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:
- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:
• isn't in your care, custody or control;
• isn't being transported or towed by or for you; and
• is damaged by an accident due to the ownership, maintenance or use of a covered auto.

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution* means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including:
• smoke, vapors, soot, fumes;
• acids, alkalis, chemicals; and
• waste.

*Waste* includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Racing or demolition contest.** We won't cover bodily injury, property damage or pollution cost or expense that results from the use of a covered auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own.

However, when a covered trailer is connected to a covered auto, this agreement applies to the trailer in the same way as the covered auto. For example, if a trailer you own is connected to a covered auto you don't own, this agreement will be excess insurance for the trailer. If a trailer you don't own is connected to a covered auto you own, this agreement is primary insurance for the trailer.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or

TRAVELERS DOC MGMT 155 of 272

The **St.Paul**

expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co. 1993 All Rights Reserved

TRAVELERS DOC MGMT 156 of 272

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT— FOR AUTOS YOU'VE LEASED FROM OTHERS**

The**StPaul**

This endorsement changes your commercial
auto insurance

---

## How Your Coverage Is Changed

The leased autos indicated below will be
covered as if they are autos you own, not
hired autos. But coverage on any leased auto
will end:

- on the expiration date of the lease shown
  below;
- when the person or organization who
  leased the auto to you or their agent
  takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any
substitute or replacement auto, that you've
leased under a written agreement, that
requires you to provide direct primary
insurance on the auto.

The Who Is Protected section of your
Liability Agreement is changed by adding the
following.

- The person or organization named below,
  from whom you've leased an auto, is
  protected.

The Who We'll Pay For Loss Section of your
Auto Physical Damage Agreement includes
the person or organization named below.

## Cancellation

The Cancellation section in the General Rules
is changed by adding the following.

If we cancel your policy, we'll mail a notice
of cancellation to the person or organization
named from whom you lease an auto.

That person or organization isn't responsible
for paying premiums for your insurance.

## Other Terms

All other terms of your policy remain the
same.

---

**Person or organization**

AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND    IL 60473

---

| Coverages | Limits of Coverage | Deductibles | |
|---|---|---|---|
| *(Refer to the Auto Schedule)* | | | |
| Leased Autos | | | Lease Expiration |
| 1994  BENSON | 1NUFT28Z0RMNA0092 | | 12-28-2005 |
| 1996  WABASH | 1JFA45267TL381840 | | 12-28-2005 |

---

| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

---

44476 Ed. 4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

Endorsement

Page 1 of 2

**TheStPaul**

**Leased Autos**                                                                                    **Lease Expiration**

**NAMED DRIVER EXCLUSION ENDORSEMENT**                                    The **StPaul**

This endorsement changes your Commercial
Auto Coverage.

---

**How Your Coverage Is Changed**

We won't be responsible for any accidents
or losses that happen while a covered auto
is driven by any of the persons named
below.

**Other Terms**

All other terms of your policy remain the
same.

---

**Named Persons**

GEORGE MICHAEL MILLS JR

**Excluded as of:**

12/28/2004

---

_____        _____
Signature of First Named Insured               Date

---

**Name of Insured**            **Policy Number** CK01206228        **Effective Date** 12/28/04

LB STEEL, LLC;                                                **Processing Date** 12/27/04   16:42   001

---

44301 Ed. 10-85 Printed in U.S.A.              Endorsement
©St.Paul Fire and Marine Insurance Co.1985 All Rights Reserved              Page 1 of 1

**AUTOS RENTED BY EMPLOYEES ENDORSEMENT**                    The **StPaul**

This endorsement changes your Auto Liability
Protection and your Auto Physical Damage
Protection.

---

### How Coverage Is Changed

There are two changes that are explained
below. These changes broaden coverage.

1. The definition of hired autos in the
   Which Autos Are Covered section is
   changed as follows.

   *Hired autos* means any auto that you
   hire, rent, lease, or borrow from others,
   other than your employees or members
   of their households. Hired autos includes
   any autos that any employee of yours
   hires, rents, leases, or borrows from
   others in that employee's name with your
   permission while performing duties
   related to the conduct of your business.
   We'll consider any auto that you lease
   for a period of 6 months or more to be
   an auto that you own. However any auto
   that has been rented, leased, hired, or
   borrowed with a driver is not a covered
   auto.

2. The following is added to the Who is
   Protected Under This Agreement section.
   This change applies to your Auto
   Liability Protection.

   **Employees renting covered autos.** Any of
   your employees while operating a
   covered auto that has been rented,
   leased, hired, or borrowed from others in
   that employee's name with your
   permission while performing duties
   related to the conduct of your business.

### Other Terms

All other terms of your policy remain the
same.

---

A0173 Ed. 12-99 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved                    Page 1 of 1

## UNINSURED AND UNDERINSURED MOTORISTS PROTECTION – ILLINOIS

The St.Paul

We've designed this agreement to cover damages for bodily injury, or property damage to a covered private passenger type auto, caused by an accident that the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured vehicle or underinsured vehicle. Certain terms that have or include defined meanings shown in this agreement are listed in the List Of Terms With Defined Meanings Shown In This Agreement section, which also shows where their defined meanings are located.

This agreement provides coverage for covered autos registered or principally garaged in Illinois.

---

**Table of Contents**     **Page**

This Table of Contents lists:

- the major sections of this agreement; and

- the exclusions in the Exclusions – What This Agreement Won't Cover section.

Each listed section and exclusion begins on the page shown for it.

However, one or more endorsements or other forms made part of your policy may, without changing this Table of Contents:

- delete, or change the name of, any of the sections of or exclusions in this agreement; or

- add another section or exclusion to this agreement.

| | |
|---|---|
| What This Agreement Covers | 1 |
| | |
| Which Autos Are Covered | 2 |
| Scheduled autos. | 3 |
| Autos the named insured acquires after this agreement goes into effect. | 3 |
| Any owned auto. | 3 |
| Owned autos subject to a compulsory uninsured motorists law. | 3 |
| | |
| When This Agreement Covers | 3 |
| | |
| Where This Agreement Covers | 3 |
| | |
| Who Is Protected Under This Agreement | 4 |
| Individual. | 4 |
| Partnership, limited liability company, organization. | 4 |
| Separation of protected persons. | 4 |
| | |
| Limits Of Coverage | 4 |
| Property damage. | 4 |
| Bodily injury single limit. | 4 |
| Bodily injury split limits. | 5 |
| Limitations on amounts payable. | 5 |
| | |
| Exclusions – What This Agreement Won't Cover | 5 |
| Actions taken without our consent. | 5 |
| Exclusions in your Auto Liability Protection. | 5 |
| First $250 of property damage to a covered private passenger type auto. | 5 |
| Other autos | 6 |
| Property insurers. | 6 |
| Punitive damages. | 6 |
| Unauthorized use. | 6 |
| Workers' compensation. | 6 |
| | |
| Other Insurance | 6 |
| | |
| Changes In General Rules | 6 |
| Lawsuits Against Us | 6 |
| Arbitration | 7 |
| | |
| Changes In What To Do If You Have A Loss | 7 |
| | |
| List Of Terms With Defined Meanings Shown In This Agreement | 8 |

### What This Agreement Covers

We'll pay damages that persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured vehicle or underinsured vehicle if the damages result from an accident that happens while this agreement is in effect; and:

- causes covered bodily injury to a protected person; or

- causes covered property damage to a private passenger type covered auto. But only if property damage coverage is shown in the Coverage Summary.

However, we'll only pay these damages when the owner's or driver's liability results

---

The **St.Paul**

from owning, maintaining, or using the uninsured vehicle or underinsured vehicle.

We will pay such damages only:

- after any other liability policies and bonds that apply are used up by payment of judgments or settlements; or
- if a tentative settlement has been made between a protected person and the owner or driver of the uninsured vehicle or underinsured vehicle, or the insurer of an underinsured vehicle, or any or all of them. In that case, we must be given prompt written notice of the settlement. Then, if we pay the protected person the amount of the settlement within 30 days after receiving that notice, our right of recovery against any person or organization will be preserved.

*Bodily injury* means any physical harm, including sickness or disease to physical health. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury, or property damage to a covered auto, that the protected person didn't expect or intend to happen.

*Property damage to a covered private passenger type auto* means physical damage to, or destruction of, a private passenger type auto that is a covered auto under this agreement. However, we won t consider the following to be property damage to a covered private passenger type auto:

- Physical damage to property of the named insured or any other person while such property is contained in a covered private passenger type auto, including loss of use of such property.
- Loss of use of a covered private passenger type auto.

*Private passenger type auto* means an ordinary four-wheel auto, pickup, panel truck, sports utility vehicle or van, not used for any business.

*Uninsured vehicle* means a land motor vehicle or trailer:

- for which there is no liability insurance policy or bond at the time of an accident that provides the minimum amounts of coverage required by law where the vehicle or trailer is principally garaged;

- for which an insurance or bonding company legally denies coverage or is or becomes insolvent; or
- which is a hit and run vehicle which causes bodily injury to a protected person.

*Hit and run vehicle* means a land motor vehicle or trailer for which the owner or driver can t be identified that causes bodily injury to a protected person.

We'll cover such bodily injury whether or not the vehicle actually hits:

- an individual named insured or family members;
- a covered auto; or
- an auto a protected person is in.

If there's no physical contact, we'll accept only competent evidence to verify the accident, other than testimony of any person having a claim under this or any similar coverage as a result of that accident.

*Underinsured vehicle* means a land motor vehicle or trailer, other than an uninsured vehicle, for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by law where the vehicle or trailer is principally garaged, but the total of these policies or bonds is less than this agreement s applicable limit of coverage.

However, we won't consider the following to be an uninsured vehicle or underinsured vehicle.

- Vehicles that any self-insurer under any applicable motor vehicle law operates. But this doesn't apply to a self-insurer that becomes insolvent, or can't provide the amounts required by that law.
- Vehicles that are owned or operated by any unit of government.
- Vehicles designed for use mainly off public roads.
- Vehicles that have applicable liability coverage under this policy.
- Vehicles owned by or furnished or available for an individual named insured s regular use or the regular use of family members.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Page 2 of 8          ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

The **St.Paul**

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are covered autos.

*Auto* means any land motor vehicle, trailer, or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises the named insured rents or leases from others, or owns;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn t described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing

equipment, that has a built-in pump, generator or air compressor.

**Autos the named insured acquires after this agreement goes into effect.**
Replacement autos.
The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.
Newly acquired autos.
If we cover your scheduled autos, any additional autos the named insured acquires are also covered, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto the named insured owns.

**Owned autos subject to a compulsory uninsured motorists law.** This means:

- autos the named insured owns that are subject to law requiring uninsured motorists insurance in the state where they are licensed or principally garaged which does not permit the right of rejection; and
- autos the named insured acquires after this insuring agreement begins that are subject to the same law.

**When This Agreement Covers**

We'll apply this agreement to damages for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the Coverage Summary, caused by an accident that happens while this agreement is in effect.

**Where This Agreement Covers**

We'll cover damages only in the coverage territory for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the Coverage Summary, that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes

The**StPaul**

international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, then the following are protected persons:

- The named insured and family members.
- Anyone in a covered auto or temporary substitute for a covered auto.
- Anyone entitled to collect damages for bodily injury to another protected person.

*Family member* means any person who is related to an individual named insured by blood, marriage, or adoption and lives in such named insured's home. A ward or foster child who lives with the individual named insured is also considered to be a family member.

*In an auto or in a covered auto or in a temporary substitute for a covered auto* includes on the auto or getting in, out, or off of it.

*Temporary substitute for a covered auto* means an auto used, with permission of its owner, as a temporary substitute for a covered auto you own which can t be used because It:

- has been damaged or destroyed;
- has broken down; or
- is being serviced or repaired.

**Partnership, limited liability company, corporation or other organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, corporation or other organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto.
- Anyone entitled to collect damages for bodily injury to another protected person.
- The named insured for property damage to a covered private passenger type auto if property damage coverage is shown in the Coverage Summary.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

We'll consider all bodily injury, and property damage to a covered private passenger type auto, caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Uninsured Motorists or Underinsured Motorists Protection under this agreement may be subject to single limits or to split limits, depending on which is shown in the Coverage Summary.

If the named insured has Underinsured Motorists coverage as well as Uninsured Motorists coverage, the Coverage Summary will show a separate limit for each.

We will apply the limit shown in the Coverage Summary for uninsured motorists claims to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for damages resulting from bodily injury to any one person caused by any one accident, and
- $40,000 for damages resulting from bodily injury to two or more persons caused by any one accident.

This provision will not change our total limit of coverage for uninsured motorist protection.

**Property damage.** If property damage coverage is shown in the Coverage Summary, the most we'll pay for all damage resulting from property damage to covered private passenger type autos, no matter how many vehicles or covered autos are involved in the accident or how many claims are made or premiums are paid, will be:

- the actual cash value (ACV) of the damaged covered auto at the time of the accident; or
- $15,000;

whichever is less.

**Bodily injury single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This limit applies no matter how many covered autos or protected persons are involved or how

many claims are made, premiums are paid, or vehicles are involved in the accident.

**Bodily injury split limits.** If split limits are shown, two limits apply to the amount we'll pay for all damages resulting from bodily injury caused by any one accident. The following limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in the accident.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.

*Bodily injury to each person limit.* This is the most we'll pay for all damages resulting from bodily injury to any one person caused by an accident. This includes damages for care, loss of services or death that results from that bodily injury.

*Bodily injury in one accident limit.* Subject to the Bodily injury to each person limit, this is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This includes damages for care, loss of services or death that results from that bodily injury.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss covered under this agreement and also covered under any other insuring agreement or coverage form.

We won t make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

For bodily injury caused by an underinsured motorist, the limit of coverage for this agreement will be reduced by any amounts paid to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers' compensation, disability benefit, or similar law.

Unless a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, the limit of coverage for this agreement will be reduced by any amounts paid or payable:

- by or for anyone who is legally responsible for the bodily injury, including any amounts paid or payable under this policy's Auto Liability Protection;
- under any workers' compensation, disability benefits, or similar law, other thanany sums paid or payable as Social Security disability benefits; or
- under any auto medical payments protection.

If a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, our limit of coverage will be only the difference between this agreement's limit and the limit available under the underinsured motorists policies or bonds.

**Exclusions — What This Agreement Won't Cover**

**Actions taken without our consent.** We won't cover any:

- claim or suit that is settled or results in a judgment; or
- suit filed;

without our written consent. But, this exclusion doesn't apply:

- to a tentative settlement that a protected person has reached with the insurer of an underinsured vehicle for which we have been given prompt written notice; or
- if we had received reasonable notice that a suit was pending, and had a reasonable opportunity to protect our interests.

**Exclusions in your Auto Liability Protection.** We won t cover:

- bodily injury; or
- property damage to a covered private passenger type auto;

that's excluded by any of the exclusions in your Auto Liability Protection, other than any of the following exclusions:

- Contract liability.
- Control of property.
- Employer s liability.
- Injury to a fellow employee.

**First $250 of property damage to a covered private passenger type auto.** We won't cover the first $250 of the amount of property damage to a covered private passenger type auto caused by any one accident. The Named Insured will be responsible for that amount in each accident.

The **StPaul**

**Other autos.** We won't cover:

- bodily injury to an individual named insured who is injured in or struck by an auto owned by that named insured that is not a covered auto under this agreement;
- bodily injury to any family member who is injured in or struck by an auto the family member owns that is not a covered auto under this agreement; or
- bodily injury to any family member who is injured in or struck by an auto owned by the named insured that is covered for uninsured or underinsured motorists protection on a primary basis under any other insuring agreement or coverage form.

**Property insurers.** We won't cover any claim for the direct or indirect benefit of any insurer of property. We also won't pay for property damage to a covered private passenger type auto if the named insured has been paid or is entitled to be paid for such loss by any property or auto physical damage protection.

**Punitive damages.** We won't cover punitive or exemplary damages.

**Unauthorized use.** We won't cover any claim that results if a protected person uses an auto without having a reasonable belief that he or she is entitled to use it.

**Workers' compensation.** We won't cover any claims for the direct or indirect benefit of another insurance company or self-insurer because of workers' compensation, disability benefits, or similar laws.

## Other Insurance

When other insurance that also covers damages for bodily injury or property damage to a covered private passenger type auto applies, the following rules will be followed.

When this agreement and other insurance apply or applied to the same accident, on the same primary or excess basis as this agreement, the most that will be recovered for that accident under all those insuring agreements or coverage forms combined is the highest limit of coverage that applies or applied under any one of those insuring agreements or coverage forms providing coverage on the same primary or excess basis as this agreement.

When this agreement and other collectible uninsured or underinsured motorists

insurance apply to an accident on the same primary or excess basis, we'll pay that portion of the damages equal to what our limit of coverage bears to the total applicable limits.

## Changes In General Rules

### Recovering Damages From A Third Party

The following replaces the Recovering Damages From A Third Party section of the General Rules. But only for this agreement.

If we make any payment under your Uninsured and Underinsured Motorists Protection - Illinois and a protected person recovers all or part of the damages from someone else, that protected person must hold the amount recovered in trust for us and return to us the amount we have paid.

This right won't apply if we've been given prompt written notice of a settlement between a protected person and the insurer of an underinsured vehicle, and we haven't paid the protected person the amount of the settlement within 30 days. If we have paid the protected person the amount of the settlement within 30 days, we will have the right to recover from any person or organization. We explain how that right works earlier in this section. Our payment will be separate from any amount the protected person is entitled to recover under your Uninsured and Underinsured Motorists Protection - Illinois.

### Lawsuits Against Us

The following replaces the Lawsuits Against Us section of the General Rules. But only for this endorsement.

No one may bring a lawsuit to recover amounts under this policy until there has been full compliance with all the terms of this policy.

Any lawsuit to recover amounts under this policy must begin within two years after the date of the accident causing bodily injury. However, this rule does not apply to a protected person if within two years after the date of that accident:

- we or that protected person have made a written demand for arbitration in accordance with the provisions of these General Rules; or
- that protected person has filed an action against the owner or driver of the underinsured motor vehicle, and such

---

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Page 6 of 8                        ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved
TRAVELERS DOC MGMT 166 of 272

action is both filed in a court of competent jurisdiction and not barred by the applicable statute of limitations.

In the event that the two year time limitation for bringing a lawsuit against us to recover amounts under this policy does not apply, then the applicable state statute of limitations will apply to any such lawsuit.

**Arbitration**

The following is added to the General Rules. But only for this agreement.

If we and any protected person do not agree on:

- whether that person is legally entitled to collect damages from the owner or driver of an uninsured vehicle or underinsured vehicle; or
- the amount of such damages;

then the matter may be arbitrated under applicable Illinois law if that protected person requests arbitration.

If that protected person requests arbitration, each of us will choose one arbitrator. These two arbitrators will choose a third arbitrator. If the three arbitrators are not selected within 45 days from that protected person s request for arbitration, then either we or that protected person may request that the arbitration be submitted to the American Arbitration Association. We will pay our expenses. We will also pay the arbitration expenses, except when the protected person s recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law. If this occurs:

- the protected person will pay its expenses; and
- we and that protected person will share the expenses of the third arbitrator up to the amount by which the protected person s recovery exceeds the statutory minimum.

Unless we and that protected person both agree otherwise, arbitration will take place in the county where the protected person lives. A decision agreed to by two of the arbitrators will be binding for amounts of damages that are up to the minimum financial responsibility limits as prescribed by Illinois law.

If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules will apply to

all matters except medical opinions. As to medical opinions, if the amount of recovery being sought:

- is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules will apply; or
- exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the rules of evidence that apply in the circuit court for placing medical opinions into evidence will apply.

**Changes In What To Do If You Have A Loss**

The following is added to the When This Policy Provides Liability Protection section or the If Your Policy Provides Liability Protection section of the What To Do If You Have A Loss form. But only for this agreement.

The named insured or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection – Illinois must:

- promptly notify the police if the driver of a hit and run vehicle injures an individual named insured or family members;
- promptly send us copies of any legal papers if a suit is brought against the owner or driver of an uninsured vehicle or underinsured vehicle and allow us a reasonable opportunity to join the suit before a determination of whether the protected person is legally entitled to collect damages from that owner or driver, or the amount of such damages, has been made;
- promptly notify us in writing of any tentative settlement between the named insured, or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection – Illinois, and the owner or driver of the uninsured vehicle or underinsured vehicle or the insurer of the owner or driver of that underinsured vehicle;
- allow us 30 days after we receive such written notice of a tentative settlement to pay the amount of that settlement to the named insured or other protected person involved in order to preserve our right of recovery against any person or organization; and
- allow us to advance payment to that protected person in an amount equal to that tentative settlement within 30 days

Includes copyrighted material of Insurance Services Office, Inc. with its permission
©St.Paul Fire and Marine Insurance Co.2003 All Rights Reserved
TRAVELERS DOC MGMT 167 of 272

The**StPaul**

after we send our written refusal, in order to preserve our rights.

For property damage to a covered private passenger type auto, the protected person must provide us with the name and address of the owner of the uninsured vehicle or underinsured vehicle, or a registration number and description of that vehicle. If that isn't possible, the protected person must give us any other available information to show that there is no other property damage liability insurance that applies to that vehicle.

## List Of Terms With Defined Meanings Shown In This Agreement

This section lists in alphabetical order the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and
- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meaning for any of these terms; or
- add a defined meaning for any other term.

| Term | Page |
| --- | --- |
| Accident | 2 |
| Auto | 3 |
| Bodily injury | 2 |
| Construction equipment | 3 |
| Coverage territory | 4 |
| Family member | 4 |
| Hit and run vehicle | 2 |
| In an auto or in a covered auto or in a temporary substitute for a covered auto | 4 |
| Mobile equipment | 3 |
| Private passenger type auto | 2 |
| Property damage to a covered private passenger type auto | 2 |
| Specialized equipment | 3 |
| Temporary substitute for a covered auto | 4 |
| Underinsured vehicle | 2 |
| Uninsured vehicle | 2 |

# AUTO PHYSICAL DAMAGE PROTECTION

The**St.Paul**

This insuring agreement provides physical damage protection for covered autos. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions – What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 4 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.** When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- the collision of the covered auto with another object; or
- the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the

TRAVELERS DOC MGMT 169 of 272

The**StPaul**

auto, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The **St.Paul**

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions – What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.**
We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

The**StPaul**

installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer Interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event

that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

## Insurance For Your Benefit

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

TRAVELERS DOC MGMT 172 of 272

**CRIME PROTECTION COVERAGE SUMMARY**                                    The**StPaul**

This Coverage Summary shows the coverages
and limits of coverage that apply to your
Crime Protection.

---

## Coverages, Limits Of Coverage, And Deductibles

*Coverage applies only to those coverages indicated by* ☒ *and when a limit of coverage is shown.*

|  | | Limit Of Coverage Per Crime Loss | Deductible Amount Per Crime Loss |
|---|---|---|---|
| ☒ | 1. Employee Theft | $35,000 | $1,000 |
| ☒ | 2. Forgery Or Alteration | $20.000 | $1,000 |
| ☐ | 3. Loss Inside Your Building — Money And Securities | $20,000 | $1,000 |
| ☐ | 4. Loss Inside Your Building — Robbery Or Safe Burglary Of Other Property | $ | $ |
| ☐ | 5. Loss Outside Your Building | $10,000. | $1,000. |
| ☐ | 6. Computer Fraud | $ | $ |
| ☐ | 7. Funds Transfer Fraud | $ | $ |
| ☐ | 8. Money Orders And Counterfeit Paper Currency | $ | $ |

Employee Benefit Plan(s) included as named insureds:

LB Steel, LLC Non-Union 401(k) Profit Sharing Plan;
LB Steel, LLC Union 401(k) Profit Sharing Plan

---

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Policy Forms List.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 12/27/04  16:42  001 |

C0024 Rev. 4-03 Printed in U.S.A.                Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved             Page   1 of   2

The **St.Paul**

# CRIME PROTECTION – DISCOVERY FORM

The**StPaul**

We've designed this agreement to protect against a variety of losses. There are limitations and they are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Property Covered | 1 |
| 1. Employee Theft | 2 |
|    Employee benefit plans. | 3 |
|    More than one plan. | 3 |
|    Required limits. | 3 |
|    Payment. | 3 |
| 2. Forgery Or Alteration | 3 |
|    Legal expenses. | 4 |
| 3. Loss Inside Your Building – Money And Securities | 4 |
|    Damage to your building, money or securities containers. | 4 |
| 4. Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property | 4 |
|    Safe burglary inside your building. | 4 |
|    Damage to your building, safe, or vault. | 4 |
| 5. Loss Outside Your Building | 4 |
| 6. Computer Fraud | 5 |
| 7. Funds Transfer Fraud | 5 |
| 8. Money Orders And Counterfeit Paper Currency | 5 |
| **More Than One Insured** | 6 |
| **When This Agreement Covers – Discovery** | 6 |
| **Where We'll Cover** | 6 |
| **Limits Of Coverage** | 6 |
| **Exclusions – Losses We Won't Cover** | 7 |
|    Accounting errors. | 7 |
|    Computer fraud. | 7 |
|    Dishonesty. | 7 |
|    Employee cancelled under prior insurance. | 7 |
|    Exchange. | 7 |
|    Fire. | 7 |
|    Funds transfer fraud. | 7 |
|    Governmental action. | 8 |
|    Indirect loss. | 8 |
|    Inventory shortages. | 8 |
|    Legal expenses. | 8 |
|    Money operated devices. | 8 |
|    Motor vehicles or equipment and accessories. | 8 |
|    Nuclear. | 8 |
|    Trading | 8 |
|    Transfer or surrender of property. | 8 |
|    Vandalism. | 9 |
|    Voluntary parting. | 9 |
|    War and similar actions. | 9 |
|    Warehouse receipts. | 9 |
| **Rules For Loss Adjustment** | 9 |
|    Money. | 9 |
|    Securities. | 10 |
|    Other property or your building. | 10 |
|    Other insurance. | 10 |
|    Insurance provided under any other policy written by us or any of our affiliated insurance companies. | 10 |
| **Deductible** | 10 |
| **Other Rules** | 10 |
|    Cancellation. | 10 |
|    Consolidation – merger. | 11 |
|    Electronic and mechanical signatures. | 11 |
|    Insurance for your benefit. | 11 |
|    Lawsuits against us. | 11 |
|    If your policy provides property or other first-party protection. | 11 |
|    Property with limited coverage – jewelry and manuscripts. | 11 |
|    Property with limited coverage – manuscripts. | 11 |
|    Records. | 11 |
|    Records required for Forgery Or Alteration coverage. | 11 |
|    Recovering damages. | 12 |

## What This Agreement Covers

There are eight coverages available in this agreement. The coverages, the limits of coverage, and the other applicable terms and conditions that apply for any coverage you have purchased are shown in the Coverage Summary.

## Property Covered

We'll only cover property:

• owned by any insured;

**The St Paul**

- leased by any insured;
- held for others by any insured; or
- that's not inside your client's building and for which any insured is legally liable

except as indicated in the Exclusions – Losses We Won't Cover section.

## 1. Employee Theft

We'll pay for loss of or damage to money, securities or other property resulting directly from theft by any of your employees, regardless of whether such employee is:

- identified; or
- acting alone or in collusion with others

and only if there is evidence such employee meant to cause you loss. Such evidence must show that the employee intended they or another person or organization would obtain an unearned financial benefit from the theft.

We won't consider salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment to be unearned financial benefit from a theft.

*Theft* means the unlawful taking of money, securities, or other property from you.

*Money* means:

- currency, coins, and bank notes in current use and having a face value; and
- travelers checks, register checks and money orders held for sale to the public.

*Securities* means negotiable and nonnegotiable instruments or contracts representing either money or other property and includes:

- tokens, tickets, revenue and other stamps in current use, whether represented by actual stamps or unused value in a meter;
- evidences of debt issued in connection with credit or charge cards not issued by you; and
- checks that aren't travelers or register checks.

Securities does not include money.

*Other property* means any tangible property of intrinsic value other than money and securities.

*Employee* means a leased worker, temporary worker, consultant, intern, or any person:

- in your service, and for 30 days after termination of such service;
- whom you compensate by salary, wages or commissions; and
- whom you have the right to direct and control while performing services for you.

We'll consider any individual who is:

- a trustee, officer, employee, administrator, or manager of any employee benefit plan covered under this agreement; and
- your director or trustee;

to be an employee while that person is handling money, securities, or other property of a covered employee benefit plan.

But we won't consider an administrator or manager of any covered employee benefit plan who is an independent contractor to be an employee.

*Leased worker* means any person who:

- you hire from an employee leasing firm under a contract or agreement between you and such firm; and
- is performing duties related to the conduct of your business.

Leased worked does not include a temporary worker.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Temporary worker* means a person you hire to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions

and whom you have the right to direct and control while performing services for you.

C0020 Rev. 4-03 Printed in U.S.A.  Insuring Agreement
©ISO Properties, Inc.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

But we won't consider any such person to be a leased worker while they have care and custody of property outside your building.

*Consultant* means any person, while such person is performing services for you, who:

- is no longer employed by you;
- was your employee, director, partner, member, manager, representative, or trustee; and
- you've retained to provide professional advice to you.

*Intern* means any person who is a guest student, apprentice, or trainee pursuing studies or duties while under your direction and control. But we won't consider any such person to be an intern while having care and custody of property outside your building.

We won't consider any of the following to be an employee:

- Agent, broker, factor, commission merchant, consignee, independent contractor, or other similar representative; or
- manager, director or trustee, except while performing acts or duties within the scope of the usual duties of an employee.

*Manager* means any person serving in a directorial capacity of a limited liability company.

**Employee benefit plans.** If any employee benefit plan is listed in the Coverage Summary, we'll cover such employee benefit plan against loss of or damage to money, securities, or other property resulting directly from fraudulent or dishonest acts committed by an employee, whether such employee is:

- identified; or
- acting alone or in collusion with others.

*Employee benefit plan* means a welfare or pension benefit plan that is subject to the Employee Retirement Income Security Act of 1974 (ERISA), or any of its amendments.

**More than one plan.** More than one employee benefit plan may be covered under this agreement. If two or more

employee benefit plans are covered by this agreement, payment by us for loss:

- sustained by two or more of such employee benefit plans; or
- of money, securities, or other property commingled between two or more of such employee benefit plans

arising from one crime loss will be shared between the employee benefit plans that sustained such loss on a proportionate basis. We'll calculate the proportion for each such employee benefit plan's payment under this agreement by comparing the limit of coverage that employee benefit plan is required to carry by ERISA regulation to the total of such required limits required by ERISA of all such employee benefit plans.

**Required limits.** An employee benefit plan may be jointly covered under this agreement with another organization. If so, you or the plan administrator must maintain a limit of coverage for each such plan that is at least equal to the limit that would be required if such plan were covered separately.

**Payment.** We'll pay the first named insured for covered losses sustained by any employee benefit plan. If the first named insured is not an employee benefit plan, that insured will hold such loss payment for the use and benefit of the employee benefit plan that sustained the covered loss.

No deductible applies to covered losses sustained by any employee benefit plan.

## 2. Forgery Or Alteration

We'll pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, or similar written promise, order or direction to pay a specific amount of money that is:

- made or drawn by you;
- drawn upon you;
- made or drawn by someone acting as your agent; or

claimed to have been so made or drawn.

*Forgery* means signing the name of another person or organization with intent to deceive. Forgery doesn't include signing one's own name, with or without authority, in any capacity, for any purpose.

---

C0020 Rev. 4-03 Printed in U.S.A.
ISO Properties, Inc.
St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Insuring Agreement

The **St.Paul**

**Legal expenses.** You may refuse to pay a check, draft, promissory note, or similar written promise, order, or direction to pay a specific amount of money because you believe it may have been forged or altered. If you refuse payment on such written device, and you are sued for such refusal, we'll pay for reasonable legal expenses to defend that suit if we've given our prior written consent to the defense of such suit. The amount we'll pay for such legal defense expenses will be in addition to the limit of coverage for forgery and alteration.

## 3. Loss Inside Your Building — Money And Securities

We'll pay for loss of money and securities inside your building or inside a bank that results directly from theft, disappearance or destruction.

*Your building* means the interior of that portion of any building you occupy in conducting your business.

*Bank* means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**Damage to your building, money or securities containers.** We'll pay for direct physical loss or damage to the inside or outside of your building that results directly from an actual or attempted theft of money and securities if you:

- own; or
- are liable for damage to your building.

We'll also pay for loss of or damage to a locked safe, vault, cash register, cash box, or cash drawer inside your building that results directly from actual or attempted theft of or unlawful entry into such containers.

## 4. Loss Inside Your Building — Robbery Or Safe Burglary Of Other Property

We'll pay for loss of or damage to other property that results directly from an actual or attempted robbery when such other property is inside your building and:

- in your care and custody; or
- in the care and custody of any of your partners, members, or employees.

But we won't cover other property in the care and custody of any person acting as a security guard or janitor.

*Robbery* means any person taking property from the care and custody of another person by:

- causing or threatening to cause such other person bodily harm; or
- committing an obviously unlawful act witnessed by such other person.

*Member* means an owner of a limited liability company that's represented by its membership interest. A member may also serve as a manager.

*Security guard* means any person you engage solely to have care and custody of property inside your building and who has no other duties.

**Safe burglary inside your building.** We'll pay for loss of or damage to other property that results directly from actual or attempted safe burglary when such other property is:

- inside your building; and
- in a safe or vault.

**Damage to your building, safe, or vault.** We'll pay for direct physical loss or damage to the inside or outside of your building that results directly from an actual or attempted robbery or safe burglary of other property if you:

- own; or
- are liable for damage to your building.

We'll also pay for loss of or damage to a locked safe or vault that's inside your building when such loss or damage results directly from an actual or attempted robbery or safe burglary.

*Safe burglary* means unlawfully taking:

- property from a locked safe or vault by unlawfully entering such safe or vault and leaving evidence by marks on the exterior of such safe or vault of forcible entry; or
- a safe or vault from inside your building.

## 5. Loss Outside Your Building

We'll pay for loss of money and securities that results directly from theft,

disappearance, or destruction when such property is outside your building and in the care and custody of:

- a messenger; or
- an armored motor vehicle company.

We'll also pay for loss of or damage to other property that results directly from an actual or attempted robbery when such other property is outside your building and in the care and custody of:

- a messenger; or
- an armored motor vehicle company.

But for any loss covered under this Loss Outside Your Building coverage, we'll only pay the amount of loss that you can't recover:

- under your contract with the armored motor vehicle company; and
- from any insurance carried by or on behalf of the armored motor vehicle company.

*Messenger* means you, any of your partners, members, or employees while such individuals have care or custody of property outside of your building. Messenger does not include courier services.

### 6. Computer Fraud

We'll pay for loss of or damage to money, securities, and other property that results directly from computer fraud.

*Computer fraud* means any person using a computer to fraudulently transfer money, securities or other property from inside your building or a bank to:

- a person, other than a messenger, outside your building or a bank; or
- a place outside your building or a bank.

### 7. Funds Transfer Fraud

We'll pay for loss of money and securities resulting directly from a fraudulent instruction that directs a financial institution to transfer, pay, or deliver money and securities from your transfer account.

*Fraudulent instruction* means:

- an electronic instruction that claims to have been transmitted by you, but was fraudulently transmitted by someone

else without your knowledge or consent;

- a written instruction, other than those described in the Forgery Or Alteration coverage section, that was issued by you and forged or altered by someone else without your knowledge or consent;
- a written instruction that claims to have been issued by you, but was fraudulently issued without your knowledge or consent; or
- an electronic or written instruction that you received and that claims to have been transmitted by an employee, but was fraudulently transmitted by someone else without your or the employee's knowledge or consent.

*Electronic instruction* includes any telegraphic, cable, teletype, telefacsimile, or telephone instruction.

*Transfer account* means an account maintained by you at a financial institution from which you can initiate the transfer, payment, or delivery of money and securities by means of:

- electronic instruction communicated directly through an electronic funds transfer system; or
- written instructions, other than those described in the Forgery Or Alteration coverage section, establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

### 8. Money Orders And Counterfeit Paper Currency

We'll pay for your loss that results from your good faith acceptance of:

- money orders issued by any post office, express company, or bank that are not paid upon presentation; or
- counterfeit U.S. or Canadian paper currency that you acquire during the regular course of business

in exchange for merchandise, money or services.

*Counterfeit* means an imitation of an actual valid original that is intended to deceive and be taken as the original.

**The St Paul**

## More Than One Insured

More than one person or organization may be covered under this agreement. If so, the first named insured on the Introduction page of this policy will act for all other insureds. If the first named insured is no longer covered by this agreement, the second insured named on the Introduction page will act for all other insureds.

We'll consider knowledge of information relevant to this agreement of any insured, partner, member, or officer of that insured, to be knowledge of every insured.

We'll consider an employee of any insured to be an employee of every insured.

Even if more than one insured sustains loss, we won't pay more than the amount we would have paid if the entire loss had been sustained by one insured.

## When This Agreement Covers – Discovery

We'll pay for covered loss you sustain from acts committed or events occurring at any time that is discovered by you:

- while this agreement is in effect; or
- during the extended discovery period.

We'll consider a loss to be discovered when you first become aware of facts that would cause a reasonable person to assume that a loss covered under this agreement has been or will be incurred, even though you may not know the exact amount or details of the loss.

We'll also consider a loss to be discovered when you receive notice of an actual or potential claim against you alleging facts that if true would constitute a covered loss under this insuring agreement.

If this agreement or any of its coverages is cancelled or terminated as to any insured, loss sustained by that insured is covered only if discovered by you prior to the expiration of the earlier of the following:

- 60 days from the effective date of cancellation or termination of this agreement as to that insured; or
- immediately upon the effective date of insurance obtained by that insured to replace all or part of the coverage provided by this agreement, whether or not such replacement insurance provides

coverage for loss sustained prior to its effective date.

*Extended discovery period* means the period of time during which you may discover loss that you sustained before the effective date of cancellation or termination of this agreement. Such period of time will not be longer than:

- 60 days from the effective date of cancellation or termination of this agreement; or
- for employee benefit plans, 1 year from the effective date of termination or cancellation of this agreement

provided that you report the claim to us during this extended discovery period.

The extended discovery period ends immediately on the effective date of any insurance you obtain to replace all or part of the coverage provided by this agreement whether or not such replacement insurance provides coverage for loss sustained prior to its effective date.

## Where We'll Cover

We'll cover acts committed or loss or damage that occurs in the coverage territory.

*Coverage territory* means the United States of America, including its territories and possessions, Puerto Rico, and Canada.

If you purchased Employee Theft coverage, then for that coverage, we'll also cover acts committed by employees while they are outside the coverage territory up to 90 days. *For example*, a three week business trip to Europe.

If you purchased Forgery Or Alteration coverage or Computer Fraud coverage, then for those coverages, we'll cover loss you sustain anywhere in the world.

## Limits Of Coverage

The most we'll pay for loss or damage in any one crime loss is the applicable limit of coverage shown in the Coverage Summary.

If two or more coverages of this agreement apply to the same crime loss, we'll pay the lesser of the:

- actual amount of loss; or

©ISO Properties, Inc.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved TRAVELERS DOC MGM Page 8 of 12

The St.Paul

• sum of the limits of the applicable coverages.

The limits of coverage can't be accumulated from year to year, no matter how long this agreement is in effect or how many premiums you pay.

*Crime loss* means with respect to all coverages in this agreement other than Employee Theft and Forgery Or Alteration coverages:

• an act or series of related acts involving one or more persons; or

• an act, event, or series of related acts or events not involving any person.

With respect to Employee Theft coverage, crime loss means all loss caused by or involving one or more employee, whether such loss is the result of a single act or series of acts.

With respect to Forgery Or Alteration coverage, crime loss means all loss caused by any person, in which that person is involved regardless of whether such loss involves one or more instruments.

## Exclusions – Losses We Won't Cover

When we use the word loss in this section we also mean damage.

**Accounting errors.** We won't cover any loss resulting from accounting or mathematical errors or omissions.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
• Loss Inside Your Building – Money And Securities coverage;
• Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage;
• Loss Outside Your Building coverage.

**Computer fraud.** We won't cover loss resulting from the use of a computer to fraudulently cause a transfer of money, securities, or other property.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Funds Transfer Fraud coverage.

**Dishonesty.** We won't cover loss resulting from theft or any other dishonest or criminal act committed by you, or any of

your partners, or members, whether acting alone or in collusion with others.

We also won't cover loss resulting from theft or any other dishonest or criminal act committed by any of your employees, managers, directors, trustees or authorized representatives:

• acting alone or in collusion with others; or
• whether in connection with performing services for you.

However, this exclusion doesn't apply to Employee Theft coverage.

**Employee cancelled under prior insurance.** We won't cover loss caused by any employee of yours or your predecessor in interest for whom similar prior insurance was cancelled and has not been reinstated since the last such cancellation.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft coverage.

**Exchange.** We won't cover loss that results from giving or surrendering property in any exchange or purchase.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
• Loss Inside Your Building – Money And Securities coverage;
• Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage;
• Loss Outside Your Building coverage; and
• Computer Fraud coverage.

**Fire.** We won't cover loss that results from fire regardless of how it was caused. But this exclusion won't apply to:

• loss from damage to a safe or vault; or
• loss of or damage to money and securities.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
• Loss Inside Your Building – Money And Securities coverage;
• Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
• Loss Outside Your Building coverage.

**Funds transfer fraud.** We won't cover loss resulting from a fraudulent instruction directing a financial institution to transfer,

©ISO Properties, Inc.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

**The St Paul**

pay, or deliver money or securities from your transfer account.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Computer Fraud coverage.

**Governmental action.** We won't cover loss that results from the seizure or destruction of property by order of governmental authority.

**Indirect loss.** We won't cover loss that is an indirect result of any act or crime loss covered by this agreement, including loss resulting from:

- your inability to realize income that you would have realized if there had been no loss of or damage to money, securities, or other property;
- payment of damages of any type for which you are legally liable other than compensatory damages arising directly from a loss covered under this agreement; or
- payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this agreement.

**Inventory shortages.** We won't cover loss, or that part of any loss, for which you must rely on:

- an inventory computation; or
- a profit and loss computation

to prove its existence or amount.

However, once you establish that you have sustained a loss without reliance on such computations, we'll consider your inventory records and actual physical count of inventory in support of the amount of your loss.

For example:

*You suspect an employee of stealing your merchandise but do not have proof. After completing an inventory of your store you discover an inventory shortage of $10,000. However, inventory shortages can happen for reasons other than employee's theft such as shoplifting, mismarking, or poor recordkeeping. Because of this we won't cover the loss when the proof of loss is based on inventory or profit and loss computation.*

*However, if the employee admitted to stealing $5,000 worth of merchandise,*

*we'll pay the portion of that loss that's over your deductible and within the limits of your coverage.*

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft coverage and Computer Fraud coverage.

**Legal expenses.** We won't cover expenses related to any legal action.

However, this exclusion doesn't apply to Forgery or Alteration coverage.

**Money operated devices.** We won't cover loss of property in any money operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in such device.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Motor vehicles or equipment and accessories.** We won't cover loss to motor vehicles, trailers, semi-trailers, or equipment and accessories attached to them.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Nuclear.** We won't cover loss that results from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**Trading.** We won't cover loss that results directly or indirectly from trading, regardless of whether such trading is done in your name or in a genuine or fictitious account.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft coverage.

**Transfer or surrender of property.** We won't cover loss to property after it's been