The **St.Paul**

transferred or surrendered to a person or place outside your building or a bank:

- on the basis of unauthorized instructions;
- as a result of a threat to do bodily harm to any person; or
- as a result of a threat to do damage to any property.

But this exclusion won't apply to loss of money, securities, or other property that is outside your building in the care and custody of a messenger if you:

- had no knowledge of any threat at the time the conveyance began; or
- had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Vandalism.** We won't cover loss from damage to your building, its exterior, or to any safe, vault, cash register, cash box, cash drawer, or other property by vandalism or malicious mischief.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Voluntary parting.** We won't cover loss that results from you or anyone acting on your behalf voluntarily giving up title to or possession of any property to someone who obtains it by trick, device, false pretense, or other dishonest act.

For example:

*Someone impersonating a messenger tricks you to entrust him with your daily deposits. The deposits are never made. We won't cover this loss.*

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage;
- Loss Outside Your Building coverage; and
- Computer Fraud coverage.

**War and similar actions.** We won't cover loss that results from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**Warehouse receipts.** We won't cover loss resulting from fraudulent or dishonest signing, issuing, cancelling, or failing to cancel, a warehouse receipt or any papers connected with it.

Unless otherwise stated in this agreement, this exclusion only applies to Employee Theft coverage.

## Rules For Loss Adjustment

The following special rules apply for setting a value on money, securities, other property, and your building for the payment of any losses covered under this agreement. Such payments will be subject to the applicable limit of coverage shown in the Coverage Summary.

If you agree, we can settle any claim for loss of property with the owner. Any property we pay for or replace will become ours. We may choose to pay for loss of or damage to property other than money:

- in the money of the country in which the loss occurred; or
- in the United States of America dollar equivalent of the money of the country in which the loss occurred, determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was discovered.

**Money.** We'll pay for loss of money up to and including its face value.

We may choose to pay for loss of money issued by any country other than the United States of America:

- at face value in the money issued by that country; or
- in the United States of America dollar equivalent determined by the rate of exchange published in *The Wall Street*

---

C0020 Rev. 4-03 Printed in U.S.A.　　　　Insuring Agreement
©ISO Properties, Inc.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

TRAVELERS DOC MGMT 983 of 2/2

**The St Paul**

*Journal* on the day the loss was discovered.

**Securities.** We'll pay for loss of securities up to and including their value at the close of business on the day the loss was discovered. We may, at our option do any of the following:

- Pay the value of such securities.
- Replace them with similar or equivalent securities. But you must assign to us all your rights, title, and interest in and to any securities we replace.
- Pay the cost of any lost securities bond required in connection with issuing duplicates of such securities. But the most we'll pay is the cost of a bond that has a penalty not more than the value of the securities at the close of business on the day the loss was discovered, or the applicable limit of coverage, whichever is less.

But regardless of the option we choose, we won't pay more than the applicable limit of coverage.

**Other property or your building.** We'll pay for loss of or damage to other property or direct physical loss or damage to your building, the cost to repair or replace such damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:

- The amount you actually spend repairing or replacing the lost or damaged property.
- The amount it would cost to replace the lost or damaged property at the time of the loss with that of a similar kind and quality and used for the same purpose.
- The limit of coverage that applies to the lost or damaged property.

We will not pay on a replacement cost basis for any loss or damage:

- until the lost or damaged property is actually repaired or replaced; and
- unless the repairs or replacement are made as soon as reasonably possible after the loss.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**Other insurance.** If insurance under a separate policy applies to loss covered under this agreement, we won't make any payments until the other insurance has been used up. We'll pay the amount of your loss covered under this agreement, less the applicable deductible, that's left after the separate policy has been used up. But we won't pay more than the applicable limit of coverage under this agreement. Coverage under this agreement will not apply to the deductible amount of more specific insurance.

**Insurance provided under any other policy written by us or any of our affiliated insurance companies.** When this agreement and any other insuring agreement in any policy written by us or any of our affiliated insurance companies apply to the same loss, the most we'll pay for covered losses is the highest limit of coverage that applies under any one of those agreements.

However, this section does not apply if the other insuring agreement that applies is excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement.

**Deductible**

The deductible is shown in the Coverage Summary. We won't pay for loss in any one crime loss unless the amount of such loss exceeds the deductible. We'll then pay the amount of covered loss over the deductible, up to the limits of the applicable coverage. If more than one deductible applies to any one loss, we'll pay the amount of covered loss over the highest deductible amount up to the limits of the applicable coverage.

If you purchased Forgery Or Alteration coverage, no deductible applies to legal expenses covered under that coverage.

If you purchased Employee Theft coverage under which any employee benefit plan is covered, no deductible applies to covered losses sustained by those employee benefit plans under such coverage.

**Other Rules**

**Cancellation.** The following is added to the Cancellation section of the General Rules.

*Employees.* Any crime coverage is cancelled with respect to any employee who commits any fraudulent or dishonest act immediately upon the discovery of such act by:

The St Paul

- you; or
- any of your partners, members, managers, directors, trustees, or officers who are not involved in such fraudulent or dishonest act

even if the act was committed before such employee was employed by you.

Coverage with respect to such employee ends immediately and without further notice from us.

We can also cancel coverage with respect to any employee for any reason by mailing or delivering notice of such cancellation to you at least 30 days before the effective date of the cancellation.

Proof of mailing this notice to you at the address shown on the Introduction page will be proof you were notified of the cancellation.

**Consolidation – merger.** If you consolidate or merge with another organization or buy its property such that you acquire additional employees or buildings, your coverage under this agreement will apply to such buildings and employees when you:

- give us written notice of such acquisition;
- obtain our written agreement to cover such acquisition; and
- pay any additional premium we request.

But, subject to the limits and coverages in this agreement, we'll cover such buildings and employees for 90 days after the effective date of consolidation or merger.

**Electronic and mechanical signatures.** We'll treat signatures that are produced or reproduced electronically, mechanically or by other similar means the same as handwritten signatures.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Forgery Or Alteration coverage.

**Insurance for your benefit.** This insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss under this agreement must be made by you.

**Lawsuits against us.** The following replaces the If your policy provides property or other first- party protection section of the Lawsuits Against Us section of the General Rules, but only for this agreement.

**If your policy provides property or other first–party protection.** Any suit to recover on a loss under your policy must begin within the later of the following:

- Two years after the date on which the loss or damage occurred;
- Two years after the date on which you discover the loss or damage if such discovery was within any extended discovery period that applies.

**Property with limited coverage – jewelry and manuscripts.** We'll only pay up to $5,000 in any one crime loss for all loss or damage to the following property:

- Precious metals, precious or semi-precious stones, pearls or furs. This includes articles made of or containing such materials that make up the principle value of the article; or
- Manuscripts, drawings, or records of any kind. This includes the cost of reconstructing them or reproducing any information contained in them.

Unless otherwise stated elsewhere in this agreement, this rule only applies to:

- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

This limit is part of, and not in addition to, the applicable limit of coverage.

**Property with limited coverage – manuscripts.** We'll only pay up to $5,000 in any one crime loss for all loss of or damage to manuscripts, drawings, or records of any kind. This includes the cost of reconstructing them or reproducing any information contained in them.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Computer Fraud coverage.

This limit is part of, and not in addition to, the applicable limit of coverage.

**Records.** You must keep records of all property covered under this agreement so we can verify the amount of any loss.

**Records required for Forgery Or Alteration coverage.** You must keep all checks, drafts, promissory notes, or other similar written promises, orders, or directions, and records of such items that are involved in or related to a loss for which you seek coverage. If

C0020 Rev. 4-03 Printed in U.S.A.
©ISO Properties, Inc.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Insuring Agreement

**The St.Paul**

this isn't possible, we'll need your affidavit setting forth the amount and cause of loss.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Forgery Or Alteration coverage.

**Recovering damages.** The following paragraphs replace the Recovering Damages From A Third Party section of the General Rules, but only for this insuring agreement.

You may be able to recover all or part of your loss from someone other than us. Because of this, you must do all you can to preserve any rights of recovery you may have. If we make a payment for your loss under this agreement, your right of recovery will belong to us.

We'll distribute any recovery made after settlement of loss covered by this agreement, less the cost of obtaining such recovery:

- to you up to a maximum reimbursement of the applicable limit of coverage less any applicable deductible;
- then to us, up to the amount of loss we paid;
- then to you, for reimbursement of any applicable deductible.

But, this doesn't include recovery:

- from insurance, suretyship, reinsurance, security, or indemnity taken for our benefit; or
- of original securities after duplicates of them have been issued.

## UMBRELLA EXCESS LIABILITY PROTECTION COVERAGE SUMMARY

The **St.Paul**

This Coverage Summary shows the limits of coverage and deductible that apply to your Umbrella Excess Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 5,000,000 |
| **Products and completed work total limit.** | $ 5,000,000 |
| **Personal injury each person limit.** | $ 5,000,000 |
| **Advertising injury each person limit.** | $ 5,000,000 |
| **Each event limit.** | $ 5,000,000 |
| **Deductible** | $ 10,000 |

(This deductible applies to each event or offense not covered by your Basic Insurance.)

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

---

**Name of Insured**
LB STEEL, LLC;

**Policy Number** CK01206228
**Processing Date** 12/27/04   16:42   001

**Effective Date** 12/28/04

---

E0119 Ed. 3-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Coverage Summary

Page   1

## UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE

The St.Paul

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

### Schedule of Basic Insurance

| Commercial General Liability | Limits Of Coverage | |
|---|---|---|
| | General total limit. | $ 2,000,000 |
| Insurer ST PAUL GUARDIAN INSURANCE COMPANY | Products and completed work total limit. | $ 2,000,000 |
| | Personal injury each person limit. | $ 1,000,000 |
| Policy number CK01206228 | Advertising injury each person limit. | $ 1,000,000 |
| Policy period 12/28/04 TO 12/28/05 | | |
| Coverage is: ☐ claims-made | Each event limit. | $ 1,000,000 |
| ☒ not claims-made | Premises damage limit. | $ 100,000 |

| Automobile Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury and property damage combined. Each accident | |
| Insurer ST PAUL GUARDIAN INSURANCE COMPANY | $ 1,000,000 | |
| | Bodily injury. | |
| | Each person | Each accident |
| Policy number CK01206228 | $ | $ |
| Policy period 12/28/04 TO 12/28/05 | Property damage Each accident | |
| | $ | |

| Employer's Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury by accident Each accident | |
| Insurer ST PAUL FIRE & MARINE INSURANCE CO | $ 500,000 | |
| Policy number WVA1207626 | Bodily injury by disease | |
| | Policy limit | Each employee |
| Policy period 12/28/04 TO 12/28/05 | $500,000 | $500,000 |

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 12/27/04 16:42 001 |

47123 Ed. 4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

Coverage Summary

# UMBRELLA EXCESS LIABILITY PROTECTION

The **St.Paul**

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Coverage When Your Basic Insurance Applies | 4 |
| Coverage above Basic Insurance limits other than total limits. | 4 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 5 |
| Coverage When Your Basic Insurance Doesn't Apply | 6 |
| Right And Duty To Defend A Protected Person | 6 |
| Right To Appeal A Judgment Against A Protected Person | 7 |
| Additional Payments | 7 |
| **When This Agreement Covers** | 8 |
| **Where This Agreement Covers** | 8 |
| **Who Is Protected Under This Agreement** | 8 |
| Who Is Protected For Claims Or Suits Not Related To Autos | 8 |
| Individual. | 8 |
| Partnership or joint venture. | 8 |
| Limited liability company. | 8 |
| Corporation or other organization. | 8 |
| Employees. | 9 |
| Real estate managers. | 9 |
| Operators of registered mobile equipment. | 9 |
| Newly acquired or formed organizations. | 10 |
| Other protected persons under your Basic Insurance. | 10 |
| Who Is Protected For Auto-Related Claims Or Suits | 10 |
| Separation Of Protected Persons | 10 |
| **Limits Of Coverage** | 10 |
| General total limit. | 11 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 13 |
| How the limits of coverage apply if a total limit is left blank. | 13 |
| **Deductible** | 13 |
| **Exclusions – What This Agreement Won't Cover** | 13 |
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 14 |
| Breach of contract. | 14 |
| Contract liability. | 14 |
| Control of property. | 14 |
| Damage to your products or completed work. | 15 |
| Deliberately breaking the law. | 15 |
| Employers liability. | 15 |
| Expected or intended bodily injury or property damage. | 16 |
| False material. | 16 |
| Impaired property. | 16 |
| Injury to owners or fellow employees. | 16 |
| Intellectual property. | 17 |
| Liquor liability. | 17 |
| Material previously made known or used. | 17 |
| Nuclear energy liability. | 17 |
| Pollution bodily injury or property damage related to autos. | 18 |
| Pollution injury or damage. | 19 |
| Pollution work loss, cost, or expense. | 21 |
| Poor quality or performance. | 22 |
| Product recall. | 22 |
| Racing mobile equipment. | 22 |
| Uninsured motorists. | 23 |
| Unnamed partnership, joint venture, or limited liability company. | 23 |
| Watercraft. | 23 |
| Workers compensation and other benefit laws. | 23 |
| Wrong price description. | 23 |
| **Other Insurance** | 24 |
| **Other Rules For This Agreement** | 24 |

---

47550 Rev. 1-01 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

Insuring Agreement

Page 1 of 25

The **St.Paul**

| | |
|---|---|
| Our Duty To Reimburse When You Must Pay | 24 |
| Maintaining Your Basic Insurance | 24 |
| Premium | 24 |
| Recovering Damages From A Third Party | 24 |
| Division of recovery. | 25 |
| Recovery expenses. | 25 |

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby*

The**StPaul**

*businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.

- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that

**The St.Paul**

disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:
- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:
- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:
- seeking customers or supporters; or
- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:
- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:
- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:
- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The **St.Paul**

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers serious injury. The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because:*

- *that's the amount by which the damages exceed the limit of your Basic Insurance; and*
- *it's less than the limit under this agreement.*

*Your Basic Insurance* means only the Basic Insurance described in the Schedule Of Basic Insurance for which limits of coverage amounts are shown in that schedule.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

*Total limits* may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by your Basic Insurer's payment of:

- damages that would be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your

Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid:

- damages that wouldn't be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that doesn't happen while this agreement is in effect;

we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and
- exceed your Basic Insurance limits of coverage shown in the Schedule Of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the requirements of this agreement with respect to coverage above reduced total limits.*

*Medical expenses* means the reasonable expenses incurred by any person or

**The St.Paul**

organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:
- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

*Offense* means any:
- personal injury offense; or
- advertising injury offense.

We explain the term health care professional services in the Employees section.

## Coverage When Your Basic Insurance Doesn't Apply

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:
- is covered by this agreement; and
- is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or the amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:
- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

Other insurance includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

## Right And Duty To Defend A Protected Person

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that's reasonably likely to involve the coverage provided by this agreement.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:
- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;
- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume that duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:
- the applicable deductible; or
- the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

If the laws or rules of a country or jurisdiction prohibit us from fulfilling our duty to defend a protected person, the protected person will be responsible for providing that defense. We'll repay that protected person for the expenses incurred to provide such defense, subject to the limitations of coverage in the Additional Payments section.

*Claim* means a demand that seeks damages.

The St Paul

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

**Right To Appeal A Judgment Against A Protected Person**

We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit against a protected person;
- is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- isn't appealed by the protected person and your Basic Insurer.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**Additional Payments**

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws or rules of a country or jurisdiction prohibit us from providing any of these additional payments, we'll repay the protected person for any such amounts that protected person incurred with our consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

The**St.Paul**

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement for covered injury or damage that's caused by events that happen, or offenses that are committed, anywhere.

However, we won't apply, or make payments under, this agreement for injury or damage that's caused by events that happen, or offenses that are committed, in a country or jurisdiction while any embargo, trade sanction, or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## Who Is Protected Under This Agreement

### Who Is Protected For Claims Or Suits Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims Or Suits section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

• work done within the scope of their employment by you; or

• their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

We won't apply this Employees section to the following protected persons:

• Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.

• Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

• is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and

• is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

• employment agency, contractor, or service;

• labor leasing firm; or

• temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

• temporarily take the place of a permanent employee on leave; or

• meet seasonal or short-term workload conditions.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

• the dispensing of drugs or medical or dental supplies and appliances; and

• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

• bodily injury to a fellow employee of the person driving the equipment; or

• property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

The **St.Paul**

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

**Other protected persons under your Basic Insurance.** Any other person or organization that's a protected person under your Basic Insurance is also a protected person under this agreement. But the protection under this agreement for each such person or organization is limited to the type and scope of coverage provided by your Basic Insurance.

If any such person or organization is included as a protected person under your Basic Insurance because:

- a written contract has been made with you before the bodily injury or property damage happens or the offense is committed; and

- that contract requires you to provide liability insurance on behalf of that person or organization;

we'll consider that person or organization to be a protected person under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

**Who Is Protected For Auto-Related Claims Or Suits**

Any person or organization that's a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement for claims or suits for covered bodily injury or property damage that results from the use of the auto.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Separation Of Protected Persons**

We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

**Limits Of Coverage**

The limits of coverage shown in the Coverage Summary and the information

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to auto-related bodily injury or property damage covered by this agreement, other than auto-related bodily injury or property damage covered by your commercial general liability Basic Insurance.

Nor will we apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

TRAVELERS DOC MGMT 199 of 272

**The St.Paul**

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.

- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The**StPaul**

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that results from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

### Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

- All covered bodily injury and property damage that results from any one event.
- All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
- All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

### Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense

is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

TheStPaul

**Aircraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages if:

- you've assumed such liability under a contract or agreement; and
- such damages are covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement. But only when your Basic Insurer has the duty to defend that indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance that:

- apply to the duty to defend an indemnitee;
- apply to the right to appeal a judgment awarded in a suit against an indemnitee; or
- consider indemnitee defense expenses assumed under contract to be damages;

also apply to this agreement.

*Indemnitee* means any person or organization that you have agreed under a contract or agreement to indemnify or hold harmless.

**Control of property.** We won't cover property damage to the following property:

---

TRAVELERS DOC MGMT 202 of 272

The St.Paul

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.
- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage;
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- that damage is covered by your Basic Insurance.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

**The St.Paul**

But we won't apply:
- this or any other exclusion or limitation of coverage in this agreement, other than in the Coverage When Your Basic Insurance Applies, Limits Of Coverage, and Other Rules For This Agreement sections;
- the covered bodily injury must happen while this agreement is in effect limitation that's part of the Coverage When Your Basic Insurance Applies section; or
- the covered bodily injury must happen in a policy year limitation that's part of the General total limit section;

to the extent such bodily injury is covered by your employers liability Basic Insurance.

However, we'll still apply the general total limit to the combined total of all such employers liability bodily injury covered by this agreement, regardless of when it happens.

We explain the term employee in the Employees section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:
- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:
- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your

products or your completed work, that results from sudden and accidental physical damage to:
- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:
- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:
- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse, or any child, parent, brother, or sister, of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay,

---

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply this exclusion to the extent your Basic Insurance protects your employees for such bodily injury or personal injury.

We explain the term employee in the Employees section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any

The St Paul

protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

But we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others that:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain the terms:

- pollution and pollutant in the Pollution injury or damage exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury or property damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke;
- mobile equipment operating fluids; or
- your products or your completed work, other than waste products or completed work.

Nor will we apply this exclusion to bodily injury or property damage related to autos that's specifically described in an exception in the Pollution bodily injury or property damage related to autos exclusion as bodily injury or property damage to which we won't apply that exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by*

TRAVELERS DOC MGMT 207 of 272

**The St Paul**

*eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work under your Basic Insurance and under this agreement. Your Basic Insurer does so with an additional protected person endorsement under your Basic Insurance. We do so under this agreement with the Other protected persons under your Basic Insurance section. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premise owner's coverage, for that injury or damage under this agreement.*

**Waste site** means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

**Protected person's work site** means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

**Waste pollutant** means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

**Building heating equipment fumes, smoke, soot, or vapors** means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

**Contractor or service work materials fumes, gases, or vapors** means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

**Hostile fire heat, fumes, or smoke** means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

---

®St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

TRAVELERS DOC MGMT 208 of 272

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;

- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay*

TRAVELERS DOC MGMT 209 of 272

**The St.Paul**

*the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.** We won't cover bodily injury or property damage that results from the:

- use of racing mobile equipment; or
- supervision of others in or for such use.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain the terms:

- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- supervision of others in the Aircraft exclusion.

**Uninsured motorists.** We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law; or
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you acquire such a watercraft and we agree to provide coverage under this agreement.

We explain the terms loading or unloading, entrustment to others, and supervision of others, in the Aircraft exclusion.

**Workers compensation and other benefit laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

The **St.Paul**

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages or medical expenses.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of a country or jurisdiction prohibit us from paying on behalf of a protected person those amounts the protected person is legally required to pay as damages for injury or damage covered by this agreement, that protected person may pay those amounts with our consent.

If the protected person gives us proof of such payments, we'll reimburse that protected person for the amount by which that protected person's payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever applies. But we'll only repay such protected person for amounts up to the limits of coverage that apply under this agreement.

### Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from the payment of damages or medical expenses won't be considered a change of limits.

If you fail to meet any of the above requirements, this insurance will remain in effect. But we won't be liable for more than we would have been had you met all of those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

we'll only pay damages covered by this agreement that exceed the limits of coverage shown in the Schedule Of Basic Insurance.

### Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or
- any adjustment that results from the cancellation of this agreement.

However, we may charge you additional premium if:

- you add any new person or organization to those protected by your Basic Insurance; and
- a charge is made for that new person or organization by your Basic Insurer.

You must notify us promptly if that happens.

### Recovering Damages From A Third Party

This section replaces the Recovering Damages From A Third Party section in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage, that apply under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person or organization that made the claim or brought the suit.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

TRAVELERS DOC MGMT 213 of 272

**TERRORISM RISK INSURANCE ACT OF 2002**
**CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT –**
**UMBRELLA EXCESS LIABILITY**

The **St.Paul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

### How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Certified acts of terrorism.** We won't cover
injury or damage that results from any
certified act of terrorism.

*Certified act of terrorism* means any act
of terrorism as defined in and certified
under:

- the federal Terrorism Risk Insurance Act
  of 2002; or
- any of its amendments.

### Other Terms

All other terms of your policy remain the
same.

---

E0224 Ed. 11-02 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved          Page 1 of 1

**PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY
EXCLUSION ENDORSEMENT — UMBRELLA EXCESS LIABILITY**

<sup>The</sup>**StPaul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

### How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the Bodily
   injury and property damage liability
   section of the What This Agreement
   Covers section. This change limits or
   excludes coverage anywhere our coverage
   intent would be interpreted more broadly
   than what's intended by the revised
   wording under the law that applies.
   Elsewhere, this change doesn't change
   coverage.

   *Tangible property* doesn't include data.

2. The following is added to the Intellectual
   property exclusion as the second
   paragraph of that exclusion. This change
   excludes coverage.

   Nor will we cover any other injury or
   damage that's alleged in any claim or
   suit which also alleges any such
   infringement or violation.

### Other Terms

All other terms of your policy remain the
same.

---

E0197 Ed. 7-01 Printed in U.S.A.        Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved        Page 1 of 1

## ASBESTOS EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

The St.Paul

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Asbestos.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos, and any such other irritants or contaminants, are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution bodily injury or property damage related to autos exclusion.
- Pollution injury or damage exclusion, or Pollution injury or damage not related to autos exclusion, whichever is in this agreement.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in either the Pollution injury or damage exclusion, or the Pollution injury or damage not related to autos exclusion, whichever is in this agreement.

### Other Terms

All other terms of your policy remain the same.

E0199 Ed. 3-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

Page 1 of 1

TRAVELERS DOC MGMT 216 of 272

**MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

The **St.Paul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't
cover injury or damage that results from
any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of
  mold or other fungi, or bacteria, in any
  form by any person; or
- existence of mold or other fungi, or
  bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury or property damage that
  results from mold or other fungi, or
  bacteria, which are, or are on, in, or part
  of, any good or product that's intended
  to be consumed as a food, beverage, or
  medicine;
- bodily injury that results from bacteria
  which are directly transmitted solely by
  or from another person to the person
  sustaining the bodily injury; or
- bodily injury that results from a
  bacterial infection which develops in
  connection with physical harm to the
  person sustaining the bodily injury, if
  such physical harm isn't excluded by this
  exclusion part, and a claim or suit is made
  or brought against the protected person
  for such physical harm.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  any other solid, liquid, gaseous, or
  thermal irritant or contaminant, including
  smoke, vapors, soot, fumes, acids,
  alkalis, chemicals, and waste, in any
  form by any person; or
- existence of any such irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described as
excluded in the first paragraph of this
exclusion.

Also, we won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  mold or other fungi, or bacteria, in any
  form; or
- respond to, or assess, in any way the
  effects of mold or other fungi, or
  bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, and any such other
irritants or contaminants are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution bodily injury or property
  damage related to autos exclusion.
- Pollution injury or damage exclusion, or
  Pollution injury or damage not related to
  autos exclusion, whichever is in this
  agreement.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion
  made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or

---

E0209 Ed. 4-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

Page 1 of 2

The St Paul

- any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

We explain the terms pollutant and waste in either the Pollution injury or damage exclusion, or the Pollution injury or damage not related to autos exclusion, whichever is in this agreement.

**Other Terms**

All other terms of your policy remain the same.

**TOBACCO EXCLUSION ENDORSEMENT --
UMBRELLA EXCESS LIABILITY**

The**StPaul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

### How Coverage Is Changed

The following is added to the Exclusions --
What This Agreement Won't Cover section.
This change excludes coverage.

**Tobacco.** We won't cover injury or damage
that results from any:

- manufacture, sale, handling, distribution, or
  advertising of tobacco or tobacco products
  in any form; or
- actual, alleged, or threatened absorption,
  consumption, ingestion, inhalation, or use
  of, or exposure to, tobacco or tobacco
  products in any form.

Nor will we cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  tobacco or tobacco products in any form;
  or
- respond to, or assess, in any way the
  effects of tobacco or tobacco products in
  any form.

*Tobacco or tobacco products* means any:

- raw or cured tobacco;
- cigarettes;
- cigars;
- pipe tobacco; or
- snuff, chewing tobacco, or smokeless
  tobacco.

Tobacco or tobacco products includes:

- any material, substance, ingredient, or
  element on, in, or part of any tobacco or
  tobacco products;
- any other good or product that contains
  any tobacco or tobacco products;
- any filter, paper, tip, wrapper, or other
  part of any tobacco or tobacco products;
- any pipe or other device used to absorb,
  consume, ingest, or inhale any tobacco or
  tobacco products;
- any smoke, vapors, soot, fumes, or other
  substance that results from any tobacco or
  tobacco products;
- any warranty provided with or for any
  tobacco or tobacco products;
- any statement made, or that should have
  been made, about the durability, fitness,
  handling, performance, quality, safety, or
  use of any tobacco or tobacco products;
  and
- all warnings, instructions, or directions
  provided, or that should have been
  provided, with or for any tobacco or
  tobacco products.

### Other Terms

All other terms of your policy remain the
same.

---

**CONTROL OF PROPERTY EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

The St.Paul

This endorsement changes your Umbrella
Excess Liability Protection.

---

### How Your Coverage Is Changed

The following replaces the Control of
property exclusion. This change excludes
coverage.

**Control of property.** We won't cover property
damage to the following property:

- Property that you own, rent, lease, or
  borrow from others, or occupy.
- Premises you sell, give away, or abandon,
  if such property damage results from any
  part of those premises. But we won't
  apply this exclusion part to property
  damage to premises which are your
  completed work and were never occupied,
  rented, or held for rental by you.
- Personal property in the care, custody, or
  control of the protected person.
- That particular part of real property being
  worked on by you or for you, if the
  damage results from your work.

- That particular part of any property which
  must be restored, repaired, or replaced
  because your work was incorrectly
  performed on it. But we won't apply this
  exclusion part to property damage that
  results from your completed work.

Furthermore, we won't apply this exclusion
to liability for property damage to the
above property, other than the property
described below, if such liability is assumed
under a sidetrack agreement:

- Property that you own, rent, lease, or
  borrow from others, or occupy.
- Premises you sell, give away, or abandon.

### Other Terms

All other terms of your policy remain the
same.

---

47216 Rev. 3-96 Printed in U.S.A.          Endorsement                    Page 1 of 1
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**EMPLOYMENT—RELATED PRACTICES EXCLUSION ENDORSEMENT — UMBRELLA EXCESS LIABILITY**

The**StPaul**

This endorsement changes your Umbrella Excess Liability Protection.

---

## How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Employment—related practices.** We won't cover personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices. For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that results from such personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for:

- such personal injury to that employee, worker, or independent contractor; or
- personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that

results from such personal injury to that employee, worker, or independent contractor.

*Independent contractor* means any person who is not your employee, but who performs duties related to the conduct of your business in the course of that person's independent employment in accordance with a contract between you and that person for specified services.

*Employment—related practices* means:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

## Other Terms

All other terms of your policy remain the same.

---

47225 Rev. 9-01 Printed in U.S.A.                Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                Page 1 of 1

**EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION −**
**CLAIMS−MADE**
**COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limit of
coverage that applies to your Excess Errors And
Omissions Liability Protection − Claims−Made
and describes your Basic Errors And Omissions
Insurance.  It also lists those endorsements, if
any, that must have certain information shown
for them to apply.

## Limit Of Coverage

| | |
|---|---|
| **Total limit**. | $ 5,000,000 |

## Schedule Of Basic Errors And Omissions Liability Insurance

Description Of Coverage:  EMPLOYEE BENEFITS PROGRAM

| | | |
|---|---|---|
| Insurer:  ST PAUL GUARDIAN INSURANCE CO. | **Limits Of Coverage** | |
| Policy number:  CK01206228 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From:  12/28/04     To:  12/28/05 | Total limit. | $ 3,000,000 |

Description Of Coverage:

| | | |
|---|---|---|
| Insurer: | **Limits Of Coverage** | |
| Policy number: | | $ |
| Policy period:<br>From:          To: | | $ |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement.  Other
endorsements may apply too.  If so, they're listed on the Policy Forms List.

| | |
|---|---|
| **Name of Insured**<br>LB STEEL, LLC; | **Policy Number** CK01206228         **Effective Date** 12/28/04<br>                    **Processing Date** 12/27/04   16:42   001 |

47339 Ed.2-92 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved                    Page 1 of 2



©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved
TRAVELERS DOC MGMT 223 of 272

**EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION –
CLAIMS–MADE**

The**StPaul**

This insuring agreement provides excess errors and omissions protection for your business. There are, of course, limitations and exclusions which apply to that protection.  As a result, this agreement and your Basic Insurance should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note:**  This is a claims-made coverage. Please read it carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Coverage above your Basic Insurance limit other than total limit. | 1 |
| Coverage above a reduced or exhausted Basic Insurance total limit. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| **When This Agreement Covers** | 3 |
| Claim reporting extensions. | 3 |
| **Limit Of Coverage** | 3 |
| Total limit. | 3 |
| Optional reporting endorsement. | 3 |
| Application of changed limits. | 3 |
| **Other Insurance** | 3 |
| **Other Rules For This Agreement** | 3 |
| Our Right To Investigate, Settle And Appeal Claims | 3 |
| Right to investigate. | 3 |
| Right to settle. | 3 |
| Right to appeal. | 3 |
| Keeping Your Basic Insurance In Effect | 4 |
| Premium | 4 |
| Recovering Damages From A Third Party | 4 |
| Division of recovery. | 4 |
| Recovery expenses. | 4 |

**What This Agreement Covers**

We'll pay amounts any protected person is legally required to pay as damages for covered loss that results from a wrongful act that:
•is committed in the conduct of your business; and
•is covered by your Basic Insurance.

*Protected person*  means any person or organization who:
•qualifies as protected person under your Basic Insurance; and
•otherwise qualifies as a protected person under this agreement.

*Wrongful act*  means any negligent act, error or omission.

*Your Basic Insurance*  means only the insurance for which the Schedule Of Basic Errors And Omissions Liability Insurance in the Coverage Summary shows:
•a description of coverage; and
•limits of coverage amounts.

*Your Basic Insurer*  means the insurance company that provides your Basic Insurance.

**Coverage above your Basic Insurance limit other than total limit.**  We'll pay damages that:
•are covered by this agreement; and
•exceed your Basic Insurer's payment of your Basic Insurance limit of coverage, other than a total limit.

*As a result of your wrongful act, you are sued and the court awards $1,250,000 in damages.*

*Your Basic Insurance has a $1,000,000 Each wrongful act limit.  And the limit under this agreement is $2,000,000.  After your Basic Insurer has paid its $1,000,000 limit of coverage, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance; and it's less than the limit under this agreement.*

**Coverage above a reduced or exhausted Basic Insurance total limit.**  We'll pay damages that:
•are covered by this agreement; and
•exceed your Basic Insurance total limit, but only when that limit has been reduced solely by

**The St Paul**

your Basic Insurer's payment of damages for wrongful acts covered by this agreement.

And we'll pay damages only up to the limit of coverage that applies under this agreement.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages described above, this agreement will then replace your Basic Insurance for damages covered by this agreement. But only up to the limit of coverage that applies under this agreement.

**Right and duty to defend.** We have no duty to defend any claim or suit made or brought against any protected person if your Basic Insurance, or any other insurance, has a duty to defend. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any claim or suit brought against any protected person only if:
• the claim or suit is for loss covered by this agreement;
• your Basic Insurer has paid its limit of coverage for such loss, or has paid its total limit of coverage in accordance with the Coverage above reduced or exhausted total limits section; and
• there is no other insurance with a duty to defend the claim.

We'll assume this duty to defend even if any of the allegations of any such claim or suit are groundless, false or fraudulent.

Our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We have no duty to perform other acts or services.

*Suit* means a civil proceeding which seeks damages. It includes an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

*Other insurance* means valid and collectible insurance that:
• isn't your Basic Insurance; and
• isn't specifically purchased to be excess of this agreement.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. But we'll do so only to the extent that these payments are not covered by your Basic Insurance.

These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time taken off from work.

*Prejudgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
• pay;
• offer to pay; or
• deposit in court;
the limit of coverage that applies to the judgment.

©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

The**St.Paul**

## When This Agreement Covers

We'll apply this agreement to claims only when they're:
•first made or brought while this agreement, or an optional reporting endorsement to this agreement, is in effect; and
•reported to us in accordance with the applicable claims-made provisions of your Basic Insurance.

**Claim reporting extensions.** If your Basic Insurance includes provisions for extending the period during which claims can be reported to us, such provisions are considered part of this agreement, except for any that apply to the calculation or limitation of the additional premium that may apply to any optional reporting endorsement.

## Limit Of Coverage

The limit of coverage shown in the Coverage Summary and the information in this section fix the most we'll pay, regardless of the number of:
•protected persons;
•claims made or suits brought; or
•persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for the combined total of all covered loss for all:
•covered claims or suits in a policy year; and
•covered wrongful acts reported in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Optional reporting endorsement.** A separate total limit applies to the optional reporting endorsement described in the When This Agreement Covers section. That limit will be the same as the total limit in effect when this agreement ended and applies to all covered loss for claims

or suits covered by the reporting endorsement for as long as the endorsement is in effect.

**Application of changed limits.** If you change the limit of coverage under this agreement, or you've changed it in the past while insured by us, the new limit doesn't apply to any claim or suit that:
•was made or brought against any protected person;
•any protected person knew about; or
•any protected person could have reasonably foreseen or discovered;
before the effective date of the limit change.

## Other Insurance

If there is any other insurance for loss covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of judgments or settlements.

We explain what we mean by other insurance in the Right and duty to defend section of the What This Agreement Covers section.

## Other Rules For This Agreement

### Our Right To Investigate, Settle And Appeal Claims

**Right to investigate.** We'll have the right to investigate any claim or suit to the extent that we believe is proper.

**Right to settle.** We'll have the right to settle any claim or suit for an amount within the available limit of coverage for this agreement.

**Right to appeal.** We'll have the right to appeal a judgment against any person protected under this agreement. But only if:
•the judgment is for loss covered by this agreement;
•the judgment is for more than the available limits of coverage under your Basic Insurance; and

The **St.Paul**

•the Basic Insurer does not appeal the judg-
ment.

If we appeal such a judgment, we'll pay all
expenses which result directly from that appeal,
including the cost of appeal bonds and post-
judgment interest. Our payments for such
appeal expenses are in addition to the limits of
coverage under this agreement. However, the
results of an appeal won't change the limits of
coverage that apply under this agreement.

## Keeping Your Basic Insurance In Effect

You promise:
•to keep your Basic Insurance in effect while
this agreement is in effect; and
•not to change the limits of coverage under
your Basic Insurance without telling us.

This agreement will remain in effect if you
break either of these promises. But we won't
be liable for more than we would have been if
you kept your promises.

A reduction or exhaustion of a total limit in
your Basic Insurance won't be considered a
change in that limit.

This agreement will apply only to amounts
which exceed the limits of coverage of your
Basic Insurance shown on the Schedule Of Basic
Errors And Omissions Insurance in the Cover-
age Summary. If you are unable to recover
from a Basic Insurer because:
•the Basic Insurer is unable to pay; or
•you fail to comply with the terms of your
Basic Insurance with that insurer;
this agreement will only apply to amounts over
the limits of coverage shown in the Schedule of
Basic Insurance.

## Premium

The premium for this agreement is a flat
premium and is not subject to adjustment
unless an adjustment:
•is otherwise provided for in the Coverage
Summary, or by endorsement to this agree-
ment; or
•results from the cancellation of this agree-
ment.

However, we may charge you additional
premium if you add new persons or organiza-
tions to those protected by your Basic Insur-
ance and a charge is made for them by your
Basic Insurer. You must notify us promptly if
that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same
title in the General Rules. But only for this
agreement.

Any person protected under this agreement may
be able to recover all or part of a loss from
someone other than us. Because of this, each
protected person must do all that's possible to
preserve any right of recovery available. If we
make a payment under this agreement, that right
of recovery will belong to us.

**Division of recovery.** Any amount recovered will
be divided as follows:
•First, any protected person or insurer who paid
amounts over the limits of coverage under this
agreement will be reimbursed for the actual
excess amount paid.
•Next, we'll be reimbursed for any payments
we've actually made.
•Then, if any amount remains, it will belong to
any Basic Insurer or protected person who paid
damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery
proceedings will be divided in the same ratio as
the recovery is shared. But if we bring
proceedings on our own to try to obtain a
recovery and we fail to do so, we'll pay all the
expenses of those proceedings ourselves.

©St.Paul Fire and Marine Insurance Co. 1992 All Rights Reserved
TRAVELERS DOC MGMT 227 of 272

**POLICY CHANGE ENDORSEMENT — FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

- ☐ Insured's Name
- ☐ Policy Number
- ☐ Effective/Expiration Date
- ☐ Payment Plan
- ☐ Additional Interested Parties
- ☐ Limits/Exposures
- ☐ Covered Property/Location Description
- ☐ Rates
- ☐ Insured's Mailing Address
- ☐ Company
- ☐ Insured's Legal Status/ Bus. of Insured
- ☐ Premium Determination
- ☐ Coverage Forms and Endorsements
- ☐ Deductibles
- ☐ Classification/Class Codes
- ☐ Underlying Insurance

is (are) changed to read: (See also back page and additional page(s) if applicable)

The following endorsement is deleted from your policy

Mold or Bacteria Exclusion with Named Perils Exception Endorsement F0295 is deleted

Mold or Bacteria Exclusion Endorsement with Fire and Lightning Exception Form F0327 still applies

## Premium Change Which Is Due Now

☐ No change      ☐ To be adjusted at audit

Additional premium                    Returned premium

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to:
LB STEEL, LLC;

Authorized representative

Endorsement takes effect:      Policy number:
12/28/04                       CK01206228

Processing date:  02/19/05  09:10  002

D0061 Ed. 11-98 Printed in U.S.A.          Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page    1

## POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY

**The St.Paul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

### How Your Policy Is Changed

The following item(s):

| | | |
|---|---|---|
| ☐ Insured's Name | | ☐ Insured's Mailing Address |
| ☐ Policy Number | | ☐ Company |
| ☐ Effective/Expiration Date | | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | | ☐ Premium Determination |
| ☐ Additional Interested Parties | | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | | ☐ Deductibles |
| ☐ Covered Property/Location Description | | ☐ Classification/Class Codes |
| ☐ Rates | | ☐ Underlying Insurance |

is (are) changed to read: (See also back page and additonal page(s) if applicable)

PROPERTY
--------

Blanket Coverage is changed for Item 001:
    Blanket Limit of Coverage

Rating Information has changed your Property Protection Premium for Item 001-001.

Rating Information has changed your Property Protection Premium for Item

---

### Premium Change Which Is Due Now
☐ No Change          ☐ To Be Adjusted At Audit
Additional premium          $8,583.00          Returned Premium

---

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) | |
|---|---|---|
| Authorized representative | Endorsement takes effect<br>12/28/04<br>Processing Date: 02/19/05   09:52   003 | Policy Number<br>CK01206228 |

---

D0061 Ed.11-98 Printed in U.S.A.          Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page     1

**The St.Paul**

001-002.

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

**ST. PAUL PREMIER PROPERTY PROTECTION**
**SCHEDULED LOCATIONS COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows your
scheduled locations, covered property, and
limits of coverage that apply to your Premier
Property Protection.

---

## Scheduled Location

| Loc. No. | Address |
|---|---|

001    BLANKET BUILDING AND CONTENTS


001-001 15700 LATHROP AVENUE HARVEY, IL  60426
         BUILDING OPTIONS:
         Temporary Rate Endorsement applies.
         BUSINESS PERSONAL PROPERTY OPTIONS:
         Temporary Rate Endorsement applies.

001-002 290-296 E. 156TH HARVEY, IL  60426
         BUILDING OPTIONS:
         Temporary Rate Endorsement applies.
         BUSINESS PERSONAL PROPERTY OPTIONS:
         Temporary Rate Endorsement applies.

---

## Limits Of Coverage

| Loc No. | Building | Business Personal Property | OTHER COVERAGES |
|---|---|---|---|
| 001 | $21,485,000 Blanket (Blkt.) Building (Bldg.) and Business Personal Property (BPP) Limit. | | |
| 001-001 | Included in Blkt. Bldg. and BPP Limit | Included in Blkt. Bldg. and BPP Limit | |
| 001-002 | Included in Blkt. Bldg. and BPP Limit | Included in Blkt. Bldg. and BPP Limit | |

---

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 02/19/05   09:52   003 |

F0172 Ed. 1-98 Printed in U.S.A.                  Coverage Summary
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page   1  of

**TheStPaul**

## Scheduled Location

| Loc. No. | Address |
|---|---|
| 001-003 | 310 E. 156TH STREET HARVEY, IL 60426 |

       BUILDING OPTIONS:
       Temporary Rate Endorsement applies.

## Limits Of Coverage

| Loc No. | Building | Business Personal Property | OTHER COVERAGES |
|---|---|---|---|
| 001-003 | Included in Blkt. Bldg. and BPP Limit | NIL | |

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read: (See also back page and additonal page(s) if applicable)

PROPERTY
--------

Who We'll Pay For a Loss is added under your Property Protection for Item 001-001.

**Premium Change Which Is Due Now**

☒ No Change        ☐ To Be Adjusted At Audit
Additional premium            $0.00      Returned Premium                    $0.00

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) | |
|---|---|---|
| Authorized representative | Endorsement takes effect<br>02/03/05<br>Processing Date: 03/23/05   13:24   004 | Policy Number<br>CK01206228 |

D0061 Ed.11-98 Printed in U.S.A.              Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved            Page   1

**ST. PAUL PREMIER PROPERTY PROTECTION**
**COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the coverage
options and other applicable terms and
conditions that apply to your Premier
Property Protection.

## Valuation Options

Buildings
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐

Business Personal Property
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐ Finished Stock – Selling Price
- ☐

## Coinsurance Provisions

100% Coinsurance  --  All Buildings
100% Coinsurance  --  All Business Personal Property
- ☒ Agreed Amount Option Applies
  - ☒ All Locations
  - ☐ Locations Listed
  - ☒ Agreed Amount  See F0172
  - ☒ Agreed Amount Expiration Date  12-28-2005

## Deductible Options

| | | |
|---|---|---|
| $ | ☐ | All Coverages per event |
| $ 25,000 | ☒ | All Coverages except as indicated below |
| $See F0189 | ☒ | Blanket Earnings and Expense |
| Hours | ☐ | All Coverage per event |
| Days | ☐ | All Coverage per event |
| $ | ☐ | Flood |
| $ | ☐ | Earthquake and volcanic eruption |
| $ | ☐ | Earth movement |

---

**Name of Insured**          **Policy Number** CK01206228          **Effective Date** 02/03/05
LB STEEL, LLC;                                      **Processing Date** 03/23/05  13:24  004

F0171 Rev. 5-02 Printed in U.S.A.               Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved          Page  1 of

The**StPaul**

## Reporting Provisions and Premiums

Reporting Options

☒ Non-reporting

☐ Monthly

☐ Quarterly

☐ Annual

☐ Flat Annual Premium    $

☐ Deposit Premium    $

☐ Minimum Annual Premium $

Reporting Rate per $100

## Miscellaneous Options

☐ Worldwide coverage extension - Portable Computer Hardware

☐ Worldwide coverage extension - Personal Belongings

☐ Worldwide coverage extension - Property in Transit

## Mortgagees and Loss Payees

Who We'll Pay For Loss:
     DELAGE LANDEN FINANCIAL SVCS
     111 OLD EAGLE SCHOOL RD
     WAYNE, PA  19087
     LOSS PAYEE
     Location 001-001 on F0172 Scheduled Locations Coverage Summary

Who We'll Pay For Loss:
     CITY OF CHICAGO
     121 N. LA SALLE
     CHICAGO, IL  60602
     PERSONAL PROPERTY STORED AT THIS LOC
     BY CITY OF CHICAGO
     Location 001-001 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
     MB FINANCIAL BANK N.A.
     1200 N. ASHLAND
     CHICAGO, IL  60622
     MORTGAGEE
     Location 001-001 on F0172 Scheduled Locations Coverage Summary

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**THE ST. PAUL PREMIER PROPERTY PROTECTION**
**COVERAGE SUMMARY -- CONTINUED**

The**StPaul**

This Coverage Summary shows the limits and
coverage options that apply to your Premier
Property Protection.

## Other / Describe

Mortgagees and Loss Payees: (continued)
Mortgage Holders:
```
        CHARTER ONE BANK NA
        ITS SUCCESSORS OR ASSIGNS
        1215 SUPERIOR AVE, SU670
        CLEVELAND,, OH  44114
        MORTGAGEE
        Location 001-002 on F0172 Scheduled Locations Coverage Summary
```

Mortgage Holders:
```
        MB FINANCIAL BANK NA
        1200 N ASHLAND
        CHICAGO, IL  60622
        MORTGAGEE
        Location 001-002 on F0172 Scheduled Locations Coverage Summary
```

Mortgage Holders:
```
        MB FINANCIAL BANK N.A.
        1200 N. ASHLAND
        CHICAGO, IL  60622
        MORTGAGEE
        Location 001-003 on F0172 Scheduled Locations Coverage Summary
```

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 02/03/05 |
| LB STEEL, LLC; | | **Processing Date** 03/23/05  13:24  004 |

F0171 Rev. 5-02 Printed in U.S.A.                  Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved          Page   3  of

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**St Paul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read:  (See also back page and additional page(s) if applicable)

DELETING THE FOLLOWING FORM FROM THE POLICY
E0224 CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT–UMBRELLA EXCESS
     LIABILITY

ADDING THE FOLLOWING FORM TO THE POLICY
F0336 CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT WITH EXCEPTION FOR
     RESULTING FIRE

TERRORISM COVERAGE IS EXCLUDED FOR PROPERTY AND INLAND COVERAGES ONLY.

## Premium Change Which Is Due Now

☒ No change    ☐ To be adjusted at audit

Additional premium           Returned premium

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to:
LB STEEL, LLC;

Authorized representative

Endorsement takes effect:    Policy number:
12/28/04               CK01206228

Processing date:  05/02/05  15:52  005

**TERRORISM RISK INSURANCE ACT OF 2002 CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT WITH EXCEPTION FOR RESULTING FIRE**

The**StPaul**

This endorsement changes all property and certain inland marine insuring agreements.

---

## How Coverage Is Changed

There are two changes that are explained below. These changes limit coverage.

1. The following is added to the Exclusions - Losses We Won't Cover section or any similarly named Exclusions section.

   **Certified acts of terrorism.** We won't cover loss caused directly or indirectly by any certified act of terrorism. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   If fire results, we'll pay for that resulting loss where required by law, but only for direct physical damage to covered property caused by fire, and not for any time element coverage, which includes any blanket earnings and expense, business income and extra expense, extra expense, business income from dependent properties, extra expense from dependent properties, or valued business income coverage.

   This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

   But this exclusion doesn't apply to the following types of inland marine coverages:
   - Accounts Receivable.
   - Camera And Musical Instrument Dealers.
   - Commercial Articles Protection.
   - Equipment Dealers.
   - Film.
   - Floor Plan.
   - Jewelers' Block.
   - Mail.
   - Physicians And Surgeons Equipment.
   - Signs.
   - Theatrical Property.
   - Valuable Papers And Records.

   *Certified act of terrorism* means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 includes the following criteria for such an act of terrorism:

   - The act resulted in aggregate losses in excess of $5 million; and

   - The act is a violent act, or an act that is dangerous to human life, property, or infrastructure, and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States of America, including its territories and possessions and Puerto Rico, or to influence the policy or affect the conduct of the United States Government by coercion.

2. Any coverage of this insuring agreement that states that only the exclusions indicated there apply to it, or that no other exclusions apply to it, is amended to state that the Certified Acts Of Terrorism Exclusion applies to it, unless the Terrorism Exclusion specifies that it doesn't apply to such coverage.

## Other Terms

All other terms of your policy remain the same.

---

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy.  All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/ Bus. of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

is (are) changed to read: (See also back page and additonal page(s) if applicable)

PROPERTY
--------

Rating Information has changed your Property Protection Premium for Item 002-001.

Blanket Coverage is changed for Item 002:
    Blanket Limit of Coverage

---

**Premium Change Which Is Due Now**

☐ No Change          ☐ To Be Adjusted At Audit

Additional premium          $9,661.00          Returned Premium

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) |
|---|---|
| Authorized representative | Endorsement takes effect          Policy Number<br>04/14/05                              CK01206228<br>Processing Date: 06/24/05   11:21   006 |

---

D0061 Ed.11-98 Printed in U.S.A.          Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page    1

**ST. PAUL PREMIER PROPERTY PROTECTION**
**BLANKET EARNINGS AND EXPENSE COVERAGE SUMMARY**

The **St.Paul**

This Coverage Summary shows the coverage
options and other applicable conditions that
apply to your Blanket Earnings and Expense
coverage.

---

**Blanket Earnings And Expense Limit Of Coverage**   $   26,953,000

**Locations Covered**

Loc. No.                        Address

002        BLANKET EARNINGS AND EXTRA EXPENSE

002-001 15700 LATHROP AVENUE HARVEY, IL  60426
        BLANKET EARNINGS AND EXPENSE OPTIONS:
        Temporary Rate Endorsement applies.

002-002 290-296 E. 156TH HARVEY, IL  60426

---

**Ordinary Payroll**          ☒  Included          ☐  Excluded

**Deductible**     $                  Hours 12          Business Days

Refer to the Insuring Agreement for an explanation of coverage.

**Additional Benefit**              **Additional Benefit Limit**

Contract Penalties                    $25,000
Inventory and Appraisals              $25,000
Off Premises Utility Services         $25,000
Pollution Clean-up and Removal        $25,000
Property in Transit                   $25,000
Radioactive Contamination             $25,000

Additional Benefit Restrictions

---

**Optional Coverage − Dependent Property**

Described Locations                              Specific Limit

---

**Name of Insured**          **Policy Number** CK01206228          **Effective Date** 04/14/05
LB STEEL, LLC;                                 **Processing Date** 06/24/05  11:21   006

F0189 Rev. 7-01 Printed in U.S.A.          Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page   1 of

The**St.Paul**

**Locations Covered – Continued**
    **Loc. No.**                                                    **Address**
            BLANKET EARNINGS AND EXPENSE OPTIONS:
            Temporary Rate Endorsement applies.

002-003 310 E. 156TH HARVEY, IL  60426
            BLANKET EARNINGS AND EXPENSE OPTIONS:
            Temporary Rate Endorsement applies.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
TRAVELERS DOC MGMT 241 of 272

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

☒ Insured's Name      ☐ Insured's Mailing Address

☐ Policy Number      ☐ Company

☐ Effective/Expiration Date      ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan      ☐ Premium Determination

☐ Additional Interested Parties      ☐ Coverage Forms and Endorsements

☐ Limits/Exposures      ☐ Deductibles

☐ Covered Property/Location Description      ☐ Classification/Class Codes

☐ Rates      ☐ Underlying Insurance

is (are) changed to read: (See also back page and additional page(s) if applicable)

THE FOLLOWING IS DELETED AS A NAMED INSURED

SOUTH HOLLAND TRUST AND SAVINGS AKA TRUST #3102

## Premium Change Which Is Due Now

☒ No change    ☐ To be adjusted at audit

Additional premium          Returned premium

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to:

LB STEEL, LLC;

Authorized representative

Endorsement takes effect:    Policy number:

12/28/04                CK01206228

Processing date:   08/10/05   16:43   007

---

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The **St Paul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/ Bus. of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

is (are) changed to read: (See also back page and additonal page(s) if applicable)

CAUTION: Endorsements with earlier processing dates DO NOT reflect these changes.

PROPERTY
--------

Who We'll Pay For a Loss is added under your Property Protection for Item 001-001.

Mortgage Holder is added under your Property Protection for Item 001-001.

The following Mortgage Holder no longer applies under your Property Protection for Item 001-001:

---

**Premium Change Which Is Due Now**

☒ No Change    ☐ To Be Adjusted At Audit

Additional premium          $0.00      Returned Premium                    $0.00

---

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) |
|---|---|
| Authorized representative | Endorsement takes effect          Policy Number<br>12/28/04                                  CK01206228<br>Processing Date: 08/10/05  16:43  007 |

---

D0061 Ed.11-98 Printed in U.S.A.          Policy Change Endorsement

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page     1

**The St.Paul**

> MB FINANCIAL BANK N.A.
> 1200 N. ASHLAND
> CHICAGO, IL 60622

Who We'll Pay For a Loss is added under your Property Protection for Item 001-002.

The following Mortgage Holder no longer applies under your Property Protection for Item 001-002:

> MB FINANCIAL BANK NA
> 1200 N ASHLAND
> CHICAGO, IL 60622

Mortgage Holder is added under your Property Protection for Item 001-003.

The following Mortgage Holder no longer applies under your Property Protection for Item 001-003:

> MB FINANCIAL BANK N.A.
> 1200 N. ASHLAND
> CHICAGO, IL 60622

COMMERCIAL AUTOMOBILE
----------------------------

The Following Changes Affect Vehicle 0002:

> VIN/Serial Number Is Changed From 1GCDC1424PE148577 To 1GCDC1428PE148577.

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

**ST. PAUL PREMIER PROPERTY PROTECTION
COVERAGE SUMMARY**

The **StPaul**

This Coverage Summary shows the coverage
options and other applicable terms and
conditions that apply to your Premier
Property Protection.

## Valuation Options

Buildings
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐

Business Personal Property
- ☐ Actual Cash Value
- ☒ Replacement Cost
- ☐ Finished Stock – Selling Price
- ☐

## Coinsurance Provisions

100% Coinsurance  --  All Buildings
100% Coinsurance  --  All Business Personal Property
- ☒ Agreed Amount Option Applies
  - ☒ All Locations
  - ☐ Locations Listed
  - ☒ Agreed Amount   See F0172
  - ☒ Agreed Amount Expiration Date   12-28-2005

## Deductible Options

| | | |
|---|---|---|
| $ | ☐ | All Coverages per event |
| $    25,000 | ☒ | All Coverages except as indicated below |
| $See F0189 | ☒ | Blanket Earnings and Expense |
| Hours | ☐ | All Coverage per event |
| Days | ☐ | All Coverage per event |
| $ | ☐ | Flood |
| $ | ☐ | Earthquake and volcanic eruption |
| $ | ☐ | Earth movement |

---

**Name of Insured**
LB STEEL, LLC;

**Policy Number** CK01206228

**Effective Date** 12/28/04

**Processing Date** 08/10/05  16:43  007

F0171 Rev. 5-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Coverage Summary
Page   1 of

The **St.Paul**

## Reporting Provisions and Premiums

Reporting Options

☒ Non-reporting
☐ Monthly
☐ Quarterly
☐ Annual

Reporting Rate per $100

☐ Flat Annual Premium    $
☐ Deposit Premium        $
☐ Minimum Annual Premium $

## Miscellaneous Options

☐ Worldwide coverage extension - Portable Computer Hardware
☐ Worldwide coverage extension - Personal Belongings
☐ Worldwide coverage extension - Property in Transit

## Mortgagees and Loss Payees

Who We'll Pay For Loss:
    DELAGE LANDEN FINANCIAL SVCS
    111 OLD EAGLE SCHOOL RD
    WAYNE, PA  19087
    LOSS PAYEE
    Location 001-001 on F0172 Scheduled Locations Coverage Summary

Who We'll Pay For Loss:
    WALSH CONSTRUCTION
    929 W. ADAMS STREET
    CHICAGO, IL  60607
    Location 001-001 on F0172 Scheduled Locations Coverage Summary

Who We'll Pay For Loss:
    GODWIN PUMPS OF AMERICA INC
    1 FLOODGATE ROAD
    BRIDGEPORT, NJ  08014
    Location 001-001 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
    CHARTER ONE BANK NA
    ITS SUCCESSORS OR ASSIGNS
    1215 SUPERIOR AVE, SU670
    CLEVELAND,, OH  44114
    Location 001-001 on F0172 Scheduled Locations Coverage Summary

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**THE ST. PAUL PREMIER PROPERTY PROTECTION**
**COVERAGE SUMMARY – CONTINUED**

The **StPaul**

This Coverage Summary shows the limits and
coverage options that apply to your Premier
Property Protection.

---

### Other / Describe

Mortgagees and Loss Payees: (continued)
Who We'll Pay For Loss:
        GODWIN PUMPS OF AMERICA INC
        1 FLOODGATE ROAD
        BRIDGEPORT, NJ  08014
        Location 001-002 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
        CHARTER ONE BANK NA
        ITS SUCCESSORS OR ASSIGNS
        1215 SUPERIOR AVE, SU670
        CLEVELAND,, OH  44114
        MORTGAGEE
        Location 001-002 on F0172 Scheduled Locations Coverage Summary

Mortgage Holders:
        CHARTER ONE BANK NA
        ITS SUCCESSORS OR ASSIGNS
        1215 SUPERIOR AVE, SU670
        CLEVELAND,, OH  44114
        Location 001-003 on F0172 Scheduled Locations Coverage Summary

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | | **Processing Date** 08/10/05  16:43  007 |

F0171 Rev. 5-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Coverage Summary
Page  3  of

TRAVELERS DOC MGMT 247 of 272

# LENDER'S LOSS PAYABLE ENDORSEMENT

The **St.Paul**

This endorsement changes your Property Protection.

## How Your Coverage Is Changed

**Who we'll pay for loss.** We'll adjust any loss with you. However, our payments for property loss will be made to you and any person or organization shown below or on the Coverage Summary, as a loss payee who has an interest in the covered property. This interest is based on:
- a financing agreement for covered property;
- a contract for deed;
- a bill of lading; or
- another similar financial agreement.

We'll pay you and that person or organization based on the interest each of you has in the covered property.

**Rights of such person or organization.** The loss payee has a right to receive payment for loss even if foreclosure action has begun or if we have denied the claim because of your acts or failure to comply with the rules of this policy.

If you fail to make a claim for a loss, the loss payee can make a claim. The same rules that apply to you will apply to the loss payee. To receive payment the loss payee must:
- pay any premium due if you have failed to do so;
- submit a signed proof of loss statement within 60 days of being told by us that you've failed to do so; and

- tell us about any change in occupancy or ownership of the property, or about any substantial change in the risk that's known. If this happens, all of the terms of that coverage will apply directly to the loss payee, not to you.

If we pay the loss payee instead of you because of your acts, or your failure to comply with the rules of your agreement, their rights will be transferred to us, to the extent that we've paid for the covered property. The loss payee's rights to be repaid won't be impaired.

We have the right to pay off the debt on the property. If we do, we'll take over the loss payee's right to be repaid by you.

**Cancellation.** The General Rules explains how we may cancel your policy. If we cancel, we'll mail a notice of cancellation to the loss payee named in the Coverage Summary at least 30 days before coverage will end or 10 days if we cancel for non-payment of premium.

## Other Terms

All other terms of your policy remain the same.

---

**Person or organization**
BANK ONE
120 S. LASALLE STREET
CHICAGO, IL 60603

APPLIES TO BUISNESS PERSONAL PROPERTY AT ALL LOCATIONS

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK01206228 | **Effective Date** 12/28/04 |
| LB STEEL, LLC; | **Processing Date** 08/10/05  16:43  007 | |

42325 Ed.4-86 Printed in U.S.A.　　　　　Endorsement
©St.Paul Fire and Marine Insurance Co.1986　　　　　　　　　　Page 1 of 1

**CONTRACTOR'S EQUIPMENT PROTECTION
COVERAGE SUMMARY**

The **St.Paul**

This Coverage Summary shows the limit and
extent of your Contractor's Equipment
Protection.

---

**Coverage Summary** ⊠ *indicates applicable.*

---

**Scheduled equipment**                                    **Limit of coverage**

☐   See schedule attached      ☐   Schedule on file        $

Unscheduled equipment you own or have in your care that is used
in your business, but no more than $
for any one item.                                           $

Unscheduled equipment leased or rented from others that is used
in your business, but no more than $ 10,000.
for any one item.                                           $

Catastrophe limit                                          $ 30,000

---

**Your Rates**

Scheduled Equipment                         per $100 of value

Unscheduled Equipment you own               per $100 of value

Unscheduled Equipment you lease or rent from others    per $100 of rental fees

Deposit and minimum annual premium          (included in premium on
                                             Introduction page)

---

**Your Deductible**

$ 1,000.      ☐  All Coverages      ☐  All Coverages Except As Indicated Below
$
$
$

---

**Increased Additional Benefits Coverage**

☐  Employee Tools      increased to:      $        any one employee
                                          $        maximum any one loss

☐  Rental Expenses     increased to:      $        any one day
                                          $        maximum any one loss

LOSS PAYEES
RSC/RENTAL SERVICES CORP./PRIME EQUIPMENT
3200 HARBOR LANE  SUITE 100
MINNEAPOLIS, MN 55447

---

**Name of Insured**        **Policy Number** CK01206228    **Effective Date** 12/28/04

LB STEEL, LLC;                                **Processing Date** 08/10/05   16:43   007

---

**SCHEDULE CHANGE ENDORSEMENT**

The St Paul

This endorsement shows the changes that are
made in your Auto Schedule.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0002 1993 CHEVROLET | PICK UP | 1GCDC1428PE148577 | HARVEY IL |

ACV or Stated Amount  Deductible

- [x] Liability *
- [x] Uninsured Motorists*
- [ ] No-Fault*
- [ ] Medical Payments
- [ ] Comprehensive
- [ ] Collision
- [ ] Specified Causes of Loss
- [ ] Towing

Maximum

UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- [ ] Liability *
- [ ] Uninsured Motorists*
- [ ] No-Fault*
- [ ] Medical Payments
- [ ] Comprehensive
- [ ] Collision
- [ ] Specified Causes of Loss
- [ ] Towing

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- [ ] Liability *
- [ ] Uninsured Motorists*
- [ ] No-Fault*
- [ ] Medical Payments
- [ ] Comprehensive
- [ ] Collision
- [ ] Specified Causes of Loss
- [ ] Towing

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 08/10/05  16:43  007 | |

The **St.Paul**

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

TRAVELERS DOC MGMT 251 of 272

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read: (See also back page and additional page(s) if applicable)

Amending from F0173 Additional Benefits Coverage Summary

## Premium Change Which Is Due Now

☒ No change ☐ To be adjusted at audit

Additional premium                    Returned premium

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to:<br>LB STEEL, LLC; |
|---|---|
| Authorized representative | Endorsement takes effect:       Policy number:<br>12/28/04                           CK01206228<br>Processing date:  08/12/05   16:02   008 |

THE ST. PAUL PREMIER PROPERTY PROTECTION
ADDITIONAL BENEFITS COVERAGE SUMMARY

The**St.Paul**

This Coverage Summary shows the limits that
apply to the Additional Benefits section of
your agreement.

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Accounts Receivable | $50,000 |
| Catastrophe Allowance | $10,000 |
| Computers | 250,000 |
| Deferred Payments | $25,000 |
| Demolition And Increased Cost Of Construction - maximum per loss (subject to a maximum per building or improvement of 10% of value) | $1,000,000 |
| Depositors Forgery | $25,000 |
| Employee Theft | $10,000 |
| Endangered Property | $10,000 |
| Extra Expense | $25,000 |
| Fine Arts | $25,000 |
| Fire Department Service Charge | $25,000 |
| Fire Protective Equipment | $25,000 |
| Inventory And Appraisals | $25,000 |
| Lost Key | $25,000 |
| Money And Securities | |
| • Inside limit | $20,000 |
| • Outside limit | $10,000 |
| Money Orders And Counterfeit Currency | $25,000 |
| Newly Acquired Property | |
| • Building limit | $1,000,000 |
| • Business Personal Property limit | $500,000 |
| Off Premises Utility Failure | $50,000 |
| Outdoor Property | $25,000 |
| Personal Belongings | $25,000 |
| Pollution Cleanup And Removal | $25,000 |
| Property In Transit | $25,000 |
| Radioactive Contamination | $25,000 |

| | | |
|---|---|---|
| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
| LB STEEL, LLC; | | Processing Date 08/12/05  16:02  008 |

F0173 Rev. 7-01 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

Coverage Summary
Page 1 of 2

The**StPaul**

| | |
|---|---|
| Random Attack – Hacking Event Or Computer Virus | $10,000 |
| Rewards | $25,000 |
| Unscheduled Locations | $50,000 |
| Valuable Records Research | $50,000 |
| Voluntary Surrender | $25,000 |

Additional Benefit restrictions, if any:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved TRAVELERS DOC MGMT 254 of 272

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The **St.Paul**

This endorsement summarizes certain changes to your policy.  All other terms of your policy not affected by these changes remain the same.

---

### How Your Policy Is Changed

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read: (See also back page and additonal page(s) if applicable)

```
CAUTION: Endorsements with earlier processing dates DO NOT reflect these
changes.
COMMERCIAL AUTOMOBILE
-----------------------

The Following Changes Affect Vehicle 0004:

    VIN/Serial Number Is Changed From 1JFA45267TL381840 To 1JJF45267TL381840.
```

---

### Premium Change Which Is Due Now

☒ No Change          ☐ To Be Adjusted At Audit

Additional premium          $0.00          Returned Premium          $0.00

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to LB STEEL, LLC; COBURN STEEL PRODUCTS INC (DIVISION) MZG ASSOCIATES, LLC AND PROTECTIVE DOOR INDUSTRIES (DIVISION) |
|---|---|
| Authorized representative | Endorsement takes effect     Policy Number 12/28/04                             CKO1206228 Processing Date: 08/15/05  11:25  009 |

---

D0061 Ed.11-98 Printed in U.S.A.               Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved               Page    1

**SCHEDULE CHANGE ENDORSEMENT**

The **St Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0004 1996 WABASH | TRAILER | 1JJF45267TL381840 | HARVEY IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $1,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $1,000 |
| ☐ No-Fault | ☐ Specified Causes of Loss | | |
| ☐ Medical Payments | ☐ Towing | ☐ Maximum | |

Hired Autos Covered as Owned Auto
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.  You and:**

AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND   IL 60473
(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| | | | |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☐ Liability * | ☐ Comprehensive | ☐ | |
| ☐ Uninsured Motorists* | ☐ Collision | ☐ | |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | ☐ Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| | | | |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☐ Liability * | ☐ Comprehensive | ☐ | |
| ☐ Uninsured Motorists* | ☐ Collision | ☐ | |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | ☐ Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 08/15/05  11:25  009 | |

44493 Ed.4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

Schedule Change

Page   1

**The St Paul**

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible
☐
☐
☐
          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible
☐
☐
☐
          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible
☐
☐
☐
          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT— FOR AUTOS
YOU'VE LEASED FROM OTHERS**

The **StPaul**

This endorsement changes your commercial
auto insurance

---

### How Your Coverage Is Changed

The leased autos indicated below will be
covered as if they are autos you own, not
hired autos. But coverage on any leased auto
will end:

- on the expiration date of the lease shown
  below;
- when the person or organization who
  leased the auto to you or their agent
  takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any
substitute or replacement auto, that you've
leased under a written agreement, that
requires you to provide direct primary
insurance on the auto.

The Who Is Protected section of your
Liability Agreement is changed by adding the
following.

- The person or organization named below,
  from whom you've leased an auto, is
  protected.

The Who We'll Pay For Loss Section of your
Auto Physical Damage Agreement includes
the person or organization named below.

### Cancellation

The Cancellation section in the General Rules
is changed by adding the following.

If we cancel your policy, we'll mail a notice
of cancellation to the person or organization
named from whom you lease an auto.

That person or organization isn't responsible
for paying premiums for your insurance.

### Other Terms

All other terms of your policy remain the
same.

---

**Person or organization**

AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND    IL 60473

---

| Coverages | Limits of Coverage | Deductibles | |
|---|---|---|---|
| *(Refer to the Auto Schedule)* | | | |
| **Leased Autos** | | | **Lease Expiration** |
| 1994  BENSON | 1NUFT28Z0RMNA0092 | | 12-28-2005 |
| 1996  WABASH | 1JJF45267TL381840 | | 12-28-2005 |

---

| Name of Insured | Policy Number CK01206228 | Effective Date 12/28/04 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 08/15/05  11:25  009 |

---

44476 Ed. 4-91 Printed in U.S.A.                          Endorsement
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved          Page 1 of 2

**The St.Paul**

**Leased Autos**                                             **Lease Expiration**

44476 Ed. 4-91 Printed in U.S.A.
Page 2 of 2                ©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

**POLICY CHANGE ENDORSEMENT**

The **St Paul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

## How Your Policy Is Changed

The Demolition and Increased Cost of Construction under Form F0173
is amended to read $1,000,000 (the maximum per loss wording is deleted)

The following wording is deleted from the Premier Property Form F0150—
Additional Benefits—Demolition and Increased Cost of Construction

or 10% times the value of the damaged covered building or improvement as
indicated in the statement of values or schedule

---

**Premium Change Which Is Due Now**

Additional premium        $0                    Returned Premium

---

If issued after the date your policy          Policy issued to
begins, these spaces must be completed          LB STEEL, LLC;
and our representative must sign below.

Authorized representative          Endorsement takes effect          Policy Number
                                    12/28/04                          CK01206228
                                    Processing Date: 08/19/05   15:01   010

---

40704 Ed.5-84 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved              Page      1

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

☐ Insured's Name      ☐ Insured's Mailing Address

☐ Policy Number      ☐ Company

☐ Effective/Expiration Date      ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan      ☐ Premium Determination

☐ Additional Interested Parties      ☐ Coverage Forms and Endorsements

☐ Limits/Exposures      ☐ Deductibles

☐ Covered Property/Location Description      ☐ Classification/Class Codes

☐ Rates      ☐ Underlying Insurance

is (are) changed to read: (See also back page and additonal page(s) if applicable)

```
COMMERCIAL AUTOMOBILE
----------------------

The Following Changes Affect Vehicle 0003:

    Vehicle Is Deleted.
```

---

**Premium Change Which Is Due Now**

☐ No Change      ☐ To Be Adjusted At Audit

Additional premium      Returned Premium      $165.00

| | |
|---|---|
| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) |
| Authorized representative | Endorsement takes effect   Policy Number<br>05/04/05      CK01206228<br>Processing Date: 09/28/05   10:30   011 |

---

**SCHEDULE CHANGE ENDORSEMENT**                                  The**St Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0003 1994 BENSON | TRAILER | 1NUFT28ZORMNA0092 HARVEY IL | |

ACV or Stated Amount  Deductible

☐ Liability *            ☐ Comprehensive
☐ Uninsured Motorists*   ☐ Collision
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing                        Maximum

This vehicle deleted on 05/04/05

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *            ☐ Comprehensive
☐ Uninsured Motorists*   ☐ Collision
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing                        Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *            ☐ Comprehensive
☐ Uninsured Motorists*   ☐ Collision
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing                        Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK01206228 | Effective Date 05/04/05 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 09/28/05  10:30  011 | |

44493 Ed.4-91 Printed in U.S.A.                    Schedule Change
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved          Page    1

**The St.Paul**

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *    ☐ Comprehensive
☐ Uninsured Motorists*  ☐ Collision
☐ No-Fault*   ☐ Specified Causes of Loss
☐ Medical Payments  ☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *    ☐ Comprehensive
☐ Uninsured Motorists*  ☐ Collision
☐ No-Fault*   ☐ Specified Causes of Loss
☐ Medical Payments  ☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *    ☐ Comprehensive
☐ Uninsured Motorists*  ☐ Collision
☐ No-Fault*   ☐ Specified Causes of Loss
☐ Medical Payments  ☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT– FOR AUTOS YOU'VE LEASED FROM OTHERS**

The **StPaul**

This endorsement changes your commercial auto insurance

---

## How Your Coverage Is Changed

The leased autos indicated below will be covered as if they are autos you own, not hired autos. But coverage on any leased auto will end:

- on the expiration date of the lease shown below;
- when the person or organization who leased the auto to you or their agent takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any substitute or replacement auto, that you've leased under a written agreement, that requires you to provide direct primary insurance on the auto.

The Who Is Protected section of your Liability Agreement is changed by adding the following.

- The person or organization named below, from whom you've leased an auto, is protected.

The Who We'll Pay For Loss Section of your Auto Physical Damage Agreement includes the person or organization named below.

## Cancellation

The Cancellation section in the General Rules is changed by adding the following.

If we cancel your policy, we'll mail a notice of cancellation to the person or organization named from whom you lease an auto.

That person or organization isn't responsible for paying premiums for your insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person or organization**

AIM NATIONAL LEASE
16055 VAN DRUNNEN
SOUTH HOLLAND   IL 60473

---

| Coverages | Limits of Coverage | Deductibles |
|---|---|---|
| *(Refer to the Auto Schedule)* | | |

| Leased Autos | | Lease Expiration |
|---|---|---|
| 1996  WABASH | 1JJF45267TL381840 | 12-28-2005 |

---

| Name of Insured | Policy Number CK01206228 | Effective Date 05/04/05 |
|---|---|---|
| LB STEEL, LLC; | | Processing Date 09/28/05  10:30  011 |

---

Endorsement
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

**The St Paul**

**Leased Autos**                                                      **Lease Expiration**

**POLICY CHANGE ENDORSEMENT — FOR CERTAIN TYPES OF CHANGES ONLY**

The **StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

☐ Insured's Name

☐ Policy Number

☐ Effective/Expiration Date

☐ Payment Plan

☐ Additional Interested Parties

☐ Limits/Exposures

☐ Covered Property/Location Description

☐ Rates

☐ Insured's Mailing Address

☐ Company

☐ Insured's Legal Status/ Bus. of Insured

☐ Premium Determination

☐ Coverage Forms and Endorsements

☐ Deductibles

☐ Classification/Class Codes

☐ Underlying Insurance

is (are) changed to read: (See also back page and additonal page(s) if applicable)

```
COMMERCIAL AUTOMOBILE
---------------------

The Following Changes Affect Vehicle 0010:

     Vehicle Is Added---Refer To Schedule Change Endorsement For Coverages
     Provided.
```

---

**Premium Change Which Is Due Now**

☐ No Change      ☐ To Be Adjusted At Audit

Additional premium          $48.00      Returned Premium

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) |
|---|---|
| Authorized representative | Endorsement takes effect          Policy Number<br>10/17/05                              CK01206228<br>Processing Date: 11/01/05  08:34  012 |

---

D0061 Ed.11-98 Printed in U.S.A.                    Policy Change Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page      1

## SCHEDULE CHANGE ENDORSEMENT

**The St Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0010 1996 GREAT DANE | FLATBED TRAILER | 1GRDM9628TM005601 HARVEY IL | |

ACV or Stated Amount    Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☒    $1,000
☒    $1,000

Maximum

Hired Autos Covered as Owned Auto
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| | | | |

ACV or Stated Amount    Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| | | | |

ACV or Stated Amount    Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Name of Insured | Policy Number CK01206228 | Effective Date 10/17/05 |
|---|---|---|
| LB STEEL, LLC; | Processing Date 11/01/05 08:34 012 | |

---

**The St.Paul**

---

**Auto Year Make**          **Type**                    **VIN/Serial**          **Location**

☐ Liability ∗                ☐ Comprehensive           ACV or Stated Amount  Deductible
☐ Uninsured Motorists∗       ☐ Collision                ☐
☐ No-Fault∗                  ☐ Specified Causes of Loss ☐
☐ Medical Payments           ☐ Towing                   ☐
                                                          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(∗Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**          **Type**                    **VIN/Serial**          **Location**

☐ Liability ∗                ☐ Comprehensive           ACV or Stated Amount  Deductible
☐ Uninsured Motorists∗       ☐ Collision                ☐
☐ No-Fault∗                  ☐ Specified Causes of Loss ☐
☐ Medical Payments           ☐ Towing                   ☐
                                                          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(∗Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**          **Type**                    **VIN/Serial**          **Location**

☐ Liability ∗                ☐ Comprehensive           ACV or Stated Amount  Deductible
☐ Uninsured Motorists∗       ☐ Collision                ☐
☐ No-Fault∗                  ☐ Specified Causes of Loss ☐
☐ Medical Payments           ☐ Towing                   ☐
                                                          Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(∗Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

TRAVELERS DOC MGMT 268 of 272

## HIRED AUTOS COVERED AS OWNED AUTOS ENDORSEMENT

The**StPaul**

This endorsement changes your Auto Liability
Protection.

---

### How Your Coverage Is Changed

The autos that this endorsement applies to are
shown in the Coverage Summary or Auto Sche-
dule.   They will be covered as if they are autos
you own.

The owners or anyone else from whom you rent
or lease such covered autos are also protected
while the autos are used by or for you.

### Other Terms

All other terms of your policy remain the same.

---

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

☐ Insured's Name      ☐ Insured's Mailing Address

☐ Policy Number      ☐ Company

☐ Effective/Expiration Date      ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan      ☐ Premium Determination

☐ Additional Interested Parties      ☐ Coverage Forms and Endorsements

☐ Limits/Exposures      ☐ Deductibles

☐ Covered Property/Location Description      ☐ Classification/Class Codes

☐ Rates      ☐ Underlying Insurance

is (are) changed to read: (See also back page and additonal page(s) if applicable)

COMMERCIAL AUTOMOBILE
----------------------------

The Following Changes Affect Vehicle 0011:

     Vehicle Is Added--Refer To Schedule Change Endorsement For Coverages Provided.

---

**Premium Change Which Is Due Now**
☐ No Change    ☐ To Be Adjusted At Audit
Additional premium      $37.00    Returned Premium

| | |
|---|---|
| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>LB STEEL, LLC;<br>COBURN STEEL PRODUCTS INC (DIVISION)<br>MZG ASSOCIATES, LLC AND<br>PROTECTIVE DOOR INDUSTRIES (DIVISION) |
| Authorized representative | Endorsement takes effect    Policy Number<br>10/25/05               CK01206228<br>Processing Date: 11/01/05   08:38   013 |

---

**SCHEDULE CHANGE ENDORSEMENT**

The**St.Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0011 2002 TIMBERWOLF | TRAILER | 48FCF182121008207 | HARVEY IL |

ACV or Stated Amount   Deductible

☒ Liability *                 ☒ Comprehensive            ☒   $1,000
☒ Uninsured Motorists*        ☒ Collision                ☒   $1,000
☐ No-Fault*                   ☐ Specified Causes of Loss
☐ Medical Payments            ☐ Towing                       Maximum

Hired Autos Covered as Owned Auto
UM Property Damage Applies

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount   Deductible

☐ Liability *                 ☐ Comprehensive            ☐
☐ Uninsured Motorists*        ☐ Collision                ☐
☐ No-Fault*                   ☐ Specified Causes of Loss
☐ Medical Payments            ☐ Towing                       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount   Deductible

☐ Liability *                 ☐ Comprehensive            ☐
☐ Uninsured Motorists*        ☐ Collision                ☐
☐ No-Fault*                   ☐ Specified Causes of Loss
☐ Medical Payments            ☐ Towing                       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Name of Insured**          **Policy Number** CK01206228      **Effective Date** 10/25/05
LB STEEL, LLC;                       **Processing Date** 11/01/05   08:38   013

---

44493 Ed.4-91 Printed in U.S.A.                Schedule Change
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved          Page     1

The**StPaul**

---

**Auto Year Make**              **Type**              **VIN/Serial**         **Location**

                                                           ACV or Stated Amount   Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

           Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**              **Type**              **VIN/Serial**         **Location**

                                                           ACV or Stated Amount   Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

           Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**              **Type**              **VIN/Serial**         **Location**

                                                           ACV or Stated Amount   Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

           Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved