# EXHIBIT 3

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
_____

**Name of Insuring Company(ies)**

| 630-9578B155 | 01/01/06 - 01/01/07 | 06/08/16 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

Kenneth Kupec, Second Vice President
BI Document Management



ST PAUL TRAVELERS

One Tower Square, Hartford, Connecticut 06183

INDUSTRIAL MACHINERY
COMMON POLICY DECLARATIONS
ISSUE DATE: 01/10/06

POLICY NUMBER: Y-630-9578B155-TIL-06

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   L.B. STEEL, LLC  (AS PER IL T8 00)
   15700 LATHROP AVENUE
   HARVEY, IL 60426

2. POLICY PERIOD:  From 01/01/06 to 01/01/07 12:01 A.M. Standard Time at
                                                your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy            Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS           DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TIL
   COMMERCIAL CRIME COV PART DECLARATIONS               CR T0 01 07 86 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                      Policy No.              Insuring Company

7. PREMIUM SUMMARY:
   Provisional Premium   $ 108,742
   Due at Inception      $  10,876
   Due at Each 1 MONTH   $  10,874

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   MYERS-BRIGGS & CO INC (CF234)
   300 S WACKER DR #2000                    _____
   CHICAGO, IL 60606                        Authorized Representative

                                            DATE:_____

IL T0 02 11 89     PAGE 1 OF 1
OFFICE: NAPERVILLE IL



**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**L.B. STEEL, LLC
15700 LATHROP AVENUE
HARVEY IL 60426**

**Presented by:  MYERS-BRIGGS & CO INC**


**ST PAUL TRAVELERS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06

**EFFECTIVE DATE:** 01-01-06

**ISSUE DATE:** 01-10-06

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89   COMMON POLICY DECLARATIONS
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 01 04   COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96   LOCATION SCHEDULE
IL T8 00         GENERAL PURPOSE ENDORSEMENT
```

**DELUXE PROPERTY**

```
DX T0 00 09 98   DELUXE PROPERTY COV PART DECLARATIONS
DX 00 01 07 94   MORTGAGEE HOLDER SCHEDULE
DX T8 01         GENERAL PURPOSE ENDORSEMENT
DX 00 04 03 98   TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98   DELUXE PROPERTY COVERAGE FORM
DX T1 01 03 98   DELUXE BUSINESS INCOME COV FORM AND EE
DX T3 19 02 04   CAUSES OF LOSS - EQUIPMENT BREAKDOWN
DX T3 41 03 98   PROTECTIVE SAFEGUARDS
DX T3 62 03 98   ADDITIONAL COVERED PROPERTY
DX T3 79 03 98   LOSS PAYABLE PROVISIONS
DX T3 85 03 98   UTILITY SERVICE - DIRECT DAMAGE
DX T3 86 03 98   UTILITY SERVICES - TIME ELEMENT
DX T3 93 07 00   BUSINESS INCOME - CIVIL AUTHORITY AMEND
DX T4 02 10 04   TERRORISM RISK INS ACT 2002 DISCLOSURE
DX T3 98 04 02   ELECTRONIC VANDALISM LIMITATION
```

**COMMERCIAL GENERAL LIABILITY**

```
CG T0 01 11 03   COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87   DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03   KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 11 03   TABLE OF CONTENTS
CG 00 01 10 01   COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 55 11 03   AMENDMENT OF COVERAGE - POLLUTION
CG D2 91 11 03   FIDUCIARIES-FIDUCIARY INTEREST
CG D3 25 01 04   ADDITIONAL INSURED - MORTGAGEE,ASSIGNEE
CG 21 70 11 02   CAP ON LOSSES CERTIFIED ACTS TERRORISM
CG D0 37 04 05   OTHER INSURANCE-ADDITIONAL INSUREDS
CG D1 87 11 03   MANUFACTURERS AND WHOLESALERS XTEND END
CG D2 34 01 05   WEB XTEND - LIABILITY
CG D2 56 11 03   AMENDMENT OF COVERAGE
CG D2 88 11 03   EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG D3 26 01 04   EXCLUSION-UNSOLICITED COMMUNICATIONS
CG D1 42 01 99   EXCLUSION-DISCRIMINATION
CG D2 42 01 02   EXCLUSION WAR
CG T3 23 07 02   EXCL-AIRCRAFT PRODUCTS AND GROUNDING
```

TRAVELERS DOC MGMT 4 of 281


**ST PAUL TRAVELERS**

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG T4 78 02 90    EXCLUSION-ASBESTOS
CG F2 11 11 03    ILLINOIS CHANGES - INSURED CONTRACT
```

EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 11 88    EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 07 86    EMPLOYEE BENEFITS LIABILITY COV FORM
CG T5 30 06 89    AMENDMENT-EBL
CG D0 38 03 95    EXCLUSION-IRC VIOLATIONS
CG T4 85 11 88    ADDITIONAL EXCLUSION-EBL
```

MULTIPLE SUBLINE ENDORSEMENTS

C = COMMERCIAL GENERAL LIABILITY
E = EMPLOYEE BENEFITS LIABILITY
L = LIQUOR LIABILITY

```
CG 02 00 07 05    IL CHANGES -CANCELLATION AND NONRENEWAL  (C, E, L)
```

INLAND MARINE

```
CM A0 28 08 96    IMPAK COVERAGE PART DECLARATIONS
CM T9 98 07 96    TRANSPORT COV-BROAD/SPECIAL/DELUXE DEC
CM T3 71 08 96    IM PAK COVERAGE SUMMARY
CM T0 28 08 96    IM PAK COV CONTRACTORS EQUIP SCHEDULE
CM T0 11 08 05    TABLE OF CONTENTS
CM 00 01 09 04    COMMERCIAL INLAND MARINE CONDITIONS
CM T8 94 09 93    LOSS PAYABLE PROVISIONS
CM T1 14 11 03    TRANSPORTATION COVERAGE - SPECIAL FORM
CM T1 43 08 96    IMPAK COVERAGE FORM
CM T8 00          GENERAL PURPOSE ENDORSEMENT
CM T3 98 10 04    TERRORISM RISK INS ACT 2002 DISCLOSURE
CM 01 28 03 99    ILLINOIS CHANGES - INTENTIONAL ACTS
CM 02 04 09 00    ILLINOIS CHANGES
```

CRIME

```
CR T0 01 07 86    COMMERCIAL CRIME COVERAGE DECLARATION
CR 10 43 01 89    JOINT INSURED
CR T0 14 10 90    TABLE OF CONTENTS
CR 10 00 10 90    CRIME GENERAL PROVISIONS
CR 00 01 10 90    EMPLOYEE DISHONESTY COV FORM - BLANKET
CR 00 03 01 86    FORGERY OR ALTERATION COVERAGE FORM
CR 00 04 10 90    THEFT/DISAPPEARANCE/DESTRUCTION COVERAGE
CR 10 27 01 86    WELFARE & PENSION PLAN ERISA COMPLIANCE
```

IL T8 01 10 93



CRIME (CONTINUED)

```
CR T3 11 10 04    TERRORISM RISK INS ACT 2002 DISCLOSURE
CR 10 04 01 89    EXCLUDE TRADING LOSS
CR 10 05 01 86    EXCLUDE WAREHOUSE RECEIPTS LOSSES
CR 02 02 06 90    ILLINOIS CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T3 68 09 04    FEDERAL TERRORISM RISK INSURANCE ACT
IL T3 76 11 02    CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL 00 21 07 02    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 09 52 11 02    CAP LOSSES-CERTIFIED ACTS OF TERRORISM
IL F0 15 07 05    IL CHANGES-CANCELLATION AND NONRENEWAL
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 14 05 05    ILLINOIS CHANGES
IL T0 10 04 94    LENDERS CERTIFICATE  OF INSURANCE-FORM A
IL T0 11 03 96    LENDERS' CERTIFICATE OF INSURANCE-FORM B
```

POLICYHOLDER NOTICES

```
PN T4 33 06 04    LIBERALIZATION LETTER - COMM'L ACCOUNTS
```

IL T8 01 10 93

# COMMON POLICY CONDITIONS–DELUXE

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes, or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

TRAVELERS DOC MGMT 7 of 281

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have rights and duties but only with respect to that property.

## G. WHEN WE DO NOT RENEW

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient- sufficient proof of notice.

## H. DELUXE PROPERTY COVERAGE PART–REFERENCE TO FORMS AND ENDORSEMENTS

In some instances, the Deluxe Property Declarations- Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;
2. The Commercial Inland Marine Coverage Part;
3. Commercial Property forms including, but not limited to, the following:
   a. Building and Personal Property Coverage Form;
   b. Business Income Coverage Form;
   c. Commercial Property Conditions;
   d. Causes of Loss–Special Form
   e. Causes of Loss–Earthquake Form.
4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage–Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

## I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declaration and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company), have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)

General Counsel & Secretary

Chairman of the Board & Chief Executive Officer

TRAVELERS DOC MGMT 8 of 281

**LOCATION SCHEDULE**          **POLICY NUMBER:** `Y-630-9578B155-TIL-06`

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period `01-01-06` to `01-01-07`.

| Loc. No. | Bldg. No. | Address | Occupancy |
|----|----|----|----|
| 1 | 1 | 15700 LATHROP AVENUE<br>HARVEY, IL 60426 | PLANT   OFFICE |
| 2 | 2 | 290 - 296 E 156TH ST<br>HARVEY, IL 60426 | PLANT |
| 3 | 3 | 310 E 156TH ST<br>HARVEY, IL 60426 | STORAGE AND CUTTING |
| 4 | 4 | 1000 W 142ND<br>RIVERDALE, IL 60827 | LIABILITY ONLY |

```
ITEM 1, NAMED INSURED TO READ:

L.B. STEEL, LLC
COBURN STEEL PRODUCTS, INC.
PROTECTIVE DOOR INDUSTRIES
SOUTH CHICAGO BANK AS TRUSTEE UTA DATED 1/27/98
AKA TRUST #11-2980
MZG ASSOCIATES, LLC
```

TRAVELERS DOC MGMT 10 of 281

# DELUXE PROPERTY



# DELUXE PROPERTY


**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE:  Same as policy unless otherwise specified:

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage for which a Limit of
Insurance is shown, as per Statement of Values dated 10/10/05, and at locations
subsequently reported to and insured by us.  For Insurance that applies to a
specific premises location see Deluxe Property Coverage Part Schedule - Specific
Limits.

DELUXE PROPERTY COVERAGE FORM

| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | $   22,560,000 |
| Personal Property of Others | Included |

    COINSURANCE PROVISION:

    Coinsurance does not apply to the Blanket coverages
    shown above.

    VALUATION PROVISION:

    Replacement cost (subject to limitations) applies to any
    types of covered property shown above.  Exception:

        Manufacturer's Selling Price Clause Applies

OPTIONAL COVERAGES

| | Limits of Insurance |
|---|---|
| Personal Property at Undescribed Premises: | |
|     At any one Exhibition | Not Covered |
|     At any one Installation | Not Covered |
|     At any other Not Owned, | |
|         Leased or Regularly Operated Premises | $      50,000 |

**DX T0 00 09 98**

PRODUCER: MYERS-BRIGGS & CO INC          CF234    OFFICE:NAPERVILLE IL        888


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated.  Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable: |  |  |
|     On premises | $      25,000 |  |
|     In transit or at undescribed premises | $      10,000 |  |
| Appurtenant Buildings and Structures | $     100,000 |  |
| Claim Data Expense | $      25,000 |  |
| Debris Removal (additional limit) | $     250,000 |  |
| Expediting Expense | $      25,000 |  |
| Extra Expense | $      10,000 |  |
| Fine Arts | $      50,000 |  |
| Fire Department Service Charge | Policy Limit |  |
| Fire Equipment Discharge | Policy Limit |  |
| Newly Constructed or Acquired Property: |  |  |
|     Building - each | $   2,000,000 |  |
|     Personal Property at each premises | $   1,000,000 |  |
| Ordinance or Law | $     250,000 | $    1,000,000 |
| Outdoor Property | $      25,000 |  |
| Overseas Business Travel - Personal Property | $      25,000 |  |
| Personal Effects | $      25,000 |  |
| Personal Property |  |  |
|     at Undescribed Premises - Limited* | $      10,000 |  |
| Personal Property in Transit - Limited* | $      10,000 |  |
| Pollutant Clean-Up and Removal - Aggregate | $     100,000 |  |
| Preservation of Property | Policy Limit |  |
| Reward Coverage | $      25,000 |  |
| Theft Damage to Rented Property | Policy Limit |  |
| Valuable Papers: |  |  |
|     On premises | $      25,000 |  |
|     In transit or at undescribed premises | $      10,000 |  |
| Water Damage, Other Liquids, |  |  |
|     Powder or Molten Material Damage | Policy Limit |  |

* DOES NOT APPLY IF A LIMIT IS SHOWN PREVIOUSLY

**DX T0 00 09 98**

PRODUCER: MYERS-BRIGGS & CO INC               CF234    OFFICE:NAPERVILLE IL       888


**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE) - DESCRIBED PREMISES

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| 1 - 3 | 1 - 3 | $ 26,953,000 |

Coinsurance percentage applicable: 100
Agreed Value applies
Rental Value:  Included
Ordinary Payroll:  Included
Extended Business Income -  180 days

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply
in any one occurrence unless otherwise stated.  Revised limits, if any, will be
stated in the column on the right.

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Business Income from Dependent Property | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Newly Acquired Locations | $ 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 250,000 | |

UTILITY SERVICES

| | Limits of Insurance |
|---|---|
| Combined Direct Damage and Time Element - in any one occurrence | $ 25,000 |

Coverage is provided for the following:

    Water Supply
    Communication Supply
    Power Supply

Overhead Transmission Lines are excluded.

**DX T0 00 09 98**


**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

DEDUCTIBLES - THE FOLLOWING DEDUCTIBLE AMOUNTS SHALL APPLY TO LOSS:


TO UTILITY SERVICES:

    Time Element in any one occurrence:          48 Hours


BUSINESS INCOME:
    As respects Business Income Coverage, for which no other
    deductible is stated above, a  48 hour deductible applies.


BY ANY OTHER COVERED LOSS in any one occurrence:    $    25,000


**DX T0 00 09 98**

PRODUCER: MYERS-BRIGGS & CO INC      CF234  OFFICE:NAPERVILLE IL    888

# MORTGAGE HOLDER SCHEDULE

| Premises Loc. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|
| 1 | 1 | MB FINANCIAL BANK NA<br>1200 N ASHLAND AVE<br>CHICAGO                     IL 60622 |
| 3 | 3 | MB FINANCIAL BANK NA<br>1200 N ASHLAND AVE<br>CHICAGO                     IL 60622 |
| 2 | 2 | CHARTER ONE BANK, N/A ITS<br>SUCCESSORS AND/OR ASSIGNS<br>COMMERCIAL LOAN SERVING DEPT<br>1215 SUPERIOR AVE., SU 670<br>CLEVELAND                   OH 44114 |

DX 00 01 07 94

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Boiler and Machinery Coverage-DX T3 19 02 04

This endorsement modifies insurance provided under the following:

Deluxe Property Coverage Part


DEDUCTIBLE:

| | |
|---|---|
| Direct Damage to Covered Property (including Spoilage and Ammonia Contamination): | $10,000 |
| Business Income and Extra Expense loss or expense caused by physical damage to covered equipment except Production Machines: | 2 times the Average Daily Value |
| Business Income and Extra Expense loss or expense caused by physical damage to Production Machines: | 3 times the Average Daily Value |

Production Machines means any production or process machine or apparatus that processes, forms, cuts, shapes or grinds raw materials, materials in process or finished products, including any Covered Equipment used solely with and/or that forms an integral part of the production or process or apparatus. But Production Machines does not include:

1.  Pressure vessel or vacuum vessel, other than any cylinder containing a movable plunger or piston;
2.  Pump, conveyor, fan or blower that conveys raw materials, materials in process or finished products;
3.  Separate enclosed gear set connected by a coupling, clutch or belt; or
4.  Separate driving electrical or mechanical machine connected by a coupling clutch or belt.

TRAVELERS DOC MGMT 18 of 281

# TABLE OF CONTENTS

# DELUXE PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy.  It contains no reference to the Declarations or Endorsements which also may be attached.

**Begins on Page**

**DELUXE PROPERTY COVERAGE FORM**

| | | |
|---|---|---|
| **A.** | Coverage | 1 |
| **B.** | Exclusions | 9 |
| **C.** | Limitations | 13 |
| **D.** | Limits of Insurance | 13 |
| **E.** | Deductible | 13 |
| **F.** | Loss Conditions | 14 |
| G. | Additional Conditions | 17 |
| **H.** | Optional Coverages | 18 |
| **I.** | Definitions | 19 |

**DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)**

| | | |
|---|---|---|
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 5 |
| **C.** | Limits of Insurance | 5 |
| **D.** | Deductible | 5 |
| **E.** | Loss Conditions | 5 |
| **F.** | Additional Condition | 7 |
| **G.** | Optional Coverages | 8 |
| **H.** | Definitions | 9 |

**DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)**

| | | |
|---|---|---|
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 4 |
| **C.** | Limits of Insurance | 5 |
| **D.** | Deductible | 5 |
| **E.** | Loss Conditions | 5 |
| **F.** | Additional Condition | 6 |
| **G.** | Optional Coverages | 8 |
| **H.** | Definitions | 9 |

**DELUXE EXTRA EXPENSE COVERAGE FORM**

| | | |
|---|---|---|
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 3 |
| **C.** | Limits of Insurance | 3 |
| **D.** | Loss Conditions | 3 |
| **E.** | Definitions | 4 |

TRAVELERS DOC MGMT 19 of 281

# DELUXE PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. REFER TO SECTION I.- DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

### 1. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

Excluded in Section B., Exclusions;

Limited in Section C., Limitations; or

Excluded or limited in the Declarations or by endorsements.

### 2. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property described in this section A.2., and limited in A.3., Property and Costs Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building(s),** means the designated buildings or structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Machinery and equipment permanently attached to the building;

(4) Personal property owned by you that is used to maintain or service the buildings or structures or its grounds, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Lobby and hallway furnishings owned by you;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(f) Lawn maintenance and snow removal equipment; and

(g) Alarm systems.

(5) If not covered by other insurance:

(a) Alterations and repairs to the buildings or structures; and

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the buildings or structures.

**b. Your Business Personal Property** located in or on the designated buildings at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified on the Declarations:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the buildings or structures you occupy or lease but do not own; and

(b) you acquired or made at your expense, but are not permitted to remove; and

TRAVELERS DOC MGMT 20 of 281

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise insured under Personal Property of Others.

**c.** **Personal Property of Others** that is:

**(1)** In your care, custody, or control; and

**(2)** Located in or on the designated buildings at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

However, our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

**d.** **Personal Property At Undescribed Premises** meaning Your Business Personal Property or Personal Property of Others that:

**(1)** is at an "exhibition" including while in transit to and from the "exhibition" site;

**(2)** is at any installation or temporary storage premises and your insurable interest continues until the installation is accepted; or

**(3)** is at any other premises not described in the Declarations, which you do not own, lease or regularly operate.

This coverage does not include personal property in the care, custody or control of your sales representatives.

Coverage under d.(1) "exhibitions" applies worldwide except within any country on which the United States government has imposed sanctions, embargoes or any other similar prohibition.

**e.** **Personal Property in Transit** meaning:

**(1)** Your Business Personal Property; and

**(2)** Personal Property of Others

while in transit and shipped by the type of conveyance stated in the Declarations.

We will also pay for:

**(1)** Any general average or salvage charges you incur as respects losses to waterborne shipments; and

**(2)** Your interest in shipments sold Free On Board if you cannot collect the loss or damage from the consignee.

This coverage does not include:

**(1)** Personal property in the care, custody or control of your sales representatives;

**(2)** Shipments by a government postal service;

**(3)** Export shipments after the earlier of the following:

**(a)** After placed on the export conveyance; or

**(b)** When coverage under an Ocean Marine or other insurance policy covering the property begins;

**(4)** Import shipments before the earlier of the following:

**(a)** It is unloaded from the importing vessel or conveyance; or

**(b)** When coverage under an Ocean Marine or other insurance policy covering the property ends;

**(5)** Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, or freight broker.

**f.** **Sales Representative Property** meaning Your Business Personal Property and Personal Property of Others in the custody of any one of your sales representatives.

**3.** **Property and Costs Not Covered**

Unless the following property is added by endorsement to this Coverage Form, Covered Property does not include:

**a.** Accounts and bills, except as provided in the Accounts Receivable Coverage Extension;

**b.** Currency, deeds, food stamps or other evidences of debt, money, notes, checks, drafts, or securities (lottery tickets held for sale are not securities);

TRAVELERS DOC MGMT 21 of 281

**c.** Contraband or property in the course of illegal transportation or trade;

**d.** Water or land whether in its natural state or otherwise (including land on which the property is located), growing crops, or standing timber;

**e.** The cost of excavations, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this policy from a Covered Cause of Loss), reclaiming or restoring land or water;

**f.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Accounts Receivable and Valuable Papers Coverage Extensions;

**g.** "Fine arts", except as provided in the Personal Effects and Fine Arts Coverage Extensions;

**h.** Personal Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers;

**i.** Property that is covered under another coverage form or endorsement of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**j.** Vehicles or self-propelled machines that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises;

**k.** Aircraft or watercraft (other than watercraft owned by you while out of water at the described premises);

**l.** Animals or birds;

**m.** Automobiles held for sale;

**n.** Bulkheads, pilings, piers, wharves, docks, dikes or dams;

**o.** Underground tanks, pipes, flues, drains, tunnels whether or not connected to buildings, mines or mining property; and

**p.** The following property while outside of buildings:

  **(1)** Bridges, roadways, walks, patios, or other paved surfaces;

  **(2)** Retaining walls that are not part of the building described in the Declarations;

  **(3)** Fences, trees, shrubs, plants or lawns (including fairways, greens and tees); or

  **(4)** Harvested grain, hay, or straw or other crops.

except as provided in the Outdoor Property Coverage Extension.

**4. Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:**

**a. Debris Removal**

  **(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

  This Additional Coverage does not apply to:

    **(a)** Costs to extract "pollutants" from land or water; or

    **(b)** Costs to remove, restore or replace polluted land or water.

  **(2)** Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

    **(a)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

    **(b)** The deductible in this policy applicable to that loss or damage.

  Unless otherwise stated in the Declarations when the debris removal expense exceeds the above 25% limitation or the sum of loss of or damage to Covered Property and the expense for removal of its debris exceed the applicable Limit of Insurance

TRAVELERS DOC MGMT 22 of 281

we will pay an additional amount for debris removal expense up to $250,000 in any one occurrence.

**b. Pollutant Cleanup and Removal**

We will pay your expense to extract " pollutants" from land or water at the premises described in the Declarations, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from "specified causes of loss" which occurs:

**1.** On the described premises;

**2.** To Covered Property; and

**3.** During the policy period.

The expenses will be paid only if they are reported to us within 180 days of the date on which the covered loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $100,000 for the sum of all covered expenses arising out of covered losses occurring during each separate 12 month period of this policy.

**c. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

**(1)** Any direct physical loss or damage to this property:

**(a)** While it is being moved or while temporarily stored at another location; and

**(b)** Only if the loss or damage occurs within 180 days after the property is first moved; and

**(2)** The cost to remove the property from the described premises.

Coverage will end when any of the following first occurs:

**(1)** When the policy is amended to provide insurance at the new location;

**(2)** The property is returned to the original location; or

**(3)** This policy expires.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for any fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No deductible applies to this Additional Coverage.

**e. Reward Coverage**

We will reimburse you for reward(s) you have incurred leading to:

**(1)** The successful return of undamaged stolen articles to a law enforcement agency; or

**(2)** The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen articles) up to a maximum of $25,000 for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

**f. Ordinance or Law Coverage**

**(1)** If a Covered Cause of Loss occurs to a Covered Building we will pay:

**(a)** For loss or damage caused by the enforcement of any ordinance or law that:

**i.** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**ii.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**iii.** Is in force at the time of loss.

TRAVELERS DOC MGMT 23 of 281

**(b)** When the Covered Building is insured for replacement cost, the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

**(c)** The cost to demolish and clear the site of undamaged parts of the property caused by enforcement of the building, zoning or land use ordinance or law.

**(2)** We will not pay under this coverage for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**(3)** We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)** We will not pay for increased construction costs under this coverage:

**(a)** Until the property is actually repaired or replaced, at the same location or elsewhere; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years. We may extend this period in writing during the 2 years.

**(5)** The most we will pay for increased construction cost under this coverage is the increased cost of construction of a building of the same size:

**(a)** At the same premises; and

**(b)** Limited to the minimum requirements of such law or ordinance

regulating the repair or reconstruction of the damaged property on the same site.

**(c)** If the ordinance or law requires relocation to another premises, the cost at the new premises.

The most we will pay for loss under this Additional Coverage is $250,000 in any one occurrence.

**g. Fire Protective Equipment Discharge**

If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

**(1)** refill or recharge the system with the extinguishing agents that were discharged; and

**(2)** replace or repair faulty valves or controls which caused the discharge.

**h. Expediting Expenses**

In the event of covered loss or damage, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**i. Overseas Business Travel**

We will pay for direct physical loss or damage to business personal property while in the custody of any officer or employee of the insured while temporarily traveling outside of the United States of America (including its territories and possessions), Puerto Rico and Canada.

The most we will pay for loss under this Additional Coverage is $25,000 in any one occurrence.

TRAVELERS DOC MGMT 24 of 281

**5. Coverage Extensions - Unless otherwise indicated in the Declarations, the following Coverage Extensions apply:**

You may extend the insurance provided by this Coverage Form as follows:

**a. Newly Constructed or Acquired Property**

**(1)** Insurance applies to:

**(a)** Your new buildings or additions while being built on the described premises or newly acquired premises including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises;

**(b)** Buildings you acquire at locations other than the described premises; and

**(c)** Buildings you are required to insure under a written contract.

The most we will pay for loss or damage under this Extension is $2,000,000 at each building.

**(2)** You may extend the insurance for which a Limit of Insurance is stated in the Declarations that applies to Your Business Personal Property or to Personal Property Of Others to apply to that type of property at a building you newly acquire:

**(a)** at a location described in the Declarations; and

**(b)** at any other location you acquire by purchase or lease.

The most we will pay for loss or damage to Your Business Personal Property and Personal Property of Others under this Extension is $1,000,000 in total at each newly acquired premises.

**(3)** Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire or begin to construct the property;

**(c)** You report values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b. Appurtenant Buildings and Structures**

When this policy covers Building(s) you may extend the insurance that applies to your buildings at the described premises to apply to incidental appurtenant buildings and structures, including but not limited to, pump houses, signs, aboveground tanks, microwave or satellite dishes, which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 in any one occurrence.

**c. Personal Effects**

You may extend the insurance that applies to Your Business Personal Property to apply to personal effects or "fine arts" owned by your officers, your partners or your employees.

Such property must be located on a premises described in the Declarations.

The most we will pay for loss or damage under this Extension is $25,000 at each described premises. Our payment for loss of or damage to personal effects and "fine arts" will only be for the account of the owner of the property.

**d. Valuable Papers and Records (Other Than Accounts Receivable)**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records (other than accounts receivable), including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay in any one occurrence under this Extension is $25,000 at all described premises and $10,000 while in transit or at all undescribed premises.

TRAVELERS DOC MGMT 25 of 281

### e. Claim Data Expense

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss. The most we will pay for preparation of claim data under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed, or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the Loss Condition-Appraisal.

### f. Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor property on the described premises, as follows:

Fences, retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs and plants, bridges, walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or Civil Commotions; or

**(e)** Aircraft.

The most we will pay under this Extension is $25,000 in any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

### g. Theft Damage to Rented Property

You may extend coverage for loss or damage by theft or attempted theft which applies to Your Business Personal Property to that part of a building you occupy and which contains:

**(1)** Your covered personal property; or

**(2)** Equipment within the building used for maintenance or service of the building.

We will not pay for loss or damage:

**(1)** Caused by or resulting from fire or explosion; or

**(2)** To glass or glass lettering.

This Extension applies only to a building where you are a tenant and are liable for such damage.

### h. Water Damage, Other Liquids, Powder or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

### i. Accounts Receivable

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to your accounts receivable records including those on electronic data processing media. Credit card company charge media will be considered accounts receivable until delivered to the credit card company.

**(1)** We will pay:

**(a)** Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses

TRAVELERS DOC MGMT 26 of 281

that are made necessary by the loss; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

**(2)** We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

**(a)** Bookkeeping, accounting or billing errors or omissions; or

**(b)** Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of direct loss caused by lightning.

**(3)** We will not pay for loss or damage that requires an audit of records or any inventory computation to prove its factual existence.

**(4)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(a)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs;

**(b)** Adjust the total for any normal fluctuations in the amounts of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month; and

**(c)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

The most we will pay in any one occurrence under this Extension is $25,000 at all described premises and $10,000 while in transit or at all undescribed premises.

**j. Fine Arts**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "fine arts" at a premises described in the Declarations. The most we will pay under this Extension is $50,000 in any one occurrence.

**k. Personal Property At Undescribed Premises - Limited**

This Extension only applies when a Limit of Insurance is not stated in the Declarations for the Personal Property At Undescribed Premises Coverage.

You may extend the insurance provided by this Coverage Form to apply to Your Business Personal Property that is at a location you do not own, lease or regularly operate. This Extension does not apply to:

**(1)** Property in or on a vehicle;

**(2)** Property at any fair or "exhibition";

**(3)** Property at an installation premises; or

**(4)** Property temporarily at a location for more than 90 consecutive days.

The most we will pay for loss or damage under this Extension is $10,000 in any one occurrence.

**l. Personal Property in Transit - Limited**

This Extension only applies when a Limit of Insurance is not stated in the Declarations for the Personal Property in Transit Coverage.

**(1)** You may extend the insurance provided by this Coverage Form to apply to Your Business Personal Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

This Extension does not apply to property in the care, custody or con-

TRAVELERS DOC MGMT 27 of 281

trol of your sales representatives or to tools, equipment, supplies and materials used for service or repair in your business.

**(2)** Loss or damage must be caused by or result from one of the following causes of loss:

**(a)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism;

**(b)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed; or

**(c)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**(3)** The most we will pay for loss or damage under this Extension is $10,000 for the sum of all losses occurring during each separate 12 month period of this policy.

**m. Extra Expense**

You may extend the insurance provided by this Coverage Form to apply to the necessary and reasonable extra expense you incur to continue as nearly as possible your normal business operations following loss or damage to Covered Property at a premises described in the Declarations by a Covered Cause of Loss. The most we will pay under this Extension is $10,000 in any one occurrence.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property ; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris;

except as provided in the Ordinance or Law Additional Coverage.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Any earth movement (other than "sinkhole collapse") whether natural or man made, including but not limited to earthquake, mine subsidence, landslide, or earth sinking, rising or shifting. But if earth movement results in fire, or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(2)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

TRAVELERS DOC MGMT 28 of 281

This exclusion does not apply to Property:

**(1)** In transit;

**(2)** At "exhibitions";

**(3)** In the care, custody or control of your sales representative; or

**(4)** In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**c. Governmental Action**

Seizure or destruction of property by orders of governmental authority except as provided for under the Additional Coverage - Ordinance or Law.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f. Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause or Loss.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in g.(1) through g.(3) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

This exclusion does not apply to Property:

**(1)** In transit;

**(2)** At "exhibitions";

**(3)** In the care, custody or control of your sales representatives; or

**(4)** In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**h. Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i. Collapse of Buildings**

Collapse of buildings or structures meaning an abrupt falling down or caving in of a building or substantial part of a building with the result being that the building or substantial part of a building cannot be occupied for its intended purpose.

TRAVELERS DOC MGMT 29 of 281

**(1)** A building or part of a building:

  **(a)** That is in imminent danger of abruptly falling down or caving in; or

  **(b)** Suffers a substantial impairment of structural integrity;

  is not considered a collapse but is considered to be in a state of imminent collapse.

**(2)** However, we will pay for collapse of buildings or structures if caused only by one or more of the following:

  **(a)** Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge of water or steam as the direct result of the breaking apart or cracking of a system or appliance containing water or steam;

  **(b)** Decay, insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

  **(c)** Weight of people or personal property;

  **(d)** Weight of rain that collects on a roof; or

  **(e)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in 1.i.(2)(a) through (d) above, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

If collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j.** **Imminent Collapse of Buildings**

As respects buildings or structures in a state of imminent collapse as defined in 1.i.(1)(a) and (b) above, we will not pay for loss or damage except if the state of imminent collapse has been caused only by one or more of the following which have occurred during the policy period:

  **(1)** Fire; lightning; explosion; windstorm or hail; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;

  **(2)** Weight of people or personal property;

  **(3)** Weight of rain that collects on a roof; or

  **(4)** Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

  **a.** Artificially generated electric current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires unless caused by a "specified causes of loss".

  But if artificially generated electric current results in fire, we will pay for the loss or damage caused by that fire.

  **b.** Delay, loss of use or loss of market.

  **c.** **(1)** Wear and tear;

  **(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

  **(3)** Settling, cracking, shrinking or expansion;

  **(4)** Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

TRAVELERS DOC MGMT 30 of 281

**(5)** Mechanical breakdown (including rupture or bursting caused by centrifugal force). This exclusion does not apply to resultant loss or damage by fire, building glass breakage or elevator collision.

**(6)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature;

    **(c)** Changes in flavor, color, texture or finish; and

    **(d)** Contamination.

But if an excluded cause of loss that is listed in 2.c.(1), 2.c.(2), 2.c.(3), 2.c.(4) and 2.c.(6) above results in a "specified causes of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified causes of loss" or building glass breakage.

**d.** Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone (other than a carrier for hire or bailee) to whom you entrust the property for any purpose:

    **(1)** Acting alone or in collusion with others; or

    **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction of Covered Property by your employees, but theft by employees is not covered.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control unless caused by a "specified causes of loss". But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Rain, snow, sand, dust, ice or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

**g.** The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested or otherwise being worked upon.

**h.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified causes of loss", we will pay for the loss or damage caused by that "specified causes of loss".

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

But we will pay for loss to Covered Property under the Personal Property In Transit coverage which is caused by your acceptance, in good faith, of false bills of lading or shipping receipts.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, but if an excluded cause of loss that is listed in 3.a through 3.c. below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body except as provided in the Ordinance or Law Additional Coverage.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

TRAVELERS DOC MGMT 31 of 281

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

This limitation does not apply to property in the custody of a carrier for hire.

**2.** The special limit shown for each category, a. through c., is the total limit for loss of or damage to all property in each category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $10,000 for furs, fur garments and garments trimmed with fur.

**b.** $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals, but;

**(1)** This limit is increased to $50,000 for gold, silver, platinum, and other precious alloys or metals all used as a raw material in your manufacturing process; and

**(2)** This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $1,000 for stamps, tickets (including lottery tickets held for sale) and letters of credit.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

## D. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Form(s), or Endorsement(s).

Unless otherwise stated in the Declarations or in endorsements the limits applicable to the Additional Coverages and the Coverage Extensions are additional Limits of Insurance except for the following:

**1.** Preservation of Property, Fire Department Service Charge and Fire Protective Equipment Discharge Additional Coverages; and

**2.** Theft Damage To Rented Property and the Water, Other Liquids, Powder or Molten Material Damage Coverage Extensions.

## E. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated, if more than one deductible amount applies to the same loss or damage the most we will deduct is the largest applicable deductible.

TRAVELERS DOC MGMT 32 of 281

## F. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions -- Deluxe.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties in the Event of Loss or Damage

**a.** You must see that the following are done in the event of loss of or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the loss or damage occurred.

**(4)** Promptly make claim in writing against any other party which had custody of the Covered Property at the time of loss.

**(5)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any loss

or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(6)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(7)** As often as may be reasonably required, permit us to inspect the property and records proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

**(8)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(9)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 4. Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property subject to b. below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

TRAVELERS DOC MGMT 33 of 281

**(4)** Repair, rebuild, or replace the property with other property of like kind and quality subject to b. below.

**b.** Except as provided in the Additional Coverage - Ordinance or Law, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

**(1)** You have complied with all of the terms of this Coverage Part; and

**(2)** We have reached agreement with you on the amount of loss or an appraisal award has been made.

**h.** At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

**a.** We will pay:

**(1)** Recovery expenses; and

**(2)** Costs to repair the recovered property;

**b.** But the amount we will pay will not exceed:

**(1)** The total of a.(1) and a.(2) above;

**(2)** The value of the recovered property; or

**(3)** The Limit of Insurance;

whichever is less.

**6. Pairs, Sets, or Parts**

**a.** In case of loss to any part of a pair or set we may at our option:

**(1)** Repair or replace any part to restore the pair or set to its value before the loss; or

**(2)** Pay the difference between the value of the pair or set before and after the loss.

**b.** Parts. In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At replacement cost (without deduction for depreciation) as of the time of loss or damage, except as provided in b., c., d., e., f., g., h., i., j., k., l., m., n., o. and p. However, property will be valued at the actual cash value at the time of loss or damage until the property is repaired or replaced within a reasonable period of time. This restriction does not apply to losses less than $10,000.

**b.** If you decide to repair or rebuild buildings which have sustained loss or damage, our payment will include any reasonable and necessary architectural, engineering, consulting or supervisory fees incurred. This will not increase the applicable Limits of Insurance.

TRAVELERS DOC MGMT 34 of 281

**c.** Tenant's Improvements and Betterments at:

**(1)** Replacement cost (without deduction for depreciation) of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**d.** Personal property you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**e.** Personal property valuation includes the pro-rated value of non-refundable and non-transferable extended warranties, maintenance contracts or service contracts that you purchased, on lost or damaged personal property that you repair or replace.

**f.** "Stock" in process at the cost of raw material, labor, plus the proper proportion of overhead charges.

**g.** Personal Property of Others at the amount for which you are liable, not to exceed the replacement cost.

**h.** Glass at the cost of replacement with safety glazing material if required by law.

**i.** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(1)** Blank material for reproducing the records; and

**(2)** Labor to transcribe or copy the records when there is a duplicate.

**j.** Works of arts, antiques or rare articles at the least of:

**(1)** Market value at the time and place of loss;

**(2)** Cost of reasonably restoring that property; or

**(3)** Replacing that property with substantially the same property.

**k.** Personal property at "exhibitions" at the lesser of replacement cost or the original cost to you.

**l.** Patterns, dies, molds, and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis, and within 24 months from the date of the loss you need to repair or replace one or more of them, we will pay you, subject to the conditions of this insurance, the difference between actual cash value and replacement cost for those patterns, molds and dies which are actually repaired or replaced.

**m.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss and we take all or part of the property at an agreed or appraised value, we will pay:

**(1)** Any expenses you incur to:

**(a)** Stamp the word 'Salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(b)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

**(2)** Any reduction in the salvage value of the damaged merchandise with brand or label removed.

**n.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual

TRAVELERS DOC MGMT 35 of 281

cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**o.** We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2), or (3), subject to p. below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace, at the same location, the lost or damaged property with other property;

    **(a)** Of comparable material and quality; and

    **(b)** Used for the same purpose; or

**(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**p.** The cost to repair, rebuild, or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in the Additional Coverage - Ordinance or Law.

## G. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions – Deluxe.

**1. MortgageHolders**

**a.** The term, mortgageholder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we can cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 60 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 60 days before the expiration date of this policy.

**2. Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other Named Insured at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The Covered Property;

TRAVELERS DOC MGMT 36 of 281

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Part.

**3. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**4. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**6. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**7. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**8. Policy Period, Coverage Territory**

Under this Coverage Part:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**9. Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

This will not restrict your insurance.

**10. Unintentional Errors In Description**

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

**H. OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

**1. Actual Cash Value** replaces Replacement Cost in the Loss Conditions - Valuation Provision of this Coverage Form.

TRAVELERS DOC MGMT 37 of 281

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance; times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08); times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

    Example:

| | |
|---|---|
| If: The applicable Limit of Insurance is: | $100,000 |
| The annual percentage increase is: | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| The amount of the increase is: $100,000 x .08 x 146/365 = | $3,200 |

**3. Manufacturers Selling Price Clause**

The following is added to the Loss Conditions - VALUATION Provision:

We will determine the value of "finished stock" you manufacture, in the event of loss or damage, at :

    **a.** The selling price, if no loss or damage occurred;

    **b.** Less discounts and expenses you otherwise would have had.

## I. DEFINITIONS

**1.** "Exhibition" means the temporary display of personal property at a convention, exposition, trade show or similar event at a location you do not own or regularly occupy.

**2.** "Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

**3.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

**4.** "Sinkhole Collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

This cause of loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man made underground cavities.

**5.** "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Falling objects does not include loss or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **b.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**6.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

TRAVELERS DOC MGMT 38 of 281

7. "Finished Stock" means stock you have manufactured.

   "Finished Stock" also includes whiskey and alcoholic products being aged.

"Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Form.

TRAVELERS DOC MGMT 39 of 281

# DELUXE BUSINESS INCOME COVERAGE FORM
# (AND EXTRA EXPENSE)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(i)** Business Income including "Rental Value".

**(ii)** Business Income Other than "Rental Value".

**(iii)** "Rental Value".

If option (i) above is selected, the term Business Income will include "Rental Value". If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property, including your personal property in the open (or in a vehicle) within 1,000 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

All routes within the building to gain access to the described premises;

All areas within the buildings on the same parcel of land which provides essential services to conduct your "operations"; and

Your personal property in the open (or in a vehicle) within 1,000 feet.

## 1. Business Income

**a.** Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll except when the following is indicated in the Declarations:

**(a)** Ordinary payroll is excluded; or

**(b)** Ordinary payroll is limited to a specified number of days. The number of days may be used in two separate periods during the "period of restoration".

**b.** When ordinary payroll is excluded or limited:

**(1)** In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include ordinary payroll expenses, except for ordinary payroll expenses incurred during the number of days shown in the Schedule, or in the Declarations. If the ordinary payroll expenses for the policy year vary during the year, the period of greatest ordinary payroll expenses will be used.

**(2)** Ordinary payroll expenses means payroll expenses for all your employees except:

**(a)** Officers;

**(b)** Executives;

**(c)** Department managers;

**(d)** Employees under contract; and

**(e)** Additional Exemptions, shown in the Declarations or by endorsement as:

    **(i)** Job Classifications; or

    **(ii)** Employees.

**(3)** Ordinary payroll expenses include:

    **(a)** Payroll;

    **(b)** Employee benefits, if directly related to payroll;

    **(c)** FICA payments;

    **(d)** Union dues; and

    **(e)** Worker's compensation premiums.

**2. Covered Causes of Loss**

See the Covered Causes of Loss section of the Deluxe Property Coverage Form.

**3. Additional Coverages-Unless otherwise indicated in the Declarations, the following Additional Coverages apply:**

**a. Extra Expense**

Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

**(1)** We will pay your Extra Expense to avoid or minimize the suspension of business and to continue "operations":

    **(a)** At the described premises; or

    **(b)** At replacement premises or at temporary locations, including:

        **(i)** Relocation expenses;

        **(ii)** Costs to equip and operate the replacement premises or temporary locations; and

        **(iii)** Expediting expenses.

**(2)** We will pay your Extra Expense to minimize the suspension of business if you cannot continue "operations".

**(3)** We will pay your Extra Expense to:

    **(a)** Repair or replace any property; or

**(b)** Research, replace or restore the lost information on damaged valuable papers and records (other than accounts receivable);

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**b. Civil Authority**

We will pay for the actual loss of Business Income you sustain and reasonable and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss.

**(1)** Coverage for Business Income will begin immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later. Coverage will apply for a period of up to 30 consecutive days.

**(2)** Coverage for Extra Expense will begin immediately after the time of that action for a period of up to 30 consecutive days.

**c. Alterations and New Buildings**

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

    **(a)** Used in the construction, alterations or additions; or

    **(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period

TRAVELERS DOC MGMT 41 of 281

of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d. Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**e. Business Income From Dependent Property**

We will pay for actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property", caused by or resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to "dependent property" for which you have more specific insurance either under this policy or another.

The most we will pay under this Additional Coverage is $100,000 in any one occurrence.

Coverage applies for dependent properties located worldwide except within any country on which the United States government has imposed sanctions, embargoes or any similar prohibition. When a

TRAVELERS DOC MGMT 42 of 281

revised Limit of Insurance is shown in the Declarations for this Additional Coverage, any increase over this $100,000 amount of insurance will only apply to "dependent property" located in the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**f. Ordinance or Law - Increased "Period of Restoration"**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of "operations" caused by or resulting from the enforcement of any ordinance or law that:

**(1)** Regulates the construction, repair or replacement of any property;

**(2)** Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

**(3)** Is in force at the time of loss.

Under this coverage we will not pay for:

**(1)** Any loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**(2)** Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay for loss under this Additional Coverage is $250,000 in any one occurrence.

**4. Coverage Extensions-Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:**

The Additional Condition, Coinsurance, does not apply to these Coverage Extensions.

You may extend the insurance provided by this Coverage Form as follows:

**a. Newly Acquired Locations**

**(1)** You may extend your Business Income Coverage to apply to property at any newly acquired location you purchase or lease.

**(2)** The most we will pay for loss under this Extension is $500,000 at each location.

**(3)** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire or begin to construct the property;

**(c)** You report the location to us; or

**(d)** The Business Income is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

**b. Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparing of claim data when we require it. This includes the cost of preparing income statements and other documentation to show the extent of Business Income loss. The most we will pay under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the LOSS CONDITION - Appraisal.

**c. Research and Development Expenses**

If a Covered Cause of Loss occurs to property at the premises described and for which a Business Income Limit of Insurance is shown in the Declarations, we will pay for an interruption of "research and development" activities even if the activities would not have produced income during the "period of restoration". We will pay for continuing fixed charges

TRAVELERS DOC MGMT 43 of 281

and expenses, including ordinary payroll (unless otherwise excluded), directly attributable to such "research and development" activities.

Payments under this Coverage Extension will not increase the applicable Limit of Insurance.

## B. EXCLUSIONS AND LIMITATIONS

The following exclusions and the exclusions and limitations contained in the Deluxe Property Coverage Form apply to coverage provided by this form. We will not pay for:

**1.** Any loss caused by or resulting from:

    **a.** Damage or destruction of "finished stock"; or

    **b.** The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

**2.** Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a building.

    But if the failure of power or other utility service results in loss or damage by a "specified causes of loss", we will pay for the loss or damage resulting from that "specified causes of loss".

**3.** Any loss caused by or resulting from direct physical loss or damage to growing crops; standing timber; or radio or television antennas (including microwave satellite dishes), and their lead-in wiring, masts or towers.

**4.** Any increase of loss caused by or resulting from:

    **a.** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

    **b.** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and the period of Extended Business Income.

**5.** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**6.** Any loss caused by or resulting from the Additional Coverages or Coverage Extensions contained in the Deluxe Property Coverage Form.

**7.** Any other consequential loss.

## C. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Unless otherwise stated below, in the Declarations or in endorsements, the amounts payable for the Additional Coverages and Coverage Extensions are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance.

**1.** Alterations and New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

## D. DEDUCTIBLE

When an hourly deductible is shown in the Declarations for Business Income Coverage:

We will pay for loss you sustain after the number of consecutive hours indicated in the Declarations following the direct physical loss or damage for each occurrence.

If an hourly deductible is not shown in the Declarations for Business Income Coverage, the deductible applicable to the Covered Cause of Loss will apply.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form:

**1. Appraisal**

    If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

TRAVELERS DOC MGMT 44 of 281

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties in the Event of Loss**

In addition to those conditions in the Deluxe Property Coverage Form, you must resume all or part of your "operations" as quickly as possible if you intend to continue your business.

**3. Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

**EXAMPLE NO. 1**

A Covered Cause of Loss damages the described premises on June 1. It takes until September 1 to repair and replace the property at the premises, and until October 1 to restore the computer data

that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

**EXAMPLE NO. 2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

**4. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, to the extent insured necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the

**DX T1 01 03 98**

TRAVELERS DOC MGMT 45 of 281

"period or restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, to the extent you can resume your "operations" in whole or in part, by using:

**(a)** Damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere; or

**(b)** Any other available sources of materials or outlets for your products.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**5. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

**a.** You have complied with all of the terms of this Coverage Part; and

**b.** We have reached agreement with you on the amount of loss or an appraisal award has been made.

**F. ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**(a)** The Net Income (Net Profit or Loss before income taxes), and

**(b)** All operating expenses (except for deductions stated below),

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**1.** Multiply the Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**2.** Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

**3.** Multiply the total amount of the covered loss by the figure determined in step 2.

We will pay the amount determined in step 3 or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**1.** Prepaid freight - outgoing;

**2.** Returns and allowances;

**3.** Discounts;

**4.** Bad debts;

**5.** Collection expenses;

TRAVELERS DOC MGMT 46 of 281

6. Cost of raw stock and factory supplies consumed (including transportation charges);

7. Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form DX T3 61 is attached);

11. The amount of payroll expense excluded (when ordinary payroll is excluded or limited as stated in the Declarations); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

### EXAMPLE No. 1 (Underinsurance):

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $400,000

The Coinsurance Percentage is: 50%

The Limit of Insurance is: $150,000

The amount of loss is: $ 80,000

Step 1: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 / $200,000 = .75

Step 3: $80,000 x .75 = $60,000

We will pay no more than $60,000 less any applicable deductible. The remaining $20,000 is not covered.

### EXAMPLE No. 2 (Adequate Insurance):

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $400,000

The Coinsurance Percentage is: 50%

The Limit of Insurance is: $200,000

The amount of loss is: $ 80,000

Step 1: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $200,000 / $200,000 = 1

Step 3: $80,000 x 1 = $80,000

We will cover the $80,000 loss less any applicable deductible. No penalty applies.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income, Extended Business Income and Extra Expense is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the direct physical loss or damage less any applicable deductible; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income and Extended Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" less any applicable deductible is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

TRAVELERS DOC MGMT 47 of 281

**EXAMPLE:**

When: The Limit of Insurance is: $120,000

The fraction shown in the Declarations for this Optional Coverage is: 1/4

The most we will pay for loss in each period of 30 consecutive days is: $120,000 x 1/4 = $30,000

If in this example, the actual amount of loss is:

Days 1 - 30    $40,000
Days 31 - 60    20,000
Days 61 - 90    <u>30,000</u>
          $90,000

We will pay the following less any applicable deductible:

Days 1 - 30    $30,000
Days 31 - 60    20,000
Days 61 - 90    <u>30,000</u>
          $80,000

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations";

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Option applies. The Limit of Insurance should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

  **b.** The Additional Condition, Coinsurance, is suspended until:

    **(1)** 12 months after the effective date of this Optional Coverage; or

    **(2)** The expiration date of this policy;

    whichever occurs first.

  **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet:

    **(1)** Within 12 months of the effective date of this Optional Coverage; or

    **(2)** When you request a change in your Business Income Limit of Insurance.

**H. DEFINITIONS**

  **1.** "Dependent Property" means property operated by others you depend on to:

    **a.** Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

    **b.** Accept your products or services (Recipient Locations);

    **c.** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

    **d.** Attract customers to your business (Leader Locations).

  **2.** "Finished Stock" means stock you have manufactured.

    "Finished Stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

    "Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

  **3.** "Operations" means:

    **a.** Your business activities occurring at the described premises; and

    **b.** The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

  **4.** "Period of restoration" means the period of time after direct physical loss or damage

TRAVELERS DOC MGMT 48 of 281

caused by or resulting from a Covered Cause of Loss at the described premises or at the premises of a "dependent property" which:

**a.** Begins immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises or at the premises of a "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**a.** Regulates the construction, use, repair, replacement or requires the tearing down of any property (except for the Ordinance or Law-Increased "Period of Restoration" Additional Coverage); or

**b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**5.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste and any unhealthful or hazardous building materials (including but not limited to, asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

**6.** "Rental Value" means the:

**a.** Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

**b.** Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be our obligations; and

**c.** Fair rental value of any portion of the described premises which is occupied by you.

**7.** "Research and development" means the development of new products and enhancements of existing products. "Research and development" does not mean the maintenance of existing products.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# CAUSES OF LOSS – EQUIPMENT BREAKDOWN

This endorsement modifies insurance provided under the Deluxe Property Coverage Part.

**A. ADDITIONAL COVERED CAUSE OF LOSS – EQUIPMENT BREAKDOWN**

Covered Causes of Loss and "specified causes of loss" are extended to include Equipment Breakdown, meaning a Breakdown to Covered Equipment as defined and limited in this endorsement.

**1. Breakdown**

   **a.** Breakdown means:

      **(1)** Failure of pressure or vacuum equipment;

      **(2)** Mechanical failure, including rupture or bursting caused by centrifugal force; or

      **(3)** Electrical failure, including arcing;

      that causes physical damage to Covered Equipment and necessitates its repair or replacement.

   **b.** Breakdown does not mean or include:

      **(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

      **(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

      **(3)** Damage to any vacuum tube, gas tube, or brush;

      **(4)** Damage to any structure or foundation supporting the Covered Equipment or any of its parts;

      **(5)** The functioning of any safety or protective device; or

      **(6)** The cracking of any part on an internal combustion gas turbine exposed to the products of combustion.

   **c.** If an initial Equipment Breakdown causes other Equipment Breakdowns, all will be considered one Equipment Breakdown. All Equipment Breakdowns that manifest themselves at the same time and are the direct result of the same cause will also be considered one Equipment Breakdown.

**2. Covered Equipment**

   **a.** Covered Equipment means equipment of a type listed in provision 2.b. below that is:

      **(1)** At any of the following locations:

         **(a)** At or within 1,000 feet of the described premises; or

         **(b)** At any of the following locations, but only to the extent that coverage for direct physical loss or damage to Covered Property at such locations or for Business Income and/or Extra Expense resulting from direct physical loss or damage to property at such locations is otherwise specifically insured and limited under this Coverage Part:

           **(i)** Newly acquired or constructed property locations, or within 1,000 feet of such locations;

           **(ii)** Undescribed premises; or

           **(iii)** "Dependent property" locations;

      and

      **(2) (a)** Owned or leased by you or operated under your control; or

         **(b)** Owned or leased by, or operated under the control of others who own, lease or operate the undescribed premises or "dependent property" locations where the insurance provided under this Coverage Part applies;

      and

      **(3)** Not otherwise excluded under provision 2.c. below.

TRAVELERS DOC MGMT 50 of 281

**b.** Covered Equipment includes the following types of equipment:

**(1)** Equipment designed and built to operate under internal pressure or vacuum other than weight of contents;

**(2)** Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy; and

**(3)** Fiber optic cable.

**c.** Covered Equipment does not mean or include any:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

**(3)** Insulating or refractory material;

**(4)** Non-metallic pressure or vacuum equipment, unless it is constructed and used in accordance with the American Society of Mechanical Engineers (A.S.M.E.) code or a Code that has been accepted by the National Board of Boiler and Pressure Vessel Inspectors;

**(5)** Catalyst;

**(6)** Pressure vessels and piping that are buried below ground and require the excavation of materials to inspect, remove, repair or replace;

**(7)** Structure, foundation, cabinet or compartment supporting or containing the Covered Equipment or part of the Covered Equipment including penstock, draft tube or well casing;

**(8)** Vehicle, aircraft, self-propelled equipment or floating vessel, including any equipment mounted on or used solely with any vehicle, aircraft, self-propelled equipment or floating vessel;

**(9)** Dragline, power shovel, excavation or construction equipment including any equipment mounted on or used solely with any dragline, power shovel, excavation or construction equipment;

**(10)** Elevator or escalator, but not excluding any electrical machine or apparatus mounted on or used with this equipment;

**(11)** Felt, wire, screen, mold, form, pattern, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

**(12)** Astronomical telescope, cyclotron, nuclear reactor, particle accelerator, satellites and/or spacecraft (including satellite or spacecraft contents and/or their launch sites);

**(13)** Computer equipment or electronic data processing equipment unless used to control or operate other equipment that is Covered Equipment;

**(14)** Equipment or any part of such equipment manufactured by you for sale; or

**(15)** Equipment while in the due course of transit.

**B. EQUIPMENT BREAKDOWN COVERAGE EXTENSIONS**

**1. Spoilage**

**a.** Under the Deluxe Property Coverage Form, the insurance that applies to Your Business Personal Property and Personal Property of Others is extended to apply to direct physical loss or damage to such Covered Property that is:

**(1)** Maintained under controlled conditions for its preservation; and

**(2)** Susceptible to loss or damage if the controlled conditions change;

due to spoilage resulting from lack or excess of power, light, heat, steam or refrigeration that is caused solely by a Breakdown to Covered Equipment.

Insurance under this Coverage Extension includes the reasonable expense you incur to reduce or avert the spoilage loss or damage, but only to the extent the amount of loss otherwise payable under this Coverage Extension is reduced.

**b.** The most we will pay for loss or damage under this Coverage Extension arising

TRAVELERS DOC MGMT 51 of 281

out of any one Equipment Breakdown is the Spoilage Limit of Insurance shown in the Schedule of this endorsement. This limit is part of and not in addition to the Limit of Insurance that applies to the lost or damaged Covered Property.

**c.** We will not pay for any loss or damage under this Coverage Extension that results from your failure to use due diligence and dispatch and all reasonable means to protect the property from spoilage damage following a Breakdown to Covered Equipment.

**2. Utility Services Property**

**a.** Subject to provision 2. b. below, Covered Equipment is extended to include equipment, wherever located within the Coverage Territory, that is:

**(1)** Owned, operated or controlled by a local public or private utility or distributor that directly generates, transmits, distributes or provides utility services to the described premises; and

**(2)** Used to supply water, communication or power services to the described premises.

**b.** This Coverage Extension applies:

**(1)** Only with respect to; and

**(2)** Subject to the Limit(s) of Insurance that apply to;

the insurance, if any, otherwise provided under this Coverage Part for loss or damage caused by an interruption of power or other utility service supplied to the described premises caused by or resulting from a Covered Cause of Loss to the utility services equipment described in 2. a. above.

## C. EQUIPMENT BREAKDOWN EXCLUSIONS

All of the Exclusions that apply to this Coverage Part apply to loss or damage under this endorsement, except as follows:

**1.** Under the Exclusions contained in Section B. of the Deluxe Property Coverage Form, Exclusions 2. a., 2. c. (5) and 2. e. do not apply.

**2.** The following additional Exclusions apply to the insurance provided by this endorsement:

We will not pay for loss or damage caused directly or indirectly by any of the following.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.** Lack or excess of power, light, heat, steam or refrigeration. But this Exclusion does not apply to:

**(1)** Business Income coverage or Extra Expense coverage; or

**(2)** The Spoilage Coverage Extension or Utility Services Property Coverage Extension;

**b.** Hydrostatic, pneumatic or gas pressure testing of any boiler, fired vessel or electrical steam generator; or

**c.** Insulation breakdown testing of any type of electrical or electronic equipment.

## D. EQUIPMENT BREAKDOWN LIMITATIONS

All of the Limitations that apply to this Coverage Part apply to loss or damage under this endorsement, except as follows:

**1.** Under the Limitations contained in Section C. of the Deluxe Property Coverage Form, Limitations 1.a. and 1.b. do not apply.

**2.** The following additional Limitations apply to the insurance provided by this endorsement. These Limitations are included in, and do not increase the applicable Limit(s) of Insurance.

**a. Ammonia Contamination Limitation**

The most we will pay for loss or damage to property caused by ammonia contamination that directly results from a Breakdown to Covered Equipment is the Ammonia Contamination Limit of Insurance shown in the Schedule of this endorsement.

This limitation does not apply to Business Income coverage or to Extra Expense coverage.

**b. Hazardous Substance Limitation**

If as a direct result of a Breakdown to Covered Equipment, property is damaged, contaminated or polluted by a substance, other than ammonia, that is declared to be hazardous to health by a governmental agency, the Hazardous Substance Limit of Insurance shown in the Schedule of this endorsement is the most we will pay for:

**(1)** Any additional expenses you incur to clean up, repair, replace or dispose

TRAVELERS DOC MGMT 52 of 281

of any such property that is Covered Property under this Coverage Part; and

**(2)** Any increase in loss of Business Income or Extra Expense due to the additional time required to clean up, repair, replace or dispose of the property, provided Business Income or Extra Expense loss resulting from damage to such property is otherwise insured against under this Coverage Part. Subject to the Hazardous Substance Limit of Insurance, the term "period of restoration", as used in the Business Income and/or Extra Expense insurance provided under this Coverage Part is extended to include this additional period of time.

As used in this Limitation, additional expenses and increase in loss mean expenses and loss incurred beyond the expenses and loss for which we would have been liable had no substance declared to be hazardous to health by a governmental agency been involved.

**E. EQUIPMENT BREAKDOWN LIMITS OF INSURANCE**

**1.** The insurance provided under this endorsement for loss or damage caused by or resulting from Equipment Breakdown is included in, and does not increase the Covered Property, Business Income, Extra Expense and other coverage Limits of Insurance that otherwise apply under this Coverage Part.

**2.** Payments under the Equipment Breakdown Coverage Extensions will not increase the applicable Limit(s) of Insurance.

**F. EQUIPMENT BREAKDOWN DEDUCTIBLE**

**1.** Unless otherwise indicated in the Schedule of this endorsement, the insurance provided under this endorsement for loss or damage caused by or resulting from Equipment Breakdown is subject to the deductibles that otherwise apply under this Coverage Part.

**2.** When one or more separate deductibles are indicated in the Schedule of this endorsement, each such deductible shall be applied separately to the applicable coverage for which the deductible is indicated, as follows:

**a. Dollar Deductible**

If a dollar deductible is shown in the Schedule, we will not pay for loss or damage until the amount of loss or damage to which the deductible applies exceeds the applicable dollar deductible. We will then pay the amount of loss or damage in excess of the dollar deductible, up to the applicable Limit of Insurance.

**b. Time Period Deductible**

If a time period deductible is shown in the Schedule, we will not pay for any loss to which the deductible applies that occurs during the specified time period immediately following a Breakdown to Covered Equipment.

**c. Average Daily Value Deductible**

If an average daily value deductible is shown in the Schedule, this deductible will be calculated as follows:

**(1)** For all of the described premises where you incur Business Income or Extra Expense loss due to a Breakdown to Covered Equipment, determine the total amount of Business Income that would have been earned or incurred by you during the "period of restoration" had no Breakdown to Covered Equipment occurred.

**(2)** Divide the amount determined in paragraph (1) by the number of days the business would have been open during the "period of restoration". The result is the average daily value.

**(3)** Multiply the average daily value in paragraph (2) by the Multiple of Average Daily Value shown in the Schedule. We will first subtract this deductible amount from any loss we would otherwise pay. We will then pay the amount of loss or damage in excess of the deductible, up to the applicable Limit of Insurance.

**d. Percentage of Loss Deductible**

If a deductible is expressed as a percentage of loss in the Schedule, we will not be liable for the indicated percentage of the gross amount of loss or damage insured under the applicable coverage.

**G. EQUIPMENT BREAKDOWN ADDITIONAL CONDITION**

The following Additional Condition applies to the insurance provided under this endorsement:

TRAVELERS DOC MGMT 53 of 281

**Suspension**

If any Covered Equipment is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance provided by this endorsement for loss or damage caused by or resulting from a Breakdown to that Covered Equipment. This can be done by delivering or mailing a notice of suspension to:

1. Your last known address; or

2. The address where the Covered Equipment is located.

Once suspended in this way, such insurance can only be reinstated by a written endorsement issued by us. If we suspend your insurance, you will get a pro rata refund of premium for that Covered Equipment. But the suspension will be effective even if we have not yet made or offered a refund.

**EQUIPMENT BREAKDOWN SCHEDULE**

**Limits of Insurance:**
• Spoilage:                    $25,000 unless a higher amount is shown:        $
• Ammonia Contamination:       $25,000 unless a higher amount is shown:        $
• Hazardous Substance:         $25,000 unless a higher amount is shown:        $

**Deductible Exceptions:**  Deluxe Property Coverage Part Deductibles apply to loss or damage under this endorsement, except as follows:

SEE DX T8 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

    DELUXE PROPERTY COVERAGE FORM

**A. SCHEDULE**

| Prem No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|----------|-----------|------------------------------------------|
| 1 | 1 | P-1 |

Describe any "P-9":

**B.** The following is added to the ADDITIONAL CONDITIONS found in the Deluxe Property Coverage Form:

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices, services, or systems listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

    **a. "P-1"**    **Automatic Sprinkler System**, including related supervisory services.

    Automatic Sprinkler System means:

    **(1)** Any automatic fire protective or extinguishing system, including connected:

        **(a)** Sprinklers and discharge nozzles;

        **(b)** Ducts, pipes, valves and fittings;

        **(c)** Tanks, their component parts and supports; and

        **(d)** Pumps and private fire protection mains.

    **(2)** When supplied from an automatic fire protective system:

        **(a)** Non-automatic fire protective systems; and

        **(b)** Hydrants, standpipes and outlets.

    **b. "P-2"**   **Automatic Fire Alarm,** protecting the entire building, that is:

        **(a)** Connected to a central station; or

        **(b)** Reporting to a public or private fire alarm station.

    **c. "P-3"**   **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

    **d. "P-4"**   **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

DX T3 41 03 98      Page 1 of 2

**e. "K or C" Premises Burglar Alarm System:**

    **(1)** For which you have an unexpired Underwriters Laboratories, Inc. certificate; and

    **(2)** That signals to an outside central station.

    Initial symbol "C" means that the central station does not have keys to the property the alarm system protects. Initial symbol "K" means that the central station does have keys to the property.

    Numbers "1","2" and "3" refer to the type of installation. Letters "A", "B" and "C" after these numbers refer to the grade of alarm system.

**Example:** Symbol "K-1C" means a premises burglar alarm signalling to an outside central station with keys to the property, installation type 1, grade C.

    **List of Possible Symbols:**

    C-1A, C-1B, C-1C, C-2A, C-2B,C-2C, C-3A, C-3B, C-3C, K-1A, K-1B, K-1C, K-2A, K-2B, K-2C, K-3A, K-3B, K-3C

**f. "L" Loud Sounding Gong**

    **(1)** For which you have an unexpired Underwriters Laboratories, Inc. certificate; and

    **(2)** That is on the outside of the building containing the property the alarm system protects.

    Initial symbol "L" means that there is a loud sounding gong.

    Numbers "2" and "3" refer to the type of installation. Letters "A", "B" and "C" after these numbers refer to the grade of alarm system.

**Example:** Symbol "L-3A" means a loud sounding alarm outside the building, installation type 3, grade A.

    **List of Possible Symbols:**

    L-2A, L-2B, L-2C, L-3A, L-3B, L-3C

**g. "W" Security Service** making hourly rounds covering the entire building when the premises are not in actual operation.

    Initial symbol "W" means that there is a security service.

    Numbers refer to the type of service.

    "1" means there are hourly signals to:

    **(1)** An outside central station: or

    **(2)** A police station where there is at least one police officer on duty at all times.

    "2" means there are:

    **(1)** Hourly reports to a watch clock; and

    **(2)** No hourly signals to an outside station.

    "3" means there are:

    **(1)** No hourly reports to a watch clock; and

    **(2)** No hourly signals to an outside station.

    **List of Possible symbols:**

    W-1, W-2, W-3.

**h. "P-9"** The protective system described in the Schedule.

**C.** The following is added to the EXCLUSION section of:

DELUXE PROPERTY COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire or theft if, prior to the fire or theft, you:

    **1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    **2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The following is withdrawn from Paragraph **A.3.** Property And Costs Not Covered and added to Covered Property.

**SCHEDULE**

| Prem. Loc. No. | Bldg. No. | Description of Property |
|---|---|---|
| 1 | 1 | FOUNDATIONS |

TRAVELERS DOC MGMT 58 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The following is added to the LOSS CONDITIONS-Loss Payment provision as indicated by an "X" in the Schedule below:

**A. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule below have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule below is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    **a.** Warehouse receipts:

    **b.** A contract for deed:

    **c.** Bills of lading:

    **d.** Financing statements; or

    **e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

    **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    **c.** If we deny your claim because of your acts or because you have failed to comply with terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so:

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

    All of the terms of this Coverage Part will then apply directly to the Loss Payee.

    **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        **(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

        At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

    **a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

DX T3 79 03 98

**C. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule below is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. SCHEDULE**

| Prem. No. | Bldg. No. |
| --- | --- |

**Description of Property**

SEE DX T8 93 03 99

**Loss Payee (Name & Address)**

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
| --- | --- | --- | --- |
| **Provisions Applicable:** | | | |

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

DELAGE LANDEN FINANCIAL SVS

1111 OLD EAGLE SCHOOL RD

WAYNE                          PA  19087

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|------------------------|
| 1 | 1 | TOSHIBA COPIERS LEASE NOS. 24424043, 24421707 & 24467954 KYOCERA COPIER LEASE NO. 24611462 INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/ BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

WALSH CONSTRUCTION

929 W ADAMS, 2ND FL

CHICAGO                          IL  60607

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

CITY OF CHICAGO

121 N LASALLE ST

CHICAGO                          IL  60602

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

BANK ONE

120 S LASALLE ST

CHICAGO                         IL  60603

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|------------------------|
| 1 | 1 | LOAN #3850817356 | Lenders Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

GODWIN PUMPS OF AMERICA, INC.

1 FLOODGATE RD

BRIDGEPORT                    NJ  08014

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|------------------------|
| 1 | 1 | LEASED EQUIPMENT INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT ALL LOCATIONS | Loss Payable |

**DX T8 93 03 99**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# UTILITY SERVICES—DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

**A. Coverage**

If indicated in the Declarations we will pay for loss or damage to Covered Property at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises, supplying the following services if indicated in the Declarations:

1. **Water Supply Services,** meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. **Communication Supply Services,** meaning the following types of property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   Coverage does not include loss caused by or resulting from loss or damage to overhead transmission lines unless indicated in the Declarations.

3. **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   Coverage does not include loss caused by or resulting from loss or damage to overhead transmission lines unless indicated in the Declarations.

**B. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible stated in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**C. Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable utility services Limit of Insurance stated in the Declarations.

TRAVELERS DOC MGMT 66 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# UTILITY SERVICES —TIME ELEMENT

This endorsement modifies insurance provided under the following:

> DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
> DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)
> DELUXE EXTRA EXPENSE COVERAGE FORM

**A. Coverage**

If indicated in the Declarations we will pay for:

**1.** Loss of Business Income; or

**2.** Loss of Extra Expense

at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, located outside of a building described in the Declarations, supplying the following services if indicated in the Declarations:

**1. Water Supply Services,** meaning the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**2. Communication Supply Services,** meaning the following types of property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

Coverage does not include loss caused by or resulting from loss or damage to overhead transmission lines unless indicated in the Declarations.

**3. Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

Coverage does not include loss caused by or resulting from loss or damage to overhead transmission lines unless indicated in the Declarations.

**B. Deductible**

We will only pay for loss you sustain after the first number of consecutive hours indicated in the Declarations following the direct physical loss or damage to the type of property located outside of a building at a location described in the Declarations to which this endorsement applies.

**C. Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable utility services Limit of Insurance stated in the Declarations.

**D.** The ADDITIONAL CONDITION-Coinsurance (if applicable) does not apply to this endorsement.

DX T3 86 03 98                                                                 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# BUSINESS INCOME – CIVIL AUTHORITY AMENDMENT

This endorsement modifies insurance provided under the following:

>DELUXE BUSINESS INCOME COVERAGE FORM (and EXTRA EXPENSE)
>DELUXE BUSINESS INCOME COVERAGE FORM (without EXTRA EXPENSE)
>DELUXE BUSINESS INCOME COVERAGE FORM (and EXTRA EXPENSE) COLLEGES AND SCHOOLS

Additional Coverages - b. Civil Authority is amended as follows:

Coverage for Business Income will begin <u>72</u> hours after the time of the Civil Authority action and will then apply for a period of up to 30 consecutive days.  If this hour deductible and any other deductible applies to a Business Income loss that results from the same occurrence, only the deductible which produces the largest amount to be deducted will apply.

TRAVELERS DOC MGMT 68 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK
# INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss,* each *"Insurer"* (as defined in the Act) is responsible for a deductible of one percent (1%) of its *"Direct Earned Premium"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of its *Direct Earned Premium* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of its *Direct Earned Premium* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of its *Direct Earned Premium* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Govern-ment's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of each Insurer's deductible for that year. The *Insurer* is responsible for the payment of the remaining 10% of *Insured Losses.* In no event, however, will the Federal Government or any *Insurer* be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism.* In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism;* conversely, a loss will not be covered just because it was caused by an *Act of Terrorism.* The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part <u>does not</u> contain an exclusion that specifically excludes coverage for *Insured Losses.* The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 7% of your total Deluxe Property Coverage Part premium if your primary location is in a Designated City (as listed below).

- 3% of your total Deluxe Property Coverage Part premium if your primary location is <u>not</u> in a Designated City (as listed below).

**Designated Cities are:**

| | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

**DX T4 02 10 04**                                                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# ELECTRONIC VANDALISM LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

When included in this policy, this endorsement also modifies insurance provided under the COMMERCIAL INLAND MARINE COVERAGE PART.

**SCHEDULE**

**Electronic Vandalism Limit of Insurance,**
aggregate in any 12-month period of this policy:      **$ 10,000** unless a higher limit is shown: $

This endorsement limits the insurance provided under this policy for direct physical loss or damage caused by or resulting from "electronic vandalism" and for loss that is a consequence of such direct physical loss or damage.

## A. LIMITATION – ELECTRONIC VANDALISM

The following LIMITATION is added:

The most we will pay for all loss or damage caused directly or indirectly by or resulting from "electronic vandalism" in any one policy year, commencing with the inception date of this endorsement, is the Electronic Vandalism Limit of Insurance shown in the Schedule of this endorsement. This limit:

1. Applies regardless of the number of locations, items or types of property or coverages or Coverage Forms involved; and

2. Is part of, and does not increase the Limits of Insurance provided under this policy.

But if "electronic vandalism" results in a "specified cause of loss", other than vandalism, this limitation will not apply to the resulting loss or damage caused by that "specified cause of loss".

## B. ELECTRONIC VANDALISM MINIMUM DEDUCTIBLE

The following deductible provision is added and applies to all coverages, including Extra Expense:

The DEDUCTIBLE provisions of this policy continue to apply. But in no event will the total of all applicable deductible amounts applied in any one occurrence of "electronic vandalism" be less than $1,000.

## C. ELECTRONIC VANDALISM DEFINED

**"Electronic Vandalism",** as used in this endorsement means:

1. Willful or malicious destruction of computer programs, content, corrupts or instructions or other electronic or digital data stored within computer systems.

2. Unauthorized computer code or programming that:

   a. Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

   b. Replicates itself, impairing the performance of computers or computer systems or networks; or

   c. Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

**DX T3 98 04 02**                    Page 1 of 1

# GENERAL LIABILITY



# GENERAL LIABILITY



**COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-06 to 01-01-07 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   | COMMERCIAL GENERAL LIABILITY COVERAGE FORM | LIMITS OF INSURANCE |
   |---|---|
   | General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
   | Products-Completed Operations Aggregate Limit | $ 2,000,000 |
   | Personal & Advertising Injury Limit | $ 1,000,000 |
   | Each Occurrence Limit | $ 1,000,000 |
   | Damage To Premises Rented To You Limit (any one premises) | $ 100,000 |
   | Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** LIMITED LIABILITY COMPANY

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

CG T0 01 11 03

Page 1 of 1

PRODUCER: MYERS-BRIGGS & CO INC          CF234          OFFICE: NAPERVILLE IL          888

**DECLARATIONS PREMIUM SCHEDULE**      **POLICY NUMBER:** Y-630-9578B155-TIL-06

This Schedule applies to the Declarations for the period of   **01-01-06**   to   **01-01-07**

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LOB | | $250 | | | |
| | | | | | | |
| | 1/  1 FABRICATED PLATE WORK | | | | | |
| 001 | | 34439 | PREM/OPS      S | 39,000,000 | .370 | 14,430 |
| 002 | | | PROD/C-OPS    S | 39,000,000 | .653 | 25,467 |
| | | COVERAGE PART TOTAL | | | | 39,897 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

**CG T0 07 09 87**                                      PAGE    **1 (END)**

**KEY TO DECLARATIONS PREMIUM SCHEDULE**

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\* Premium base t applies for a number of rarely used premium bases. The specific base and how rates apply are shown with the Class Description on the DECLARATIONS-PREMIUM SCHEDULE.

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE FORM
# CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
   Bodily Injury and Property
   Damage Liability

   Insuring Agreement ............................................................1

   Exclusions ..........................................................................2

Coverage B -
   Personal and Advertising
   Injury Liability

   Insuring Agreement ............................................................5

   Exclusions ..........................................................................5

Coverage C -
   Medical Payments

   Insuring Agreement ............................................................7

   Exclusions ..........................................................................7

   Supplementary Payments ...........................................................7

SECTION II—WHO IS AN INSURED .....................................................8

SECTION III—LIMITS OF INSURANCE ................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS .........................10

   Bankruptcy ......................................................................10
   Duties in the Event of Occurrence, Claim or Suit ...............................10
   Legal Action Against Us .........................................................11
   Other Insurance .................................................................11
   Premium Audit ...................................................................12
   Representations .................................................................12
   Separation of Insureds ..........................................................12
   Transfer of Rights of Recovery Against Others To Us .............................12
   When We Do Not Renew ............................................................12

SECTION V—DEFINITIONS .............................................................12

CG T0 34 11 03

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © ISO Properties Inc., 2000

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

TRAVELERS DOC MGMT 79 of 281

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

© ISO Properties Inc., 2000

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

TRAVELERS DOC MGMT 81 of 281

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

© ISO Properties Inc., 2000

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

TRAVELERS DOC MGMT 83 of 281

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © ISO Properties Inc., 2000

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

     **(1)** How, when and where the "occurrence" or offense took place;

     **(2)** The names and addresses of any injured persons and witnesses; and

     **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

     **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

     **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person

    © ISO Properties Inc., 2000     **CG 00 01 10 01**

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

TRAVELERS DOC MGMT 87 of 281

ute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

© ISO Properties Inc., 2000

TRAVELERS DOC MGMT 88 of 281

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

TRAVELERS DOC MGMT 89 of 281

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended

TRAVELERS DOC MGMT 90 of 281

use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

TRAVELERS DOC MGMT 91 of 281

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

TRAVELERS DOC MGMT 92 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, re-move, contain, treat, detoxify or neutral-ize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a gov-ernmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neu-tralizing, or in any way responding to, or assessing the effects of "pollutants".

TRAVELERS DOC MGMT 93 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FIDUCIARIES – FIDUCIARY INTEREST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance applies to "bodily injury", "property damage", "personal injury" or "advertising injury" or medical payments arising out of the ownership, maintenance or use, including all related operations, of property in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity, subject to the following additional provisions:

**A.** **Section II – Who Is An Insured** is amended to include as an insured each of the following to the extent set forth below:

    **1.** Any co-fiduciary or co-representative of yours with respect to acts or omissions as such;

    **2.** Any person or organization legally responsible with respect to your acts or omissions in a fiduciary or representative capacity; and

    **3.** Any beneficiary, devisee, legatee, ward, heir or distributee of the trust, guardianship or estate, and any co-owner or life tenant of the property, with respect to acts or omissions as such.

However, the insurance, as afforded to any person or organization described in Paragraphs **1.**, **2.** or **3.** above, or to any person or organization while acting as your real estate manager, does not apply:

    **a.** To any "executive officer" or "employee" with respect to "bodily injury" to another "executive officer" or "employee" of the same employer or while performing his or her duties related to the conduct of your business;

    **b.** With respect to property or operations you designate in a written notice stating that this insurance is not required for such property or operations. The written notice must be given to us within 30 days after your knowledge of commencement of a fiduciary or representative relationship.

**B.** This insurance does not apply to "bodily injury" or "property damage" which occurs, or "personal injury" or "advertising injury" arising out of an offense which began, before you first had the right or duty to act in a fiduciary or representative capacity with respect to property in such trust, guardianship or estate.

**C.** Property in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity will be deemed to be property owned by you.

**D.** Exclusion **j.(2)** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

    **j.** "Property damage" to:

        **(2)** Premises you or the person or organization you succeed or represent sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**E.** Exclusion **l.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

    **l.** "Property damage" to "your work" or work performed by or on behalf of the person or organization succeeded or represented by you and arising out of it or any part of it and included in the "products-completed operations hazard".

    This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf, or on behalf of the person or organization succeeded or represented by you, by a subcontractor.

**F.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions**:

This condition does not entitle us to the right to exoneration or reimbursement from property with respect to which you have a fiduciary relationship.

Includes copyrighted material of Insurance Services Office Inc., with its permission.

**G.** The definition of "your product" in the **Definitions** Section is replaced by the following:

"Your product"

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** The person or organization you succeed or represent; or

            **(d)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

 Copyright, The Travelers Indemnity Company, 2003 **CG D2 91 11 03**
Includes copyrighted material of Insurance Services Office Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE, SUCCESSOR OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**NAME OF PERSON OR ORGANIZATION:**

MB FINANCIAL BANK NA
1200 N ASHLAND AVE
CHICAGO, IL 60622

**DESIGNATION OF PREMISES:**

LOCATION 001/BUILDING 001 & LOCATION 003/BUILDING 003

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, successor or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE, SUCCESSOR OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**NAME OF PERSON OR ORGANIZATION:**

CHARTER ONE BANK,
N/A ITS SUCCESSORS AND/OR ASSIGNS
COMMERCIAL LOAN SERVICING DEPARTMENT
1215 SUPERIOR AVE., SU 670
CLEVELAND, OH 44114

**DESIGNATION OF PREMISES:**

LOCATION 002/BUILDING 002

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, successor or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4.** (**Other Insurance**), is amended as follows:

**1.** The following is added to Paragraph **a. Primary Insurance:**

However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

**a.** The "bodily injury" or "property damage" for which coverage is sought occurs; and

**b.** The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

subsequent to the signing and execution of that contract or agreement by you.

**2.** The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

**3.** The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1)**:

That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MANUFACTURERS AND WHOLESALERS XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Blanket Broad Form Vendors

**C.** Limited Worldwide Liability Coverage – Indemnity Basis

**D.** Damage To Premises Rented To You Extension

- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

**E.** Blanket Waiver of Subrogation

**F.** Blanket Additional Insured – Managers or Lessors of Premises

**G.** Blanket Additional Insured – Lessor of Leased Equipment

**H.** Incidental Medical Malpractice

**I.** Personal Injury – Assumed by Contract

**J.** Extension of Coverage – Bodily Injury

**K.** Injury to Co-Employees and Co-Volunteer Workers

**L.** Aircraft Chartered with Crew

**M.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**N.** Increased Supplementary Payments

- Cost for bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

**O.** Medical Payments – Limit increased to $10,000 per person

**P.** Knowledge and Notice of Occurrence or Offense

**Q.** Unintentional Omission

**R.** Reasonable Force – Bodily Injury or Property Damage

**PROVISIONS**

**A. BROADENED NAMED INSURED**

1. The Named Insured in Item **1.** of the Declarations is as follows:

   The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. WHO IS AN INSURED (Section **II**) Item **4.a.** is deleted and replaced by the following:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

3. This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

**B. BLANKET BROAD FORM VENDORS COVERAGE**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "vendor") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are dis-

TRAVELERS DOC MGMT 100 of 281

tributed or sold in the regular course of the vendor's business, subject to the following additional provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the vendor shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded the vendor does not apply to:

   **a.** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   **b.** Any express warranty unauthorized by you;

   **c.** Any physical or chemical change in the product made intentionally by the vendor;

   **d.** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   **e.** Any failure to make such inspections, adjustments, tests or servicing as vendors agree to make or normally undertake to make in the usual course of business, in connection with the distribution or sale of "your products";

   **f.** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   **g.** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;

**3.** This Provision **B.** does not apply to:

   **a.** Any insured person or organization, from whom you have acquired such products, or any ingredient, part or container entering into, accompanying or containing such products;

   **b.** Any vendor for which coverage as an additional insured specifically is scheduled by endorsement; or

   **c.** Any of "your products" for which coverage is excluded by endorsement.

**C. LIMITED WORLDWIDE LIABILITY COVERAGE**

**1.** The definition of "coverage territory" in DEFINITIONS (Section **V**) is deleted and replaced by the following:

"Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   **c.** All other parts of the world, excluding any country or jurisdiction which at the time of the "occurrence" or offense is the subject of trade or economic sanctions imposed by the laws or regulation of the United States of America, but not including any country or jurisdiction in which the insured's activities are specifically permitted by any governmental entity of the United States of America, if the injury or damage arises out of:

     **(1)** Goods or products made or sold by you in the territory described in **1.a.** above; or

     **(2)** The activities of a person whose home is in the territory described in **1.a.** above, but is away for a short time on your business; or

     **(3)** "Personal injury" or "advertising injury" offenses that take place through the Internet or similar means of communication.

**2.** With respect to claims or suits caused by an "occurrence" within the "coverage territory" described in **1.c.** above, the following conditions apply:

   **a.** The coverage afforded hereunder shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

   **b.** This insurance is not a substitute for "compulsory admitted insurance" in any jurisdiction described in **1.c.** above,

Copyright, The Travelers Indemnity Company, 2003
CG D1 87 11 03

TRAVELERS DOC MGMT 101 of 281

whether or not this insurance would qualify as "compulsory admitted insurance" in a given jurisdiction or is accepted by the appropriate authorities as proof of "compulsory admitted insurance".

You agree to maintain "compulsory admitted insurance" at the limits required by law. Your failure to do so will not invalidate the coverage afforded by this endorsement, but we will only be liable to the same extent we would have been liable had you maintained "compulsory admitted insurance".

"Compulsory admitted insurance" means insurance that is:

(1) Required to be in-force to satisfy the legal requirements of a given jurisdiction; and

(2) Issued by a State Fund or an insurer licensed or permitted by law to do business in the jurisdiction where the property or exposure to loss is located.

**c.** With respect to defending you against, or the investigation or settlement of, any claim or "suit" brought against you, the following will apply:

(1) The provision of the Insuring Agreement reading "We will pay....." in Part **1.** of COVERAGE A. and COVERAGE B. (Section **I** – Coverages) is amended to read "We will indemnify the insured for….";

(2) You must arrange to defend yourself against, and investigate or settle, any claim or "suit";

(3) You will not make any settlement without our consent;

(4) We will pay expenses incurred with our consent;

(5) We may, at our discretion, participate in defending you against, or in the settlement of, any claim or "suit".

**3.** This Provision **C.** does not apply:

**a.** To any of "your products" for which coverage is excluded by endorsement; or

**b.** To "personal injury" or "advertising injury" if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

**D. DAMAGE TO PREMISES RENTED TO YOU EXTENSION**

**1.** The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

**2.** This insurance does not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section **III**) is deleted and replaced by the following:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE A. for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

TRAVELERS DOC MGMT 102 of 281

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations for Damage To Premises Rented To You Limit.

**4.** Under DEFINITIONS (Section **V**), Paragraph **a.** of the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

**5.** This Provision **D.** does not apply if coverage for Damage To Premises Rented To You of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is excluded by endorsement.

**E. BLANKET WAIVER OF SUBROGATION**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**F. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the lim-

its shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

**b.** Any premises for which coverage is excluded by endorsement; or

**c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**G. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after the equipment lease expires; or

**b.** "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**H. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The definition of "bodily injury" in DEFINITIONS (Section **V**) is amended to include "Incidental Medical Malpractice Injury".

     Copyright, The Travelers Indemnity Company, 2003     CG D1 87 11 03

TRAVELERS DOC MGMT 103 of 281

**2.** The following definition is added to DEFINITIONS (Section **V**):

"Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

**a.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

**c.** First aid.

**d.** "Good Samaritan services." As used in this Provision **H.**, "Good Samaritan services" are those medical services rendered or provided in an emergency and for which no remuneration is demanded or received.

**3.** Paragraph **2.a.(1)(d)** of WHO IS AN INSURED (Section **II**) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph **2.** above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

**4.** The following exclusion is added to paragraph **2.** Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

(This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

**5.** For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph **2.** above to any one person, will be considered one "occurrence".

**6.** This Provision **H.** does not apply if you are in the business or occupation of providing any of the services described in paragraph **2.** above.

**7.** The insurance provided by this Provision **H.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**I.** **PERSONAL INJURY – ASSUMED BY CONTRACT**

**1.** The **Contractual Liability** Exclusion in Part **2.**, **Exclusions** of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Contractual Liability**

"Advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**2.** Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**3.** This Provision **I.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

**J.** **EXTENSION OF COVERAGE – BODILY INJURY**

The definition of "bodily injury" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

TRAVELERS DOC MGMT 104 of 281

## K. INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS

1. Your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to your "volunteer workers" while performing duties related to the conduct of your business, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

2. Your "volunteer workers" are insureds with respect to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business, or to your "employees" in the course of the "employee's" employment by you, provided that this coverage for your "volunteer workers" does not apply while performing duties unrelated to the conduct of your business.

3. Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section **II**) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** or **2.** above.

## L. AIRCRAFT CHARTERED WITH CREW

1. The following is added to the exceptions contained in the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** − Coverages):

   (This exclusion does not apply to:) Aircraft chartered with crew to any insured.

2. This Provision **L.** does not apply if the chartered aircraft is owned by any insured.

3. The insurance provided by this Provision **L.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## M. NON-OWNED WATERCRAFT

1. The exception contained in Subparagraph **(2)** of the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I − Coverages) is deleted and replaced by the following:

   **(2)** A watercraft you do not own that is:

   **(a)** Fifty feet long or less; and

   **(b)** Not being used to carry persons or property for a charge.

2. This Provision **M.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3. The insurance provided by this Provision **M.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## N. INCREASED SUPPLEMENTARY PAYMENTS

Parts **b.** and **d.** of SUPPLEMENTARY PAYMENTS − COVERAGES A AND B (Section I − Coverages) are amended as follows:

1. In Part **b.** the amount we will pay for the cost of bail bonds is increased to $2500.

2. In Part **d.** the amount we will pay for loss of earnings is increased to $500 a day.

## O. MEDICAL PAYMENTS − INCREASED LIMITS

1. Paragraph **7.** of LIMITS OF INSURANCE (Section III) is amended to read as follows:

   **7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C.** for all medical expenses because of "bodily injury" sustained by any one person, and will be the higher of:

   **(a)** $10,000; or

   **(b)** The amount shown on the Declarations for Medical Expense Limit.

2. This Provision **O.** does not apply if COVERAGE **C.** MEDICAL PAYMENTS (Section I − Coverages) is excluded either by the provisions of the Coverage Part or by endorsement.

## P. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE

1. The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

   Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense

TRAVELERS DOC MGMT 105 of 281

has been reported to any insured listed under Paragraph **1.** of Section **II –** Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

**2.** Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after any insured listed under Paragraph **1.** of Section **II –** Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

**3.** However, this Provision **P.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

**Q. UNINTENTIONAL OMISSION**

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **Q.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

**R. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

The **Expected Or Intended Injury** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I –** Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

TRAVELERS DOC MGMT 106 of 281

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **o. Personal And Advertising Injury**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**o. Personal Injury, Advertising Injury and Web Site Injury**

"Bodily injury" arising out of "personal injury", "advertising injury" or "web site injury".

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly

provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

but only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**2. Exclusions.**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b. Material Published With Knowledge Of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

TRAVELERS DOC MGMT 107 of 281

**c. Material Published Prior To Policy Period**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal injury", "advertising injury" or "web site injury" arising out of a criminal act committed by or with the consent of the insured.

**e. Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "personal injury" provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" or "web site injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

**h. Wrong Description Of Prices**

"Advertising injury" or "web site injury" arising out of the wrong description of the price of goods, products or services.

**i. Insureds In Media And Internet Type Businesses**

"Personal injury", "advertising injury" or "web site injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition under **SECTION V – DEFINITIONS** of this endorsement.

For the purposes of this exclusion, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

**j. Electronic Chatrooms Or Bulletin Boards**

"Personal injury", "advertising injury" or "web site injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal injury", "advertising injury" or "web site injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar activities that mislead another's potential customers.

**l. Pollution**

"Personal injury", "advertising injury" or "web site injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

 Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved. **CG D2 34 01 05**

**m. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others.

**o. Web Site Intellectual Property**

"Web site injury" committed by any insured whose business is providing access to intellectual property of others via "your web site".

**p. Employment-Related Practices**

"Web site injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **p.(1)(a)(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be held liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** (Section I – Coverages) is amended as follows:

**1.** Paragraph **2.d.** is deleted and replaced by the following:

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**2.** The third sentence of Paragraph **2.** is deleted and replaced by the following:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability and Paragraph **2.e.(1)** of Section **I** – Coverage **B** – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph **2. a. (1)** Section **II** – Who Is An Insured is deleted and replaced by the following:

**2. a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph **4. c.**, is deleted and replaced by the following:

**4. c.** Coverage **B** does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

**4.** Subject to **2.** above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

TRAVELERS DOC MGMT 109 of 281

## SECTION V – DEFINITIONS

### ADVERTISEMENT

The definition of **"Advertisement" (SECTION V – DEFINITIONS)** is deleted in its entirety.

### COVERAGE TERRITORY

The definition of **"Coverage Territory" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in **a.** above;

   **(2)** The activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business; or

   **(3)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

### INSURED CONTRACT

The first paragraph of part **f.** of the definition of **"Insured Contract" (SECTION V – DEFINITIONS)** is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

### PERSONAL AND ADVERTISING INJURY

The definition of **"Personal and advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following definitions of "advertising injury" and "personal injury":

"Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

**e.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

### SUIT

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to

 Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved. **CG D2 34 01 05**

which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity, provided that claim is made or "suit" is brought by the person claiming rights of publicity; or

**d.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

**YOUR WEB SITE**

"Your web site" means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V — DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**a.** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**b.** Data stored on such media; or

**c.** Programming records for electronic data processing or electronically controlled equipment.

TRAVELERS DOC MGMT 112 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG D2 88 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "website injury" arising out of unsolicited communications by or on behalf of any insured. Unsolicited communications means any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication. Unsolicited communications also include but are not limited to communications which are made or allegedly made in violation of the Telephone Consumer Protection Act and any amendments, and/or local or state statutes that bar, prohibit or penalize such communications.

TRAVELERS DOC MGMT 114 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY –** is amended by adding the following additional exclusion:

   (This Insurance does not apply to:)

   "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

2. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY –** is amended by adding the following additional exclusion:

   (This insurance does not apply to:)

   "Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

TRAVELERS DOC MGMT 116 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRCRAFT PRODUCTS AND GROUNDING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard" and arising out of any "aircraft product" or the "grounding" of any aircraft.

"Aircraft product" means:

1. Aircraft (including missile or spacecraft, and any ground support or control equipment used therewith); and

2. Any of "your products" manufactured for, used in connection with, or incorporated into aircraft, aircraft parts, aircraft equipment or aircraft accessories including, but not limited to, ground handling tools and equipment; and

3. Any of "your products" used at an airport for the purpose of guidance, navigation or direction of aircraft; and

4. Training aids, manuals, blueprints, engineering or other data or advice, and services and labor relating to such aircraft, articles or products.

"Grounding" means the withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft, by reason of the existence of or alleged or suspected existence of any defect, fault or condition in such aircraft or any part therefore sold, handled or distributed by the insured or manufactured, assembled or processed by any other person or organization according to specifications, plans, suggestions, orders, or drawings of the insured or with tools, machinery or other equipment furnished to such persons or organizations by the insured, whether such aircraft so withdrawn are owned or operated by the same or different persons, organizations or corporations.

TRAVELERS DOC MGMT 117 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – INSURED CONTRACT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to COMMERCIAL GENERAL LIABILITY DEFINITIONS (Section V):

The definition of "Insured contract" is amended to add the following:

"Insured contract" does not include your liability to a third party by reason of a Claim or suit against you by that third party for contribution under the Illinois Joint Tortfeasor Contribution Act for damages claimed against such third party as a result of injury to your employee if you have that liability because you have waived, in a contract, your right to limit such liability to the amount of the workers compensation benefits paid for that injured employee under the Illinois Workers Compensation Act.

TRAVELERS DOC MGMT 119 of 281

# EMPLOYEE BENEFITS
# LIABILITY

# EMPLOYEE BENEFITS LIABILITY


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**EMPLOYEE BENEFITS LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-06 to 01-01-07  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employee Benefits Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

**1. COVERAGE AND LIMITS OF INSURANCE**

| Employee Benefits Liability Coverage Form | Limits of Insurance |
|---|---|
| Aggregate Limit | $  2,000,000 |
| Each Employee Limit | $  1,000,000 |

**2. AUDIT PERIOD:**  ANNUAL

**3. FORM OF BUSINESS:** LIMITED LIABILITY COMPANY

**4. RETROACTIVE DATE:**

This insurance does not apply to negligent acts, errors or omissions which occurred before the Retroactive Date, if any shown below.

Retroactive Date:  01-01-2006

**5. EMPLOYEE BENEFIT PROGRAMS OTHER THAN THOSE LISTED IN SECTION VII — DEFINITIONS:**

**6. DEDUCTIBLE:**

$ NONE     EACH EMPLOYEE

**7. PREMIUM COMPUTATION:**

| Estimated No. of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| 210 | .320 | $      300 | $      300 |

**8. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

**CG T0 09 09 93**

Page 1 of 1

PRODUCER: MYERS-BRIGGS & CO INC          CF234          OFFICE: NAPERVILLE IL          888

**TABLE OF CONTENTS**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM  CG T1 01
# CLAIMS MADE

SECTION I--COVERAGES

|  |  | Beginning on Page |
|---|---|---|
| Employee Benefits Liability Coverage | Insuring Agreement | 1 |
|  | Exclusions | 1 |
| Supplementary Payments |  | 2 |

SECTION II--WHO IS AN INSURED ........................................................ 2

SECTION III--LIMITS OF INSURANCE .................................................. 2

SECTION IV--DEDUCTIBLE ................................................................... 3

SECTION V--EMPLOYEE BENEFITS LIABILITY CONDITIONS ............ 3

Bankruptcy ........................................................................................... 3
Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage ...... 4
Duties in The Event of Act, Error or Omission ..................................... 3
Legal Action Against Us ....................................................................... 4
Other Insurance ................................................................................... 4
Premium Audit ...................................................................................... 4
Representations .................................................................................... 4
Separation of Insureds ......................................................................... 4
Transfer of Rights of Recovery Against Others To Us ......................... 4

SECTION VI--EXTENDED REPORTING  PERIODS ............................... 4

SECTION VII--DEFINITIONS .................................................................. 5

**CG T0 43 11 88**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

## THIS FORM PROVIDES CLAIMS MADE COVERAGE. PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II – WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION VII – DEFINITIONS.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any negligent act, error, or omission of the insured, or of any other person for whose acts the insured is legally liable. The negligent act, error, or omission must be committed in the "administration" of your "employee benefit program." No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS. This insurance does not apply to any negligent act, error, or omission which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy expires. The negligent act, error or omission must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

**(1)** The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE:

**(2)** We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result: and

**(3)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

**b.** This insurance applies to any negligent act, error or omission of the insured, but only if a claim for damages because of the negligent act, error or omission is first made against any insured during the policy period.

**(1)** A claim by a person or organization seeking damages will be deemed to have been made when notice of such claim is received and recorded by any insured or by us, whichever comes first.

**(2)** All claims for damages sustained by any one employee, including the employee's dependents and beneficiaries, will be deemed to have been made at the time the first of those claims is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a.** Loss arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any insured;

**b.** "Bodily injury" or "property damage" or "personal injury";

**c.** Loss arising out of failure of performance of contract by any insured;

**d.** Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

**e.** Any claim or suit based upon:

**(1)** failure of any investment to perform as represented by any insured, or

**(2)** advice given to any person to participate or not to participate in any plan included in the "employee benefit program";

**f.** Loss arising out of your failure to comply with the mandatory provisions of any law concerning workers' compensation, unemployment insurance, social security or disability benefits;

**g.** Loss for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Security Act of 1974, as now or hereafter amended; or

**h.** Loss or damage for which benefits have accrued under the terms of an employee benefit plan to the extent that such benefits are available from funds accrued by the insured for such benefits or from collectible insurance, notwithstanding the insured's act, error or omission in administering the plan which precluded the claimant from receiving such benefits.

**3. Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

**d.** All costs taxed against the insured in the "suit."

**e.** Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we made an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured.

**c.** An organization other than a partnership or joint venture, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

**2.** Each of the following is also an insured:

**a.** Each of your partners, executive officers and employees who is authorized to administer your "employee benefit program."

**b.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire, or form the organization or the end of the policy period, whichever is earlier:

**b.** Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought;

**c.** Persons or organizations making claims or bringing "suits."

**d.** Acts, errors or omissions which result in loss; or

TRAVELERS DOC MGMT 125 of 281

**e.** Plans included in your "employee benefit program";

**2.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

**3.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – DEDUCTIBLE

**1.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in Item 6 of the Declarations as applicable to "Each Employee." The limits of insurance applicable to "Each Employee" will be reduced by the amount of this deductible. The Aggregate limit shall not be reduced by the application of such deductible amount.

**2.** The deductible amount stated in the Declarations applies to all damages sustained by an employee because of an act, error or omission covered by this insurance.

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend any "suits" seeking those damages; and

**b.** Your duties in the event of an act, error or omission claim, or suit apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

**1. Bankruptcy.**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In the Event Of Act, Error or Omission, Claim or Suit.**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. Notice should include:

**(1)** What the act, error or omission was and when it occurred.

**(2)** The names and addresses of any employees who may suffer damages as a result of the act, error or omission.

Notice of an act, error or omission is not notice of a claim.

**b.** If a claim is received by any insured you must:

**(1)** Immediately record the specifics of the claim and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**3. Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

**a.** Primary Insurance.

This insurance is primary except when paragraph 4. of Section VI – Extended Reporting Periods applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

**b.** Method of Sharing.

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against who claim is made or "suit" is brought.

**8. Transfer of Rights of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage:**

The following conditions also apply to this Coverage Part:

All conditions relating to cancellation, non-renewal, renewal, and reduction or deletion of coverage which would apply to a Commercial General Liability Coverage Part attached to this policy.

**SECTION VI – EXTENDED REPORTING PERIODS**

**1.** We will provide an automatic Extended Reporting Period as described in paragraph 3. or, if you

TRAVELERS DOC MGMT 127 of 281

purchase it, an Extended Reporting Period Endorsement as described in paragraph 4, only if:

**a.** This Coverage Part is cancelled or not renewed for any reason; or

**b.** We renew or replace this Coverage Part with other insurance that has a Retroactive Date later than the one shown in this Coverage Part's Declarations.

**2.** If we provide an Extended Reporting Period, the following is added to paragraph 1.b. of INSURING AGREEMENT – SECTION I:

**(3)** A claim first made during the Extended Reporting Period will be deemed to have been made on the last day of the policy period provided that the claim is for damages because of an act, error or omission that occurred before the end of the policy period of this policy (but not before any applicable Retroactive Date).

The Extended Reporting Period will not reinstate or increase the Limits of Insurance or extend the policy period.

**3.** The automatic Extended Reporting Period will be for 60 days, starting with the end of the policy period of this policy.

This automatic Extended Reporting Period applies only if no subsequent insurance you purchase applies to the claim, or would apply but for the exhaustion of its applicable limit of insurance.

This automatic Extended Reporting Period may not be cancelled.

**4.** If you purchase the optional Extended Reporting Period Endorsement, the Extended Reporting Period will be for one year, starting with the end of the policy period of this policy. We will issue that Endorsement if the first Named Insured shown in the Declarations:

**a.** Makes a written request for it which we receive within 60 days after the end of the policy period; and

**b.** Promptly pays the additional premium when due.

The Extended Reporting Period Endorsement will not take effect unless the additional premium is paid when due. If that premium is paid when due, the endorsement may not be canceled.

The Extended Reporting Period Endorsement will also amend paragraph 4.a. of SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

(Other Insurance) so that the insurance provided will be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, whose policy period begins or continues after the Endorsement takes effect.

**5.** We will determine the actual premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The exposures insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of Insurance available under this Coverage Part for future payment of damages; and

**d.** Other related factors.

The premium for the Extended Reporting Period Endorsement will not exceed 200% of the annual premium for the Coverage Part to which the endorsement would be attached and will be fully earned when the Endorsement takes effect.

**SECTION VII – DEFINITIONS**

**1.** "Administration" means:

**a.** Counseling employees, including their dependents and beneficiaries, with respect to the "employee benefit program";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting or terminating any employee's participation in a plan included in the "employee benefit program."

**2.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**3.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**4.** "Employee" means your officers, partners and employees whether actively employed, disabled or retired.

**5.** "Employee benefit program" means the following plans:

**a.** Group life insurance, group accident or health insurance, "profit sharing plans," pension plans and "stock subscription plans," provided that no one other than an employee may subscribe to such insurance or plans;

TRAVELERS DOC MGMT 128 of 281

**b.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**c.** Any other similar plan designated in the Declaration or added thereto by endorsement.

**6.** "Personal injury" means injury other than "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**7.** "Profit sharing plans" mean only such plans that are equally available to all full time employees.

**8.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property; or

**b.** Loss of use of tangible property that is not physically injured.

**9.** "Stock subscription plans" mean only such plans that are equally available to all full time employees.

**10.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

TRAVELERS DOC MGMT 129 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT — EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This coverage part is amended as follows:

1. Under Section I — EMPLOYEE BENEFITS LIABILITY COVERAGE–Exclusion 2.c. is amended to read as follows:

   c. Loss arising out of failure of performance of contract by any insurer;

2. Under Section II — WHO IS AN INSURED–Item 1.b. is replaced by the following:

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to their duties as partners or members of a joint venture.

**CG T5 30 06 89**

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — IRC VIOLATIONS

This endorsement modifies insurance provided under the following:

  EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to:

**a.** Any taxes, fines, interest, penalties or other cost imposed under, or resulting from, any provision of the Internal Revenue Code of 1986, as amended, or any similar state or local law; or

**b.** Any expense, loss or damages (i) arising out of the imposition of such taxes, fines, interest, penalties or other charges or (ii) resulting from any provision of the Internal Revenue Code of 1986, as amended.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSION--
# EMPLOYEE BENEFITS LIABILITY

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to loss arising out of:

1. The wrongful termination of an employee;
2. The coercion, demotion, reassignment, discipline, or harassment of an employee;
3. Discrimination against an employee.

# MULTIPLE SUBLINE ENDORSEMENTS

# MULTIPLE SUBLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

# COMMERCIAL INLAND MARINE



# COMMERCIAL INLAND MARINE



**COMMERCIAL INLAND MARINE**          **POLICY NUMBER:** Y-630-9578B155-TIL-06
**COVERAGE PART DECLARATIONS**        **ISSUE DATE:** 01-10-06
**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Declarations Period: From **01-01-06** to **01-01-07** 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**I. COVERED PROPERTY AND LIMITS OF INSURANCE**

**IM PAK COVERAGE**

"CONTRACTORS EQUIPMENT"

| COVERED ITEMS | LIMITS OF INSURANCE | |
|---|---|---|
|    LISTED ITEMS | No Coverage | |
|    UNLISTED ITEMS | No Coverage | |
|    LEASED or RENTED ITEMS | $          30,000 | per item |

| COVERAGE EXTENSIONS | | |
|---|---|---|
|    Newly Acquired "Contractors Equipment" | $         250,000 | |
|    "Replacement Items" | | |
|      Rental Cost | $           5,000 | per item |
|      "Loss" to any one "Replacement Item" | $          10,000 | per item |

| "Maximum Amount of Payment" | $          30,000 |
|---|---|

"COMPUTERIZED BUSINESS EQUIPMENT"

Loc     1          Bldg      1

| ADDRESS | LIMITS OF INSURANCE |
|---|---|

15700 LATHROP AVENUE
HARVEY IL 60426

| | | |
|---|---|---|
|    "Hardware Limit of Insurance" | $         250,000 | |
|    "Software Limit of Insurance" | No Coverage | |
|    "Extra Expense and Business Income | | |
|      Limit of Insurance" | No Coverage | |
|    "Earth Movement Limit of Insurance" | No Coverage | |
|    "Flood Limit of Insurance" | No Coverage | |

**II. DEDUCTIBLE**

| "CONTRACTORS EQUIPMENT" | | |
|---|---|---|
| "Basic Deductible" | $           5,000 | |

| "COMPUTERIZED BUSINESS EQUIPMENT" | | |
|---|---|---|
| "Basic Deductible" | $           5,000 | |
| "Breakdown Deductible" | $           5,000 | |

**III. PREMIUM SUMMARY**

The policy premium includes the premiums shown below. Deposit Premiums are subject to adjustment as specified in the Reporting Provisions.

| | REPORTING PROVISIONS | Premium |
|---|---|---|
| "CONTRACTORS EQUIPMENT" | Not Applicable | $          500 |

**CM T0 01 07 86**                                        Page    1
Order # CM A0 28 08 96

PRODUCER: MYERS-BRIGGS & CO INC          CF234          OFFICE: NAPERVILLE IL          888



ST PAUL
TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**
**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

Declarations Period: From **01-01-06** to **01-01-07** 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**III. PREMIUM SUMMARY CONTINUED**

| | | | |
|---|---|---|---|
| "COMPUTERIZED BUSINESS EQUIPMENT" | Not Applicable | $ | 500 |
| | PREMIUM: | $ | 1,000 |

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

**CM T0 01 07 86**
Order # CM A0 28 08 96

Page     **2 (END)**

PRODUCER:MYERS-BRIGGS & CO INC          CF234     OFFICE: NAPERVILLE IL     888


**COMMERCIAL INLAND MARINE**  
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-9578B155-TIL-06  
**ISSUE DATE:** 01-10-06

**INSURING COMPANY:**  
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-06 to 01-01-07  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

| **TRANSPORTATION COVERAGE** | **Broad** | **X** **Special** | **Deluxe** |
|---|---|---|---|
| **Property In Transit By:** | | | **Limit of Insurance** |
| **a. Type of Carrier** | | | |
| (1) Common or Contract Motor Carrier | | | $ 75,000 |
| (2) Railroad | | | $ 75,000 |
| (3) Air Carrier | | | $ 75,000 |
| (4) Inland or Coastline Water Carrier | | | $ 75,000 |
| **b. Your Land Vehicles or Aircraft** | | | |
| (1) Any land vehicle propelled by one power unit and owned or operated by you. | | | $ 75,000 |
| (2) Any one aircraft owned or operated by you. | | | $ 75,000 |

**Deductible:**  $ 5,000

**Reports and Premium**

| | | |
|---|---|---|
| **a.** | Deposit Premium | $ |
| **b.** | Minimum Premium | $ |
| **c.** | Reporting Period | |
| **d.** | Premium Adjustment Period | |
| **e.** | Premium Base | |
| **f.** | Rates (per $100) | $ |

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

**CM T0 01 07 86**                                                      Page 1 of 1

Order # CM T9 98 07 96

PRODUCER: MYERS-BRIGGS & CO INC          CF234    OFFICE: NAPERVILLE IL        888

# IM PAK® COVERAGE SUMMARY

This Coverage Part covers the following:

`"Computerized Business Equipment"`
`"Contractors Equipment"`

This Coverage Part Includes the following coverage form:

IM PAK® COVERAGE FORM
`IZ 012 05 0462 0472`

This Coverage Part includes the following modifiers:

```
0462    Exception to IL T3 55 Date-Related Loss Excl
0472    Programming Errors B
```

**CM T3 71 08 96**

Page 1 of 1

TRAVELERS DOC MGMT 141 of 281


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**IM PAK**® **COVERAGE**
**"CONTRACTORS EQUIPMENT"**
**SCHEDULE**

**POLICY NUMBER:** Y-630-9578B155-TIL-06
**ISSUE DATE:** 01-10-06

| ITEM | DESCRIPTION OF ITEMS | LIMIT OF INSURANCE |
|------|----------------------|--------------------|
|      | NO SCHEDULED CONTRACTORS EQUIPMENT | $      30,000 |

TOTAL LIMIT OF INSURANCE                                        $

**CM T0 28 08 96**                                              Page    1 (END)

**TABLE OF CONTENTS**

# COMMERCIAL INLAND MARINE COVERAGE PART

**The following indicates the contents of the principal forms which may be attached to your policy.**

**It contains no reference to the Declarations or Endorsements which also may be attached.**

**Beginning on Page**

**COMMERCIAL INLAND MARINE CONDITIONS**

Loss Conditions

A.  Abandonment _____ 1
B.  Appraisal _____ 1
C.  Duties In The Event Of Loss _____ 1
D.  Insurance Under Two Or More Coverages_____ 1
E.  Loss Payment _____ 1
F.  Other Insurance _____ 2
G.  Pair, Sets Or Parts _____ 2
H.  Recovered Property _____ 2
I.  Reinstatement Of Limit After Loss _____ 2
J.  Transfer Of Rights Of Recovery Against Others To Us _____ 2

General Conditions

A.  Concealment, Misrepresentation Or Fraud _____ 2
B.  Control Of Property _____ 2
C.  Legal Action Against Us _____ 2
D.  No Benefit To Bailee _____ 3
E.  Policy Period, Coverage Territory _____ 3
F.  Valuation _____ 3

**INLAND MARINE COVERAGE FORM(S)**

A.  Coverage

    1.  Covered Property _____
    2.  Property Not Covered _____        Page
    3.  Covered Causes Of Loss _____
    4.  Additional Coverage – Collapse (If Applicable) _____        No.
    5.  Coverage Extensions (If Any) _____
                                                                     Varies
B.  Exclusions _____
C.  Limits of Insurance _____        By
D.  Deductible _____
E.  Additional Conditions _____        Form
F.  Definitions _____

TRAVELERS DOC MGMT 143 of 281

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than

TRAVELERS DOC MGMT 144 of 281

their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

TRAVELERS DOC MGMT 145 of 281

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

TRAVELERS DOC MGMT 146 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

COMPUTERIZED BUSINESS EQUIPMENT

**Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

**SCHEDULE**

**Form or
Endorsement No.**

CM T0 01 07 86

| Item No. , If any or Description of Property | Loss Payee (Name and Address) |
|---|---|
| RENTAL EQUIPMENT CUSTOMER #5900877 | RSC/RENTAL SERVICE CORP & PRIME EQUIPMENT<br><br>3200 HARBOR LANE #100<br><br>MINNEAPOLIS                    MN 55447 |

CM T8 94 09 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

COMPUTERIZED BUSINESS EQUIPMENT

**Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

**SCHEDULE**

**Form or
Endorsement No.**

CM T0 01 07 86

| Item No. , If any or<br>Description of Property | Loss Payee<br>(Name and Address) |
|---|---|
| RENTAL EQUIPMENT | HERTZ EQUIPMENT RENTAL CORP. |
| | P.O. BOX 26930 |
| | OKLAHOMA                    OK 73126-0390 |

CM T8 94 09 93

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

COMPUTERIZED BUSINESS EQUIPMENT

**Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

**SCHEDULE**

**Form or
Endorsement No.**

CM T0 01 07 86

| **Item No. , If any or<br>Description of Property** | **Loss Payee<br>(Name and Address)** |
|---|---|
| RENTAL EQUIPMENT | CALUMET LIFT TRUCK SCV CO INS. |
| | 35 E 168TH ST |
| | SOUTH HOLLAND          IL 60473 |

**CM T8 94 09 93**

Page 1 of 1

# TRANSPORTATION COVERAGE – SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F – DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property**, as used in this Coverage Form, means personal property used in your business that is in transit at your risk.

   We cover property shipped:

   **a.** By any type of carrier described in the Declarations; or

   **b.** In or on any land vehicle or aircraft you own or operate.

2. **Property Not Covered**

   Covered Property does not include:

   **a.** Accounts, bills, currency, deeds, evidences of debt, money, notes, securities, or other commercial papers or other documents of value;

   **b.** Bullion, gold, silver, platinum or other precious alloys or metals; furs, fur garments or garments trimmed with fur; jewelry, watches, precious or semiprecious stones or similar valuable property;

   **c.** The vehicle carrying the property or intermodal containers;

   **d.** Live animals, birds or fish except as follows:

   We only cover such property for:

   **(1)** Theft; or

   **(2)** Death or destruction directly resulting from or made necessary by fire, lightning, windstorm, smoke, explosion, rioters, strikers, civil commotion, earthquake, flood, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form;

   **e.** Property in the care, custody or control of a government postal service;

   **f.** Property you accept while acting as a:

   **(1)** Common or contract carrier;

   **(2)** Broker: or

   **(3)** Loader, consolidator or freight forwarder;

   **g.** Contraband, or property in the course of illegal transportation or trade;

   **h.** Property while waterborne except:

   **(1)** While in transit by inland or coastwise water carriers if a limit for such carriers is shown in the Declarations; or

   **(2)** While on:

   **(a)** Any vessel used to transport property to or from the export or import conveyance when the export or import shipment is covered by this Coverage Form; or

   **(b)** Ferries;

   but only while operating on navigable waters of the Continental United States and Canada, other than to or from Alaska.

3. **When Coverage Applies**

   We cover property:

   **a.** While in the custody of the carrier until the property is delivered at its destination. If the property is not delivered, we cover the return of the property to you. We also cover the property while held temporarily by the receiver or carrier while awaiting its return to you.

   **b.** In or on any land vehicle or aircraft you own or operate while in transit from the time the vehicle leaves the premises

**CM T1 14 11 03**

TRAVELERS DOC MGMT 150 of 281

where the shipment begins until the vehicle arrives at its destination.

**4. Covered Causes of Loss**

Covered Causes of Loss means RISK OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

**5. Coverage Extensions**

**a. F.O.B. Shipments**

We will pay you for "loss" to property you ship on an F.O.B., meaning Free On Board, basis if you cannot collect the "loss" from the consignee. But we will only pay you the amount of your interest in the property.

**b. General Average and Salvage**

We will pay for your share of any general average and salvage charges in connection with any waterborne transit covered by this policy.

**c. Loading And Unloading**

We will pay for the "loss" to Covered Property resulting from:

**(1)** The moving and/or lifting of Covered Property onto the covered conveyance from the ground or a loading platform immediately adjacent to the covered conveyance; and

**(2)** The moving and/or lowering of Covered Property from the covered conveyance to the ground or a loading platform immediately adjacent to the covered conveyance.

**d. Fraudulent Bills of Lading**

We will pay for "loss" to Covered Property should you, your agents, messengers, customers or consignees accept fraudulent Bills of Lading, orders or receipts from anyone representing themselves to be the proper person to receive goods for shipment or accept goods for delivery.

**e. Equipment Coverage**

We will pay up to $2,500 in any one "loss" for your tarps, tie downs, carts, dollies and similar hand equipment used to load, unload, secure or protect property on your vehicles.

**f. Debris Removal**

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical "loss".

This Additional Coverage does not apply to:

**(a)** Costs to extract "pollutants" from land or water; or

**(b)** Costs to remove, restore or replace polluted land or water.

**(2)** Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical "loss" to Covered Property; plus

**(b)** The deductible in this policy applicable to that "loss".

When the debris removal expense exceeds the above 25% limitation or the sum of "loss" to Covered Property and the expense for removal of its debris exceed the applicable Limit of Insurance we will pay an additional amount for debris removal expense up to $25,000 in any one occurrence.

**g. Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water, if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs to Covered Property during the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the direct physical "loss".

The most we will pay under this Additional Coverage is $15,000 in any one year commencing with policy inception.

TRAVELERS DOC MGMT 151 of 281

**h. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for Fire Department Service Charges:

No deductible applies to this Additional Coverage.

**i. Reward Coverage**

We will reimburse you for reward(s) expense you have incurred leading to:

**(1)** The successful return of undamaged stolen articles to a law enforcement agency; or

**(2)** The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss, prior to the application of any Deductible and recovery, up to a maximum of $2,500 in any one occurrence for the reward payments you make. These reward payments must be documented.

No Deductible applies to this Additional Coverage

All the provisions of this Coverage Form apply to these Coverage Extensions. The limit for Coverage Extensions **a., b., c.** and **d.** are included within the applicable Limit of Insurance. The limit for Coverage Extensions **e., f., g., h.** and **i.** are in addition to the applicable Limit of Insurance.

**B. EXCLUSIONS**

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

This exclusion does not apply to property in the custody of a carrier for hire.

**c.** Spoilage; contamination; corrosion, rust dampness or dryness, cold or heat; breakage; any change in appearance, smell, texture, taste or flavor.

But we will pay for "loss" caused directly by fire, lightning, windstorm, hail, smoke, explosion, rioters, strikers, civil commotion, vandalism, earthquake, flood, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form.

**d.** Voluntary parting with any property by you or anyone entrusted with the property

TRAVELERS DOC MGMT 152 of 281

if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**e.** Unauthorized instructions to transfer property to any person or any place.

**f.** The following exclusions apply only to property in or on any land vehicle you own or operate:

**(1)** Contact of the vehicle carrying the property with any portion of the roadbed or curbing or with any stationary object while backing up for loading or unloading purposes; or

**(2)** Contact of property with any object unless the vehicle carrying the property also collides with that object.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

**b.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration; insects, vermin or rodents.

**c.** Theft of the property from any unattended vehicle, unless:

**(1)** The doors, windows and compartments of the vehicle were closed and locked at the time of theft: and

**(2)** The theft is a direct result of forced entry. There must be visible evidence of the forced entry.

This exclusion does not apply to property in the custody of a carrier for hire.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss," before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted

"loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property in transit within and between:

**a.** The United States of America and its territories or possessions;

**b.** Puerto Rico; and

**c.** Canada,

including their inland and coastwise waters, and air space.

**2. Valuation**

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

**a.** The value of Covered Property will be:

**(1)** The amount of invoice; or

**(2)** In the absence of an invoice, the actual cash value of that property at the point of final destination.

**b.** In the event of "loss," we will pay:

**(1)** Not more than the least of the following:

**(a)** The value of Covered Property;

**(b)** The cost of reasonably restoring that property to its condition immediately before "loss;" or

**(c)** The cost of replacing that property with substantially identical property;

**(2)** Your prepaid freight charges; and

**(3)** Any other shipping costs or charges that are incurred while the property is in transit.

**3. Claims Against Others**

The following is added to Commercial Inland Marine Loss Condition C., Duties in the Event of Loss:

You must promptly make claim in writing against any other party which had custody of the Covered Property at the time of "loss".

TRAVELERS DOC MGMT 153 of 281

**4. Impairment of Rights of Recovery**

The following is added to Commercial Inland Marine Loss Condition K., Transfer of Rights of Recovery Against Others to Us:

You may accept bills of lading or shipping receipts issued by carriers that limit their liability to less than the actual value of the property.

**5. Labels**

In the event of "loss" only to the identifying labels or wrappers containing the Covered Property, we will pay the cost to replace those labels or wrappers if the "loss" is caused by or results from a Covered Cause of Loss.

**6. Records**

You will keep accurate records of all shipments covered by this Coverage Form. You will retain these records for three years after the policy ends.

**F. DEFINITIONS**

**1.** **"Loss"** means accidental loss or damage.

**2.** **"Pollutants"** means any solid, liquid gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

TRAVELERS DOC MGMT 154 of 281

POLICY NUMBER:Y-630-9578B155-TIL-06

# IM PAK® COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

ENDORSEMENT IL T3 55 08 98 "EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES", IF ATTACHED TO THIS POLICY, DOES NOT APPLY TO THIS IM PAK COVERAGE PART.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means:

a. "Contractors Equipment";

b. "Computerized Business Equipment".

### 2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" except those causes of "loss" listed in the Exclusions.

### 3. "Extra Expense" and "Business Income"

We will pay your necessary "Extra Expense" to continue normal operations following "loss" from a Covered Cause of Loss to:

a. "Computerized Business Equipment";

b. The building where "Computerized Business Equipment" is kept if you are prevented from using the "Computerized Business Equipment" as a result of the "loss";

c. Any building other than the building where "Computerized Business Equipment" is kept if you are prohibited from using the "Computerized Business Equipment" by a governmental authority as a result of the "loss";

d. Any temperature, climate control or electrical system needed for the operation of "Computerized Business Equipment".

We will also pay the amount by which your "Business Income" is actually reduced during the "period of restoration" if you must close all or any part of your business due to "loss" to "Computerized Business Equipment" from a Covered Cause of Loss.

**CM T1 43 08 96**
IZ 012 05 0462 0472

But we will not pay more in any one "loss" than the applicable Limit of Insurance shown in the Declarations for your combined "Extra Expense" and "Business Income".

**4. Coverage Extensions**

We will pay for "loss" from a Covered Cause of Loss for each of the following Coverage Extensions:

a. Newly Acquired "Computerized Business Equipment"

If during the policy period you acquire a financial interest in property of the type already covered by this policy we will cover the property for up to 90 days. You will report the property within 90 days from the date acquired and will pay any additional premium due. If you do not report the new property, we will not pay for "loss" to the new property.

The most we will pay in any one "loss" under this Coverage Extension is the highest "combined limits", up to $1,000,000.

**b. Newly Acquired "Contractors Equipment"**

If during the policy period you acquire items of the type already covered by this policy as Listed and Unlisted Items, we will cover the items for up to 90 days. You will report the items within 90 days from the date acquired and will pay any additional premium due. If you do not report the new items, we will not pay for "loss" to the new items.

The most we will pay under this Coverage Extension is the Limit of Insurance shown in the Declarations for Newly Acquired "Contractors Equipment". Any payment made under this extension will not increase the "Contractors Equipment" "Maximum Amount of Payment" shown in the Declarations.

**c. "Computerized Business Equipment" At Newly Acquired Premises**

If you acquire new premises, we will cover "Computerized Business Equipment" at the new premises, for up to 90 days. You will report the new premises within 90 days from the date you acquire them and will pay any additional premium due. If you do not report the new premises, coverage under this extension will cease 90 days from the date you acquired the new premises.

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to $1,000,000.

**d. "Computerized Business Equipment" In Transit Or While Not At Your Locations**

We will pay for "loss" to "Computerized Business Equipment" while:

(1) In transit; or

(2) While temporarily not at your "locations".

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to a maximum of $75,000. But, if the "Computerized Business Equipment" is moved due to impending danger of "loss" from a Covered Cause of Loss, we will pay for "loss" up to the applicable Limit of Insurance shown in the Declarations.

**CM T1 43 08 96**

IZ 012 05 0462 0472

**e. Fire Protective Systems**

If your fire protective equipment discharges accidentally or to control a Covered Cause of Loss, we will pay for your expense to:

(1)  Recharge or refill your fire protective systems; and

(2)  Replace or repair faulty valves or controls which caused the discharge.

The most we will pay in any one "loss" under this extension is $75,000.

**f.  Valuable Papers and Records**

We will pay your costs to research, replace, or restore lost or damaged valuable papers and records, including those which are on computer software, for which there are no duplicates. The most we will pay for "loss" to this property is $50,000.

But we will not pay for "loss" to accounts, bills, deeds, evidences of debt, currency, money, notes or securities.

**g.  Duplicate "Software"**

We will pay for "loss" to your duplicate or back-up "software" if it is kept at premises that are separate from where the original "software" is kept.

The most we will pay in any one "loss" under this extension is the highest "combined limits", up to a maximum of $100,000.

**h.  Incompatibility of "Software"**

We will pay the cost of modifying your undamaged covered "hardware" and "software" following a covered "loss" to Covered Property in order to achieve compatibility between the remaining undamaged "Computerized Business Equipment" and any replacement "hardware" and "software".

The most we will pay for "loss" under this Coverage Extension is $25,000.

**i.  "Computerized Business Equipment" Expediting Expenses**

We will pay your costs to expedite repair of "Computerized Business Equipment" made necessary by a Covered Cause of Loss during the "period of restoration".

The most we will pay under this Coverage Extension is $25,000.

**j.  "Replacement Items"**

(1)  Rental Costs: We will pay your necessary costs to rent "replacement items". Coverage will start 24 hours after you report the "loss" to us, and will end when one of the following first occurs:

(a)  Your "Contractors Equipment" to which the "loss" occurred is repaired or replaced;

(b)  The "replacement item" is no longer needed.

The most we will pay for your Rental Costs is the applicable Limit of Insurance shown in the Declarations.

**CM T1 43 08 96**

(2) "Loss" to "Replacement Items": We will pay for "loss" caused by or resulting from a Covered Cause of Loss to "replacement items". Coverage will start when you assume liability for "replacement items", and will end when your Rental Costs coverage for your "Contractors Equipment" to which the "loss" occurred ends. We will also pay for "loss" while "replacement items" are in transit to or from the owner if you are liable for the item at the time of "loss".

The most we will pay in any one "loss" to "replacement items" is the applicable Limit of Insurance shown in the Declarations.

## 5. Additional Coverages

### a. Debris Removal

(1) We will pay for your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of the "loss".

(2) The most we will pay under this Additional Coverage is 25% of the amount we pay for direct "loss" to Covered Property plus the deductible in this Coverage Part applicable to that "loss". Any payment will not increase the applicable Limit of Insurance. But, if the debris removal expense exceeds the amount calculated above, or if the sum of our payments for direct "loss" and debris removal exceeds the applicable Limit of Insurance shown elsewhere in this Coverage Part, we will pay up to $75,000 in any one occurrence as an additional amount of insurance.

(3) We will not pay for your expense to extract "pollutants" from land or water, or to remove, restore, or replace polluted land or water under this Additional Coverage.

### b. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for Fire Department Service Charges:

(1) Assumed by contract or agreement prior to "loss"; or

(2) Required by local ordinance.

No deductible applies to this Additional Coverage.

### c. Pollutant Clean Up and Removal

(1) We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss to Covered Property that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of the "loss".

(2) This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

(3) The most we will pay under this Additional Coverage for:

(a) All unlisted locations is $25,000 for the sum of all such expenses arising out of Covered Cause of Loss to Covered Property occurring during each separate 12 month period of this policy.

**CM T1 43 08 96**                                                              **PAGE    4  of   15**
IZ 012 05 0462 0472

(b) Each listed location is $25,000 for the sum of all such expenses arising out of Covered Cause of Loss to Covered Property occurring during each separate 12 month period of this policy.

**d. Inventory, Appraisals, and Loss Adjustment Expenses**

We will pay the reasonable expenses you incur at our request to assist us in determination of the amount of the covered "loss", including the extra wages necessarily incurred by your employees for preparing inventories and other "loss" information for completion of your proof of "loss".

But we will not pay for:

(1) Expenses to prove that the "loss" is covered;

(2) Expenses incurred under the Appraisal section of the Commercial Inland Marine Conditions;

(3) Expenses incurred for examinations under oath, even if required by us;

(4) Expenses incurred for public adjusters or any legal fees.

The most we will pay for "loss" under this Additional Coverage is $5,000.

**e. "Contractors Equipment" Expediting Expenses**

We will pay your actual and reasonable costs resulting from a Covered Cause of Loss to "Contractors Equipment" to expedite repair or replacement of that Covered Property including, but not limited to, overtime, night work, work on public holidays, rapid transportation of people and/or materials, and extra costs of temporary repair.

This Additional Coverage will apply from the date of such "loss" and for such time reasonably necessary to repair, replace, or rebuild the "Contractors Equipment".

The most we will pay under this Additional Coverage is $2,500 in any one occurrence involving one or more items of "Contractors Equipment".

**f. "Expendable Supplies"**

We will pay for "loss" by a Covered Cause of Loss to "expendable supplies" for your "Contractors Equipment".

The most we will pay in any policy period for "loss" under this Additional Coverage is $1,000.

**g. Equipment Control Systems**

If not covered by other insurance, we will cover "loss" from a Covered Cause of Loss to the:

(1) Air-conditioning system;

(2) Security System;

(3) Auxiliary power generators; and

(4) Uninterruptible power supply;

which are used exclusively to protect or service your "Computerized Business Equipment" at or within 100 feet of a "location".

The most we will pay in any one "loss" under this Additional Coverage is $25,000.

**h. Charges on Stolen Cellular Telephones**

We will pay the unauthorized charges for access, use, and tolls for which you are responsible following the covered theft of cellular telephones.

But this coverage will end twenty-four hours after such "loss" is known to you.

The most we will pay for unauthorized charges under this Additional Coverage is $5,000.

**i. Reward Coverage**

We will reimburse you for reward(s) expense you have incurred leading to:

(1)  The successful return of undamaged stolen articles to a law enforcement agency; or

(2)  The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss, prior to the application of any Deductible and recovery, up to a maximum of $2,500 in any one occurrence for the reward payments you make.  These reward payments must be documented.  The amount payable is in addition to the Limits of Insurance shown in the Declarations.

No Deductible applies to this Additional Coverage.

**B.  EXCLUSIONS**

1.  We will not pay for "loss" caused directly or indirectly by any of the following.  Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a.  Governmental Action**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

This exclusion does not apply to "Computerized Business Equipment".

**b.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if "loss" by fire results, we will pay for the resulting "loss".

**c.  War and Military Action**

(1)  War, including undeclared or civil war;

    (2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2.  We will not pay for "loss" caused by or resulting from any of the following:

    a.  Delay, loss of use or loss of market.

    This exclusion does not apply to "Contractors Equipment", or as may be covered by the "EXTRA EXPENSE" and "BUSINESS INCOME" provision of this policy.

    b.  Dishonest or criminal acts by you, any of your partners, directors, trustees or officers:

      (1)  Acting alone or in collusion with others; or

      (2)  Whether or not occurring during the hours of employment.

    This exclusion does not apply to "Computerized Business Equipment".

    c.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss".  But if "loss" by any of the "specified causes of loss" results, we will pay for that resulting "loss" caused by the "specified causes of loss".

    d.  Suspension, lapse or cancellation of any lease, license, contract, or order that applies to "Computerized Business Equipment".

3.  We will not pay for "loss" caused by or resulting from any of the following.  But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

    a.  Hidden or latent defect, mechanical breakdown or failure (including rupture or bursting caused by centrifugal force), or any quality in the property that causes it to damage or destroy itself.

    This exclusion does not apply to "Computerized Business Equipment".

    b.  Corrosion, rust or dampness.

    But this exclusion does not apply to "Computerized Business Equipment".

    c.  Electrical breakdown or failure.

    This exclusion applies only to "Contractors Equipment".

    d.  Freezing or overheating.

    This exclusion applies only to "Contractors Equipment".

    e.  Wear and tear, gradual deterioration.

    f.  Repair process or work on Covered Property.

**CM T1 43 08 96**

IZ 012 05 0462 0472

This exclusion applies only to "Contractors Equipment".

g. Programming errors, including but not limited to:

   (1) The inability of Covered Property to correctly recognize, process, distinguish, interpret or accept dates or times or other data; or

   (2) Any advice, consultation, design evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems due to the inability of Covered Property to correctly recognize, process, distinguish, interpret or accept dates, times or other data.

   We will not pay for repair, replacement or modification of Covered Property to correct any deficiencies or change any features.

   This exclusion applies only to "Computerized Business Equipment".

h. The failure of power or other utility service supplied to your "locations".  But we will pay for "loss" to "Computerized Business Equipment":

   (1) If the failure results from a Covered Cause of Loss to the power or other utility service at or within 1,000 feet of your "location".

   (2) If the failure occurs away from your "location" and was the result of "loss" from a Covered Cause of Loss, to any of the following which supply electricity, steam or gas to your "location":

       (a) Utility generating plants;

       (b) Switching stations;

       (c) Substations;

       (d) Transformers; or

       (e) Other equipment (excluding overhead power or utility transmission lines).

   (3) If the failure was the result of direct physical damage from lightning to the power or other utility service.

   This exclusion applies only to "Computerized Business Equipment".

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations. But in the event coverage for "loss" is provided under the Coverage Extensions or Additional Coverages, the Limits of Insurance stated within the specific Coverage Extension or Additional Coverage will apply as additional amounts of insurance, unless otherwise stated within the Coverage Extension or Additional Coverage.

If a title for a Limit of Insurance appears in quotations in the Declarations, that limit has a special meaning and may act to reduce or eliminate coverage under some circumstances. Refer to Section F - Definitions.

**CM T1 43 08 96**                                                    **PAGE    8 of   15**
IZ 012 05 0462 0472

POLICY NUMBER:Y-630-9578B155-TIL-06

### D. DEDUCTIBLE

1. "Loss" To One Type of Covered Property In Any One Occurrence

   We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

2. "Loss" To Two Or More Types of Covered Property In Any One Occurrence

   We will:

   a. Adjust separately the "loss" to each type of Covered Property;

   b. Not pay for "loss" to a type of Covered Property in any one occurrence until the amount of that adjusted "loss" exceeds the applicable Deductible shown in the Declarations; and

   c. Pay the amount of each adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

   If the sum of the applicable "basic deductibles" exceeds the Policy Deductible shown in the Declarations, we will not deduct more than the Policy Deductible in any one occurrence of "loss".

   If a title for a Deductible appears in quotations in the Declarations, that Deductible has a special meaning and may act to reduce or eliminate coverage under some circumstances. Refer to Section F - Definitions.

### E. ADDITIONAL COVERAGE CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions.

#### 1. Where Coverage Applies

We cover property other than "laptop and portable computerized equipment" that is in:

a. The United States of America;

b. Puerto Rico; or

c. Canada.

But we do not cover property that is in transit to or from Hawaii or Puerto Rico.

We cover "laptop and portable computerized equipment" while located anywhere in the world.

#### 2. Coinsurance

"Contractors Equipment"

(1) Listed Items

The Limit of Insurance for each item shown in the Declarations must equal at least 80% of its actual cash value at the time of "loss" or you will incur a penalty.

**CM T1 43 08 96**                                      **PAGE**   **9**  **of**  **15**
IZ 012 05 0462 0472

The penalty is that we will pay only the proportion of any "loss" to each item that the Limit of Insurance for the item bears to 80% of its actual cash value at the time of "loss".

(2) Unlisted Items

The Unlisted Item Limit of Insurance shown in the Declarations must equal at least 80% of the actual cash value of all Unlisted Items at the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance for Unlisted Items bears to 80% of the actual cash value of all Unlisted Items at the time of "loss".

The coinsurance penalty does not apply to items leased, rented or borrowed from others unless they are shown as Listed Items.

This Additional Coverage Condition does not apply to "Computerized Business Equipment".

**3. Valuation**

In the event of "loss", the value of your Covered Property at the time of "loss" will be determined as follows:

**a. "Contractors Equipment"**

The value of Covered Property will be the least of the following:

(1)  The actual cash value of that property.

But in the event of partial "loss", not exceeding 20% of the Limit of Insurance applicable to the Covered Property, no depreciation will be applied in the settlement of the claim;

(2)  The cost of reasonably restoring that property to its condition immediately before "loss";

(3)  The cost of replacing that property with substantially identical property; or

(4)  Your legal liability for property of others.

**b. "Computerized Business Equipment"**

(1)  The value of the "hardware" will be the least of the following:

(a)  The cost to replace the "hardware" with identical unused "hardware";

(b)  The cost to repair the "hardware";

(c)  The amount you actually spend to repair or replace the "hardware";

(d)  The cost to replace the "hardware" with unused property of similar quality and function if the "hardware" cannot be replaced with identical unused "hardware";

(e)  The cost to replace the "hardware" with property of similar quality and function if you do not actually repair or replace it; or

(f)  Your legal liability for property of others.

**CM T1 43 08 96**
IZ 012 05 0462 0472

(2) The value of "software" will be the cost to reproduce or replace the "software". But if it is not reproduced or replaced, we will only pay the blank value of the "software".

(3) The value of Equipment Control Systems which are used exclusively to protect or service your "Computerized Business Equipment" will be the least of the following:

(a) The actual cash value of that property.

But in the event of partial "loss", not exceeding 20% of the Limit of Insurance applicable to the Covered Property, no depreciation will be applied in the settlement of the claim. This provision only applies to property that is less than 10 years old at the time of "loss".

(b) The cost of reasonably restoring that property to its condition immediately before "loss";

(c) The cost of replacing that property with substantially identical property; or

(d) Your legal liability for property of others.

## F. DEFINITIONS

1. "Basic Deductible" means the Deductible applicable in any one occurrence of "loss" unless a more specific Deductible for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

2. "Business Income" means:

a. Your net income that would have been earned had no "loss" occurred; and

b. Normal payroll and expenses which are necessary for you to operate your business after "loss".

3. "Combined limits" means the sum of the limits for "Hardware", "Software" and "'Extra Expense' and 'Business Income'" at any one "location".

4. "Computerized Business Equipment" means:

a. "Hardware";

b. "Software"

that you own or lease, or that is in your care, custody or control and for which you are legally liable.

"Computerized Business Equipment" does not include:

a. Property while it is not at your "locations", except as covered in the Coverage Extensions of this policy;

b. Property leased or rented to others while it is not at your "locations";

c. Contraband, or property in the course of illegal transit or trade;

d. Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, or other documents unless they are in the form of "software", and then only in that form;

e. "Software" which cannot be replaced with other of the same kind or quality, unless it is specifically listed on a schedule attached to this policy.

5. "Contractors Equipment" means mobile machinery and equipment normally used in the construction industry consisting of:

   a. Listed Items - Items listed in the Declarations;

   b. Unlisted Items - Items you own or you have borrowed from others that are not specifically listed by item in the Declarations. The Limit of Insurance for this property is shown in the Declarations, but we will not pay more than $2500 for any one item;

   c. Leased or Rented Items - Items, not listed in the Declarations, that you have leased or rented from others.

   "Contractors Equipment" does not include:

   a. Contraband, or property in the course of illegal transit or trade;

   b. Vehicles designed and principally used to transport property or persons over public roads;

   c. Aircraft or watercraft;

   d. Items leased, rented or loaned to others; unless they have agreed in writing to be liable for the items, or the item is to be operated by you or your employee when in use.

6. "Earth movement" means any movement of the earth (other than "sinkhole collapse"), including but not limited to:

   a. earthquake;

   b. landslide;

   c. earth sinking, rising or shifting;

   d. volcanic eruption, explosion or effusion.

7. "Earth Movement Deductible" means the Deductible applicable in any one occurrence of "loss" from "earth movement".

8. "Earth Movement Limit of Insurance" means the most we will pay for "loss" in any one occurrence caused directly or indirectly by "earth movement", regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   But if "loss" by fire, explosion or "volcanic action" results from "earth movement", the "Earth Movement Limit of Insurance" will not apply to the resulting "loss". Instead, we will pay up to the applicable Limit of Insurance shown in the Declarations that would otherwise apply to "loss" by fire, explosion or "volcanic action". We will also pay up to such applicable Limit of Insurance for "loss" by building glass breakage resulting from volcanic eruption, explosion or effusion.

   All "earth movement" that occurs within any 168 - hour period will constitute a single occurrence. The expiration of this policy will not reduce the 168 - hour period.

   Any payment under the "Earth Movement Limit of Insurance" will not increase the applicable Limit of Insurance shown elsewhere in this policy.

**CM T1 43 08 96**
IZ 012 05 0462 0472

POLICY NUMBER:Y-630-9578B155-TIL-06

9. "Expendable supplies" means consumable and periodic maintenance items, held exclusively for the servicing of "Contractors Equipment", including, but not limited to, oil, grease, fuel, filters, and spark plugs.

10. "Extra Expense" means expense you incur in order to continue your business operations after "loss" that you would not have incurred had there been no "loss".

11. "Extra Expense and Business Income Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Extra Expense" and "Business Income" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

But if the wording No Coverage is shown in the Declaration as the "Extra Expense and Business Income Limit of Insurance", we will not pay for any of your "Extra Expense" and "Business Income", regardless of the applicable Covered Cause of Loss.

12. "Flood" means:

a. Surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

b. Mudslide or mudflow;

c. Water that backs up from a sewer or drain; or

d. Water under the ground surface pressing on, or flowing or seeping through:

(1) Foundations, walls, floors or paved surfaces;

(2) Basements, whether paved or not; or

(3) Doors, windows or other openings.

13. "Flood Deductible" means the Deductible applicable in any one occurrence of "loss" from "flood".

14. "Flood Limit of Insurance" means the most we will pay for "loss" in any one occurrence caused directly or indirectly by "flood", regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

But if "loss" by fire, explosion, or leakage or discharge from an automatic sprinkler system results from "flood", the "Flood Limit of Insurance" will not apply to the resulting "loss".  Instead, we will pay up to the applicable Limit of Insurance shown in the Declarations that would otherwise apply to "loss" by fire, explosion, or leakage or discharge from an automatic sprinkler system.

Any payment under the "Flood Limit of Insurance" will not increase the applicable Limit of Insurance shown elsewhere in this policy.

15. "Hardware" means machines which can accept data and process it. But it does not include "Software".

16. "Hardware Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Hardware" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

But if the wording No Coverage is shown in the Declarations as the "Hardware Limit of Insurance", we will not pay for any of your "Hardware", regardless of the applicable Covered Cause of Loss.

**CM T1 43 08 96**
IZ 012 05 0462 0472

17. "Laptop and portable computerized equipment" are "hardware" devices that can be easily carried by one person and that have been specifically designed by the manufacturer to be regularly transported without incurring damage under normal circumstances.

18. "Location" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

19. "Loss" means accidental loss or damage.

20. "Maximum Amount of Payment" means the most we will pay in any one occurrence of "loss".

21. "Period of Restoration" means the period of time that:

    a. Begins with the date of "loss" caused by or resulting from any Covered Cause of Loss to Covered Property; and

    b. Ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    a. Regulates the construction, use or repair, or requires the tearing down of any property; or

    b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

22. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals or waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

23. "Replacement items" means equipment similar to the "Contractors Equipment" used in your business operations that you must rent due to "loss" caused by or resulting from a Covered Cause of Loss to your "Contractors Equipment".  "Replacement items" are only those items which are:

    a. Necessary to continue your normal business operations; and

    b. Needed because you do not have idle "Contractors Equipment" which can do the same work.

24. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  "Sinkhole collapse" does not mean the cost of filling sinkholes or the sinking or collapse of land into man-made underground cavities.

25. "Software" means:

    a. Data, if it is in a format that can be read directly by your "hardware";

    b. Computer programs;

    c. Instructional materials for computer programs;

    d. Data storage media of all types, provided they are not an integral part of "hardware".

**CM T1 43 08 96**                                                                    **PAGE  14  of  15**
IZ 012 05 0462 0472

26. "Software Limit of Insurance" means the most we will pay for "loss" in any one occurrence to "Software" unless a separate Limit of Insurance for the applicable Covered Cause of Loss is shown in the Declarations or elsewhere in the policy.

But if the wording No Coverage is shown in the Declarations as the "Software Limit of Insurance", we will not pay for any of your "Software", regardless of the applicable Covered Cause of Loss.

27. "Specified causes of loss" means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; "volcanic action"; falling objects; weight of snow, ice or sleet; "water damage".

a. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure or personal property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

b. "Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

28. "Volcanic action" means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

a. Airborne volcanic blast or airborne shock waves;

b. Ash, dust or particulate matter; or

c. Lava flow.

"Volcanic action" does not mean the cost to remove ash, dust or particles that do not cause direct physical loss or damage.

All volcanic eruptions that occur within any 168 - hour period will constitute a single occurrence.

**CM T1 43 08 96**
IZ 012 05 0462 0472

BLANKET COMPUTERIZED BUSINESS EQUIPMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERICAL INLAND MARINE COVERAGE PART DECLARATIONS

A.
The Hardware Limits of Insurance for Computerized Business Equipment shown on
the Coverage Part Declarations Page for Location 1, Building 1,are hereby
considered to be Blanket Limits of Insurance including Software and Extra
Expense for the following locations:

1    1    15700 LATHROP AVE., HARVEY, IL 60426

2    2    290-296 E 156TH ST., HARVEY, IL 60426

3    3    310 E 156TH ST., HARVEY, IL 60426

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK
# INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss*, each *"Insurer"* (as defined in the Act) is responsible for a deductible of one percent (1%) of its *"Direct Earned Premium"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of its *Direct Earned Premium* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of its *Direct Earned Premium* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of its *Direct Earned Premium* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of each *Insurer's* deductible for that year. The *Insurer* is responsible for the payment of the remaining 10% of *Insured Losses*. In no event, how-ever, will the Federal Government or any *Insurer* be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism*. In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism*; conversely, a loss will not be covered just because it was caused by an *Act of Terrorism*. The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part <u>does not</u> contain an exclusion that specifically excludes coverage for *Insured Losses*. The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 1% of your total Commercial Inland Marine Coverage Part premium.

**CM T3 98 10 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

    **1.** By or at the direction of any insured; and

    **2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    **1.** The loss arose out of a pattern of criminal domestic violence; and

    **2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

TRAVELERS DOC MGMT 172 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last ad-

dresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us:

**1.** Until there has been full compliance with all terms of this Coverage Part; and

**2.** More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 Copyright, Insurance Services Office, Inc., 1999 **CM 02 04 09 00**

# COMMERCIAL CRIME



# COMMERCIAL CRIME


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**COMMERCIAL CRIME**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:**  Y-630-9578B155-TIL-06
**ISSUE DATE:**  01-10-06

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:**  From 01-01-06 to 01-01-07 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Crime Coverage Part consists of these Declarations, the Crime General Provisions Form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

   COVERAGE PLAN: 1 - COMMERCIAL CRIME - SEPARATE LIMITS

   | Coverage  Forms Forming Part of This Coverage Part | Limit of Insurance | Ded. Amt. |
   |---|---|---|
   | EMPLOYEE DISHONESTY COVERAGE FORM A-BLANKET | $    90,000 | $     1,000 |
   | FORGERY OR ALTERATIONS COVERAGE FORM B | $    25,000 | $     1,000 |
   | THEFT, DISAPPEARANCE AND DESTRUCTION<br>COVERAGE FORM C-SECTION 1 PREMISES COVERAGE | $    20,000 | $     1,000 |
   | THEFT, DISAPPEARANCE AND DESTRUCTION<br>COVERAGE FORM C-SECTION 2 MESSENGER COVERAGE | $    10,000 | $     1,000 |

2. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE LISTED BELOW OR ATTACHED AS A SEPARATE LISTING.**

3. **CANCELLATION OF PRIOR INSURANCE:**  By acceptance of this Coverage Part, you give us notice cancelling prior policy/bond numbers CK01206228                                    , the cancellation to be effective at the time this Coverage Part becomes effective.

**CR T0 01 07 86**  (Rev. 12-93)

Page 1 of 1

PRODUCER: MYERS-BRIGGS & CO INC              CF234         OFFICE:  NAPERVILLE IL        888

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# JOINT INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART-- COVERAGE FORM A  **X**

COVERAGE FORM B  **X**

COVERAGE FORM O

COVERAGE FORM P

The following is/are added as a named insured:

LB STEEL, LLC NON-UNION 401(K) PROFIT
SHARING PLAN
LB STEEL, LLC UNION 401(K) PROFIT
SHARING PLAN

The following is/are deleted as a named insured:

TRAVELERS DOC MGMT 178 of 281

**TABLE OF CONTENTS**

# CRIME GENERAL PROVISIONS FORM

Beginning on Page

A. General Exclusions

   1. Acts Committed by You or Your Partners ........................ 1
   2. Governmental Action ........................................................ 1
   3. Indirect Loss .................................................................... 1
   4. Legal Expenses ............................................................... 1
   5. Nuclear ........................................................................... 1
   6. War and Similar Actions .................................................. 1

B. General Conditions
   1. Consolidation-Merger ...................................................... 1
   2. Coverage Extensions ....................................................... 1
   3. Discovery Period for Loss ................................................ 1
   4. Duties in the Event of Loss ............................................. 1
   5. Joint Insured ................................................................... 2
   6. Legal Action Against Us ................................................... 2
   7. Loss Covered Under More Than One Coverage of This Insurance ... 2
   8. Loss Sustained During Prior Insurance ........................... 2
   9. Loss Covered Under This Insurance and Prior Insurance ... 2
      Issued by Us or Any Affiliate ....................................... 2
  10. Non-Cumulation of Limit of Insurance ........................... 2
  11. Other Insurance .............................................................. 2
  12. Ownership of Property; Interests Covered ..................... 3
  13. Policy Period ................................................................... 3
  14. Records .......................................................................... 3
  15. Recoveries ...................................................................... 3
  16. Territory .......................................................................... 3
  17. Transfer of Your Rights of Recovery Against Others to Us ... 3
  18. Valuation-Settlement ...................................................... 3

C. General Definitions

   1. Employee ......................................................................... 4
   2. Money ............................................................................. 4
   3. Property Other Than Money and Securities ..................... 4
   4. Securities ......................................................................... 4

**CRIME COVERAGE FORM(S)**

  A. Coverage                              Page
  B. Limit of Insurance                 No.
  C. Deductible                          Varies
  D. Additional Exclusions,          By
      Conditions and Definitions (if any)     Form

CR T0 14 10 90

# CRIME GENERAL PROVISIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the word "you" and "your" refer to the Named Insured shown in the DECLARATIONS. The words "we," "us" and "our" refer to the Company providing this insurance.

Word and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, DECLARATIONS or endorsement the following General Exclusions,General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A. GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses:** Expenses related to any legal action.

5. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. GENERAL CONDITIONS

1. **Consolidation–Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises"; but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

3. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

4. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

   a. Notify us as soon as possible.

   b. Submit to examination under oath at our request and give us a signed statement of your answers.

   c. Give us a detailed, sworn proof of loss within 120 days.

TRAVELERS DOC MGMT 180 of 281

**d.** Cooperate with us in the investigation and settlement of any claim.

**5. Joint Insured**

**a.** If more than one insured is named in the DECLARATIONS, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

**b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

**d.** If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

**e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**6. Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss.

**7. Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

**a.** The actual amount of loss; or

**b.** The sum of the Limits of Insurance applicable to those coverages.

**8. Loss Sustained During Prior Insurance**

**a.** If you, or any predecessor in interest sustained loss during the period of any prior insurance that you or the predeces-

sor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance provided:

**(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

**(1)** This insurance as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**9. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

**a.** Partly by this insurance: and

**b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

**10. Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**11. Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any Deductible Amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the DECLARATIONS.

 Copyright Insurance Services Office, Inc., 1984, 1989 **CR 10 00 10 90**

TRAVELERS DOC MGMT 181 of 281

**12. Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

    **a.** That you own or hold; or

    **b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**13. Policy Period**

    **a.** The Policy Period is shown in the DECLARATIONS.

    **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**14. Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

**15. Recoveries**

    **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

        **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, If any;

        **(2)** Then to us, until we are reimbursed for the settlement made;

        **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    **b.** Recoveries do not include any recovery:

        **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

        **(2)** Of original "securities" after duplicates of them have been issued.

**16. Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

**17. Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled.

You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**18. Valuation–Settlement**

    **a.** Subject to the applicable Limit of Insurance provision we will pay for:

        **(1)** Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

            **(a)** At face value in the "money" issued by that country; or

            **(b)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

        **(2)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

            **(a)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

            **(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

                **i.** Value of the "securities" at the close of business on the day the loss was discovered; or

                **ii.** Limit of Insurance.

        **(3)** Loss of, loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

            **(a)** Actual cash value of the property on the day the loss was discovered;

            **(b)** Cost of repairing the property or "premises"; or

TRAVELERS DOC MGMT 182 of 281

**(c)** Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

**b.** We may, at our option, pay for loss of, or loss from damage to, property other than "money":

**(1)** In the "money" of the country in which the loss occurred; or

**(2)** In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

**c.** Any property that we pay for or replace becomes our property.

## C. GENERAL DEFINITIONS

**1.** "**Employee**" means:

**a.** Any natural person:

**(1)** While in your service (and for 30 days after termination of service); and

**(2)** Whom you compensate directly by salary, wages or commissions; and

**(3)** Whom you have the right to direct and control while performing services for you; or

**b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the "premises."

But "employee" does not mean any:

**(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**2.** "**Money**" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**3.** "**Property Other Than Money and Securities**" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

**4.** "**Securities**" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

Copyright Insurance Services Office, Inc., 1984, 1989

TRAVELERS DOC MGMT 183 of 281

# EMPLOYEE DISHONESTY COVERAGE FORM

**A. COVERAGE**

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss.

**1. Covered Property:** "Money," "securities," and "property other than money and securities."

**2. Covered Cause of Loss:** "Employee dishonesty."

**3. Coverage Extension**

**Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

**C. DEDUCTIBLE**

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

2. You must:

   **a.** Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   **b.** Upon our request, give us a statement describing the loss.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

**1. Additional Exclusions:** We will not pay for loss as specified below:

   **a. Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   **b. Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      **(1)** An inventory computation; or

      **(2)** A profit and loss computation.

**2. Additional Condition**

**Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":

   **a.** Immediately upon discovery by:

      **(1)** You; or

      **(2)** Any of your partners, officers or directors not in collusion with the "employee";

   of any dishonest act committed by that "employee" whether before or after becoming employed by you.

   **b.** On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

   The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

**3. Additional Definitions**

   **a. "Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee," whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

      **(1)** Cause you to sustain loss; and also

      **(2)** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

         **(a)** The "employee"; or

         **(b)** Any person or organization intended by the "employee" to receive that benefit.

   **b. "Occurrence"** means all loss caused by or involving, one or more "employees", whether the result of a single act or series of acts.

TRAVELERS DOC MGMT 184 of 281

# FORGERY OR ALTERATION COVERAGE FORM

(Coverage Form B)

**A. COVERAGE**

We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.

1. **Covered Instruments:** Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

   **a.** Made or drawn by or drawn upon you;

   **b.** Made or drawn by one acting as your agent;

   or that are purported to have been so made or drawn.

2. **Covered Causes of Loss:** Forgery or alteration of, on or in any Covered Instrument.

3. **Coverage Extension**

   **Legal Expenses:** If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. This provision does not apply to legal expenses paid under the Coverage Extension.

**D. ADDITIONAL EXCLUSION, CONDITION AND DEFINITION:** In addition to the provisions in the Crime General Provisions Form, this Coverage Form is also subject to the following:

1. **Additional Exclusion**

   **Acts of Employees, Directors, or Trustees:** We will not pay for loss resulting from any dishonest ot criminal act committed by any of your "employees", directors, or trustees:

   **a.** Whether acting alone or in collusion with other persons;

   or

   **b.** Whether while performing services for you or otherwise.

2. **Additional Condition**

   **a. Facsimile Signatures:** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures

   **b. General Amendment:** As respects this Coverage Form, the words Covered Property in the Crime General Provisions Form mean Covered Instruments.

   **c. Proof of Loss:** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

   **d. Territory:** We will cover loss you sustain anywhere in the world.

   The Territory General Condition does not apply to this Coverage Form.

3. **Additional Definition**

   **"Occurrence"** means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

Copyright, Insurance Services Office, Inc., 1983, 1984

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE**–We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

   **1. Section 1.–Inside The Premises**

      **a. Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

      **b. Covered Causes of Loss**

         **(1)** "Theft"

         **(2)** Disappearance

         **(3)** Destruction

      **c. Coverage Extensions**

         **(1) Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

           **(a)** "Theft" of; or

           **(b)** Unlawful entry into those containers.

         **(2) Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

   **2. Section 2.–Outside the Premises**

      **a. Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

      **b. Covered Causes of Loss**

         **(1)** "Theft"

         **(2)** Disappearance

         **(3)** Destruction

      **c. Coverage Extension**

      **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

      But, we will pay only for the amount of loss that you cannot recover:

         **(1)** Under your contract with the armored motor vehicle company; and

         **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

   **1. Additional Exclusions:** We will not pay for loss as specified below:

      **a. Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

      **b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

         **(1)** Acting alone or in collusion with other persons; or

         **(2)** While performing services for you or otherwise.

TRAVELERS DOC MGMT 186 of 281

**c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

**e. Money Operated Devices:** Loss of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**f. Transfer or Surrender of Property**

**(1)** Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

**(a)** On the basis of unauthorized instructions; or

**(b)** As a result of a threat to do:
**i.** Bodily harm to any person; or
**ii.** Damage to any property.

**(2)** But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**2. Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**3. Additional Definitions**

**a. "Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**b. "Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

**c. "Occurrence"** means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

**d. "Premises"** means the interior of that portion of any building you occupy in conducting your business.

**e. "Theft"** means any act of stealing.

Copyright, Insurance Services Office, Inc. 1984,1989            **CR 00 04 10 90**

TRAVELERS DOC MGMT 187 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WELFARE AND PENSION PLAN ERISA COMPLIANCE

Provision 1 of this endorsement applies to the CRIME GENERAL PROVISIONS FORM and all Crime Coverage Forms forming part of the Policy. The other provisions of this endorsement apply only to the EMPLOYEE DISHONESTY COVERAGE FORM A - BLANKET.

**PROVISIONS**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

1. "Employee" also includes any natural person who is:

   a. A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan (hereafter called Plan) insured under this insurance, and

   b. Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

2. If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for the EMPLOYEE DISHONESTY COVERAGE FORM that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

3. If the Insured first named in the Declarations is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

4. If two or more Plans are insured under this insurance, any payment we make for loss:

   a. Sustained by two or more plans or

   b. Of commingled funds or other property of two or more Plans

   that arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

5. The **Deductible** provision of the EMPLOYEE DISHONESTY COVERAGE FORM does not apply to loss sustained by any Plan subject to ERISA which is insured under this insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK
# INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss*, each *"Insurer"* (as defined in the Act) is responsible for a deductible of one percent (1%) of its *"Direct Earned Premium"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of its *Direct Earned Premium* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of its *Direct Earned Premium* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of its *Direct Earned Premium* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of each *Insurer's* deductible for that year. The *Insurer* is responsible for the payment of the remaining 10% of *Insured Losses*. In no event, however, will the Federal Government or any *Insurer* be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism*. In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism*; conversely, a loss will not be covered just because it was caused by an *Act of Terrorism*. The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part <u>does not</u> contain an exclusion that specifically excludes coverage for *Insured Losses*. The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 1% of your total Commercial Crime Coverage Part premium.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUDE TRADING LOSS

This endorsement applies to EMPLOYEE DISHONEST COVERAGE FORM A or PUBLIC EMPLOYEE DISHONESTY COVERAGE FORM O or P.

**PROVISIONS**

We will not pay for loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

TRAVELERS DOC MGMT 190 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUDE WAREHOUSE RECEIPTS LOSSES

This endorsement applies to the EMPLOYEE DISHONESTY COVERAGE FORM A.

**PROVISIONS**

We will not pay for loss resulting from fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

   We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last

addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** When forming a part of this policy, Crime General Provisions Form General Condition B.6. Legal Action Against Us and Safe Depository Direct Loss Coverage Form Additional Condition D.2.c. Legal Action Against Us are replaced by the following:

**Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 Copyright, Insurance Services Office, Inc., 1985, 1989 **CR 02 02 06 90**

# INTERLINE
# ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> ELECTRONIC MANUFACTURERS AND COMPUTER SERVICES ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS LIQUOR LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE

**PROVISIONS**

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss,* each *"Insurer"* (as defined in the Act) is responsible for a deductible of one percent (1%) of its *"Direct Earned Premium"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of its *Direct Earned Premium* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of its *Direct Earned Premium* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of its *Direct Earned Premium* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of each *Insurer's* deductible for that year. The *Insurer* is responsible for the payment of the remaining 10% of *Insured Losses.* In no event, however, will the Federal Government or any *Insurer* be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism.* In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism;* conversely, a loss will not be covered just because it was caused by an *Act of Terrorism.* The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part <u>does not</u> contain an exclusion that specifically excludes coverage for *Insured Losses.* The charge for this exposure is included in the Coverage Part premium indicated in your policy. The charge that has been included for this Coverage Part is:

- **<u>1%</u> of each applicable Commercial Liability Coverage premium.**

TRAVELERS DOC MGMT 196 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION
> ENVIRONMENTAL HAZARD POLICY
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> ELECTRONIC MANUFACTURERS AND COMPUTER SERVICES ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS LIQUOR LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
> SELF-INSURED EXCESS PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**IL T3 76 11 02**          © Travelers Indemnity Co., 2003          Page 1 of 1
Incorporates material © ISO Properties, Inc., 2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

TRAVELERS DOC MGMT 198 of 281

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL CRIME POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYEE THEFT AND FORGERY POLICY
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> GOVERNMENT CRIME POLICY
> KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
> KIDNAP/RANSOM AND EXTORTION POLICY
> STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

TRAVELERS DOC MGMT 200 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A.** The CANCELLATION Common Policy Conditions - Deluxe is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 60 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation if:

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   **b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

      **(1)** Seasonal unoccupancy; or

**IL F0 15 07 05**  Includes copyrighted material of Insurance Services Office Inc., with its permission.   Page 1 of 2

TRAVELERS DOC MGMT 201 of 281

**(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

**(1)** An outstanding order to vacate;

**(2)** An outstanding demolition order; or

**(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will cancel 10 days following receipt of the written notice by the named insured(s).

**9.** RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

**10.** For insurance provided under the DELUXE PROPERTY COVERAGE PART, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.** The other; and

**b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew or continue this policy, we will mail you, your agent or broker and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

**a.** The policy was obtained by misrepresentation or fraud;

**b.** The risk originally accepted has measurably increased; or

**c.** You received 60 days' notice of our intent not to renew as provided in **1.** above.

**C.** The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office Inc., with its permission.  **IL F0 15 07 05**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER–RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    DELUXE PROPERTY COVERAGE PART

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including microprocessors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part or the Commercial Inland Marine Coverage Part; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft (if insured) under the Causes of Loss – Special Form; or

        **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form; or

    **3.** In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft under the Deluxe Property Coverage Part;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, theft, or a Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

TRAVELERS DOC MGMT 203 of 281

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A.** The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**B.** If this policy covers:

  **1.** The following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

    **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

    **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

  **2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

    **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

    **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **(1)** You demanded the appraisal; and

      **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

  **3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

    **CONCEALMENT, MISREPRESENTATION OR FRAUD**

    **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      **(1)** Was made with actual intent to deceive; or

      **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

    However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

    **b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      **(1)** This Coverage Part or Coverage Form;

      **(2)** The Covered Property;

      **(3)** Your interest in the Covered Property; or

      **(4)** A claim under this Coverage Part or Coverage Form.

    **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**C.** Whenever the Data Processing Equipment and Media Coverage Endorsement is attached to this Coverage Part, EXCLUSIONS AND LIMITATIONS **B.1.b.(2)** is deleted and replaced by the following:

  **(2)** Programming errors or incorrect instructions to the machine.

**D.** For the Deluxe Property Coverage Part, the following exclusion and related provisions are added to the EXCLUSIONS in the Coverage Form or policy:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 Includes copyrighted material of the Insurance Services Office, Inc., with its permission. **IL T9 14 05 05**


**ST PAUL TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX       75081

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

DELAGE LANDEN FINANCIAL SVS
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY             IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06   to   01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | TOSHIBA COPIERS LEASE NOS. 24424043, 24421707 & 24467954 KYOCERA COPIER LEASE NO. 24611462 INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/ BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: \_\_\_\_ Basic Form     \_\_\_\_ Broad Form     \_\_\_\_Special Form
                                               **X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

     *BLANKET LIMIT

**IL T0 10 04 94**

8. **NOTICE OF CANCELLATION —**  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
        Signature of Authorized Representative

**IL T0 10 04 94**

TRAVELERS DOC MGMT 207 of 281



**ST PAUL TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX       75081

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

WALSH CONSTRUCTION
929 W ADAMS, 2ND FL
CHICAGO IL 60607

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06  to  01-01-07

**5. INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form    _____ Broad Form    _____ Special Form
                                     X  Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**

Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
     Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2


**ST PAUL TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX            75081

**1. CERTIFICATE HOLDER:**                    Policy Number: Y-630-9578B155-TIL-06

CITY OF CHICAGO
121 N LASALLE ST
CHICAGO IL 60602

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                      IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06   to   01-01-07

**5. INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|------|------|------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form    _____ Broad Form    _____ Special Form
                                    __X__ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**                                                      Page 1 of 2

8. **NOTICE OF CANCELLATION —**  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative

TRAVELERS DOC MGMT 211 of 281



**ST PAUL TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 01-10-06

1. **CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

BANK ONE
120 S LASALLE ST
CHICAGO IL 60603

2. **NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 01-01-06   to   01-01-07

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|-------------------------|--------------------|------|
| 1 | 1 | LOAN #3850817356 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form      _____ Broad Form      _____ Special Form
                                     __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT

**IL T0 10 04 94**

Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

TRAVELERS DOC MGMT 213 of 281



**ST PAUL**
**TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

GODWIN PUMPS OF AMERICA, INC.
1 FLOODGATE RD
BRIDGEPORT NJ 08014

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06   to   01-01-07

**5. INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | LEASED EQUIPMENT INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT ALL LOCATIONS | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
                                                    **X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

IL T0 10 04 94                                                                Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2


**ST PAUL TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 01-10-06

1. **CERTIFICATE HOLDER:**

   Policy Number: Y-630-9578B155-TIL-06

   RSC/RENTAL SERVICE CORP & PRIME
   EQUIPMENT
   3200 HARBOR LANE #100
   MINNEAPOLIS MN 55447

2. **NAMED INSURED:**

   L.B. STEEL, LLC
   15700 LATHROP AVENUE

   HARVEY          IL 60426

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 01-01-06   to   01-01-07

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | RENTAL EQUIPMENT CUSTOMER #5900877 | $ 250,000 | $ 5,000 |

   Coverage - Covered Causes of Loss: _____ Basic Form    _____ Broad Form    **X** Special Form
   _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94

Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

                Signature of Authorized Representative

TRAVELERS DOC MGMT 217 of 281



**ST PAUL TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**

Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

HERTZ EQUIPMENT RENTAL CORP.
P.O. BOX 26930
OKLAHOMA OK 73126-0390

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06  to  01-01-07

**5. INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | RENTAL EQUIPMENT | $ 250,000 | $ 5,000 |

Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _X_ Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

IL T0 10 04 94

Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2



**ST PAUL TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON  TX            75081

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**                 Policy Number: Y-630-9578B155-TIL-06

     CALUMET LIFT TRUCK SCV CO INS.
     35 E 168TH ST
     SOUTH HOLLAND IL 60473

**2. NAMED INSURED:**

          L.B. STEEL, LLC
          15700 LATHROP AVENUE

          HARVEY                     IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06  to  01-01-07

**5. INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
|  |  | RENTAL EQUIPMENT | $ 250,000 | $ 5,000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  __X__ Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

**IL T0 10 04 94**

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
        Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2



**ST PAUL TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX      75081

**LENDER'S CERTIFICATE OF INSURANCE — FORM B**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

MB FINANCIAL BANK NA
1200 N ASHLAND AVE
CHICAGO IL 60622

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY             IL 60426

**3. CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD**: From 01-01-06    to    01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Buildings Under Construction — The** policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any)

**IL T0 11 03 96**

Page 1 of 2

**8. DEFINITIONS —** As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS—BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

  **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

  **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

  **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

  **(1)** The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

  **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

  **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.


**LENDER'S CERTIFICATE OF INSURANCE — FORM B — SCHEDULE**
ISSUE DATE: 01-10-06

POLICY NUMBER: Y-630-9578B155-TIL-06

**CERTIFICATE HOLDER:** MB FINANCIAL BANK NA

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|------|------|--------------------------|------|-------|---------------|---------|----------|
| 1 | 1 | 15700 LATHROP AVENUE HARVEY | IL | 60426 | $ 12,280,000 | N/A | DELUXE |
| 3 | 3 | 310 E 156TH ST HARVEY | IL | 60426 | 800,000 | N/A | DELUXE |

**IL T8 97 03 96**



**ST PAUL TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF INSURANCE — FORM B**
Issue Date: 01-10-06

**1. CERTIFICATE HOLDER:**

Policy Number: Y-630-9578B155-TIL-06

CHARTER ONE BANK, N/A ITS
SUCCESSORS AND/OR ASSIGNS
COMMERCIAL LOAN SERVING DEPT
1215 SUPERIOR AVE., SU 670
CLEVELAND OH 44114

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD**: From 01-01-06 to 01-01-07

**5. INSURING COMPANY: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

**6. INSURANCE**

**Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| 2 | 2 | 290 - 296 E 156TH ST  HARVEY            IL 60426 | $ 2,680,000 | N/A |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
__X__ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any)

**IL T0 11 03 96**

TRAVELERS DOC MGMT 225 of 281

**8. DEFINITIONS —** As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

**(1)** The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

TRAVELERS DOC MGMT 226 of 281

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES



Dear Valued Policyholder:

Travelers Property Casualty Corp. (Travelers) and The St. Paul Companies, Inc. (St. Paul), together with their respective affiliates and subsidiaries, have joined together to create The St. Paul Travelers Companies, Inc., an organization with unparalleled product breadth and geographic reach. Our combined company has over 285 years of property-casualty insurance experience and is now the second largest commercial property-casualty company in the country, providing insurance and associated services to well over one million commercial businesses.

To simplify procedures and better serve our customers, many commercial insurance policies that were previously issued by both companies will now be written only on Travelers policy forms. We intend to offer you new coverage through a Travelers company upon the expiration of your St. Paul policy. In accordance with any applicable state requirements, this letter shall serve as notice of non-renewal, or notice of transfer, of your policy as a result of the transfer from one company in a group to another company in the same group.

Your new Travelers policy, which actually may consist of multiple separate policies providing coverages previously packaged together in your St. Paul policy, will contain coverage terms and conditions substantially similar to those in your expiring St. Paul policy. Moreover, in order to make this transition as easy as possible for you, we will adjust any claims under your new Travelers policy based upon the terms and conditions of either your expiring St. Paul policy or your first new Travelers policy, **whichever is broader, with the following exceptions:**

- Any differences in the insured locations or insurance schedules, or the identity of named insureds, additional insureds, loss payees, or mortgage holders;

- Any reductions in coverage that have been requested by you or your agent/broker or to which you or your agent/broker have agreed during renewal negotiations, or any exposures you have elected to insure elsewhere;

- Any reduction in the amount of the limits of insurance shown in any Declarations or endorsement in your Travelers policy from the amount shown for substantially similar coverage in any Coverage Summary, Declarations or endorsement in your St Paul policy;

- Any increase in the amount of the deductible, self-insured retention, retrospective loss limitation or coinsurance obligation shown in any Declarations or endorsement in your Travelers policy from the amount shown for substantially similar coverage in any Coverage Summary, Declarations or endorsement in your St. Paul policy, or any change from a loss sensitive to guaranteed cost rating plan or vice versa;

- With respect to Umbrella Excess Liability Protection, if any, if your expiring St. Paul policy's General Aggregate Limit applied on a per location basis, your renewal policy will have a single General Aggregate Limit;

- With respect to Commercial Property, if any, the Unintentional Errors and Omissions provision in your prior St. Paul policy no longer applies and, except for an unintentional error in the description of an address provided for an insured property location, the terms and conditions of that provision will not be considered in adjusting any claim under your new Travelers policy.

- **SEE BELOW FOR ADDITIONAL EXCEPTIONS**

We will apply this approach to claims arising under your first new Travelers policy. Any claim arising under a subsequent Travelers policy will be adjusted based upon the terms and conditions of that policy.

Please review all policies carefully, retain your expiring St. Paul policy and contact your agent/broker if you have any questions. We appreciate your business and thank you for choosing to insure with us.

```
ADDITIONAL EXCEPTIONS

With respect to Commercial Property
coverage:
    *The Business Income Deductible will
be increased from 12 hours to 72 hours.

With respect to Employee Benefit Plans
Administration Liability coverage:
    *The Employee Benefit Liability
Aggregate limit will be reduced from
$3,000,000 to $2,000,000.

With respect to other coverages:
    *The Commercial Crime Coverage will
```

**PN T4 33 06 04**

TRAVELERS DOC MGMT 229 of 281

not be renewed on the Package policy.

TRAVELERS DOC MGMT 230 of 281



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
Issue Date: 02/27/06
Additional Premium $ 333

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

MORTGAGEE HOLDER SCHEDULE, DX 00 01, 07-94,
IS AMENDED AS FOLLOWS:

MB FINANCIAL BANK NA IS AMENDED TO READ PER FORM ATTACHED.

RE: LOCATION 1/BUILDING 1 AND LOCATION 3/BUILDING

CHARTER ONE BANK IS AMENDED TO READ PER FORM ATTACHED.

RE: LOCATION 2/BUILDING 2

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

"CONTRACTORS EQUIPMENT"

COVERED ITEMS              LIMITS OF INSURANCE
 LEASED OR RENTED ITEMS       $   50,000 PER ITEM

"MAXIMUM AMOUNT OF PAYMENT" LIMIT OF INSURANCE IS AMENDED TO $50,000.

PREMIUM IS PAYABLE AS FOLLOWS:

  DUE ON 01/01/06     $ 333

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
  MYERS-BRIGGS & CO INC (CF234)
  300 S WACKER DR #2000
  CHICAGO, IL 60606                           _____
                                              Authorized Representative

                                              DATE:_____

IL T0 07 09 87    PAGE  1 OF  2
OFFICE: NAPERVILLE IL

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: Y-630-9578B155-TIL-06

Policy Effective Date: 01/01/06

Issue Date: 02/27/06

THE FOLLOWING FORM IS DELETED:

CM T0 28 08 96 - IM PAK COVERAGE "CONTRACTORS EQUIPMENT" SCHEDULE

IM PAK COV CONTRACTORS EQUIP SCHEDULE, CM T0 28, 08-96,
IS AMENDED AS FOLLOWS:

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: NAPERVILLE IL      888
PRODUCER NAME: MYERS-BRIGGS & CO INC            CF234



**POLICY NUMBER:** Y-630-9578B155-TIL-06

**EFFECTIVE DATE:** 01-01-06

**ISSUE DATE:** 02-27-06

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
```

INTERLINE ENDORSEMENTS

```
IL T0 11 03 96    LENDERS' CERTIFICATE OF INSURANCE-FORM B
```

IL T8 01 10 93

PAGE:  1 OF  1

# DELUXE PROPERTY



# DELUXE PROPERTY

# MORTGAGE HOLDER SCHEDULE

| Premises Loc. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|
| 1 | 1 | MB FINANCIAL BANK NA<br>6111 N RIVER ROAD<br>ROSEMONT                    IL 60018 |
| 3 | 3 | MB FINANCIAL BANK NA<br>6111 N RIVER ROAD<br>ROSEMONT                    IL 60018 |
| 2 | 2 | CHARTER ONE BANK NA, ISAOA<br>COMMERCIAL LOANS<br>1215 SUPERIOR AVENUE, SUITE 670<br>CLEVELAND                  OH 44114 |

DX 00 01 07 94

# INTERLINE ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS



**ST PAUL TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF INSURANCE — FORM B**
Issue Date: 02-27-06

**1. CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

MB FINANCIAL BANK NA
6111 N RIVER ROAD
ROSEMONT IL 60018

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD**: From 01-01-06   to   01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

Coverage - Covered Causes of Loss:  _____ Basic Form    _____ Broad Form    _____ Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any)

**IL T0 11 03 96**                                                                 Page 1 of 2

**8. DEFINITIONS —** As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS—BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

**(1)** The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE — FORM B — SCHEDULE**
ISSUE DATE: 02-27-06

POLICY NUMBER: Y-630-9578B155-TIL-06

**CERTIFICATE HOLDER:** MB FINANCIAL BANK NA

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 15700 LATHROP AVENUE HARVEY | IL | 60426 | $ 12,280,000 | N/A | DELUXE |
| 3 | 3 | 310 E 156TH ST HARVEY | IL | 60426 | 800,000 | N/A | DELUXE |

**IL T8 97 03 96**



**ST PAUL
TRAVELERS**
1301 EAST COLLINS BLVD.
RICHARDSON  TX          75081

**LENDER'S CERTIFICATE OF
INSURANCE — FORM B**
Issue Date: 02-27-06

1.  **CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

> CHARTER ONE BANK NA, ISAOA
> COMMERCIAL LOANS
> 1215 SUPERIOR AVENUE, SUITE 670
> CLEVELAND OH 44114

2.  **NAMED INSURED:**

> L.B. STEEL, LLC
> 15700 LATHROP AVENUE
>
> HARVEY                    IL 60426

3.  **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4.  **POLICY PERIOD**: From 01-01-06  to  01-01-07

5.  **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

    **Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| 2 | 2 | 290 - 296 E 156TH ST<br>HARVEY          IL 60426 | $ 2,680,000 | N/A |

Coverage - Covered Causes of Loss:  _____ Basic Form  _____ Broad Form  _____ Special Form
                                     __X__ Deluxe Property Form

7.  **SPECIAL PROVISIONS** (if any)

**IL T0 11 03 96**                                                      Page 1 of 2

**8. DEFINITIONS —** As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

**(1)** The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.





One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
Issue Date: 03/22/06
Premium $ 0

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

THE FOLLOWING FORM IS ADDED: CG D2 48

PREMIUM IS PAYABLE AS FOLLOWS:

  DUE ON 01/01/06     $ 0

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
  MYERS-BRIGGS & CO INC (CF234)
  300 S WACKER DR #2000
  CHICAGO, IL 60606                           _____
                                              Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1                DATE:_____
OFFICE: NAPERVILLE IL


**ST PAUL TRAVELERS**

**POLICY NUMBER:** Y-630-9578B155-TIL-06

**EFFECTIVE DATE:** 01-01-06

**ISSUE DATE:** 03-22-06

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


    IL T0 07 09 87    CHANGE ENDORSEMENT
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL GENERAL LIABILITY

    CG D2 48 10 02    BLANKET ADD'L INSURED(CONTRACTORS OPS)

# GENERAL LIABILITY

# GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# BLANKET ADDITIONAL INSURED
# (CONTRACTORS OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY – CONTRACTORS COVERAGE PART

**1.** WHO IS AN INSURED – (Section II) is amended to include any person or organization you are required to include as an additional insured on this policy by a written contract or written agreement in effect during this policy period and signed and executed by you prior to the loss for which coverage is sought. The person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization. The person or organization is only an additional insured with respect to liability caused by "your work" for that additional insured.

**2.** The insurance provided to the additional insured is limited as follows:

**a)** In the event that the limits of liability stated in the policy exceed the limits of liability required by a written contract or written agreement in effect during this policy period and signed and executed by you prior to the loss for which coverage is sought, this endorsement shall be limited to the limits of liability required by such contract or agreement. This endorsement shall not increase the limits stated in Section III – LIMITS OF INSURANCE.

**b)** The insurance provided to the additional insured does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

**I.** The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**II.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**c)** This insurance does not apply to "bodily injury" or "property damage" caused by "your work" included in the "products-completed operations hazard".

**3.** Subpart (1)(a) of the Pollution exclusion under Paragraph 2., Exclusions of Bodily Injury and Property Damage Liability Coverage (Section I – Coverages) does not apply to you if the "bodily injury" or "property damage" arises out of "your work" performed on premises which are owned or rented by the additional insured at the time "your work" is performed.

**4.** Any coverage provided by this endorsement to an additional insured shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a written contract or written agreement in effect during this policy period and signed and executed by you prior to the loss for which coverage is sought specifically requires that this insurance apply on a primary or non-contributory basis. When this insurance is primary and there is other insurance available to the additional insured from any source, we will share with that other insurance by the method described in the policy.

**5.** As a condition of coverage, each additional insured must:

**a.)** Give us prompt written notice of any "occurrence" or offense which may result in a claim and prompt written notice of "suit".

**b.)** Immediately forward all legal papers to us, cooperate in the defense of any actions, and otherwise comply with policy conditions.

**c.)** Tender the defense and indemnity of any claim or "suit" to any other insurer which also insures against a loss we cover under this endorsement. This includes, but is not limited to, any insurer which has issued a policy of insurance in which the additional insured qualifies as an insured. For purposes of this requirement, the term "insures against" refers

TRAVELERS DOC MGMT 248 of 281

to any self-insurance and to any insurer which issued a policy of insurance that may provide coverage for the loss, regardless of whether the additional insured has actually requested that the insurer provide the additional insured with a defense and/or indemnity under that policy of insurance.

**d.)** Agree to make available any other insurance that the additional insured has for a loss we cover under this endorsement.

 Copyright, The Travelers Indemnity Company, 2002 **CG D2 48 10 02**

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

### CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
Issue Date: 05/01/06
Additional Premium $ 5,938

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

BLANKET BUSINESS INCOME LIMIT IS AMENDED TO $31,865,000

DELUXE BUSINESS IMCOME COVERAGE FORM (AND EXTRA EXPENSE) -
DESCRIBED PREMISES IS AMENDED AS FOLLOWS:

EXTENDED BUSINESS INCOME IS AMEND TO READ:  90 DAYS

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 01/01/06      $ 601
    DUE ON 02/01/06      $ 593      AND EACH SUBSEQUENT 1 MONTH

NAME AND ADDRESS OF AGENT OR BROKER:          **COUNTERSIGNED BY:**
    MYERS-BRIGGS & CO INC (CF234)
    300 S WACKER DR #2000
    CHICAGO, IL 60606                          _____
                                               Authorized Representative

                                               DATE:_____

IL T0 07 09 87     PAGE  1 OF  1
OFFICE: NAPERVILLE IL

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

```
       Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
           Issue Date: 09/26/06
           Premium $ 0
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

    "THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 09/20/06"

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

JP MORGAN CHASE BANK NA IS ADDED AS LENDERS LOSS PAYEE PER
DX T3 79 03 98 ATTACHED.

RE: LOC 1, BLDG 1

BANK ONE IS DELETED AS LENDERS LOSS PAYEE.

PREMIUM IS PAYABLE AS FOLLOWS:

   DUE ON 01/01/06     $ 0

NAME AND ADDRESS OF AGENT OR BROKER:       **COUNTERSIGNED BY:**
   MYERS-BRIGGS & CO INC (CF234)
   300 S WACKER DR #2000
   CHICAGO, IL 60606                       _____
                                           Authorized Representative

                                           DATE:_____

IL T0 07 09 87     PAGE  1 OF  1
OFFICE: NAPERVILLE IL

 **TRAVELERS**

| | |
|---|---|
| **POLICY NUMBER:** | Y-630-9578B155-TIL-06 |
| **EFFECTIVE DATE:** | 01-01-06 |
| **ISSUE DATE:** | 09-26-06 |

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

DELUXE PROPERTY

```
DX T3 79 03 98   LOSS PAYABLE PROVISIONS
```

INTERLINE ENDORSEMENTS

```
IL T0 10 04 94   LENDERS CERTIFICATE  OF INSURANCE-FORM A
```

IL T8 01 10 93                                   PAGE:   1 OF   1

# DELUXE PROPERTY



# DELUXE PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The following is added to the LOSS CONDITIONS-Loss Payment provision as indicated by an "X" in the Schedule below:

**A. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule below have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule below is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts:

   b. A contract for deed:

   c. Bills of lading:

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   c. If we deny your claim because of your acts or because you have failed to comply with terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so:

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

DX T3 79 03 98

TRAVELERS DOC MGMT 255 of 281

**C. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule below is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. SCHEDULE**

| Prem. No. | Bldg. No. |
|-----------|-----------|

**Description of Property**

SEE DX T8 93 03 99

**Loss Payee (Name & Address)**

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|--|--------------|----------------------|------------------|
| **Provisions Applicable:** | | | |

TRAVELERS DOC MGMT 256 of 281

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

DELAGE LANDEN FINANCIAL SVS

1111 OLD EAGLE SCHOOL RD

WAYNE                    PA  19087

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|------------------------|------------------------|
| 1 | 1 | TOSHIBA COPIERS LEASE NOS. 24424043, 24421707 & 24467954 KYOCERA COPIER LEASE NO. 24611462 INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/ BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

WALSH CONSTRUCTION

929 W ADAMS, 2ND FL

CHICAGO                    IL  60607

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

CITY OF CHICAGO

121 N LASALLE ST

CHICAGO                      IL  60602

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | Loss Payable |

**DX T8 93 03 99**

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

GODWIN PUMPS OF AMERICA, INC.

1 FLOODGATE RD

BRIDGEPORT                    NJ  08014

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|------------------------|-----------------------|
| 1 | 1 | LEASED EQUIPMENT INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT ALL LOCATIONS | Loss Payable |

DX T8 93 03 99

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**

JP MORGAN CHASE BANK NA

(MAIL CODE IL1-1203)
120 S LASALLE ST
CHICAGO                          IL   60603

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | LOAN #3850817356 | Lenders Loss Payable |

**DX T8 93 03 99**

# INTERLINE
# ENDORSEMENTS

# INTERLINE ENDORSEMENTS



**1301 EAST COLLINS BLVD.
RICHARDSON TX**          **75081**

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 09-26-06

**1. CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

DELAGE LANDEN FINANCIAL SVS
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06 to 01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | TOSHIBA COPIERS LEASE NOS. 24424043, 24421707 & 24467954 KYOCERA COPIER LEASE NO. 24611462 INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/ BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
                                    __X__ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**                                                      Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

 **TRAVELERS**

**1301 EAST COLLINS BLVD.**
**RICHARDSON TX**     **75081**

**LENDER'S CERTIFICATE OF**
**INSURANCE—FORM A**
Issue Date: 09-26-06

**1. CERTIFICATE HOLDER:**     Policy Number: Y-630-9578B155-TIL-06

WALSH CONSTRUCTION
929 W ADAMS, 2ND FL
CHICAGO IL 60607

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY           IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06 to 01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
         **X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

    *BLANKET LIMIT

**IL T0 10 04 94**                                           Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative



**1301 EAST COLLINS BLVD.**
**RICHARDSON TX**        **75081**

**LENDER'S CERTIFICATE OF**
**INSURANCE—FORM A**
Issue Date: 09-26-06

**1. CERTIFICATE HOLDER:**        Policy Number: Y-630-9578B155-TIL-06

CITY OF CHICAGO
121 N LASALLE ST
CHICAGO IL 60602

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06 to 01-01-07

**5. INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY AT LOC 001/BLDG 001 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                                        **X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**                                                        Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
   Signature of Authorized Representative

**IL T0 10 04 94**                                                                                      Page 2 of 2



**1301 EAST COLLINS BLVD.**
**RICHARDSON  TX**          **75081**

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 09-26-06

**1.  CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

GODWIN PUMPS OF AMERICA, INC.
1 FLOODGATE RD
BRIDGEPORT NJ 08014

**2.  NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

**3.  CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements,  terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

**4.  POLICY PERIOD:** 01-01-06   to   01-01-07

**5.  INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6.  INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | LEASED EQUIPMENT INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY AT ALL LOCATIONS | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: _____ Basic Form     _____ Broad Form     _____ Special Form
                                         **X** Deluxe Property Form

**7.  SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**                                                    Page 1 of 2

8. **NOTICE OF CANCELLATION —**  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative



**1301 EAST COLLINS BLVD.**
**RICHARDSON TX**                     75081

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 09-26-06

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-9578B155-TIL-06

    RSC/RENTAL SERVICE CORP & PRIME
    EQUIPMENT
    3200 HARBOR LANE #100
    MINNEAPOLIS MN 55447

2. **NAMED INSURED:**

        L.B. STEEL, LLC
        15700 LATHROP AVENUE

        HARVEY           IL 60426

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 01-01-06   to   01-01-07

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc.<br>No. | Bldg.<br>No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | RENTAL EQUIPMENT CUSTOMER #5900877 | $ 250,000 | $ 5,000 |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _X_ Special Form
_____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

**IL T0 10 04 94**                                                              Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative

**IL T0 10 04 94**                                                          Page 2 of 2

 **TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 09-26-06

1. **CERTIFICATE HOLDER:**

   Policy Number: Y-630-9578B155-TIL-06

   HERTZ EQUIPMENT RENTAL CORP.
   P.O. BOX 26930
   OKLAHOMA OK 73126-0390

2. **NAMED INSURED:**

   L.B. STEEL, LLC
   15700 LATHROP AVENUE

   HARVEY                    IL 60426

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 01-01-06   to   01-01-07

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | RENTAL EQUIPMENT | $ 250,000 | $ 5,000 |

   Coverage - Covered Causes of Loss:  _____ Basic Form     _____ Broad Form     _X_ Special Form
                                        _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

**IL T0 10 04 94**

8. **NOTICE OF CANCELLATION —**  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY: _____
      Signature of Authorized Representative

 **TRAVELERS**

1301 EAST COLLINS BLVD.
RICHARDSON TX          75081

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 09-26-06

1. **CERTIFICATE HOLDER:**          Policy Number: Y-630-9578B155-TIL-06

CALUMET LIFT TRUCK SCV CO INS.
35 E 168TH ST
SOUTH HOLLAND IL 60473

2. **NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY                    IL 60426

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 01-01-06  to  01-01-07

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
|  |  | RENTAL EQUIPMENT | $ 250,000 | $ 5,000 |

Coverage - Covered Causes of Loss:  ____ Basic Form    ____ Broad Form    _X_ Special Form
                                     ____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

**IL T0 10 04 94**

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative


**1301 EAST COLLINS BLVD.**
**RICHARDSON TX**        **75081**

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 09-26-06

**1. CERTIFICATE HOLDER:**      Policy Number: Y-630-9578B155-TIL-06

JP MORGAN CHASE BANK NA
(MAIL CODE IL1-1203)
120 S LASALLE ST
CHICAGO IL 60603

**2. NAMED INSURED:**

L.B. STEEL, LLC
15700 LATHROP AVENUE

HARVEY          IL 60426

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 01-01-06    to    01-01-07

**5. INSURING COMPANY:**    TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | LOAN #3850817356 | $ *22,560,000 | $ 25,000 |

Coverage - Covered Causes of Loss: \_\_\_\_ Basic Form    \_\_\_\_ Broad Form    \_\_\_\_ Special Form
                                      **X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT

**IL T0 10 04 94**                 Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
              Signature of Authorized Representative

**IL T0 10 04 94**                                                Page 2 of 2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
Issue Date: 10/16/06
Additional Premium $ 28

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/01/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE FOLLOWING IS ADDED TO LOCATION SCHEDULE IL T0 03 04 96:

| LOC NO | BLDG NO | ADDRESS | OCCUPANCY |
|--------|---------|---------|-----------|
| 5 | 5 | 700 W 143RD ST PLAINFIELD, IL 60544 | STOAGE |

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

BLANKET BUILDING LIMIT IS AMENDED TO $22,610,000 DUE TO THE ADDITION
OF THE FOLLOWING LOCATION
  LOC 5 BLDG 5




PREMIUM IS PAYABLE AS FOLLOWS:

  DUE ON 08/01/06     $ 28


NAME AND ADDRESS OF AGENT OR BROKER:
  MYERS-BRIGGS & CO INC (CF234)
  300 S WACKER DR #2000
  CHICAGO, IL 60606

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: NAPERVILLE IL

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
L.B. STEEL, LLC

Policy Number: Y-630-9578B155-TIL-06
Policy Effective Date: 01/01/06
Issue Date: 10/16/06
Additional Premium $ 607

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 09/26/06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE FOLLOWING IS ADDED TO LOCATION SCHEDULE IL T0 03 04 96:

| LOC NO | BLDG NO | ADDRESS | OCCUPANCY |
|--------|---------|---------|-----------|
| 6 | 6 | 330 JOE ORR RD CHICAGO HEIGHTS, IL 60411 | STORAGE |

THE DELUXE PROPERTY COVERAGE PART IS AMENDED AS FOLLOWS:

BLANKET BUILDING LIMIT IS AMENDED TO $24,298,800 DUE TO THE ADDITION
OF THE FOLLOWING LOCATION
  LOC 6 BLDG 6

PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 09/26/06    $ 378
    DUE ON 10/01/06    $ 229

NAME AND ADDRESS OF AGENT OR BROKER:
  MYERS-BRIGGS & CO INC (CF234)
  300 S WACKER DR #2000
  CHICAGO, IL 60606

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: NAPERVILLE IL