# EXHIBIT 5

*St. Paul Guardian Ins. Co., et al. v. Walsh Construction Co.*
U.S.D.C., Northern District of Illinois; Case No. 1:15-cv-10324

PLAINTIFFS' **PRIVILEGE & REDACTION LOG**

| BATES NO. | DATE | AUTHOR | RECIPIENT(S) | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| **LB STEEL CLAIM FILE** | | | | | |
| TRAV-CL-LB-000003 | 9/16/14 | Dawn McKeever (Travelers) | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-LB-000004 | 11/6/14 | Nicolo D'Agostino (Travelers) | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-LB-000004 | 1/20/15 | John Huckenpoehler, Esq. (Travelers) | Claim File Notes | Confidential Claim File Notes re: documents related to LB claim. | AC WP |
| TRAV-CL-LB-000004 | 2/11/15 | N. D'Agostino | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group/J. Huckenpoehler, Esq. (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-LB-000004 | 3/4/15 | N. D'Agostino | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-LB-000004-7 | 3/16/15 | N. D'Agostino | Claim File Notes | Claim Note re: Confidential communication with Claim Legal | AC WP |

2695821v1

| **Bates No.** | **Date** | **Author** | **Recipient(s)** | **Subject** | **Privilege** |
|---|---|---|---|---|---|
| | | | | Group/J. Huckenpoehler, Esq. (in-house counsel) for the purpose of discussing legal advice and strategy and also reflecting discussions with Rory T. Dunne, Esq. (external coverage counsel) in anticipation of litigation. | |
| TRAV-CL-LB-000007-8 | 7/8/2015 | N. D'Agostino | Claim File Notes | Claim Note re: memorializing confidential and privileged communication R. Dunne, Esq. (external coverage counsel) with respect to legal advice and strategy. | AC WP |
| TRAV-CL-LB-000008 | 8/31/15 | N. D'Agostino | Claim File Notes | Claim Note re: memorializing confidential and privileged communication R. Dunne, Esq. (external coverage counsel) with respect to legal advice and strategy. | AC WP |
| TRAV-CL-LB-000008 | 9/25/15 | N. D'Agostino | Claim File Notes | Claim Note re: memorializing confidential and privileged communication R. Dunne, Esq. (external coverage counsel) with respect to legal advance and strategy. | AC WP |
| TRAV-CL-LB-000009-11 | 10/20/15 | N. D'Agostino | Claim File Notes | Claim Note re: memorializing confidential and privileged communication R. Dunne, Esq. (external coverage counsel) with respect to legal advice and strategy. | AC WP |
| TRAV-CL-LB-0000011-13 | 10/30/15 | N. D'Agostino | Claim File Notes | Claim Note re: memorializing confidential and privileged communication R. Dunne, Esq. (external coverage counsel) with respect to legal advice and strategy. | AC WP |
| **Walsh Claim file** | | | | | |
| TRAV-CL-WAL- | 1/27/10 | D. McKeever | Claim File Notes | Reserve information redacted. | AC |

| BATES NO. | DATE | AUTHOR | RECIPIENT(S) | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| 000003 | | | | | WP |
| TRAV-CL-WAL-000003 | 1/29/10 | D. McKeever | Claim File Notes | Reserve information redacted. | AC WP |
| TRAV-CL-WAL-000003 | 2/11/10 | D. McKeever | Claim File Notes | Reserve information redacted. | AC WP |
| TRAV-CL-WAL-000009 | 6/6/11 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000009-10 | 6/10/11 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000011 | 2/21/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000012 | 4/4/12 | Jay Hackett (Travelers) | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000012 | 4/4/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000012 | 4/4/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and | AC WP |

2695821v1

| BATES NO. | DATE | AUTHOR | RECIPIENT(S) | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| | | | | strategy. | |
| TRAV-CL-WAL-000012 | 5/7/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000012 | 5/22/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000012-13 | 7/13/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000013 | 8/16/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000013 | 8/20/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000013 | 9/24/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group/J. Huckenpoehler, Esq. (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000013 | 9/25/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice | AC WP |

| BATES NO. | DATE | AUTHOR | RECIPIENT(S) | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| | | | | and strategy | |
| TRAV-CL-WAL-000014 | 10/4/12 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000015 | 8/8/13 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000015 | 9/10/13 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000015 | 11/15/13 | D. McKeever | Claim File Notes | Reserve redacted | Reserve Irrelevant |
| TRAV-CL-WAL-000016 | 3/19/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000016 | 5/27/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000016 | 6/10/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL- | 7/1/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal | AC |

| Bates No. | Date | Author | Recipient(s) | Subject | Privilege |
|---|---|---|---|---|---|
| 000016 | | | | Group (in-house counsel) for the purpose of discussing legal advice and strategy | WP |
| TRAV-CL-WAL-000016 | 8/5/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy | AC WP |
| TRAV-CL-WAL-000016 | 8/13/14 | D. McKeever | Claim File Notes | Claim Note re: Confidential communication with Claim Legal Group (in-house counsel) for the purpose of discussing legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000018 | 6/10/14 | D. McKeever | J. Huckenpoehler, Esq. | Email re: discussion of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000020 | 3/19/14 | D. McKeever | Jason Hitchings, Esq. (Maisel & Assoc./Travelers) | Redacted portion of e-mail with Travelers staff counsel re: discussion of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000122 | 3/19/14 | D. McKeever | J. Hitchings, Esq. | Redact portion of e-mail with Travelers staff counsel re: discussion of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000330 | 1/7/2013 | D. McKeever | J. Hitchings, Esq.<br><br>CC: Joseph Steiger, Esq. (Maisel & Assoc./Travelers) | Email re: discussion of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000330 | 1/7/2013 | D. McKeever | J. Hitchings, Esq. | Email re: discussion of legal advice and strategy. | AC WP |
| TRAV-CL-WAL-000333 | 11/13/12 | D. McKeever | J. Hitchings, Esq.<br><br>CC: J. Steiger, | Email re: discussion of legal advice and strategy. | AC WP |

2695821v1

| **Bates No.** | **Date** | **Author** | **Recipient(s)** | **Subject** | **Privilege** |
|---|---|---|---|---|---|
| | | | Esq. | | |
| TRAV-CL-WAL-000335 | 8/6/12 | D. McKeever | J. Hitchings, Esq.<br><br>CC: J. Steiger, Esq. | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000336 | 8/6/12 | D. McKeever | J. Steiger, Esq.<br><br>CC: J. Hackett | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000459 | 6/10/14 | D. McKeever | J. Huckenpoehler, Esq. | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000612 | 1/7/2013 | D. McKeever | J. Hitchings, Esq. | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000615 | 11/13/12 | D. McKeever | J. Hitchings, Esq.<br><br>CC: J. Steiger, Esq. | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000616-617 | 9/24/12 | D. McKeever | J. Hitchings, Esq.<br><br>CC: J. Steiger, Esq.; J. Hackett | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000616-617 | 9/24/12 | D. McKeever | J. Hitchings, Esq.<br><br>CC: J. Steiger, Esq. | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000618 | 8/6/12 | D. McKeever | J. Steiger, Esq.<br><br>CC: J. Hackett | Email re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL-000620 | 3/19/14 | D. McKeever | J. Hitchings, Esq. | Redacted portion of e-mail with Travelers staff counsel re: discussion of legal advice and strategy. | AC<br>WP |
| TRAV-CL-WAL- | 4/16/12 | D. McKeever | J. Huckenpoehler, | Email re: discussion of legal advice | AC |

| BATES NO. | DATE | AUTHOR | RECIPIENT(S) | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| 001217 | | | Esq. | and strategy. | WP |
| TRAV-CL-WAL-001217-1221 | 4/16/12 | J. Hackett | D. McKeever | Email re: information to be ultimately forwarded to J. Huckenpoehler, Esq. for legal opinion and advice. | AC WP |
| TRAV-CL-WAL-001229-1230 | Undated | Travelers | Claim File | Legal Coverage Referral | AC WP |
| TRAV-CL-WAL-001286-1331 | Undated | R. Dunne, Esq. Linda. Carwile, Esq. | J. Huckenpoehler, Esq. | Draft Complaint for Declaratory Judgment prepared by external coverage counsel. | AC WP |
| TRAV-CL-WAL-001229-1230 | Undated | Travelers | Claim File | Legal Coverage Referral | AC WP |
| TRAV-CL-WAL-001334 | Undated | J. Huckenpoehler, Esq. | R. Dunne, Esq. | Redacted portion of Claim Summary re: reserves. | Reserves Irrelevant |
| TRAV-CL-WAL-001726-1740 | Undated | D. McKeever | Claim File | Handwritten notes memorializing confidential and privileged communications with J. Huckenpoehler, Esq. (in-house counsel) with respect to legal advice and strategy in the subject litigation. | AC WP |

2695821v1